

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

May 24, 2006



By the Court:

| | |
|---|---|
| PHOENIX BOND & INDEMNITY COMPANY and BCS SERVICES, INCORPORATED,<br>         Plaintiffs-Appellants,<br><br>No. 06-1160                        v.<br><br>JOHN BRIDGE, BARRETT ROCHMAN, SABRE GROUP, LLC, et al.,<br>         Defendants-Appellees. | ] Appeal from the United<br>] States District Court for<br>] the Northern District of<br>] Illinois, Eastern Division.<br>]<br>] No. 05 C 4095<br>]<br>] James F. Holderman,<br>]     Judge. |

      Pursuant to this court's order of April 24, 2006, appellant Oak Park Investments, Incorporated was ordered to secure new counsel and have counsel file an appearance and a disclosure statement by May 8, 2006. To this date, no attorney has filed an appearance or a disclosure statement on behalf of Oak Park Investments. Because a corporation may only appear and proceed by and through an attorney,

      **IT IS ORDERED** that this appeal is **DISMISSED** as to Oak Park Investments, Incorporated. *See Scandia Down Corp. v. Euroquilt, Inc.*, 772 F.2d 1423, 1427 (7th Cir. 1985).