# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

PHOENIX BOND & INDEMNITY CO.,  )
OAK PARK INVESTMENTS, INC.,    )
BCS SERVICES, INC.,            )
                               )
            Plaintiffs,        )
                               )
    v.                         )          No. 05 C 4095
                               )
JOHN BRIDGE, et al.            )          Judge James Holderman
                               )
            Defendants.        )          Magistrate Judge Levine
                               )
                               )          JURY TRIAL DEMANDED
                               )

## NOTICE OF THIRD-PARTY SUBPOENAS

To:    All Counsel of Record (see attached certificate of service)

**PLEASE TAKE NOTICE** that on October 24, 2005, pursuant to Fed. R. Civ. P. 45, and pursuant to the attached subpoenas, Plaintiffs served subpoenas, via certified mail with return receipt requested, upon the following entities:

| | |
|---|---|
| First National Bank of Carmi<br>201 East Main Street<br>Carmi, Illinois 62821 | Leaders Bank<br>2001 York Road, Suite 150<br>Oak Brook, Illinois 60523 |
| First DuPage Bank<br>520 North Cass Avenue<br>Westmont, Illinois 60559 | Castle Bank N.A.<br>121 West Lincoln Highway<br>DeKalb, Illinois 60115 |
| Resource Bank N.A.<br>555 Bethany Road<br>DeKalb, Illinois 60115 | First National Bank of Steeleville<br>319 West Broadway<br>Steeleville, Illinois 62288 |
| Bank One, N.A.<br>1 Bank One Plaza<br>Chicago, Illinois 60670 | Old Second National Bank<br>37 South River Street<br>Aurora, Illinois 60506 |
| Citizens First National Bank<br>606 South Main Street<br>Princeton, Illinois 61356 | Lakeside Bank<br>141 West Jackson Boulevard<br>Chicago, Illinois 60604 |

The subpoenas request that documents are produced at the offices of Sachnoff & Weaver, Ltd., 10 South Wacker Drive, 40th Floor, Chicago, Illinois 60606, on November 23, 2005.

Dated: October 27, 2005

PHOENIX BOND & INDEMNITY CO., OAK
PARK INVESTMENTS, INC. and BCS
SERVICES, INC.

By _____
One of Their Attorneys

Lowell E. Sachnoff
Arnold A. Pagnuicci
John W. Moynihan
Lisa A. Kistler
Sachnoff & Weaver, Ltd.
10 South Wacker Drive
Suite 4000
Chicago, IL 60606
(312) 207-1000

Jonathan L. Marks
Katten, Muchin, Rosenman, LLP
525 W. Monroe Street
Chicago, IL 60661
(312) 902-5337

2

205732/0003/792901/Version #:.1

AO 88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# United States District Court
### NORTHERN DISTRICT OF ILLINOIS

Phoenix Bond & Indemnity Co.,
Oak Park Investments, Inc.,
BCS Services, Inc.,

        Plaintiffs,

        v.

John Bridge, et al.,

        Defendants.

## SUBPOENA IN A CIVIL CASE

CASE NUMBER:[1]  05 C 4095

TO:    Bank One, N.A.
       1 Bank One Plaza
       Chicago, IL 60670

☐    YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐    YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☒    YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

As to each person and/or entity on Exhibit A any documents or records relating to loans, loan applications, letters of credit, applications for letters of credit, collateral for any loans, agreements regarding collateral, payment of interest on any loans, guarantees, cashiers checks, account opening documents including signature cards, and/or written correspondence or e-mails between any bank employee and the person or entity.

| PLACE   SACHNOFF & WEAVER, LTD.<br>     10 South Wacker Drive, Suite 4000<br>     Chicago, Illinois 60606 | DATE AND TIME<br><br>November 23, 2005 |
|---|---|

☐    YOU ARE COMMANDED to produce and permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| Issuing Officer Signature and Title (Indicate if attorney for Plaintiff or Defendant) | Date |
|---|---|
| *Lisa Kistler*                    Attorney for Plaintiffs | October 24, 2005 |

Issuing Officer's Name, Address, and Phone Number    Lisa Kistler, SACHNOFF & WEAVER, LTD.,
10 South Wacker Drive, Suite 4000, Chicago, Illinois 60606
(312) 207-1000

(See Rule 45, Federal Rules of Civil Procedure Parts C & D on Reverse)

[1] If action is pending in district other than district of issuance, state district under case number.

AO 88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|

| SERVED BY (PRINT NAME) | TITLE |
|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
DATE

_____
SIGNATURE OF SERVER

_____
ADDRESS OF SERVER

### Rule 45, Federal Rules of Civil Procedure, Parts C & D

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(2)(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection is made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be

commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, of commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

## EXHIBIT A

- Sabre Group, LLC

- John Bridge (ss# 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 or 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)

- Barrett Rochman (ss# 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)

- Regal One, LLC

- Jeffrey Bridge (ss# 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)

- Cronus Projects, LLC

- Robert Jensen

- Joseph Varan

- CCJ Investments, LLC

- Jesse Rochman (ss#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)

- Christopher Rochman (ss# 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)

- Corinne Rochman

- DRN II, Inc.

