# Exhibit A



Office of the County Treasurer
COOK COUNTY, ILLINOIS
COUNTY BUILDING
118 N. CLARK STREET, ROOM 212
Chicago, Illinois 60602

MARIA PAPPAS
COUNTY TREASURER

**Directions:** This receipt MUST be signed by the tax buyer. Attach this receipt to the top of your complete packet. A tax buyer is not eligible to bid and the Cook County Collector will neither acknowledge nor accept any bid from a tax buyer who does not sign this receipt.

1. I have received a copy of the Tax Sale Rules and Regulations.
2. I have read and understand the Tax Sale Rules and Regulations.
3. I agree to comply with these Rules and Regulations.
4. I have received the 2002 Annual Tax Sale Registration Forms, the Acknowledgement of Single, Simultaneous Bidder Rule, and this Receipt.

_____
(Tax Buyer Signature)

Dated: 4/23/04

(please print)

TAX BUYER NAME: SABRE GROUP, LLC

ADDRESS: 31 HOMEWOOD DRIVE
CARBONDALE, IL 62901

TELEPHONE: (618) 457-4334 (LOCAL) (312) 251-1333

FACSIMILE: (618) 529-4880 LOCAL - (312) 251-0133

E-MAIL: KEVSGSICH@aol.com

REGISTRATION #: 02-066

Maria Pappas
Cook County Treasurer and Ex-Officio County Collector
Cook County, Illinois

02-066
Registration Number

## 2002 Annual Tax Sale Registration

251-1333

### Section I

**REGISTERED TAX BUYER** – Legal entity to which Certificates of Purchase will be issued:

Name: SABRE GROUP, LLC
Address: 31 HOMEWOOD DR.
City: CARBONDALE   State: IL   Zip: 62901
Telephone: (618) 457-4334   FAX: (618) 529-4880
E-Mail: Kev56si ch@aol.com   SSN: 
FEIN: ███████

### Section II

**AUTHORIZED BIDDERS** – Only the following individuals are authorized to bid on behalf of and bind the above-named Tax Buyer (**Remember to attach photocopy of all bidders' photo identification**):

| Name/SSN | Address | Telephone, FAX & E-Mail |
|---|---|---|
| 1. JOHN BRIDGE  SSN: ███ | 31 HOMEWOOD DR. CARBONDALE, IL 62901 | (618) 457-4334  (618) 529-4880 |
| 2. JOSHUA BRIDGE  SSN: ███ | 31 HOMEWOOD DR. CARBONDALE, IL 62901 | (618) 457-4334  (618) 529-4880 |
| 3. Kenneth Rochman  SSN: ███ | 31 HOMEWOOD DR. CARBONDALE, IL 62901 | (618) 457-4334  (618) 529-4880 |
| 4. Kelly Penman  SSN: ███ | 31 HOMEWOOD DR. CARBONDALE, IL 62901 | (618) 457-4334  (618) 529-4880 |

---

**FOR OFFICE USE ONLY**

[X] CC  [ ] MO  [ ] BOND   $ 2,000,000 .00
[X] Registration signed by all bidders  [X] ID for all bidders
INITIAL REVIEW BY: _____   APPROVED BY: EA

1

## Section III

Identify the legal status of the tax buying entity named in Section I (<u>Select ONLY one</u>):

Individual ☐    Assumed Name ☐    Partnership ☐

Limited Partnership ☐    Corporation/LLC ☒    501(c)(3) ☐

If you selected "Individual", <u>you may skip to Section V</u>.

## Section IV

If you are buying under an **Assumed Name**, please provide the following:

County/State in which your Assumed Name is filed: _____
Name of person buying under assumed name: _____
Address of person: _____ City: _____
State: _____ Zip: _____ Telephone: _____
FAX: _____ E-Mail: _____

For each person having an ownership or profit sharing interest in the Assumed Name entity, give the following information (use an additional sheet of paper if necessary):

| <u>Name/SSN</u> | <u>Address</u> | <u>Telephone, FAX & E-Mail</u> |
|---|---|---|
| 1. _____<br>SSN: _____ | _____ | _____ |
| 2. _____<br>SSN: _____ | _____ | _____ |
| 3. _____<br>SSN: _____ | _____ | _____ |

If the tax buyer is a **Partnership**, please provide the following regarding ALL PARTNERS (general, limited, equity or other) (use an additional sheet of paper if necessary):

| <u>Name/SSN</u> | <u>Address</u> | <u>Telephone, FAX & E-Mail</u> |
|---|---|---|
| 1. _____<br>SSN: _____ | _____ | _____ |

2

2. _____
SSN: _____

3. _____
SSN: _____

If the tax buyer is a **Limited Partnership/LLP**, please provide the following:

