# Exhibit C

2C
11/9/05

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT - COUNTY DIVISION

IN THE MATTER OF THE APPLICATION OF THE **5 COTD** **2127**
COUNTY COLLECTOR FOR JUDGMENT AND
ORDER OF SALE AGAINST LANDS AND LOTS
RETURNED DELINQUENT FOR NONPAYMENT OF
GENERAL TAXES AND/OR SPECIAL
ASSESSMENTS FOR THE YEAR 2001 AND PRIOR
YEARS

NO.:
CERTIFICATE NO.: 01-0000468
VOLUME NO.: 015

PETITION OF: Sabre Group, L.L.C.



## PETITION FOR TAX DEED

NOW COMES Sabre Group, L.L.C., Petitioner herein and, in Petition to this Honorable Court for Tax Deed, states as follows:

1. The following described real estate was sold on March 10, 2003, at the annual tax sale held on said date by the Cook County Treasurer of Cook County, Illinois; which sale of said property was held in accordance with the judgment of this court duly entered after due notice had been made in accordance with the Illinois Property Tax Code, as amended:

Lot 6 in Block 65 in Chicago Heights, a Subdivision in the Southwest 1/4 of Section 21, Township 35 North, Range 14 East of the Third Principal Meridian, in Cook County, Illinois.

Permanent Index Number: 32-21-311-020-0000

2. That a Certificate of Purchase, No. 01-0000468 was duly issued or assigned to Sabre Group, L.L.C., your Petitioner, which is still the owner of said Certificate.

3. That a true and exact copy of the aforementioned Certificate of Purchase is attached hereto and made a part hereof as Exhibit "A".

4. That said real estate has not been redeemed from said tax sale and that the time for redemption will expire on November 2, 2005.

5. That all taxes and special assessments which became due and payable on said parcel(s) of real estate subsequent to the date of said sale and prior to and including the

Certificate No.: 01-0000468        ι        TSSPFTD - Page 1 of 3

date of the filing of this petition will be redeemed. Prior to the entry of an order directing the County Clerk to issue a tax deed, all other taxes and special assessments falling due on said parcel(s) of real estate between the date of filing this Petition and the date of said order, if any, will be paid and all forfeitures and sale occurring in said interval, if any, will be redeemed.

6. That all notices required by law to be given will be given prior to the entry of an order directing the issuance of a tax deed to said parcel(s) of real estate to petitioner unless redemption is made within the time and in the manner provided by law.

7. That your Petitioner has complied with and will hereafter fully comply with all provisions of Statutes and of the Constitution of the State of Illinois relative hereto and will be entitled to the issuance of a Tax Deed if the real estate herein is not redeemed from the sale within the time allowed by law.

WHEREFORE, your Petitioner prays:

A. That this Honorable Court doth find:

1. that due notice of said tax sale and of the time for redemption therefrom has been given to all parties entitled thereto as required by law;

2. that due notice of the filing of this Petition has been given to all parties entitled thereto as required by law;

3. that all general taxes and special assessments which became due and payable on the real estate herein subsequent to the date of sale herein have been paid or redeemed as required by law;

4. that your Petitioner has fully complied with all applicable provisions of the Illinois Property Tax Code, as amended, and of all other applicable statutes of the State of Illinois and the Constitution of the State of Illinois, entitling Petitioner to a Tax Deed; and

5. that no redemption has been made from the tax sale herein prior to the expiration of time of redemption.

B. That this Honorable Court enter an Order directing the County Clerk of Cook County to issue a Tax Deed to your Petitioner.

C. That this Honorable Court enter an Order as may be necessary to

Certificate No.: 01-0000468                              TSSPFTD - Page 2 of 3

place and maintain Petitioner, as grantee, in possession of said real estate.

D. That this Honorable Court grant such other and further and different relief in the premises as the nature of this case may require.

Sabre Group, L.L.C., Petitioner

By: _____
One of its Attorneys

Heather A. Ortenfeld, # 39731
Attorney for Petitioner
120 West Madison Street, Suite 918
Chicago, Illinois 60602
(312) 251-1333

Certificate No.: 01-0000468

TSSPFTD - Page 3 of 3

CERTIFICATE OF PURCHASE

STATE OF ILLINOIS )
                   ) ss                    CERTIFICATE NUMBER .01-0000468
COUNTY OF COOK     )

## --CERTIFICATE OF PURCHASE--

### FOR GENERAL TAXES AND SPECIAL ASSESSMENTS, A.D. 2001, ETC.

I, DAVID D. ORR, County Clerk in and for the County and State aforesaid DO HEREBY CERTIFY THAT  CCJ INVESTMENTLLC              did, on the day hereinafter set forth , purchase at Public Auction, at the Court House in CHICAGO, the property designated by PERMANENT REAL ESTATE NUMBER  3 2 - 2 1 - 3 1 1 - 0 2 0 - 0 0 0 0, situated in said County for the taxes, interest and costs due and unpaid thereon for the tax year 2001 and prior and paid as purchase money on said property the total amount of taxes, interest and costs thereon as stated herein.

VOLUME  0 1 5          PERMANENT INDEX NUMBER      3 2 - 2 1 - 3 1 1 - 0 2 0 - 0 0 0 0

| TAXES | Date of Sale 03/10/03 | Rate of Percent Sold 0.00 | | Total Amt. of TAXES and Interest | Date Paid |
|---|---|---|---|---|---|
| GENERAL 2001 | | | Tax 509.11 Interest 38.20 | | 03/10/03 |
| | | | | 547.31 | |
| BACK TAX YRS - | | | Tax Interest | | |
| SPECIAL ASSESSMENT 2002 | | | Tax Interest | | |
| STATUTORY TREASURER FEES | | | | | |
| STATUTORY CLERK FEES | | | | 227.37 | |
| PRIOR YEARS' | | | | 47.00 | |
| SPECIAL & GENERAL TAXES | | | | | |
| 20 | | | | | |
| 20 | | | | | |
| 20 | | | | | |
| 20 | | | | | |
| TOTAL | | | | 821.68 | |

Received this  27  day of  MARCH        , 2003  , the sum of $      821.68  the amount of the purchase money on the above property.

If the aforesaid property is not redeemed in the manner and within the time provided by law, the above-named purchaser, his heirs or assigns, will, upon application and compliance with the provisions of law pertaining thereto, be entitled to receive a deed of conveyance for said real estate herein described by said permanent index number; provided that unless the holder of this certificate shall take out said deed, as entitled by law, and file same for record within one year from and after expiration of the time of redemption, the said certificate or deed, and the sale upon which it is based, shall from and after the expiration of one year, be absolutely null.

