# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Phoenix Bond & Indemnity Co., et al.
                                          Plaintiff,

v.                                                                           Case No.: 1:05−cv−04095
                                                                          Honorable James F. Holderman

John Bridge, et al.
                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 7, 2009:

      MINUTE entry before the Honorable James F. Holderman: Plaintiff Phoenix Bond & Indemnity Co.'s motion to dismiss Counterclaims of Counterplaintiffs and Third Party Plaintiffs [482] is taken under advisement and the Court will rule electronically. Plaintiff Phoenix Bond & Indemnity Co.'s Emergency Motion to Correct the Docket [495] is granted. The Clerk is directed to replace the documents at Docket Numbers 213, 214, 222, 223, 224, 253, 259, 262, 269, 272, 278, 282, 284, 294, 359, 395, and 449 in Case No. 05 C 4095 and Docket Numbers 385 and 387 in Case No. 07 C 1367 with correctly redacted versions of the documents. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.