UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.3
Eastern Division

Phoenix Bond & Indemnity Co., et al.
                              Plaintiff,
v.                                              Case No.: 1:05−cv−04095
                                                Honorable James F. Holderman
John Bridge, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, September 4, 2009:

   MINUTE entry before the Honorable Maria Valdez: Enter Order: For the foregoing reasons, Non−Party Oak Park Investments, Inc.'s Rule 26(c) Motion for Protective Order Quashing Records [505] is granted. (For further details see separate order.)Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.