IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PHOENIX BOND & INDEMNITY COMPANY, et al., | ) ) | |
| Plaintiffs, | ) ) | No. 05 C 4095 (and 07 C 1367) |
| v. | ) ) | |
| JOHN BRIDGE, et al., | ) ) ) | Honorable Judge James F. Holderman |
| Defendants. | ) | |

## NOTICE OF FILING

To:   See Attached Service List

**PLEASE TAKE NOTICE** that on April 16, 2010, we caused to be filed with the Clerk of the Court for the Northern District of Illinois, *Defendants' Motion to Join and Adopt Co-Defendants' Motions for Summary Judgment.*

   **JEFFREY BRIDGE
   JASON BAUMBACH
   REGAL ONE, LLC
   OPTIMUM FINANCIAL, INC.
   CARPUS INVESTMENTS, LLC
   FRANCIS ALEXANDER
   GEORGETOWN INVESTORS, LLC**

   By:   s/Elisha S. Rosenblum
      Elisha S. Rosenblum, #6225957
      O'Halloran Kosoff Geitner & Cook, LLC
      650 Dundee Road, Suite 475
      Northbrook, Illinois  60062
      (847) 291-0200
      E-mail:  esrosenblum@okgc.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PHOENIX BOND & INDEMNITY COMPANY, et al., | ) ) | |
| Plaintiffs, | ) | No. 05 C 4095 (and 07 C 1367) |
| v. | ) ) | |
| JOHN BRIDGE, et al., | ) ) | Honorable Judge James F. Holderman |
| Defendants. | ) ) | |

**DEFENDANTS' MOTION TO JOIN AND ADOPT CO-DEFENDANTS'
MOTIONS FOR SUMMARY JUDGMENT**

Defendants, **JEFFREY BRIDGE, JASON BAUMBACH, FRANCIS ALEXANDER, GEORGETOEN INVESTORS, LLC, REGAL ONE, LLC, OPTIMUM FINANCIAL, INC., and CARPUS INVESTMENTS, LLC,** ("Defendants"), by their attorneys, Clifford G. Kosoff and Elisha S. Rosenblum, pursuant to Federal Rule of Civil Procedure 56, and any other applicable rules of federal civil procedure, and any applicable local rules for the Northern District of Illinois, respectfully move this Court to join in and adopt as their own any Motion for Summary Judgment, Memorandum in Support of a Motion for Summary Judgment, Statement of Facts in Support of a Motion for Summary Judgment, and Exhibits in Support of a Motion for Summary Judgment, filed by any of the Defendants in the 2005 case or the 2007 case. In light of the fact that the factual and legal arguments set forth in the subject motions and memorandums would apply equally to these Defendants, these Defendants hereby request to join in and adopt said motions and memorandums in their entirety as if set forth fully herein.

Wherefore, based upon the foregoing, Defendants request an order granting this motion, and also request that the Court grant the aforementioned summary judgment motions and enter judgment for these Defendants and against Plaintiffs.

                **JEFFREY BRIDGE, JASON BAUMBACH, FRANCIS ALEXANDER, REGAL ONE, LLC, OPTIMUM FINANCIAL, INC., and CARPUS INVESTMENTS, LLC**

                By:    s/Elisha S. Rosenblum
                       Elisha S. Rosenblum, #6225957
                       O'Halloran Kosoff Geitner & Cook, LLC
                       650 Dundee Road, Suite 475
                       Northbrook, Illinois 60062
                       (847) 291-0200
                       E-mail: esrosenblum@okgc.com

# CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2010, I electronically filed the attached pleading with the Clerk of court using the CM/ECF system that will send notification of such filing to the following:

