**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **PHOENIX BOND & INDEM. CO.,** *et al.*, | ) | |
| | ) | |
| **Plaintiffs** | ) | **No. 05 cv 4095** |
| | ) | |
| **JOHN BRIDGE,** *et al.* | ) | **Judge Matthew Kennelly** |
| | ) | |
| **Defendants.** | ) | |

**RESPONSE AND NOTICE OF NO OBJECTION TO PLAINTIFFS' MOTION FOR**
**ISSUANCE OF TRIAL SUBPOENAS TO DEFENDANTS', KIRK ALLISON AND**
**VINAYA JESSANI,[Dkt. No. 781]**

Defendants Kirk Allison and Vinaya Jessani, through undersigned counsel, submit this

response and notice of no objection to Plaintiffs' Motion for Issuance of Trial Subpoenas to

Defendants Kirk Allison and Vinaya Jessani. (Dkt. No. 781.) and ask this Court to rule on the

Plaintiffs' Motion on the papers and waive court appearance.

As undersigned counsel would have informed Plaintiffs' counsel, had they asked before

filing Plaintiffs' Motion, Messrs. Allison and Jessani have no objection to Plaintiffs' request that

this Court issue the subpoenas.  At this time, however, their counsel are not authorized to accept

service of the subpoenas or to waive Messrs. Allison's and Jessani's right to contest or move to

quash subpoenas when and if they are served.

In order to adequately protect their clients' rights, and consistent with their obligations to

their clients, counsel for Messrs. Allison and Jessani had to confer with and advise their clients,

and that process apparently took more time than Plaintiffs' counsel would have liked.  Although

Plaintiffs' counsel "assumed" that all counsel in this case would accept service of trial

subpoenas, that assumption was incorrect.

DB1/ 68202638.1

Messrs. Allison and Jessani do not waive, and specifically reserve, their rights to contest, move to quash, or move for a protective order or other appropriate relief relating to the trial subpoenas when and if they are served.

Dated:  September 25, 2011

Respectfully Submitted,

KIRK ALLISON AND VINAYA JESSANI

By:      /s/      Richard J. Pearl

Theodore M. Becker
Richard J. Pearl
MORGAN LEWIS & BOCKIUS LLP
77 West Wacker Drive
Chicago, Illinois 60601
(312) 324-1000 phone
(312) 324-1001 fax

2