IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PHOENIX BOND & INDEM. CO., *et al.*, | ) | |
| | ) | |
| Plaintiffs | ) | No. 05 cv 4095 |
| | ) | |
| JOHN BRIDGE, *et al.* | ) | Judge Matthew Kennelly |
| | ) | |
| Defendants. | ) | |

## THE SASS DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW

Defendants Sass Muni-IV, LLC; Sass Muni-V, LLC; MD Sass Tax Lien Management, LLC; MD Sass Municipal Finance Partners-IV, LLC; MD Sass Municipal Finance Partners-V, LLC; MD SASS Investor Services, Inc.; Vinaya Jessani; and Kirk Allison (the "Sass Defendants"), by their counsel, and pursuant to Federal Rule of Civil Procedure 50(a), respectfully move for judgment as a matter of law. For the reasons set forth in the contemporaneously-filed memorandum of law in support of this motion, which are incorporated herein by this reference, the Sass Defendants respectfully request that this Court grant them judgment as a matter of law dismissing all of the claims against them.

Dated: October 27, 2011          Respectfully Submitted,

By:   /s/    Theodore M. Becker

Theodore M. Becker
Richard J. Pearl
Tedd M. Warden
MORGAN LEWIS & BOCKIUS LLP
77 West Wacker Drive
Chicago, Illinois 60601
(312) 324-1000 phone
(312) 324-1001 fax

*COUNSEL FOR DEFENDANTS SASS MUNI-IV, LLC; SASS MUNI-V, LLC; MD SASS TAX LIEN*

*MANAGEMENT, LLC; MD SASS MUNICIPAL FINANCE PARTNERS-IV, LLC; MD SASS MUNICIPAL FINANCE PARTNERS-V, LLC; MD SASS INVESTOR SERVICES, INC.; VINAYA JESSANI; AND KIRK ALLISON (THE "SASS DEFENDANTS")*

## CERTIFICATE OF SERVICE

    The undersigned, an attorney, certifies that he caused the foregoing Sass Defendants' Motion for Judgment as a Matter of Law to be served on all counsel of record by way of automatic notification using the Court's electronic filing system on this 27th day of October, 2011.

/s/ Tedd M. Warden