**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BCS SERVICES, INC., and<br>PHOENIX BOND & INDEMNITY, CO.,<br>　　　　　　　Plaintiffs,<br>　　v.<br>HEARTWOOD 88, INC., *et al.*,<br>　　　　　　　Defendants. | Case No. 07 cv 1367<br>Consolidated with Case No. 05 cv 4095<br><br>Judge Matthew F. Kennelly |

**THE SALTA AND HBZ DEFENDANTS' RENEWED JOINT
MOTION FOR JUDGMENT AS A MATTER OF LAW**

Defendants, Salta Group, Inc. ("Salta"), Marshall Atlas (together with Salta, the "Salta Defendants"), HBZ, Inc. ("HBZ"), Joshua Atlas, Arlene Atlas, Lori Levinson and Judith Berger (together with HBZ, Joshua Atlas, Arlene Atlas and Lori Levinson, the "HBZ Defendants"), hereby renew their Fed. R. Civ. P. 50(a) motion for judgment as a matter of law on Counts III, IV and VII of the Third Amended Complaint (dkt. no. 861). In addition, the Salta/HBZ Defendants adopt and incorporate herein by reference those arguments that apply equally to the claims asserted against the Salta/HBZ Defendants that were advanced in: (1) Motion Pursuant to Fed. R. Civ. P. 50 Submitted on Behalf of the BG Defendants (dkt. no. 861); (2) Motion of Wheeler-Dealer Ltd. and Timothy Gray for Judgment as a Matter of Law (dkt. no. 859); (3) The Sass Defendants' Memorandum of Law in Support of Their Motion for Judgment as a Matter of Law (dkt. no. 858); and (4) The Sass Defendants' Renewed and Supplemental Motion for Judgment as a Matter of Law (dkt. no. 867).

| | |
|---|---|
| October 31, 2011 | Respectfully submitted,<br><br>HBZ, INC., ARLENE ATLAS, JOSHUA ATLAS, LORI LEVINSON and JUDITH BERGER<br><br>By:   /s/ Athanasios Papadopoulos<br>      One of their attorneys<br><br>Michael D. Sher (ARDC #2580519)<br>Athanasios Papadopoulos (ARDC #6278188)<br>NEAL, GERBER & EISENBERG LLP<br>Two North LaSalle Street, Suite 2200<br>Chicago, IL 60602-3801<br>(312) 269-8000<br>MARSHALL ATLAS<br><br>By:   /s/ Edward M. Genson<br>      One of his attorneys<br><br>Edward M. Genson<br>GENSON & GILLESPIE<br>53 W. Jackson Blvd., Suite 1420<br>Chicago, IL 60604<br>(312) 726-9015<br><br>MARSHALL ATLAS and SALTA GROUP, INC.<br><br>By:   /s/ Elisha S. Rosenblum<br>      One of their attorneys<br><br>Elisha S. Rosenblum<br>O'HALLORAN, KOSOFF, GEITNER & COOK LLC<br>650 Dundee Road, Suite 475<br>Northbrook, IL 60062<br>(847) 291-0200 |

## CERTIFICATE OF SERVICE

      I hereby certify that on October 31, 2011, I electronically filed the foregoing **The Salta and HBZ Defendants' Renewed Joint Motion for Judgment as a Matter of Law** with the Clerk of Court using the CM/ECF system, which shall send notification to all parties of record by operation of the Court's electronic filing system.

                                                   /s/ Athanasios Papadopoulos

NGEDOCS: 1850924.1