IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PHOENIX BOND & INDEMNITY CO., and BCS SERVICES, INC. | ) ) ) | |
| Plaintiffs, | ) ) | No. 05 C 4095 Consolidated with No. 07 C 1367 |
| v. | ) ) | |
| JOHN BRIDGE, et al., | ) ) | Judge Matthew F. Kennelly |
| Defendants. | ) | |

RENEWED MOTION OF WHEELER-DEALER AND TIMOTHY GRAY
FOR JUDGMENT AS A MATTER OF LAW

At the close of the evidence, defendants Wheeler-Dealer and Timothy Gray renew their motion for judgment as a matter of law for the reasons stated in their original motion.

Respectfully submitted

s/ William T. Huyck
_____
Attorney for Wheeler-Dealer Ltd.
 and Timothy Gray

William T. Huyck
122 S. Michigan Ave.
Suite 1850
Chicago IL 60603
(312) 427-7500
tomhuyck@yahoo.com

CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on October 31, 2011, he served copies of the foregoing Motion of Wheeler-Dealer Ltd. and Timothy Gray for Judgment as a Matter Of Law on the parties of record pursuant to ECF.

____ s/ William T. Huyck _____