IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PHOENIX BOND & INDEMNITY, CO., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 05 C 4095 |
| | ) | (Consolidated for Pretrial Purposes |
| v. | ) | with No. 07 C 1367) |
| | ) | |
| JOHN BRIDGE, et al., | ) | Judge Matthew F. Kennelly |
| | ) | |
| Defendants. | ) | |

**BG DEFENDANTS' RENEWED MOTION FOR JUDGMENT
AS A MATTER OF LAW OR, ALTERNATIVELY, FOR NEW TRIAL***

The BG Defendants respectfully move for judgment as a matter of law under Federal Rule of Civil Procedure 50(b) or, in the alternative, for a new trial under Federal Rule of Civil Procedure 59, and for related and/or alternative relief for the reasons set forth in the accompanying Memorandum of Law.

Dated: December 13, 2011

Respectfully submitted,

**BG DEFENDANTS,**

By: __/s/ Arthur W. Friedman__
One of their Attorneys

---

\*   The "BG Defendants" are defendants BG Investments, Inc. ("BG Investments"), Bonnie Gray ("Bonnie"), Atlantic Municipal Corporation ("Atlantic Municipal"), Midwest Real Estate Investment Company ("MREIC"); Bonnie Gray as executor of the Estate of David Gray and as Trustee of the David Gray Revocable Trust; and Midwest Real Estate Investment Company Employee Profit-Sharing Plan and Trust ("PS Plan").

Plaintiffs' Complaint also names as defendants Wheeler-Dealer Ltd. ("Wheeler-Dealer") and Timothy Gray ("Timothy" or "Tim") (collectively "Wheeler Defendants"), who are separately represented and as to whom a mistrial has been declared.

The BG Defendants and the Wheeler Defendants are sometimes referred to herein collectively as the "Gray Defendants".

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on December 13, 2011, he served copies of the foregoing **BG DEFENDANTS' RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW OR, ALTERNATIVELY, FOR NEW TRIAL** on the parties of record pursuant to ECF as to Filing Users.

                                          /s/ Arthur W. Friedman
                                                 Arthur W. Friedman

Arthur W. Friedman
Gabriel B. Plotkin
Miller Shakman & Beem LLP
180 North LaSalle Street
Suite 3600
Chicago, IL 60601
Phone: 312/263-3700
Fax: 312-263-3270