# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

February 5, 2013

*By the Court:*

| | |
|---|---|
| Nos.: 12-3235, 12-3241, 12-3281, 12-3292, 13-1052, 13-1055, 13-1056 & 13-1060 | BCS SERVICES, INCORPORATED and PHOENIX BOND & INDEMNITY COMPANY, Plaintiffs - Appellees<br><br>v.<br><br>BG INVESTMENTS, INCORPORATED, et al., Defendants - Appellants |

| **Originating Case Information:** |
|---|
| District Court Nos: 1:07-cv-01367 & 1:05-cv-04095<br>Northern District of Illinois, Eastern Division<br>District Judge Matthew F. Kennelly |

Upon consideration of the **APPELLEES' MOTION FOR LIMITED REMAND**, filed on February 1, 2013, by counsel for the appellees,

**IT IS ORDERED** that appellees' request for a limited remand pursuant to Federal Rule of Appellate Procedure 12.1 is **GRANTED**.  In light of the district court's indication that it is inclined to modify its fee award, these appeals are **REMANDED** to the district court for modification of the December 23, 2012, fee award.  See Fed. R. App. P. 12.1; Cir. R. 57.  Counsel for appellees shall file a status report with this court within seven days of the district court issuing an order.

CERTIFIED COPY

A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: **c7_Order_BTC**(form ID: **178**)