- Jeshay, LLC

- Mud Cats Real Estate, LLC

- Douglas Nash (ss# 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)

- Georgetown Investors, LLC

- Francis Alexander (ss# 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)

- Optimum Financial, Inc.

- Carpus Investments, LLC

- Jason Baumbach (ss# 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 or 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)

1

- L.C.C. Venture, LLC

- GJ Venture, LLC

- Gregory Ellis (ss# 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)

- Bamp, LLC

- Anthony DeLaurentis (ss# 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)

- Richarony, LLC

- Richard Turer (ss# 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)

- Heartwood 88, LLC

- Michael DeLuca

- BRB Investments, LLC

- Greg Stec

- G3 Holdings, Inc.

- Michael Nadler

- Gothic Investments, Inc.

- Joshua Johnson

- Jo-Na II, Ltd.

AO 88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the

# United States District Court
### NORTHERN DISTRICT OF ILLINOIS

Phoenix Bond & Indemnity Co.,
Oak Park Investments, Inc.,
BCS Services, Inc.,

              Plaintiffs,

        v.

John Bridge, et al.,

              Defendants.

## SUBPOENA IN A CIVIL CASE

CASE NUMBER:[1]   05 C 4095

TO:   Castle Bank N.A.
       121 W. Lincoln Highway
       DeKalb, IL 60115

☐   YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
| | DATE AND TIME |

☐   YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |
| | |

☒   YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

As to each person and/or entity on Exhibit A any documents or records relating to loans, loan applications, letters of credit, applications for letters of credit, collateral for any loans, agreements regarding collateral, payment of interest on any loans, guarantees, cashiers checks, account opening documents including signature cards, and/or written correspondence or e-mails between any bank employee and the person or entity.

| PLACE    SACHNOFF & WEAVER, LTD.<br>10 South Wacker Drive, Suite 4000<br>Chicago, Illinois 60606 | DATE AND TIME<br>November 23, 2005 |
| --- | --- |

☐   YOU ARE COMMANDED to produce and permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| Issuing Officer Signature and Title (Indicate if attorney for Plaintiff or Defendant) | Date |
| --- | --- |
| *Lisa Kistler*<br>                          Attorney for Plaintiffs | October 24, 2005 |

Issuing Officer's Name, Address, and Phone Number    Lisa Kistler, SACHNOFF & WEAVER, LTD.,
                                         10 South Wacker Drive, Suite 4000, Chicago, Illinois 60606
                                         (312) 207-1000

(See Rule 45, Federal Rules of Civil Procedure Parts C & D on Reverse)

[1] If action is pending in district other than district of issuance, state district under case number.

AO 88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|

| SERVED BY (PRINT NAME) | TITLE |
|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____          _____
              DATE                              SIGNATURE OF SERVER

_____
ADDRESS OF SERVER

---

### Rule 45, Federal Rules of Civil Procedure, Parts C & D

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(2)(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be

commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

## EXHIBIT A

- Sabre Group, LLC

- John Bridge (ss# 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 or 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)

- Barrett Rochman (ss# 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)

- Regal One, LLC

- Jeffrey Bridge (ss# 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)

- Cronus Projects, LLC

- Robert Jensen

- Joseph Varan

- CCJ Investments, LLC

- Jesse Rochman (ss#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)

- Christopher Rochman (ss# 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)

- Corinne Rochman

- DRN II, Inc.

- Jeshay, LLC

- Mud Cats Real Estate, LLC

- Douglas Nash (ss# 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)

- Georgetown Investors, LLC

- Francis Alexander (ss# 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)

- Optimum Financial, Inc.

- Carpus Investments, LLC

- Jason Baumbach (ss# 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 or 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)

1

- L.C.C. Venture, LLC

- GJ Venture, LLC

- Gregory Ellis (ss# 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)

- Bamp, LLC

- Anthony DeLaurentis (ss# 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)

- Richarony, LLC

- Richard Turer (ss# 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)

- Heartwood 88, LLC

- Michael DeLuca

- BRB Investments, LLC

- Greg Stec

- G3 Holdings, Inc.

- Michael Nadler

- Gothic Investments, Inc.

- Joshua Johnson

- Jo-Na II, Ltd.

2

AO 88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the

# United States District Court
## NORTHERN DISTRICT OF ILLINOIS

Phoenix Bond & Indemnity Co.,
Oak Park Investments, Inc.,
BCS Services, Inc.,

Plaintiffs,

v.