State in which Limited Partnership or LLP is registered: _____
Name of the Registered Agent or Officer: _____
Address of Registered Agent or Officer: _____

In addition, give the following information for each member of the Limited Partnership/LLP (use an additional sheet of paper if necessary):

| Member Name/SSN | Address | Telephone, FAX & E-Mail |
|---|---|---|
| 1. _____ SSN: _____ | | |
| 2. _____ SSN: _____ | | |
| 3. _____ SSN: _____ | | |

If the tax buyer is a **Corporation/LLC**, please provide the following:

State of Incorporation: _ILLINOIS_     Year of Incorporation: _2001_
Is the Corporation in Good Standing: (Yes) / No
If the Corporation is <u>not</u> an Illinois Corporation, is the Corporation licensed to do business in Illinois: Yes / No
Is the Corporation Publicly Held: Yes / (No)

Name of Registered Agent: _JAMES MORRIS_
Address of Registered Agent: _805 W. DEYOUNG ST., MARION, IL 62959_

3

For each person with a stock or profit sharing interest in the corporation, please provide the following, (use an additional sheet of paper if necessary):

| Name/SSN | Address | Telephone, FAX & E-Mail |
|---|---|---|
| 1. BARRETT ROCHMAN<br>SSN: ▓▓▓▓▓▓▓▓ | 31 HOMEWOOD DRIVE<br>CARBONDALE, IL 62901 | (618) 457-4334<br>(618) 529-4880 |
| 2. CHARLES DECKER<br>SSN: ▓▓▓▓▓▓▓▓ | 31 HOMEWOOD DRIVE<br>CARBONDALE, IL 62901 | (618) 457-4334<br>(618) 529-4880 |
| 3.<br>SSN: | | |

If the tax buyer is a **501(c)(3) Charitable Organization**, please provide the following:

Name of Chief Executive Officer: _____
Address of headquarters: _____

Do you have tax exempt status with the Illinois Department of Revenue?  **Yes / No**

## Section V

## REPRESENTATIONS AND WARRANTIES

I represent and warrant, except as is fully disclosed below, with copies of the documentation of the matters disclosed, that the bidding entity registering to be permitted to participate in the 2002 Annual Sale is not affiliated with any other entity or person registering to bid at the 2002 Annual Sale, in that:

(A) It has no capital, purchase money, or other finances in common with any other bidding entity or person registering to bid at the 2002 Annual Sale;

(B) It shares no common ownership interest or common source of funds with any other bidding entity or person registering to participate at the 2002 Annual Sale;

(C) It has no agreements to purchase or sell any parcels successfully bid on at the 2002 Annual Sale by any other registering bidding entity or person at the 2002 Annual Sale;

(D) It has no agreements to purchase or sell any parcels successfully bid on at the 2002 Annual Sale by any entity or person known to be ineligible to bid at the 2002 Annual Sale;

4

(C) It does not stand to gain financially pursuant to an agreement with another bidding entity registering for the 2002 Annual Sale concerning parcels to be bid upon or purchased by such other entity at the 2002 Annual Sale.

Explanations, if needed:

_____
_____
_____
_____
_____
_____
_____
_____

Attach additional pages if necessary. Attach exhibits, if any, to application.

> Each of the undersigned states under oath or affirmation pursuant to §1-109 of the Illinois Code of Civil Procedure that all of the information set forth in this registration is true, correct, and complete.

_[signature]_
**Signature of Purchaser**

Date: 4/23/04

Signature(s) of ALL Registered Bidder(s):

1. _[signature] John Bridge_
2. _[signature]_
3. _[signature] Kenneth C. _____
4. _[signature] Kelly _____

5



OFFICE OF THE COOK COUNTY TREASURER
COOK COUNTY, ILLINOIS
ROOM 212, COUNTY BUILDING
CHICAGO, ILLINOIS 60602

# Acknowledgement of Single, Simultaneous Bidder Rule

As in prior tax sales, the Cook County Treasurer will enforce the Single, Simultaneous Related Bidding Entity[1] rule.

This rule provides that one tax buying entity (principal) may not have its/his/her/their actual or apparent agents, employees, or related entities, directly or indirectly register under multiple registrations for the <u>intended or perceived</u> purpose of having more than one person bidding at the tax sale at the same time for the <u>intended or perceived</u> purpose of increasing the principal's likelihood of obtaining a successful bid on a parcel.

This rule does not prevent a single bidder from alternating the identity of the buyer for whom they are bidding at any given time, <u>so long as related bidding entities, or entities perceived to be related</u>, are not bidding at the same time.

The determination of whether registered entities are related, so as to prevent the entities from bidding at the same time, is in the <u>sole and exclusive discretion</u> of the Cook County Treasurer or her designated representatives.