WITNESS my hand and the official seal at CHICAGO in said County
this    27      day of  MARCH    , A.D., 2003

Assessee:

Countersigned:

_Maria Pappas_
County Treasurer and Ex-Officio Collector
of Cook County

_David D. Orr_
County Clerk of Cook County



STATE OF ILLINOIS )
                   ) ss
COUNTY OF COOK     )

In consideration of the sum of     TEN          DOLLARS, I do hereby sell, assign,
transfer and set over to   SABRE GROUP, LLC    , his heirs, executors, administrators
and assigns, the within CERTIFICATE OF PURCHASE, and all my right, title and interest in
or to the real estate therein described, to have and to hold the same to himself, his heirs,
executors, administrators and assigns, to his and their sole use, benefit and behoof forever.

Given under my hand and seal this 15th    day of MAY     A.D. 20 03

Kelly Penman

By: CCJ Investments, LLC
    Kelly Penman, Agent

# Exhibit D



**Office of the County Treasurer**
COOK COUNTY, ILLINOIS
COUNTY BUILDING
118 N. CLARK STREET, ROOM 212
Chicago, Illinois 60602

MARIA PAPPAS
COUNTY TREASURER

**Directions:** This receipt MUST be signed by the tax buyer. Attach this receipt to the top of your complete packet. A tax buyer is not eligible to bid and the Cook County Collector will neither acknowledge nor accept any bid from a tax buyer who does not sign this receipt.

1. I have received a copy of the Tax Sale Rules and Regulations.

2. I have read and understand the Tax Sale Rules and Regulations.

3. I agree to comply with these Rules and Regulations.

4. I have received the 2002 Annual Tax Sale Registration Forms, the Acknowledgement of Single, Simultaneous Bidder Rule, and this Receipt.

X _Frances L. Alexander_
(Tax Buyer Signature)

X Dated: _4/19/04_

---

(please print)

TAX BUYER NAME: _GEORGETOWN INVESTORS LLC_

ADDRESS: _P.O. BOX 565 / 40 TERRY DRIVE_
_SUGAR GROVE, IL 60554_

TELEPHONE: _630-466-1211_

FACSIMILE: _630-466-1299_

E-MAIL: _falex1211@aol.com_

REGISTRATION #: _02-072_

Cook County Treasurer and Ex-Officio County Collector
Cook County, Illinois

*02-072*
Registration Number

## 2002 Annual Tax Sale Registration

### Section I

**REGISTERED TAX BUYER** – Legal entity to which Certificates of Purchase will be issued:

Name: ~~FCH~~ GEORGETOWN INVESTORS LLC

Address: P.O. BOX 565 / 40 TERRY DRIVE ~~60554~~

City: SUGAR GROVE    State: IL    Zip: 60554

Telephone: 630-466-1211    FAX: 630-466-1299

E-Mail: feiley1211@aol.com    SSN: ████████

FEIN: 20-1047180

### Section II

**AUTHORIZED BIDDERS** – Only the following individuals are authorized to bid on behalf of and bind the above-named Tax Buyer (**Remember to attach photocopy of all bidders' photo identification**):

| Name/SSN | Address | Telephone, FAX & E-Mail |
|---|---|---|
| 1. Caitlin m Siegert<br>SSN: ████████ | 386 Sauk trail<br>Park forest, IL, 60466 | (708) 748-5602 |
| 2. Patrick Siegert<br>SSN: ████████ | 386 Sauk trail<br>park forest, IL, 60466 | (708) 748-5602 |
| 3.<br>SSN: | | |
| 4.<br>SSN: | | |

<hr>

**FOR OFFICE USE ONLY**

[ ] LOC  [X] CC  [ ] MO  [ ] BOND  $ 200,000 .00

[ ] Registration signed by all bidders  [ ] ID for all bidders

INITIAL REVIEW BY: Li        APPROVED BY: EM

1

## Section III

Identify the legal status of the tax buying entity named in Section I (**Select ONLY one**):

Individual ☐          Assumed Name ☐          Partnership ☐

Limited Partnership ☐          Corporation/LLC ☑          501(c)(3) ☐

If you selected "Individual", __you may skip to Section V__.

## Section IV

If you are buying under an **Assumed Name**, please provide the following:

County/State in which your Assumed Name is filed: _____
Name of person buying under assumed name: _____
Address of person: _____
State: _____ Zip: _____ City: _____
FAX: _____ E-Mail: _____

For each person having an ownership or profit sharing interest in the Assumed Name entity, give the following information (use an additional sheet of paper if necessary):

| Name/SSN | Address | Telephone, FAX & E-Mail |
|---|---|---|
| 1. _____ | _____ | _____ |
| SSN: _____ | _____ | _____ |
| | | _____ |
| 2. _____ | _____ | _____ |
| SSN: _____ | _____ | _____ |
| | | _____ |
| 3. _____ | _____ | _____ |
| SSN: _____ | _____ | _____ |
| | | _____ |

If the tax buyer is a **Partnership**, please provide the following regarding ALL PARTNERS (general, limited, equity or other) (use an additional sheet of paper if necessary):

| Name/SSN | Address | Telephone, FAX & E-Mail |
|---|---|---|
| 1. FRANCES ALEXANDER | 40 TERRY DR | (630) 466-1211 |
| SSN: ▓▓▓▓▓ | SUGAR GROVE, IL 60554 | (630) 466-1299 |

2

2. _____

SSN: _____ _____ _____

_____

3. _____

SSN: _____ _____ _____

_____

_____

If the tax buyer is a **Limited Partnership/LLP**, please provide the following:

State in which Limited Partnership or LLP is registered: _____
Name of the Registered Agent or Officer: _____
Address of Registered Agent or Officer: _____

_____

In addition, give the following information for each member of the Limited
Partnership/LLP (use an additional sheet of paper if necessary):

| Member Name/SSN | Address | Telephone, FAX & E-Mail |
|---|---|---|

1. _____

SSN: _____ _____ _____

_____

2. _____

SSN: _____ _____ _____

_____

3. _____

SSN: _____ _____ _____

_____

If the tax buyer is a **Corporation/LLC**, please provide the following:

State of Incorporation: _Illinois_ Year of Incorporation: _2003_
Is the Corporation in Good Standing: Yes / No
If the Corporation is <u>not</u> an Illinois Corporation, is the Corporation licensed to do
business in Illinois: Yes / No
Is the Corporation Publicly Held: Yes / No