## SERVICE LIST

| | |
|---|---|
| **Counsel for Phoenix Bond & Indemnity Co. and BCS Services, Inc.**<br><br>**Counsel for <u>Third Party Defendants</u> Jocelyn Stoller (a/k/a Congua), Stanford Marks and Andrew Marks** | John W. Moynihan<br>Andrew L. Mathews<br>**REED SMITH LLP**<br>10 South Wacker Drive, Suite 4000<br>Chicago, Illinois 60606<br>(312) 207-1000<br>(312) 207-6400 (Fax)<br>jmoynihan@reedsmith.com<br>amathews@reedsmith.com |
| **Counsel for Heartwood 88, LLC, Bank Atlantic Bancorp., Atlantic Municipal Corp., BankAtlantic** | Christopher K. Meyer<br>**SIDLEY AUSTIN LLP**<br>One South Dearborn Street<br>Chicago, Illinois 60603<br>(312) 853-7000<br>(312) 853-7036 (fax)<br>cmeyer@sidley.com |
| **Counsel for Sass Muni-IV, LLC; and Sass Muni-V, LLC; MD Sass Investors Services, Inc.; MD Sass Tax Lien Management LLC; MD Sass Municipal Finance Partners-IV, LLC; MD Sass Municipal Finance Partners-V, LLC; Sass Muni-V, LLC; Vinaya Jessani and Kirk Allison** | Theodore M. Becker<br>Richard J. Pearl<br>**MORGAN LEWIS & BOCKIUS LLP**<br>77 West Wacker Drive, 5th Floor<br>Chicago, Illinois 60601<br>(312) 324-1000<br>(312) 324-1001 (Fax)<br>tbecker@morganlewis.com<br>rpearl@morganlewis.com |
| **Counsel for Salta Group, Inc., Marshall Atlas** | Martin F. Hauselman<br>**HAUSELMAN, RAPPIN & OLSWANG, LTD.**<br>39 South LaSalle Street, Suite 1105<br>Chicago, Illinois 60606<br>(312) 372-2020<br>mhauselman@hrolaw.com |
| **Counsel for HBZ, Inc., Lori Levinson, Joshua Atlas, Arlene Atlas and Judith Berger** | Athanasios Papadopoulos<br>**NEAL, GERBER & EISENBERG LLP**<br>Two North LaSalle Street, Suite 2200<br>Chicago, Illinois 60602<br>(312) 269-8000<br>tpapadopoulos@ngelaw.com |

| | |
|---|---|
| **Counsel for Wheeler-Dealer, Ltd. and Timothy E. Gray** | William T. Huyck<br>**LAW OFFICE OF WILLIAM THOMAS HUYCK**<br>122 South Michigan Avenue, Suite 1850<br>Chicago, Illinois 60603<br>(312) 427-7500<br>tomhuyck@yahoo.com |
| **Counsel for Patrick Quinn, Tax Play Inc. and Tax Capital, LLC** | Patrick Joseph Heneghan<br>**SCHOPF & WEISS LLP**<br>One South Wacker Drive, 28th Floor<br>Chicago, Illinois 60606<br>(312) 701-9300<br>(312) 701-9335 (Fax)<br>heneghan@sw.com |
| **Counsel for Michael DeLuca and Gary Branse** | Scott Nelson<br>**RUFF, WEIDENAAR & REIDY, LTD.**<br>222 N. LaSalle Street, Suite 700<br>Chicago, Illinois 60601<br>(312) 263-3890<br>(312) 263-1345<br>snelson@rwrlaw.com |
| **Counsel for Defendants John Bridge; Barrett Rochman; Sabre Group, LLC; Jesse Rochman; Corinne Rochman; Christopher Rochman; BRB Investments, LLC; and CCJ Investments, LLC;**<br><br>**SI Securities, LLC; SI Securities Management, Inc.; SI Boo, LLC; CCPI, LLC; Kenneth Rochman; CMS Services, LLC;and Kevin Sierzega; Gregory Bingham, Aztek Partners LLC and Chonus, Inc.** | Donald B. Levine<br>Latimer LeVay Jurasek LLC<br>55 West Monroe Street, Suite 1100<br>Chicago, Illinois 60603<br>(312) 422-8000<br>dlevine@lljlaw.com<br><br>Harold L. Moskowitz<br>Law Firm of Harold L. Moskowitz<br>55 West Monroe Street, Suite 1100<br>Chicago, Illinois 60603<br>(312) 977-0223<br>hlmatty@aol.com |

                                        s/Elisha S. Rosenblum