John Bridge, et al.,

Defendants.

### SUBPOENA IN A CIVIL CASE

CASE NUMBER:[1]  05 C 4095

TO:  Citizens First National Bank
606 S. Main St.
Princeton, IL 61356

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

As to each person and/or entity on Exhibit A any documents or records relating to loans, loan applications, letters of credit, applications for letters of credit, collateral for any loans, agreements regarding collateral, payment of interest on any loans, guarantees, cashiers checks, account opening documents including signature cards, and/or written correspondence or e-mails between any bank employee and the person or entity.

| PLACE | SACHNOFF & WEAVER, LTD. | DATE AND TIME |
|---|---|---|
|  | 10 South Wacker Drive, Suite 4000 | November 23, 2005 |
|  | Chicago, Illinois 60606 | |

☐ YOU ARE COMMANDED to produce and permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| Issuing Officer Signature and Title (Indicate if attorney for Plaintiff or Defendant) | Date |
|---|---|
| *Lisa Kistler* | October 24, 2005 |
| Attorney for Plaintiffs | |

| Issuing Officer's Name, Address, and Phone Number | Lisa Kistler, SACHNOFF & WEAVER, LTD., |
|---|---|
|  | 10 South Wacker Drive, Suite 4000, Chicago, Illinois 60606 |
|  | (312) 207-1000 |

(See Rule 45, Federal Rules of Civil Procedure Parts C & D on Reverse)

[1] If action is pending in district other than district of issuance, state district under case number.

AO 88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|

| SERVED BY (PRINT NAME) | TITLE |
|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
            DATE

_____
SIGNATURE OF SERVER

_____
ADDRESS OF SERVER

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(2)(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection is made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be

commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

## EXHIBIT A

- Sabre Group, LLC

- John Bridge (ss# 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 or 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)

- Barrett Rochman (ss# 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)

- Regal One, LLC

- Jeffrey Bridge (ss# 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)

- Cronus Projects, LLC

- Robert Jensen

- Joseph Varan

- CCJ Investments, LLC

- Jesse Rochman (ss#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)

- Christopher Rochman (ss# 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)

- Corinne Rochman

- DRN II, Inc.

- Jeshay, LLC

- Mud Cats Real Estate, LLC

- Douglas Nash (ss# 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)

- Georgetown Investors, LLC

- Francis Alexander (ss# 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)

- Optimum Financial, Inc.

- Carpus Investments, LLC

- Jason Baumbach (ss# 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 or 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)

1

- L.C.C. Venture, LLC

- GJ Venture, LLC

- Gregory Ellis (ss# 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)

- Bamp, LLC

- Anthony DeLaurentis (ss# 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)

- Richarony, LLC

- Richard Turer (ss# 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)

- Heartwood 88, LLC

- Michael DeLuca

- BRB Investments, LLC

- Greg Stec

- G3 Holdings, Inc.

- Michael Nadler

- Gothic Investments, Inc.

- Joshua Johnson

- Jo-Na II, Ltd.

AO 88 (Rev. 1/94) Subpoena in a Civil Case

Issued by the

# United States District Court
## NORTHERN DISTRICT OF ILLINOIS

### SUBPOENA IN A CIVIL CASE

Phoenix Bond & Indemnity Co.,
Oak Park Investments, Inc.,
BCS Services, Inc.,

        Plaintiffs,

      v.                                  CASE NUMBER:[1]  05 C 4095

John Bridge, et al.,

        Defendants.

TO:   First DuPage Bank
      520 N. Cass Ave.
      Westmont, IL 60559

☐   YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐   YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒   YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

As to each person and/or entity on Exhibit A any documents or records relating to loans, loan applications, letters of credit, applications for letters of credit, collateral for any loans, agreements regarding collateral, payment of interest on any loans, guarantees, cashiers checks, account opening documents including signature cards, and/or written correspondence or e-mails between any bank employee and the person or entity.

| PLACE | DATE AND TIME |
|---|---|
| SACHNOFF & WEAVER, LTD. 10 South Wacker Drive, Suite 4000 Chicago, Illinois 60606 | November 23, 2005 |

☐   YOU ARE COMMANDED to produce and permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| Issuing Officer Signature and Title (Indicate if attorney for Plaintiff or Defendant) | Date |
|---|---|
| *Lisa Kistler* | October 24, 2005 |
| Attorney for Plaintiffs | |

Issuing Officer's Name, Address, and Phone Number    Lisa Kistler, SACHNOFF & WEAVER, LTD.,
                                        10 South Wacker Drive, Suite 4000, Chicago, Illinois 60606
                                        (312) 207-1000

(See Rule 45, Federal Rules of Civil Procedure Parts C & D on Reverse)

[1] If action is pending in district other than district of issuance, state district under case number.