By signing below, I certify under penalty of perjury pursuant to § 1-109 of the Illinois Code of Civil Procedure, that I am a duly authorized agent, officer, or representative for _Sabre Group LLC_____; that I have received and understand the above-stated rules; that at no time during the 2002 Annual Tax Sale shall I, or the entity that I represent, or an entity directly or indirectly related to the above tax buyer, have multiple bidders registered as separate bidding entities, simultaneously bidding at the 2002 Annual Sale.

I agree that if the tax buying entity that I represent is challenged by the Cook County Treasurer with respect to having related, or allegedly related, entities simultaneously bidding at the Annual Sale, that all such disputes shall have as exclusive venue and jurisdiction the Circuit Court of Cook County.

_____    Date  4/23/04
Authorized Agent for the above Tax Buyer

_Barrett Rochman_____
Printed Name

---

[1] "Related Bidding Entity" is defined as any individual, corporation, partnership, joint venture, limited liability company, business organization, or other entity that has a shareholder, partner, principal, officer, general partner or other person or entity having an ownership interest in common with, or contractual relationship with, any other registrant in the 2002 Annual Tax Sale.



OFFICE OF THE COOK COUNTY TREASURER
COOK COUNTY, ILLINOIS
ROOM 222, COUNTY BUILDING
CHICAGO, ILLINOIS 60602

June 11, 2004

SABRE Group, LLC
31 Homewood Dr.
Carbondale, IL 62901

Re: Return of Collateral
Buyer Number: 02-00066

Dear Tax Buyer:

Enclosed is your letter of credit # 10-04 that was posted with our office for the 2002 Annual Tax Sale. Please return this letter of credit to the financial institution along with the enclosed letter for their records.

By signing the bottom of this letter, you acknowledge receipt of the aforementioned letter of credit.

If you have further questions regarding this matter, you may contact the undersigned, (312) 603-5494.

Sincerely,

Gina Quesada
Legal Department

Thomas L Gerez
6/17/04

Per phone Conversation
w/ John Budge
OK Pickup by



**OFFICE OF THE COOK COUNTY TREASURER**
**COOK COUNTY, ILLINOIS**
**ROOM 222, COUNTY BUILDING**
**CHICAGO, ILLINOIS 60602**

June 11, 2004

First National Bank of Carmi
201 E. Main St.
Carmi, IL 62821

Re: Your customer: SABRE Group, LLC
<u>Letter of Credit</u>: # 10-04

Dear Sir or Madam:

Your client has satisfied all purchasing requirements for the 2002 Annual Tax Sale. This office will not need to draw on your letter of credit, referenced above.

If you have further questions regarding this matter, you may contact the undersigned, (312) 603-5494.

Sincerely,

*Gina Quesada*
Gina Quesada
Legal Department

/GQ



**OFFICE OF THE COOK COUNTY TREASURER**
**COOK COUNTY, ILLINOIS**

## Request to Reduce Collateral or Cancel Registration: 2002 Annual Tax Sale

I, _Kelly Penman_____, a duly authorized agent for the following entity registered as a tax buyer at the 2002 Cook County Annual Tax Sale:

Buyer Name: _SABRE GROUP, LLC_____

Buyer Number: _66_____; hereby request to:

[ X ] **Withdraw the letter of credit** deposited as collateral & **cancel the buyer's registration;**

[ ___ ] **Withdraw the bond** posted as collateral & **cancel the buyer's registration;**

[ ___ ] **Withdraw all certified funds deposited** as collateral & **cancel the buyer's registration;**

[ ___ ] **Reduce** the certified funds deposited by $ _____, and **continue to maintain the buyer=s registration.**

Checks will be made payable in the name of the registered buyer only. Checks will only be mailed to buyers at their registration address.

I certify that prior to withdrawing or reducing collateral for the above-referenced buyer that said buyer has satisfactorily paid for all tax purchases made by them at the 2002 Annual Sale, and that if subsequent payment is later determined necessary by the Cook County Treasurer for any tax purchase made by the above buyer, that said registered buyer will remain liable for any such unpaid tax purchases.

Printed Name: _Kelly Penman_____  Signature: _Kelly Penman_____

Telephone: _(312) 251-1333_____ FAX: _(312) 251-0133_____

E-Mail: _kellbell817@hotmail.com_____

Date: _6/8/04_____

02-066



## UNCONDITIONAL AND IRREVOCABLE LETTER OF CREDIT

**BENEFICIARY**
Maria Pappas
Treasurer and Ex-Officio Collector
Cook County, IL
118 N. Clark Street, Room 212
Chicago, IL 60602

**APPLICANT**
Sabre Group, LLC
P. O. Box 3074
31 Homewood Dr.
Carbondale, IL · 62902

Date: May 10, 2004

To the Treasurer and Ex-Officio Collector:

We hereby issue the Unconditional and Irrevocable Letter of Credit No. 10-04 in favor of the Beneficiary for the account of Sabre Group, LLC up to the aggregate amount of Two Million Dollars ($2,000,000.00).