Name of Registered Agent: _FRANCIS L. AleXANDER_
Address of Registered Agent: _PO Box 565/40 TERRY DRIVE_

3

For each person with a stock or profit sharing interest in the corporation, please provide the following, (use an additional sheet of paper if necessary):

| Name/SSN | Address | Telephone, FAX & E-Mail |
|---|---|---|
| 1. FRANCES ALEXANDER | 40 TERRY DR. | (630) 466-1211 |
| SSN: ██████ | Sugar Grove, IL 60554 | (630) 466-1299 |
| 2. | | |
| SSN: | | |
| 3. | | |
| SSN: | | |

If the tax buyer is a **501(c)(3) Charitable Organization**, please provide the following:

Name of Chief Executive Officer: _____

Address of headquarters: _____

Do you have tax exempt status with the Illinois Department of Revenue?   Yes / No

## Section V

## REPRESENTATIONS AND WARRANTIES

I represent and warrant, except as is fully disclosed below, with copies of the documentation of the matters disclosed, that the bidding entity registering to be permitted to participate in the 2002 Annual Sale is not affiliated with any other entity or person registering to bid at the 2002 Annual Sale, in that:

(A)  It has no capital, purchase money, or other finances in common with any other bidding entity or person registering to bid at the 2002 Annual Sale;

(B)  It shares no common ownership interest or common source of funds with any other bidding entity or person registering to participate at the 2002 Annual Sale;

(C)  It has no agreements to purchase or sell any parcels successfully bid on at the 2002 Annual Sale by any other registering bidding entity or person at the 2002 Annual Sale;

(D)  It has no agreements to purchase or sell any parcels successfully bid on at the 2002 Annual Sale by any entity or person known to be ineligible to bid at the 2002 Annual Sale;

4

(E) It does not stand to gain financially pursuant to an agreement with another bidding entity registering for the 2002 Annual Sale concerning parcels to be bid upon or purchased by such other entity at the 2002 Annual Sale.

Explanations, if needed:

_____

_____

_____

_____

_____

_____

_____

Attach additional pages if necessary.  Attach exhibits, if any, to application.

Each of the undersigned states under oath or affirmation pursuant to §1-109 of the Illinois Code of Civil Procedure that all of the information set forth in this registration is true, correct, and complete.

*Francis L Alexander*
**Signature of Purchaser**

Date: 4/19/04

**Signature(s) of ALL Registered Bidder(s):**

1. *Caitlin Siegert*
2. *Patrick Siegert*
3. _____
4. _____

5



OFFICE OF THE COOK COUNTY TREASURER
COOK COUNTY, ILLINOIS
ROOM 212, COUNTY BUILDING
CHICAGO, ILLINOIS 60602

# Acknowledgement of Single, Simultaneous Bidder Rule

As in prior tax sales, the Cook County Treasurer will enforce the Single, Simultaneous Related Bidding Entity[1] rule.

This rule provides that one tax buying entity (principal) may not have its/his/her/their actual or apparent agents, employees, or related entities, directly or indirectly register under multiple registrations for the intended or perceived purpose of having more than one person bidding at the tax sale at the same time for the intended or perceived purpose of increasing the principal's likelihood of obtaining a successful bid on a parcel.

This rule does not prevent a single bidder from alternating the identity of the buyer for whom they are bidding at any given time, so long as related bidding entities, or entities perceived to be related, are not bidding at the same time.

The determination of whether registered entities are related, so as to prevent the entities from bidding at the same time, is in the sole and exclusive discretion of the Cook County Treasurer or her designated representatives.

By signing below, I certify under penalty of perjury pursuant to § 1-109 of the Illinois Code of Civil Procedure, that I am a duly authorized agent, officer, or representative for _Sabre Group) Georgetown_ ; that _Investors LLC_ I have received and understand the above-stated rules; that at no time during the 2002 Annual Tax Sale shall I, or the entity that I represent, or an entity directly or indirectly related to the above tax buyer, have multiple bidders registered as separate bidding entities, simultaneously bidding at the 2002 Annual Sale.

I agree that if the tax buying entity that I represent is challenged by the Cook County Treasurer with respect to having related, or allegedly related, entities simultaneously bidding at the Annual Sale, that all such disputes shall have as exclusive venue and jurisdiction in the Circuit Court of Cook County.

_Frances L. Alexander_
Authorized Agent for the above Tax Buyer         Date _4/19/04_

_FRANCES L. ALEXANDER_
Printed Name

---

[1] "Related Bidding Entity" is defined as any individual, corporation, partnership, joint venture, limited liability company, business organization, or other entity that has a shareholder, partner, principal, officer, general partner or other person or entity having an ownership interest in common with, or contractual relationship with, any other registrant in the 2002 Annual Tax Sale.



# Maria Pappas

## Cook County Treasurer

June 21, 2004

Georgetown Investors LLC
40 Terry Drive
Sugar Grove, IL 60554

Re:   Return of Collateral
      Buyer Number: *02-00072*

Dear Tax Buyer:

Enclosed is your check that was posted for collateral with our office for the 2002 Annual Tax Sale.

If you have further questions regarding this matter, you may contact the undersigned, (312) 603-5494.

Sincerely,

Gina Quesada
Legal Department



OFFICE OF THE COOK COUNTY TREASURER
COOK COUNTY, ILLINOIS

## Request to Reduce Collateral or
## Cancel Registration:
## 2002 Annual Tax Sale

I, __FRANCES ALEXANDER__, a duly authorized agent for the following entity registered as a tax buyer at the 2002 Cook County Annual Tax Sale:

Buyer Name: __GEORGETOWN INVESTORS, LLC__

Buyer Number: __72__; hereby request to:

[_____] __Withdraw the letter of credit__ deposited as collateral & __cancel the buyer's registration;__

[_____] __Withdraw the bond__ posted as collateral & __cancel the buyer's registration;__

[__X__] __Withdraw all certified funds deposited__ as collateral & __cancel the buyer's registration;__

[_____] __Reduce__ the certified funds deposited by $ _____, and __continue to maintain the buyer=s registration.__

Checks will be made payable in the name of the registered buyer only. Checks will only be mailed to buyers at their registration address.

I certify that prior to withdrawing or reducing collateral for the above-referenced buyer that said buyer has satisfactorily paid for all tax purchases made by them at the 2002 Annual Sale, and that if subsequent payment is later determined necessary by the Cook County Treasurer for any tax purchase made by the above buyer, that said registered buyer will remain liable for any such unpaid tax purchases.