AO 88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED |  |  |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|

| SERVED BY (PRINT NAME) | TITLE |
|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____

DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(2)(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection is made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

## EXHIBIT A

- Sabre Group, LLC

- John Bridge (ss# 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 or 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)

- Barrett Rochman (ss# 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)

- Regal One, LLC

- Jeffrey Bridge (ss# 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)

- Cronus Projects, LLC

- Robert Jensen

- Joseph Varan

- CCJ Investments, LLC

- Jesse Rochman (ss#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)

- Christopher Rochman (ss# 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)

- Corinne Rochman

- DRN II, Inc.

- Jeshay, LLC

- Mud Cats Real Estate, LLC

- Douglas Nash (ss# 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)

- Georgetown Investors, LLC

- Francis Alexander (ss# 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)

- Optimum Financial, Inc.

- Carpus Investments, LLC

- Jason Baumbach (ss# 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 or 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)

1

- L.C.C. Venture, LLC

- GJ Venture, LLC

- Gregory Ellis (ss# 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)

- Bamp, LLC

- Anthony DeLaurentis (ss# 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)

- Richarony, LLC

- Richard Turer (ss# 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)

- Heartwood 88, LLC

- Michael DeLuca

- BRB Investments, LLC

- Greg Stec

- G3 Holdings, Inc.

- Michael Nadler

- Gothic Investments, Inc.

- Joshua Johnson

- Jo-Na II, Ltd.

AO 88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# United States District Court
## NORTHERN DISTRICT OF ILLINOIS

### SUBPOENA IN A CIVIL CASE

Phoenix Bond & Indemnity Co.,
Oak Park Investments, Inc.,
BCS Services, Inc.,

       Plaintiffs,

       v.

John Bridge, et al.,

       Defendants.

CASE NUMBER:[1]  05 C 4095

TO:    First National Bank of Carmi
       201 E. Main St.
       Carmi, IL 62821

☐    YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
| | DATE AND TIME |

☐    YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |

☒    YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

As to each person and/or entity on Exhibit A any documents or records relating to loans, loan applications, letters of credit, applications for letters of credit, collateral for any loans, agreements regarding collateral, payment of interest on any loans, guarantees, cashiers checks, account opening documents including signature cards, and/or written correspondence or e-mails between any bank employee and the person or entity.

| PLACE | SACHNOFF & WEAVER, LTD.<br>10 South Wacker Drive, Suite 4000<br>Chicago, Illinois 60606 | DATE AND TIME<br><br>November 23, 2005 |
| --- | --- | --- |

☐    YOU ARE COMMANDED to produce and permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |

    Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| Issuing Officer Signature and Title (Indicate if attorney for Plaintiff or Defendant) | Date<br><br>October 24, 2005 |
| --- | --- |
| *Lisa Kistler*<br>Issuing Officer's Name, Address, and Phone Number | Attorney for Plaintiffs<br>Lisa Kistler, SACHNOFF & WEAVER, LTD.,<br>10 South Wacker Drive, Suite 4000, Chicago, Illinois 60606<br>(312) 207-1000 |

(See Rule 45, Federal Rules of Civil Procedure Parts C & D on Reverse)

[1] If action is pending in district other than district of issuance, state district under case number.

AO 88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|

| SERVED BY (PRINT NAME) | TITLE |
|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(2)(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection is made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, of commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

## EXHIBIT A

- Sabre Group, LLC

- John Bridge (ss# 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 or 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)

- Barrett Rochman (ss# 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)

- Regal One, LLC

- Jeffrey Bridge (ss# 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)

- Cronus Projects, LLC

- Robert Jensen

- Joseph Varan

- CCJ Investments, LLC

- Jesse Rochman (ss#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)

- Christopher Rochman (ss# 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)

- Corinne Rochman

- DRN II, Inc.

- Jeshay, LLC

- Mud Cats Real Estate, LLC

- Douglas Nash (ss# 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)

- Georgetown Investors, LLC

- Francis Alexander (ss# 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)

- Optimum Financial, Inc.

- Carpus Investments, LLC

- Jason Baumbach (ss# 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 or 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)

1

- L.C.C. Venture, LLC

- GJ Venture, LLC

- Gregory Ellis (ss# 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)

- Bamp, LLC

- Anthony DeLaurentis (ss# 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)

- Richarony, LLC

- Richard Turer (ss# 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)

- Heartwood 88, LLC

- Michael DeLuca

- BRB Investments, LLC

- Greg Stec

- G3 Holdings, Inc.

- Michael Nadler

- Gothic Investments, Inc.

- Joshua Johnson

- Jo-Na II, Ltd.