This credit is issued, presentable and payable on sight at The First National Bank of Carmi, Carmi, Illinois. Drawings may be made by facsimile, attention Jack I. Martin, Senior Vice President, 201 E. Main Street, Carmi, Illinois, 62821 at (618) 382-5881. Information may be obtained from Jack I. Martin, Senior Vice President (618)382-4118. If the drawing is made by facsimile, the original drawing document shall be mailed, on the same day, to the attention of Jack I. Martin, Senior Vice President at The First National Bank of Carmi, 201 E. Main Street, Carmi, Illinois 62821, or delivered within 24 hours to the attention of the same person at the indicated address.

Funds under this Letter of Credit are available to the Beneficiary unconditionally against sight drafts or facsimile purporting to be signed by the Beneficiary (whether actual or acting) for any sum or sums not exceeding a total of Two Million ($2,000,000.00) drawn on our Office mentioning the Letter of Credit by number and Applicant. The sight draft or facsimile shall state that Applicant has failed to complete a payment of the amount she/he/it has successfully bid for taxes at the 2002 Annual Tax Sale, or shall state that the drawing is being made at the unilateral discretion of the Treasurer and Ex-Officio Collector and shall further state that the reason for the drawing (which reason is also within the sole and exclusive discretion of the Treasurer and Ex-Officio Collector). Funds drawn under this Letter of Credit shall be sent by overnight delivery to the Beneficiary at the address listed above.

Partial and multiple drawings are permitted.

This Letter of Credit shall expire at 12 Noon Chicago time on August 13, 2004, unless prior to the expiration date a request is made in writing to this Office by the Beneficiary, attention Jack I. Martin, Senior Vice President at The First National Bank of Carmi, 201 E. Main Street, Carmi, IL 62821 requesting an extension, in which case it shall automatically be renewed for one year.

This Letter of Credit sets forth in full the terms of this Office's undertaking, and may be amended only by a written amendment signed by us and by the beneficiary. Our obligations are primary obligations to the beneficiary. We shall honor drafts drawn and presented hereunder and in compliance with the terms of the Letter of Credit.

If there are any disputes or claims with respect to this Letter of Credit, venue and jurisdiction shall lie exclusively with Circuit Court of Cook County, Illinois.

This Letter of Credit is subject to the Uniform Customs and Practice for Documentary Credits, International Chamber of Commerce Publication No. 500, 1993 revision ("UPC"), and the Uniform Commercial Code, Letter of Credit, 810 ILCS 5/5-101 et seq. as amended, and as in effect in the State of Illinois ("UCC"). To the extent the provisions of the UCP and the UCC shall conflict, the provisions of the UCC shall govern.

The First National Bank of Carmi

Alvin D. Fritschle
President

| *Albion* | *Carmi* | *Enfield* | *Grayville* | *Mt. Carmel* | *West Carmi* |
|---|---|---|---|---|---|
| 26 E. Elm | 201 E. Main | 105 E. Main | 102 S. Court | 601 Market | 1206 W. Main |
| Albion, IL 62806 | Carmi, IL 62821 | Enfield, IL 62835 | Grayville, IL 62844 | Mt. Carmel IL 62863 | Carmi, IL 62821 |
| Tel. 618.445.2371 | Tel. 618.382.4118 | Tel. 618.963.2313 | Tel. 618. 375.2200 | Tel. 618. 263.3833 | Tel. 618. 382.3195 |
| Fax. 618.445.3958 | Fax. 618. 382.5881 | Fax .618.963.2613 | Fax. 618. 375.4904 | Fax. 618. 262.7929 | Fax. 618. 382.8503 |

www.surffirst.net



## LLC FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| Entity Name | SABRE GROUP, LLC | File Number | 00511706 |
| Status | GOODSTANDING | On | 01/08/2004 |
| Entity Type | LLC | Type of LLC | Domestic |
| File Date | 01/29/2001 | Jurisdiction | IL |
| Agent Name | MICHAEL A. LANGENSTEIN | Agent Change Date | 08/01/2002 |
| Agent Street Address | 31 HOMEWOOD DR PO BOX 3074 | Registered Office | 31 HOMEWOOD DR CARBONDALE 62901 |
| Agent City | CARBONDALE | Management Type | MBR |
| Agent Zip | 62902 | Dissolution Date | 12/31/2021 |
| Annual Report Filing Date | 00/00/0000 | For Year | 2005 |
| Old LLC Name | 03/28/2001 - SABRE INVESTMENTS, LLC | | |

**Return to the Search Screen**