Printed Name: __Frances L. Alexander__ Signature __Frances L. Alexander__

Telephone: __(630) 466-1211__ FAX: __(630) 466-1299__

E-Mail: __falex1211@aol.com__

Date: __6/8/04__



# Maria Pappas

**Cook County Treasurer**

## Check Request Form

Please complete the following information for a check request and submit to *ACCOUNTS PAYABLE*. Attach any reports that need to be sent to the payee with the check. *Please note:* If all sections are not completed the check will not be processed and the form will be returned.

**Description (refer to list – CIRCLE ONLY ONE):**

1 2 3 4 5 6 7 8 9 10 11 12 13
14 15 16 17 18 19 20 (21) 22 23

**PIN/Case/Agency Number (if applicable):**

**Issue Check to:**
**Payee Name (max-35 characters including spaces):**
Georgetown Investors LLC

**Address:** 40 Terry Drive
Sugar Grove, IL 60554

**Payee Telephone Number:** ( )
**Payee Fax Number:** ( )
**Payee E-Mail Address:**

**Amount:** $ 200,000.00

**Interest:** $

**Total:** $ 200,000.00

**ACCOUNTING USE ONLY:**
Home Rule Tax – G/L Distribution Acct:

Special Fee – G/L Distribution Acct:

**Date:** 6-21-04

**Requested By:** EG

**Approved By:**

**Once Check is received it should be (check ONLY one):**

☐ Forward to:

☑ Mail to: (ONLY complete this if the mail to address is different than they payee's address on the left):

Name:

Address:

Telephone Number: ( ) -

Fax Number: ( ) -

**Cover letter required? (Circle one)** (Yes) No

**Report/Attachments Required? (Circle one)** Yes No
If yes, you *must* forward the report/attachments with this form.

**W-9 Required? (Circle one):** Yes No
If yes, attach the completed W-9 or provide the SSN/FEIN# below:

**For AP Use Only:**

Supplier/Payee#:

Batch#:

Doc#:

Entered By/Date:

**Descriptions**

1. 911
2. ACH Return check to agency
3. Capital Litigation (Other)
4. Capital Litigation-Public Def.
5. Condemnations
6. Condemnations-Tax
7. Counterfeit/Forgery
8. Estate of Heirs (known)
9. Estate of Heirs (unknown)
10. General D
11. DOR (Home Rule) Refunds
12. Indemnity (Refund Dept.)
13. Indemnity-Judge.(Legal)
14. Overage
15. Publication Cost
16. Receivership
17. Redemption Fee
18. Senior Citizen
19. Special Assessment
20. Special Fee Refunds
21. Tax Sale Collateral
22. PIN Deletion
23. Suspense

Revised: June 12, 2003

## Old Second

**Old Second National Bank**
37 South River Street
Aurora, IL 60506

**Cashiers Check**

THE PURCHASE OF AN INDEMNITY BOND WILL BE REQUIRED BEFORE ANY
CASHIER'S CHECK OF THIS BANK WILL BE REPLACED OR REFUNDED IN
THE EVENT IT IS LOST, MISPLACED OR STOLEN.

Date: 4/21/04

REMITTER    OSNB GEORGETOWN INVESTORS LLC
DDA #707166

Branch:    1012

**PAY
TO THE
ORDER OF**    EXACTLY **200,000 AND 00/100 DOLLARS

COOK COUNTY TREASURER

$200,

02 - 072

SIGNATURE HAS A COLORED BACKGROUND · BORDER CONTAINS

⑈0000358055⑈ ⑆071900760⑆ 18⑈

**Robert Sieker**

| | |
|---|---|
| **From:** | Ivana Dabizljevic |
| **Sent:** | Tuesday, July 13, 2004 10:37 AM |
| **To:** | Martha A. Mills |
| **Cc:** | Robert Sieker; Brigid Madro |
| **Subject:** | Tax sale Collateral Check Returned in Mail |

We have received a Tax Sale Collateral Check payable to Georgetown Investors LLC (buyer no. 02-00072) for
$200,000.00 back in mail as undeliverable.
The mailing address provided by Legal Dept. on the check request was:
40 Terry Drive
Sugar Grove, IL 60554

Please let us know where the checks should be re-mailed.

Thanks,
Ivana Dabizljevic

1



SERVICES   PROGRAMS   PRESS   PUBLICATIONS   DEPARTMENTS   CONTACT

## LLC FILE DETAIL REPORT



| | | | |
|---|---|---|---|
| Entity Name | GEORGETOWN INVESTORS LLC | File Number | 00866393 |
| Status | GOODSTANDING | On | 03/05/2004 |
| Entity Type | LLC | Type of Entity | Domestic |
| File Date | 02/14/2003 | Jurisdiction | IL |
| Agent Name | FRANCIS ALEXANDER | Agent Change Date | 02/14/2003 |
| Agent Street Address | 40 TERRY DRIVE | Registered Office | 40 TERRY DRIVE SUGAR GROVE 60554 |
| Agent City | SUGAR GROVE | Management Type | MBR |
| Agent Zip | 60554 | Dissolution Date | PERPETUAL |
| Annual Report Filing Date | 03/05/2004 | For Year | 2004 |