AO 88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the

# United States District Court
### NORTHERN DISTRICT OF ILLINOIS

## SUBPOENA IN A CIVIL CASE

Phoenix Bond & Indemnity Co.,
Oak Park Investments, Inc.,
BCS Services, Inc.,

        Plaintiffs,

        v.                             CASE NUMBER:[1]   05 C 4095

John Bridge, et al.,

        Defendants.

TO:    First National Bank of Steeleville
        319 W. Broadway
        Steeleville, IL 62288

☐    YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
| | DATE AND TIME |

☐    YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |
| | |

☒    YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

As to each person and/or entity on Exhibit A any documents or records relating to loans, loan applications, letters of credit, applications for letters of credit, collateral for any loans, agreements regarding collateral, payment of interest on any loans, guarantees, cashiers checks, account opening documents including signature cards, and/or written correspondence or e-mails between any bank employee and the person or entity.

| PLACE    SACHNOFF & WEAVER, LTD.<br>        10 South Wacker Drive, Suite 4000<br>        Chicago, Illinois 60606 | DATE AND TIME<br><br>November 23, 2005 |
| --- | --- |

☐    YOU ARE COMMANDED to produce and permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| Issuing Officer Signature and Title (Indicate if attorney for Plaintiff or Defendant) | Date<br><br>October 24, 2005 |
| --- | --- |
| *Lisa Kistler*                            Attorney for Plaintiffs | |
| Issuing Officer's Name, Address, and Phone Number    Lisa Kistler, SACHNOFF & WEAVER, LTD.,<br>    10 South Wacker Drive, Suite 4000, Chicago, Illinois 60606<br>    (312) 207-1000 | |

(See Rule 45, Federal Rules of Civil Procedure Parts C & D on Reverse)

[1] If action is pending in district other than district of issuance, state district under case number.

AO 88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| | |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
DATE

SIGNATURE OF SERVER

_____
ADDRESS OF SERVER

---

### Rule 45, Federal Rules of Civil Procedure, Parts C & D

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(2)(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection is made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

## EXHIBIT A

- Sabre Group, LLC

- John Bridge (ss# 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 or 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)

- Barrett Rochman (ss# 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)

- Regal One, LLC

- Jeffrey Bridge (ss# 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)

- Cronus Projects, LLC

- Robert Jensen

- Joseph Varan

- CCJ Investments, LLC

- Jesse Rochman (ss#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)

- Christopher Rochman (ss# 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)

- Corinne Rochman

- DRN II, Inc.

- Jeshay, LLC

- Mud Cats Real Estate, LLC

- Douglas Nash (ss# 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)

- Georgetown Investors, LLC

- Francis Alexander (ss# 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)

- Optimum Financial, Inc.

- Carpus Investments, LLC

- Jason Baumbach (ss# 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 or 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)

- L.C.C. Venture, LLC

- GJ Venture, LLC

- Gregory Ellis (ss# 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)

- Bamp, LLC

- Anthony DeLaurentis (ss# 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)

- Richarony, LLC

- Richard Turer (ss# 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)

- Heartwood 88, LLC

- Michael DeLuca

- BRB Investments, LLC

- Greg Stec

- G3 Holdings, Inc.

- Michael Nadler

- Gothic Investments, Inc.

- Joshua Johnson

- Jo-Na II, Ltd.

AO 88 (Rev. 1/94) Subpoena in a Civil Case

Issued by the

# United States District Court
## NORTHERN DISTRICT OF ILLINOIS

Phoenix Bond & Indemnity Co.,
Oak Park Investments, Inc.,
BCS Services, Inc.,

### SUBPOENA IN A CIVIL CASE

Plaintiffs,

v.

CASE NUMBER:[1]   05 C 4095

John Bridge, et al.,

Defendants.

TO:     Lakeside Bank
        141 W. Jackson Blvd.
        Chicago, IL 60604

☐     YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐     YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☒     YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

As to each person and/or entity on Exhibit A any documents or records relating to loans, loan applications, letters of credit, applications for letters of credit, collateral for any loans, agreements regarding collateral, payment of interest on any loans, guarantees, cashiers checks, account opening documents including signature cards, and/or written correspondence or e-mails between any bank employee and the person or entity.

| PLACE | SACHNOFF & WEAVER, LTD. | DATE AND TIME | |
|---|---|---|---|
| | 10 South Wacker Drive, Suite 4000 | | November 23, 2005 |
| | Chicago, Illinois  60606 | | |

☐     YOU ARE COMMANDED to produce and permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| Issuing Officer Signature and Title (Indicate if attorney for Plaintiff or Defendant) | Date |
|---|---|
| *Lisa Kistler* | October 24, 2005 |
| Attorney for Plaintiffs | |

Issuing Officer's Name, Address, and Phone Number     Lisa Kistler, SACHNOFF & WEAVER, LTD.,
10 South Wacker Drive, Suite 4000, Chicago, Illinois  60606
(312) 207-1000

(See Rule 45, Federal Rules of Civil Procedure Parts C & D on Reverse)

[1] If action is pending in district other than district of issuance, state district under case number.