**Return to the Search Screen**

BACK TO CYBERDRIVEILLINOIS.COM



# Exhibit E
# Redacted

# Exhibit F
# Redacted

# Exhibit G

**EX. G**
**Mailings Related To Liens That Sabre Purchased**

| County Pin # | Volume # | Date (On or About) | Document Mailed |
|---|---|---|---|
| 29-18-401-013-0000 | 211 | 08/14/2002 | 22-5 |
| 29-18-417-013-0000 | 211 | 08/14/2002 | 22-5 |
| 13-01-423-018-0000 | 317 | 08/20/2002 | 22-5 |
| 13-01-427-010-0000 | 317 | 08/20/2002 | 22-5 |
| 13-01-427-012-0000 | 317 | 08/20/2002 | 22-5 |
| 13-02-428-039-0000 | 318 | 08/20/2002 | 22-5 |
| 13-06-103-039-0000 | 323 | 08/20/2002 | 22-5 |
| 13-07-104-069-0000 | 324 | 08/20/2002 | 22-5 |
| 00-00-202-010-9034 | 429 | 08/20/2002 | 22-5 |
| 02-02-011-101-0000 | 429 | 08/20/2002 | 22-5 |
| 20-20-102-016-0000 | 429 | 08/20/2002 | 22-5 |
| 20-20-111-043-0000 | 429 | 08/20/2002 | 22-5 |
| 20-20-202-020-0000 | 429 | 08/20/2002 | 22-5 |
| 20-20-213-017-0000 | 429 | 08/20/2002 | 22-5 |
| 20-20-217-018-0000 | 429 | 08/20/2002 | 22-5 |
| 20-20-219-034-0000 | 429 | 08/20/2002 | 22-5 |
| 20-20-224-004-0000 | 429 | 08/20/2002 | 22-5 |
| 20-20-226-042-0000 | 429 | 08/20/2002 | 22-5 |
| 31-34-110-023-0000 | 180 | 07/16/2003 | 22-5 |
| 31-35-408-026-0000 | 180 | 07/16/2003 | 22-5 |
| 07-07-201-058-0000 | 187 | 07/16/2003 | 22-5 |
| 25-22-201-014-0000 | 290 | 07/18/2003 | 22-5 |
| 25-22-317-009-0000 | 291 | 07/18/2003 | 22-5 |
| 25-27-109-015-0000 | 293 | 07/18/2003 | 22-5 |
| 25-27-130-051-0000 | 293 | 07/18/2003 | 22-5 |
| 26-05-308-006-0000 | 295 | 07/18/2003 | 22-5 |
| 26-06-306-007-0000 | 296 | 07/18/2003 | 22-5 |
| 26-06-321-015-0000 | 296 | 07/18/2003 | 22-5 |
| 26-06-414-025-0000 | 297 | 07/18/2003 | 22-5 |
| 32-21-305-021-0000 | 015 | 07/19/2004 | 22-25 |
| | | 07/16/2004 | 22-10 |
| | | 07/19/2004 | |
| | | 07/21/2004 | |
| 32-33-322-033-0000 | 021 | 07/19/2004 | 22-25 |
| | | 07/19/2004 | 22-10 |
| | | 07/20/2004 | |
| | | 07/21/2004 | |

**EX. G**
**Mailings Related To Liens That Sabre Purchased**

| County Pin # | Volume # | Date (On or About) | Document Mailed |
|---|---|---|---|
| 32-33-418-026-0000 | 021 | 07/19/2004 | 22-25 |
| | | 07/19/2004 | 22-10 |
| | | 07/20/2004 | |
| | | 07/21/2004 | |
| 33-18-200-010-0000 | 022 | 07/19/2004 | 22-25 |
| | | 07/20/2004 | 22-10 |
| | | 07/21/2004 | |
| | | 08/31/2004 | |
| 33-31-112-026-0000 | 022 | 07/19/2004 | 22-25 |
| | | 07/19/2004 | 22-10 |
| | | 08/29/2004 | |
| | | 08/30/2004 | |
| | | 09/10/2004 | |
| 28-17-213-005-0000 | 031 | 07/19/2004 | 22-25 |
| | | 07/19/2004 | 22-10 |
| | | 07/20/2004 | |
| | | 08/12/2004 | |
| | | 08/31/2004 | |
| 30-17-200-003-0000 | 224 | 04/27/2005 | 22-25 |
| | | 04/29/2005 | 22-10 |
| | | 05/02/2005 | |
| 28-34-402-022-1092 | 035 | 05/24/2005 | 22-25 |
| 32-30-107-059-0000 | 019 | | |
| | | 07/19/2004 | 22-25 |
| | | 07/18/04 | 22-10 |
| | | 07/21/04 | |
| | | 07/22/04 | |
| 25-10-102-029-0000 | 284 | 11/04/2004 | 22-25 |
| 25-10-317-029-0000 | 285 | 10/1/2004 | 22-25 |
| | | 10/02/2004 | |
| | | 10/04/2004 | 22-10 |

# Exhibit H

**EX. H**
**Mailings Related to Liens That Regal Purchased**

| County Pin # | Volume # | Date (On or About) | Document Mailed |
|---|---|---|---|
| 29-18-400-026-0000 | 211 | 08/14/2002 | 22-5 |
| 29-19-228-046-0000 | 211 | 08/14/2002 | 22-5 |
| 13-05-400-025-0000 | 322 | 08/20/2002 | 22-5 |
| 13-09-328-062-1010 | 329 | 08/20/2002 | 22-5 |
| 20-20-105-011-0000 | 429 | 08/20/2002 | 22-5 |
| 20-20-118-010-0000 | 429 | 08/20/2002 | 22-5 |
| 20-20-305-041-0000 | 430 | 08/20/2002 | 22-5 |
| 20-20-306-022-0000 | 430 | 08/20/2002 | 22-5 |
| 20-20-314-025-0000 | 430 | 08/20/2002 | 22-5 |
| 20-20-325-025-0000 | 430 | 08/20/2002 | 22-5 |
| 20-20-408-036-0000 | 430 | 08/20/2002 | 22-5 |
| 31-34-101-032-0000 | 180 | 07/16/2003 | 22-5 |
| 31-36-114-041-0000 | 180 | 07/16/2003 | 22-5 |
| 31-36-311-029-0000 | 180 | 07/16/2003 | 22-5 |
| 31-36-410-030-0000 | 180 | 07/16/2003 | 22-5 |
| 15-12-303-028-0000 | 182 | 07/16/2003 | 22-5 |
| 15-26-105-026-0000 | 184 | 07/16/2003 | 22-5 |
| 25-22-212-031-0000 | 290 | 07/18/2003 | 22-5 |
| 25-27-103-010-0000 | 293 | 07/18/2003 | 22-5 |
| 25-27-109-020-0000 | 293 | 07/18/2003 | 22-5 |
| 25-34-112-021-0000 | 293 | 07/18/2003 | 22-5 |
| 26-06-207-024-0000 | 296 | 07/18/2003 | 22-5 |
| 26-06-312-004-0000 | 296 | 07/18/2003 | 22-5 |
| 26-06-405-022-0000 | 297 | 07/18/2003 | 22-5 |
| 28-34-409-012-0000 | 035 | 09/22/2004 | 22-5 |
| 06-13-411-006-0000 | 060 | 09/22/2004 | 22-5 |
| 18-35-412-025-0000 | 085 | 09/09/2004 | 22-5 |
| 10-27-218-032-0000 | 124 | 09/22/2004 | 22-5 |
| 02-34-200-038-0000 | 150 | 09/22/2004 | 22-5 |
| 31-12-100-075-1016 | 178 | 09/22/2004 | 22-5 |
| 29-08-318-020-0000 | 200 | 09/22/2004 | 22-5 |
| 30-17-406-010-0000 | 224 | 09/22/2004 | 22-5 |
| 20-25-121-007-0000 | 262 | 09/27/2004 | 22-5 |
| 13-14-405-039-1016 | 337 | 03/27/2004 | 22-5 |
| 32-21-305-021-0000 | 015 | 07/19/2004 | 22-25 |
| | | 07/16/2004 | 22-10 |
| | | 07/19/2004 | |
| | | 07/21/2004 | |