AO 88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|

| SERVED BY (PRINT NAME) | TITLE |
|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____          _____
                      DATE                          SIGNATURE OF SERVER

                                          _____
                                          ADDRESS OF SERVER

Rule 45, Federal Rules of Civil Procedure, Parts C & D

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(2)(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection is made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be

commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, of commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

## EXHIBIT A

- Sabre Group, LLC

- John Bridge (ss# 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 or 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)

- Barrett Rochman (ss# 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)

- Regal One, LLC

- Jeffrey Bridge (ss# 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)

- Cronus Projects, LLC

- Robert Jensen

- Joseph Varan

- CCJ Investments, LLC

- Jesse Rochman (ss#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)

- Christopher Rochman (ss# 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)

- Corinne Rochman

- DRN II, Inc.

- Jeshay, LLC

- Mud Cats Real Estate, LLC

- Douglas Nash (ss# 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)

- Georgetown Investors, LLC

- Francis Alexander (ss# 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)

- Optimum Financial, Inc.

- Carpus Investments, LLC

- Jason Baumbach (ss# 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 or 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)

- L.C.C. Venture, LLC

- GJ Venture, LLC

- Gregory Ellis (ss# 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)

- Bamp, LLC

- Anthony DeLaurentis (ss# 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)

- Richarony, LLC

- Richard Turer (ss# 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)

- Heartwood 88, LLC

- Michael DeLuca

- BRB Investments, LLC

- Greg Stec

- G3 Holdings, Inc.

- Michael Nadler

- Gothic Investments, Inc.

- Joshua Johnson

- Jo-Na II, Ltd.

2

AO 88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# United States District Court
## NORTHERN DISTRICT OF ILLINOIS

### SUBPOENA IN A CIVIL CASE

Phoenix Bond & Indemnity Co.,
Oak Park Investments, Inc.,
BCS Services, Inc.,

        Plaintiffs,

      v.

John Bridge, et al.,

        Defendants.

CASE NUMBER:[1]   05 C 4095

TO:   Leaders Bank
      2001 York Rd., Ste. 150
      Oak Brook, IL 60523

☐   YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
| | DATE AND TIME |

☐   YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |

☒   YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

As to each person and/or entity on Exhibit A any documents or records relating to loans, loan applications, letters of credit, applications for letters of credit, collateral for any loans, agreements regarding collateral, payment of interest on any loans, guarantees, cashiers checks, account opening documents including signature cards, and/or written correspondence or e-mails between any bank employee and the person or entity.

| PLACE | SACHNOFF & WEAVER, LTD. | DATE AND TIME |
| --- | --- | --- |
| | 10 South Wacker Drive, Suite 4000 | November 23, 2005 |
| | Chicago, Illinois 60606 | |

☐   YOU ARE COMMANDED to produce and permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| Issuing Officer Signature and Title (Indicate if attorney for Plaintiff or Defendant) | Date |
| --- | --- |
| *Lisa Kistler*            Attorney for Plaintiffs | October 24, 2005 |

Issuing Officer's Name, Address, and Phone Number   Lisa Kistler, SACHNOFF & WEAVER, LTD.,
10 South Wacker Drive, Suite 4000, Chicago, Illinois 60606
(312) 207-1000

(See Rule 45, Federal Rules of Civil Procedure Parts C & D on Reverse)

[1] If action is pending in district other than district of issuance, state district under case number.

AO 88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED |  |  |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|

| SERVED BY (PRINT NAME) | TITLE |
|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
　　　　　　　　　DATE

_____
SIGNATURE OF SERVER

_____
ADDRESS OF SERVER

Rule 45, Federal Rules of Civil Procedure, Parts C & D

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(2)(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection is made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be

commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

## EXHIBIT A

- Sabre Group, LLC

- John Bridge (ss# 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 or 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)

- Barrett Rochman (ss# 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)

- Regal One, LLC

- Jeffrey Bridge (ss# 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)

- Cronus Projects, LLC

- Robert Jensen

- Joseph Varan

- CCJ Investments, LLC

- Jesse Rochman (ss#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)

- Christopher Rochman (ss# 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)

- Corinne Rochman

- DRN II, Inc.

- Jeshay, LLC

- Mud Cats Real Estate, LLC

- Douglas Nash (ss# 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)

- Georgetown Investors, LLC

- Francis Alexander (ss# 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)

- Optimum Financial, Inc.