## EX. H
## Mailings Related to Liens That Regal Purchased

| County Pin # | Volume # | Date (On or About) | Document Mailed |
|---|---|---|---|
| 32-33-322-033-0000 | 021 | 07/19/2004<br><br>07/19/2004<br>07/20/2004<br>07/21/2004 | 22-25<br><br>22-10 |
| 32-33-418-026-0000 | 021 | 07/19/2004<br><br>07/19/2004<br>07/20/2004<br>07/21/2004 | 22-25<br><br>22-10 |
| 33-18-200-010-0000 | 022 | 07/19/2004<br><br>07/20/2004<br>07/21/2004<br>08/31/2004 | 22-25<br><br>22-10 |
| 33-31-112-026-0000 | 022 | 07/19/2004<br><br>07/19/2004<br>08/29/2004<br>08/30/2004<br>09/10/2004 | 22-25<br><br>22-10 |
| 28-17-213-005-0000 | 031 | 07/19/2004 | 22-25 |
| 28-34-402-022-1092 | 035 | 05/24/2005 | 22-25 |

764490

2

# Exhibit I

**EX. I**
**Mailings Related to Liens That DRN II Purchased**

| County Pin # | Volume # | Date (On or About) | Document Mailed |
|---|---|---|---|
| 20-10-303-013-0000 | 253 | 08/14/2002 | 22-5 |
| 20-11-304-015-1013 | 254 | 08/14/2002 | 22-5 |
| 20-15-314-016-0000 | 257 | 08/14/2002 | 22-5 |
| 20-22-105-007-0000 | 258 | 08/14/2002 | 22-5 |
| 20-22-302-031-0000 | 259 | 08/14/2002 | 22-5 |
| 20-22-316-009-0000 | 259 | 08/14/2002 | 22-5 |
| 20-22-401-031-0000 | 259 | 08/14/2002 | 22-5 |
| 20-22-424-017-0000 | 259 | 08/14/2002 | 22-5 |
| 20-23-115-003-0000 | 260 | 08/14/2002 | 22-5 |
| 20-23-407-016-0000 | 261 | 08/14/2002 | 22-5 |
| 20-23-412-044-0000 | 261 | 08/14/2002 | 22-5 |
| 32-30-107-059-0000 | 019 | 07/19/2004 | 22-25 |
| | | 07/18/2004 | 22-10 |
| | | 07/21/2004 | |
| | | 07/22/2004 | |
| 25-10-102-029-0000 | 284 | 11/04/2004 | 22-25 |
| 25-10-317-029-0000 | 285 | 10/01/2004 | 22-25 |
| | | 10/02/2004 | 22-10 |
| | | 10/04/2004 | |

# Exhibit J

**EX. J**
**Mailings Related to Liens That DRN 2 Purchased**

| County Pin # | Volume # | Date (On or About) | Document Mailed |
|---|---|---|---|
| 31-26-206-009-0000 | 180 | 07/16/2003 | 22-5 |
| 31-34-106-003-0000 | 180 | 07/16/2003 | 22-5 |
| 31-35-105-023-0000 | 180 | 07/16/2003 | 22-5 |
| 31-35-201-036-0000 | 180 | 07/16/2003 | 22-5 |
| 31-35-209-012-0000 | 180 | 07/16/2003 | 22-5 |
| 31-35-320-010-0000 | 180 | 07/16/2003 | 22-5 |
| 25-22-113-061-0000 | 290 | 07/18/2003 | 22-5 |
| 25-22-212-043-0000 | 290 | 07/18/2003 | 22-5 |
| 25-22-320-012-0000 | 291 | 07/18/2003 | 22-5 |
| 25-27-106-001-0000 | 293 | 07/18/2003 | 22-5 |
| 25-27-118-051-0000 | 293 | 07/18/2003 | 22-5 |
| 25-28-418-008-0000 | 293 | 07/18/2003 | 22-5 |

# Exhibit K

**EX. K**
**Mailings Related to Liens That Jeshay Purchased**

| County Pin # | Volume # | Date (On or About) | Document Mailed |
|---|---|---|---|
| 32-29-205-006-0000 | 019 | 09/22/2004 | 22-5 |
| 09-14-111-053-0000 | 088 | 09/22/2004 | 22-5 |
| 27-25-313-008-0000 | 147 | 09/22/2004 | 22-5 |
| 19-30-405-028-0000 | 190 | 09/22/2004 | 22-5 |
| 30-20-409-039-0000 | 226 | 09/22/2004 | 22-5 |
| 20-35-222-005-0000 | 270 | 09/27/2004 | 22-5 |
| 13-01-121-014-0000 | 316 | 09/27/2004 | 22-5 |
| 19-24-404-005-0000 | 403 | 09/27/2004 | 22-5 |
| 25-08-102-044-0000 | 454 | 09/28/2004 | 22-5 |
| 16-02-318-030-0000 | 539 | 09/28/2004 | 22-5 |

# Exhibit L

## EX. L
## Mailings Related to Liens that Mud Cats Purchased

| County Pin No. | Volume No. | Date (on or about) | Document Mailed |
|---|---|---|---|
| 01-02-400-020-0000 | 1-13 | 07/06/05 | 22-5 |
| 16-19-100-041-1079 | 1-13 | 07/06/05 | 22-5 |
| 16-30-212-005-0000 | 1-13 | 07/06/05 | 22-5 |
| 32-05-219-011-0000 | 1-13 | 07/06/05 | 22-5 |
| 32-06-302-013-0000 | 1-13 | 07/06/05 | 22-5 |
| 32-07-108-024-0000 | 1-13 | 07/06/05 | 22-5 |
| 32-11-104-009-0000 | 1-13 | 07/06/05 | 22-5 |
| 32-11-110-029-0000 | 1-13 | 07/06/05 | 22-5 |
| 32-19-321-015-0000 | 14-18 | 07/06/05 | 22-5 |
| 32-20-300-006-0000 | 14-18 | 07/06/05 | 22-5 |