- Carpus Investments, LLC

- Jason Baumbach (ss# 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 or 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)

1

- L.C.C. Venture, LLC

- GJ Venture, LLC

- Gregory Ellis (ss# 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)

- Bamp, LLC

- Anthony DeLaurentis (ss# 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)

- Richarony, LLC

- Richard Turer (ss# 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)

- Heartwood 88, LLC

- Michael DeLuca

- BRB Investments, LLC

- Greg Stec

- G3 Holdings, Inc.

- Michael Nadler

- Gothic Investments, Inc.

- Joshua Johnson

- Jo-Na II, Ltd.

AO 88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# United States District Court
### NORTHERN DISTRICT OF ILLINOIS

Phoenix Bond & Indemnity Co.,
Oak Park Investments, Inc.,
BCS Services, Inc.,

               Plaintiffs,

**SUBPOENA IN A CIVIL CASE**

      v.

                               CASE NUMBER:[1]   05 C 4095

John Bridge, et al.,

               Defendants.

TO:    Old Second National Bank
         37 S. River St.
         Aurora, IL 60506

☐    YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐    YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒    YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

As to each person and/or entity on Exhibit A any documents or records relating to loans, loan applications, letters of credit, applications for letters of credit, collateral for any loans, agreements regarding collateral, payment of interest on any loans, guarantees, cashiers checks, account opening documents including signature cards, and/or written correspondence or e-mails between any bank employee and the person or entity.

| PLACE    SACHNOFF & WEAVER, LTD. | DATE AND TIME |
|---|---|
|               10 South Wacker Drive, Suite 4000<br>              Chicago, Illinois 60606 | November 23, 2005 |

☐    YOU ARE COMMANDED to produce and permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| Issuing Officer Signature and Title (Indicate if attorney for Plaintiff or Defendant) | Date |
|---|---|
| *Lisa Kistler*                       Attorney for Plaintiffs | October 24, 2005 |
| Issuing Officer's Name, Address, and Phone Number    Lisa Kistler, SACHNOFF & WEAVER, LTD.,<br>                                     10 South Wacker Drive, Suite 4000, Chicago, Illinois 60606<br>                                   (312) 207-1000 | |

(See Rule 45, Federal Rules of Civil Procedure Parts C & D on Reverse)

[1] If action is pending in district other than district of issuance, state district under case number.

AO 88 (Rev. 1/94) Subpoena in a Civil Case

---

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| | |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| | |

---

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____          _____
                    DATE                              SIGNATURE OF SERVER

                                                      _____
                                                      ADDRESS OF SERVER

---

### Rule 45, Federal Rules of Civil Procedure, Parts C & D

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(2)(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection is made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;
(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be

commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

## EXHIBIT A

- Sabre Group, LLC

- John Bridge (ss# 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 or 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)

- Barrett Rochman (ss# 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)

- Regal One, LLC

- Jeffrey Bridge (ss# 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)

- Cronus Projects, LLC

- Robert Jensen

- Joseph Varan

- CCJ Investments, LLC

- Jesse Rochman (ss#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)

- Christopher Rochman (ss# 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)

- Corinne Rochman

- DRN II, Inc.

- Jeshay, LLC

- Mud Cats Real Estate, LLC

- Douglas Nash (ss# 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)

- Georgetown Investors, LLC

- Francis Alexander (ss# 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)

- Optimum Financial, Inc.

- Carpus Investments, LLC

- Jason Baumbach (ss# 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 or 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)

1

- L.C.C. Venture, LLC

- GJ Venture, LLC

- Gregory Ellis (ss# 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)

- Bamp, LLC

- Anthony DeLaurentis (ss# 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)

- Richarony, LLC

- Richard Turer (ss# 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)

- Heartwood 88, LLC

- Michael DeLuca

- BRB Investments, LLC

- Greg Stec

- G3 Holdings, Inc.

- Michael Nadler

- Gothic Investments, Inc.

- Joshua Johnson

- Jo-Na II, Ltd.

AO 88 (Rev. 1/94) Subpoena in a Civil Case

Issued by the

# United States District Court

## NORTHERN DISTRICT OF ILLINOIS

### SUBPOENA IN A CIVIL CASE

Phoenix Bond & Indemnity Co.,
Oak Park Investments, Inc.,
BCS Services, Inc.,

           **Plaintiffs,**

        v.                                  CASE NUMBER:[1]   05 C 4095

John Bridge, et al.,

           **Defendants.**

TO:    Resource Bank N.A.
           555 Bethany Rd.
           DeKalb, IL 60115

☐    YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
| --- | --- |
|  | DATE AND TIME |

☐    YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
| --- | --- |

☒    YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

As to each person and/or entity on Exhibit A any documents or records relating to loans, loan applications, letters of credit, applications for letters of credit, collateral for any loans, agreements regarding collateral, payment of interest on any loans, guarantees, cashiers checks, account opening documents including signature cards, and/or written correspondence or e-mails between any bank employee and the person or entity.