# Exhibit M

**EX. M**
**Mailings Related to Liens That Cronus Purchased**

| County Pin # | Volume # | Date (On or About) | Document Mailed |
|---|---|---|---|
| 31-26-100-014-0000 | 180 | 07/16/2003 | 22-5 |
| 31-33-102-043-0000 | 180 | 07/16/2003 | 22-5 |
| 31-34-403-028-0000 | 180 | 07/16/2003 | 22-5 |
| 31-36-109-025-0000 | 180 | 07/16/2003 | 22-5 |
| 31-36-200-025-1085 | 180 | 07/16/2003 | 22-5 |
| 31-36-200-028-1086 | 180 | 07/16/2003 | 22-5 |
| 25-22-201-024-0000 | 290 | 07/18/2003 | 22-5 |
| 25-22-317-012-0000 | 291 | 07/18/2003 | 22-5 |
| 25-27-104-006-0000 | 293 | 07/18/2003 | 22-5 |
| 25-34-111-003-0000 | 293 | 07/18/2003 | 22-5 |
| 26-05-313-034-0000 | 295 | 07/18/2003 | 22-5 |
| 26-06-104-044-0000 | 295 | 07/18/2003 | 22-5 |
| 28-14-207-055-0000 | 030 | 09/22/2004 | 22-5 |
| 09-11-201-030-0000 | 086 | 09/22/2004 | 22-5 |
| 10-16-312-022-0000 | 114 | 09/22/2004 | 22-5 |
| 07-29-209-023-0000 | 187 | 09/22/2004 | 22-5 |
| 29-23-206-015-0000 | 215 | 09/22/2004 | 22-5 |
| 20-23-406-035-1008 | 261 | 09/27/2004 | 22-5 |
| 13-12-103-080-0000 | 332 | 09/27/2004 | 22-5 |
| 13-35-277-027-0000 | 373 | 09/27/2004 | 22-5 |
| 13-36-316-001-0000 | 531 | 09/28/2004 | 22-5 |
| 16-23-227-011-0000 | 569 | 09/28/2004 | 22-5 |
| 32-21-106-042-0000 | 015 | 08/01/2006 | 22-10 |

# Exhibit N

**EX. N**
**Mailings Related to Leins That CCJ Purchased**

| County Pin # | Volume # | Date | Document Mailed |
|---|---|---|---|
| 31-26-414-009-0000 | 180 | 07/16/2003 | 22-5 |
| 31-34-307-006-0000 | 180 | 07/16/2003 | 22-5 |
| 31-35-106-024-0000 | 180 | 07/16/2003 | 22-5 |
| 01-50-120-601-9000 | 181 | 07/16/2003 | 22-5 |
| 07-07-202-057-0000 | 187 | 07/16/2003 | 22-5 |
| 07-08-300-020-0000 | 187 | 07/16/2003 | 22-5 |
| 25-22-108-015-0000 | 290 | 07/18/2003 | 22-5 |
| 25-22-308-027-0000 | 291 | 07/18/2003 | 22-5 |
| 25-27-105-019-0000 | 293 | 07/18/2003 | 22-5 |
| 25-27-116-014-0000 | 293 | 07/18/2003 | 22-5 |
| 25-34-118-020-0000 | 293 | 07/18/2003 | 22-5 |
| 26-06-204-028-0000 | 296 | 07/18/2003 | 22-5 |
| 26-06-305-061-0000 | 296 | 07/18/2003 | 22-5 |
| 26-06-311-047-0000 | 296 | 07/18/2003 | 22-5 |
| 28-03-211-061-0000 | 025 | 09/21/2004 | 22-5 |
| 12-29-304-012-0000 | 070 | 09/21/2004 | 22-5 |
| 10-26-108-023-0000 | 123 | 09/21/2004 | 22-5 |
| 31-05-102-011-1009 | 178 | 09/21/2004 | 22-5 |
| 03-24-200-133-0000 | 233 | 09/24/2004 | 22-5 |
| 21-30-202-015-1015 | 274 | 09/24/2004 | 22-5 |
| 13-14-202-001-0000 | 336 | 09/24/2004 | 22-5 |
| 19-12-315-016-0000 | 387 | 09/24/2004 | 22-5 |
| 20-17-301-007-0000 | 424 | 09/24/2004 | 22-5 |
| 16-24-204-011-0000 | 572 | 09/28/2004 | 22-5 |
| 16-32-132-026-0000 | 008 | 09/19/2006 | 22-10 |

**EX. M**
**Mailings Related to Liens That Cronus Purchased**

| County Pin # | Volume # | Date (On or About) | Document Mailed |
|---|---|---|---|
| 31-26-100-014-0000 | 180 | 07/16/2003 | 22-5 |
| 31-33-102-043-0000 | 180 | 07/16/2003 | 22-5 |
| 31-34-403-028-0000 | 180 | 07/16/2003 | 22-5 |
| 31-36-109-025-0000 | 180 | 07/16/2003 | 22-5 |
| 31-36-200-025-1085 | 180 | 07/16/2003 | 22-5 |
| 31-36-200-028-1086 | 180 | 07/16/2003 | 22-5 |
| 25-22-201-024-0000 | 290 | 07/18/2003 | 22-5 |
| 25-22-317-012-0000 | 291 | 07/18/2003 | 22-5 |
| 25-27-104-006-0000 | 293 | 07/18/2003 | 22-5 |
| 25-34-111-003-0000 | 293 | 07/18/2003 | 22-5 |
| 26-05-313-034-0000 | 295 | 07/18/2003 | 22-5 |
| 26-06-104-044-0000 | 295 | 07/18/2003 | 22-5 |
| 28-14-207-055-0000 | 030 | 09/22/2004 | 22-5 |
| 09-11-201-030-0000 | 086 | 09/22/2004 | 22-5 |
| 10-16-312-022-0000 | 114 | 09/22/2004 | 22-5 |
| 07-29-209-023-0000 | 187 | 09/22/2004 | 22-5 |
| 29-23-206-015-0000 | 215 | 09/22/2004 | 22-5 |
| 20-23-406-035-1008 | 261 | 09/27/2004 | 22-5 |
| 13-12-103-080-0000 | 332 | 09/27/2004 | 22-5 |
| 13-35-277-027-0000 | 373 | 09/27/2004 | 22-5 |
| 13-36-316-001-0000 | 531 | 09/28/2004 | 22-5 |
| 16-23-227-011-0000 | 569 | 09/28/2004 | 22-5 |
| 32-21-106-042-0000 | 015 | 08/01/2006 | 22-10 |