| PLACE | SACHNOFF & WEAVER, LTD. | DATE AND TIME |
| --- | --- | --- |
|  | 10 South Wacker Drive, Suite 4000 Chicago, Illinois 60606 | November 23, 2005 |

☐    YOU ARE COMMANDED to produce and permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
| --- | --- |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| Issuing Officer Signature and Title (Indicate if attorney for Plaintiff or Defendant) | Date |
| --- | --- |
| *Lisa Kistler* | October 24, 2005 |
| Attorney for Plaintiffs | |
| Issuing Officer's Name, Address, and Phone Number    Lisa Kistler, SACHNOFF & WEAVER, LTD., 10 South Wacker Drive, Suite 4000, Chicago, Illinois 60606 (312) 207-1000 | |

(See Rule 45, Federal Rules of Civil Procedure Parts C & D on Reverse)

---

[1] If action is pending in district other than district of issuance, state district under case number.

AO 88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|

| SERVED BY (PRINT NAME) | TITLE |
|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____          _____
                    DATE                                    SIGNATURE OF SERVER

                                                            _____
                                                            ADDRESS OF SERVER

---

### Rule 45, Federal Rules of Civil Procedure, Parts C & D

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(2)(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be

commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

## EXHIBIT A

- Sabre Group, LLC

- John Bridge (ss# 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 or 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)

- Barrett Rochman (ss# 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)

- Regal One, LLC

- Jeffrey Bridge (ss# 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)

- Cronus Projects, LLC

- Robert Jensen

- Joseph Varan

- CCJ Investments, LLC

- Jesse Rochman (ss#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)

- Christopher Rochman (ss# 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)

- Corinne Rochman

- DRN II, Inc.

- Jeshay, LLC

- Mud Cats Real Estate, LLC

- Douglas Nash (ss# 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)

- Georgetown Investors, LLC

- Francis Alexander (ss# 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)

- Optimum Financial, Inc.

- Carpus Investments, LLC

- Jason Baumbach (ss# 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 or 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)

1

- L.C.C. Venture, LLC

- GJ Venture, LLC

- Gregory Ellis (ss# 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)

- Bamp, LLC

- Anthony DeLaurentis (ss# 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)

- Richarony, LLC

- Richard Turer (ss# 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)

- Heartwood 88, LLC

- Michael DeLuca

- BRB Investments, LLC

- Greg Stec

- G3 Holdings, Inc.

- Michael Nadler

- Gothic Investments, Inc.

- Joshua Johnson

- Jo-Na II, Ltd.

2

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the **Notice of Third-Party Subpoenas**

were served on this 27th day of October, 2005, by first class mail, from the offices of Sachnoff &

Weaver, Ltd., 10 South Wacker Drive, Suite 4000, Chicago, Illinois 60606, upon:

| | |
|---|---|
| *Attorney for Defendants John Bridge, Barrett Rochman and Sabre Group, LLC* | Theodore M. Becker<br>Morgan Lewis Bockius<br>77 West Wacker Drive, 5th Floor<br>Chicago, Illinois 60601 |
| *Attorney for Defendants Robert Jensen, Joseph Varan, Cronus Projects, LLC, Gregory Ellis, GJ Venture, LLC, and L.C.C. Venture, LLC* | Kevin J. Clancy<br>Martin W. McManaman<br>Patrick R. Moran<br>Lowis & Gellen LLP<br>200 West Adams Street, Suite 1900<br>Chicago, Illinois 60606 |
| *Attorney for Defendants Jeffrey Bridge, Regal One, LLC, Jason Baumbach, Optimum Financial, Inc., and Carpus Investments, LLC* | Elisha S. Rosenblum<br>Clifford G. Kosoff<br>O'Halloran, Kosoff, Geitner & Cook, P.C.<br>650 Dundee Road, Suite 475<br>Northbrook, Illinois 60062 |
| *Attorney for Defendants Jesse Rochman, Corinne Rochman, Christopher Rochman, BRB Investments, LLC, and CCJ Investments, LLC* | Neil S. Ament<br>Law Office of Neil S. Ament<br>1955 Shermer Road, Suite 400<br>Northbrook, Illinois 60062 |
| *Attorney for Defendants Douglas Nash, DRN II, Inc., Jeshay, LLC, and Mud Cats Real Estate, LLC* | David S. Rosenbloom<br>McDermott, Will & Emery LLP<br>227 West Monroe Street, Suite 4400<br>Chicago, Illinois 60606-5096 |
| *Attorney for Defendants Francis Alexander and Georgetown Investors, LLC* | Michael J. Kralovec<br>Joseph R. Lemersal<br>Sara R. McClain<br>Nash, Lalich & Kralovec, LLC<br>53 West Jackson Boulevard, Suite 1102<br>Chicago, Illinois 60604 |

Lisa A. Kistler