# Exhibit O

**EX. O**
**Mailings Related to Liens that BRB Purchased**

| County Pin No. | Volume No. | Date (on or about) | Document Mailed |
|---|---|---|---|
| 01-01-124-061-0000 | 1-13 | 07/06/05 | 22-5 |
| 01-20-201-012-0000 | 1-13 | 07/06/05 | 22-5 |
| 16-19-313-036-0000 | 1-13 | 07/06/05 | 22-5 |
| 16-30-213-031-0000 | 1-13 | 07/06/05 | 22-5 |
| 16-31-127-031-0000 | 1-13 | 07/06/05 | 22-5 |
| 32-07-401-058-0000 | 1-13 | 07/06/05 | 22-5 |
| 32-16-123-030-0000 | 1-13 | 07/06/05 | 22-5 |
| 32-17-420-052-0000 | 1-13 | 07/06/05 | 22-5 |
| 32-19-216-005-0000 | 14-18 | 07/06/05 | 22-5 |
| 32-20-405-028-0000 | 14-18 | 07/06/05 | 22-5 |

# Exhibit P

**EX. P**
**Mailings Related to Liens That Georgetown Purchased**

| County Pin # | Volume # | Date (On or About) | Document Mailed |
|---|---|---|---|
| 16-20-302-016-0000 | 004 | 09/22/2004 | 22-5 |
| 18-30-306-032-0000 | 084 | 09/22/2004 | 22-5 |
| 15-09-210-020-0000 | 159 | 09/22/2004 | 22-5 |
| 29-04-314-002-0000 | 195 | 09/22/2004 | 22-5 |
| 30-17-212-022-0000 | 224 | 09/22/2004 | 22-5 |
| 21-31-212-012-0000 | 276 | 09/27/2004 | 22-5 |
| 13-27-326-017-0000 | 357 | 09/27/2004 | 22-5 |
| 20-07-204-012-0000 | 416 | 09/27/2004 | 22-5 |
| 16-08-215-016-0000 | 548 | 09/28/2004 | 22-5 |
| 17-07-323-027-0000 | 588 | 09/28/2004 | 22-5 |

# Exhibit Q

**EX. Q**
**Mailings Related to Liens That Optimum Purchased**

| County Pin # | Volume # | Date (On or About) | Document Mailed |
|---|---|---|---|
| 31-15-207-011-0000 | 179 | 09/22/2004 | 22-5 |
| 30-20-413-053-0000 | 226 | 09/22/2004 | 22-5 |
| 13-13-402-033-0000 | 335 | 09/27/2004 | 22-5 |
| 19-21-102-034-0000 | 398 | 09/27/2004 | 22-5 |
| 20-08-303-037-0000 | 419 | 09/27/2004 | 22-5 |
| 14-08-207-017-0000 | 477 | 09/28/2004 | 22-5 |
| 13-36-420-015-0000 | 531 | 09/28/2004 | 22-5 |
| 17-08-227-007-1012 | 589 | 09/28/2004 | 22-5 |

# Exhibit R

**EX. R**
**Mailings Related to Liens that Carpus Purchased**

| County Pin No. | Volume No. | Date (on or about) | Document Mailed |
|---|---|---|---|
| 01-12-109-011-0000 | 1-13 | 07/06/05 | 22-5 |
| 16-19-400-036-1030 | 1-13 | 07/06/05 | 22-5 |
| 16-20-108-025-0000 | 1-13 | 07/06/05 | 22-5 |
| 16-31-134-015-0000 | 1-13 | 07/06/05 | 22-5 |
| 32-03-317-038-0000 | 1-13 | 07/06/05 | 22-5 |
| 32-05-300-044-0000 | 1-13 | 07/06/05 | 22-5 |
| 32-07-103-011-0000 | 1-13 | 07/06/05 | 22-5 |
| 32-08-306-001-0000 | 1-13 | 07/06/05 | 22-5 |
| 32-11-109-041-0000 | 1-13 | 07/06/05 | 22-5 |
| 32-11-402-006-0000 | 1-13 | 07/06/05 | 22-5 |

# Exhibit S

**EX. S**
**Mailings Related to Liens That L.C.C. Purchased**

| County Pin # | Volume # | Date (On or About) | Document Mailed |
|---|---|---|---|
| 32-29-205-014-0000 | 019 | 09/22/2004 | 22-5 |
| 33-31-103-030-0000 | 022 | 09/22/2004 | 22-5 |
| 28-01-320-005-0000 | 023 | 09/22/2004 | 22-5 |
| 28-26-309-014-0000 | 033 | 09/22/2004 | 22-5 |
| 28-27-411-002-0000 | 034 | 09/22/2004 | 22-5 |
| 16-20-404-037-0000 | 041 | 09/27/2004 | 22-5 |
| 16-28-219-019-0000 | 044 | 09/27/2004 | 22-5 |
| 06-27-209-015-0000 | 061 | 09/27/2004 | 22-5 |
| 18-31-307-034-0000 | 084 | 09/28/2004 | 22-5 |
| 12-02-409-006-0000 | 135 | 09/28/2004 | 22-5 |
| 16-19-204-021-0000 | 002 | 07/31/2006 | 22-10 |
| 32-25-115-013-0000 | 017 | 08/23/2006 | 22-10 |

# Exhibit T

**EX. T**
**Mailings Related to Liens that GJ Purchased**

| County Pin No. | Volume No. | Date (on or about) | Document Mailed |
|---|---|---|---|
| 16-19-207-045-0000 | 1-13 | 07/06/05 | 22-5 |
| 16-19-409-008-0000 | 1-13 | 07/06/05 | 22-5 |
| 32-04-200-020-0000 | 1-13 | 07/06/05 | 22-5 |
| 32-11-211-022-0000 | 1-13 | 07/06/05 | 22-5 |
| 32-18-306-005-0000 | 1-13 | 07/06/05 | 22-5 |
| 32-20-212-034-0000 | 14-18 | 07/06/05 | 22-5 |
| 32-20-326-040-0000 | 14-18 | 07/06/05 | 22-5 |
| 32-21-102-021-0000 | 14-18 | 07/06/05 | 22-5 |
| 32-21-304-010-0000 | 14-18 | 07/06/05 | 22-5 |
| 32-23-246-027-0000 | 14-18 | 07/06/05 | 22-5 |