

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**THOMAS G. BRUTON**
CLERK

312-435-5670

March 20, 2013

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

RE: Phoenix Bond -v- Atlantic Municipal Corp.

U.S.D.C. DOCKET NO. *:* 05 cv 4095

U.S.C.A. DOCKET NO. : 13-1433 & 13-1449

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

VOLUME(S) OF ***ELECTRONIC*** PLEADING(S)          1

VOLUME(S) OF ***ELECTRONIC*** TRANSCRIPT(S)

VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE: ***MAJORITY of record previously transmitted under USCA 13-1056 & 13-1060***

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Very truly yours,

Thomas G. Bruton, Clerk

By: D. Jordan
Deputy Clerk

   **I, THOMAS G. BRUTON, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:


   1 Volume of Pleadings


In the cause entitled: Phoenix Bond -v- Atlantic Municipal Corp..

USDC NO.      : 05 cv 4095

USCA NO.      : 13-1433 & 13-1449


               IN TESTIMONY WHEREOF, I hereunto subscribed my name
               and affixed the seal of the aforesaid Court at Chicago, Illinois,
               this 20th day of Mar. 2013.


               THOMAS G. BRUTON, CLERK


               By: /s/ D. Jordan, Deputy Clerk

APPEAL,CONSALL,PROTO,REOPEN,TERMED,VALDEZ

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 5.1.1 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:05-cv-04095
## Internal Use Only

Phoenix Bond & Indemnity Co. et al v. Bridge et al
Assigned to: Honorable Matthew F. Kennelly
Demand: $100,000

Case in other court:

Date Filed: 07/15/2005
Date Terminated: 01/25/2012
Jury Demand: Both
Nature of Suit: 470 Racketeer/Corrupt Organization
Jurisdiction: Federal Question

| Case in other court: | |
|---|---|
| | 06-01160 |
| | 10-03068 |
| | 12-03241 |
| | 12-03292 |
| | 13-01052 |
| | 13-01056 |
| | 13-01060 |
| | 13-01433 |
| | 13-01449 |

Cause: 18:1964 Racketeering (RICO) Act

**Plaintiff**

**Phoenix Bond & Indemnity Co.**            represented by **Andrew L Mathews**
Reed Smith LLP
10 South Wacker Drive
40th Floor
Chicago, IL 60606
(312) 207-1000
Email: amathews@reedsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Stuart Quinn**
Neal, Gerber & Eisenberg
Two North LaSalle Street
Suite 1700
Chicago, IL 60602
(312) 269-8093

Fax: (312) 429-3531
Email: jquinn@ngelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lowell E. Sachnoff**
Reed Smith LLP
10 South Wacker Drive
40th Floor
Chicago, IL 60606
(312) 207-1000
Email: lsachnoff@reedsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Arnold A. Pagniucci**
Reed Smith LLP
10 South Wacker Drive
40th Floor
Chicago, IL 60606
(312) 207-1000
Email: apagniucci@sachnoff.com
*TERMINATED: 06/26/2008*

**BeLinda I. Mathie**
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661
(312) 902-5200
Email:
Belinda.Mathie@kattenlaw.com
*TERMINATED: 03/31/2009*

**David C. Bohan**
Katten Muchin Rosenman, LLP
525 West Monroe
Chicago, IL 60661
312 902 5566
Email: david.bohan@kattenlaw.com
*TERMINATED: 06/30/2008*

**Gregory Michael Reiter**
Carter & Reiter, Ltd.

19 South LaSalle
Suite 802
Chicago, IL 60603
(312)368-9910
Email: greiter@sbcglobal.net
*ATTORNEY TO BE NOTICED*

**Harvey Marvin Silets**
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661
312-902-5200
*TERMINATED: 06/15/2007*

**Jeffrey D. Corso**
Cooney Corso
4925 Indiana Ave.
Suite 101
Lisle, IL 60532
(312) 336-7393
Email: jcorso@ccvmlaw.com
*ATTORNEY TO BE NOTICED*

**John William Moynihan**
Cooney Corso Varney & Moynihan
LLC
4925 Indiana Avenue
Suite 101
Lisle, IL 60532
(847) 477-3919
Email: jmoynihan@ccvmlaw.com
*ATTORNEY TO BE NOTICED*

**Jonathan L. Marks**
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661
(312)902-5337
Email:
jonathan.marks@kattenlaw.com
*TERMINATED: 04/03/2009*

**Lisa Ann Kistler**

Reed Smith LLP
10 South Wacker Drive
40th Floor
Chicago, IL 60606
(312) 207-1000
Email: lkistler@sachnoff.com
*TERMINATED: 06/26/2008*

**Max A Stein**
Boodell & Domanskis, LLC
353 N. Clark Street
Suite 1800
Chicago, IL 60654
(312) 300 5505
Email: mstein@boodlaw.com
*ATTORNEY TO BE NOTICED*

**Michele Walton**
Reed Smith LLP
10 South Wacker Drive
40th Floor
Chicago, IL 60606
(312) 207-1000
Email: mwalton@sachnoff.com
*TERMINATED: 06/26/2008*

**Patrick Malley Smith**
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661
312 902 5258
Email: patrick.smith@kattenlaw.com
*TERMINATED: 03/31/2009*

**Thomas M. Levinson**
Reed Smith LLP
10 South Wacker Drive
40th Floor
Chicago, IL 60606
(312)207-3885
Email: tlevinson@reedsmith.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Oak Park Investments, Inc.**
*TERMINATED: 09/04/2007*

represented by **Lowell E. Sachnoff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Arnold A. Pagniucci**
(See above for address)
*TERMINATED: 06/26/2008*

**Gregory Michael Reiter**
(See above for address)
*TERMINATED: 08/08/2011*

**John William Moynihan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lisa Ann Kistler**
(See above for address)
*TERMINATED: 06/26/2008*

**Max A Stein**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michele Walton**
(See above for address)
*TERMINATED: 06/26/2008*

**Plaintiff**

**BCS Services, Inc.**

represented by **Andrew L Mathews**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Stuart Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lowell E. Sachnoff**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Arnold A. Pagniucci**
(See above for address)
*TERMINATED: 06/26/2008*

**David C. Bohan**
(See above for address)
*TERMINATED: 06/30/2008*

**Gregory Michael Reiter**
(See above for address)
*TERMINATED: 08/08/2011*

**John William Moynihan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lisa Ann Kistler**
(See above for address)
*TERMINATED: 06/26/2008*

**Max A Stein**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michele Walton**
(See above for address)
*TERMINATED: 06/26/2008*

**Thomas M. Levinson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Greg M. Reiter**
*TERMINATED: 09/29/2011*

**Plaintiff**

**Jay Lapat**
*TERMINATED: 11/23/2011*

represented by **Jay Lapat**
PRO SE


V.


**Defendant**

**John Bridge**
*TERMINATED: 09/02/2011*

represented by **Theodore Michaelson Becker**
Morgan Lewis Bockius
77 W. Wacker Drive
5th Floor
Chicago, IL 60601
(312)324-1000
Fax: (312)324-1001
Email: tbecker@morganlewis.com
*TERMINATED: 07/10/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allyson N.W. Paflas**
Morgan, Lewis & Bockius LLP
77 West Wacker Drive
5th Floor
Chicago, IL 60601
(312)324-1710
Email: apaflas@morganlewis.com
*ATTORNEY TO BE NOTICED*

**Brandon L Spurlock**
Seyfarth Shaw LLC
131 S. Dearborn
Chicago, IL 60603
312-460-5000
Email: bspurlock@seyfarth.com
*ATTORNEY TO BE NOTICED*

**Donald B. Levine**
Gonzalez Saggio & Harlan LLP
Two Prudential Plaza
180 N. Stetson Street
Suite 4425
Chicago, IL 60601

(312) 236-0475
Fax: 312-236-1750
Email: donald_levine@gshllp.com
*ATTORNEY TO BE NOTICED*

**James E. Bayles , Jr.**
Morgan, Lewis & Bockius LLP
77 West Wacker Drive
5th Floor
Chicago, IL 60601
(312) 324-1000
Fax: (312) 324-1001
Email: jbayles@morganlewis.com
*TERMINATED: 07/10/2008*

**Jennifer B. Jordan**
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
(215)963-5959
Email: jjordan@morganlewis.com
*TERMINATED: 07/10/2008*

**Richard J Pearl**
Morgan, Lewis & Bockius LLP
77 West Wacker Drive
5th Floor
Chicago, IL 60601
(312) 324-1715
Email: rpearl@morganlewis.com
*TERMINATED: 07/10/2008*

**Saskia Nora Bryan**
Latimer LeVay Fyock LLC
55 West Monroe Street
Suite 1100
Chicago, IL 60603
(312) 422-8000
Email: sbryan@llflegal.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Barrett Rochman**
*TERMINATED: 09/06/2011*

represented by **Theodore Michaelson Becker**
(See above for address)
*TERMINATED: 07/10/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allyson N.W. Paflas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brandon L Spurlock**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Donald B. Levine**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James E. Bayles , Jr.**
(See above for address)
*TERMINATED: 07/10/2008*

**Jennifer B. Jordan**
(See above for address)
*TERMINATED: 07/10/2008*

**Richard J Pearl**
(See above for address)
*TERMINATED: 07/10/2008*

**Saskia Nora Bryan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sabre Group LLC**
*TERMINATED: 09/02/2011*

represented by **Theodore Michaelson Becker**
(See above for address)
*TERMINATED: 07/10/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allyson N.W. Paflas**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Brandon L Spurlock**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Hetzel**
Morgan, Lewis & Bockius
77 West Wacker Drive
5th Floor
Chicago, IL 60601
(312) 324-1000
Fax: (312) 324-1001
Email: dhetzel@morganlewis.com

**Donald B. Levine**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James E. Bayles , Jr.**
(See above for address)
*TERMINATED: 07/10/2008*

**Jennifer B. Jordan**
(See above for address)
*TERMINATED: 07/10/2008*

**Richard J Pearl**
(See above for address)
*TERMINATED: 07/10/2008*

**Saskia Nora Bryan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Robert Jensen**                represented by **Deborah M OBrien**
*TERMINATED: 05/06/2010*              Lowis & Gellen
                                      200 West Adams Street
                                      Suite 1900
                                      Chicago, IL 60606
                                      (312) 456-2702
                                      Email: dobrien@lowis-gellen.com

*TERMINATED: 05/06/2010*

**Kevin J. Clancy**
Lowis & Gellen
200 West Adams
Suite 1900
Chicago, IL 60606
(312) 364-2500
Email: kclancy@lowis-gellen.com
*TERMINATED: 05/06/2010*

**Martin W. McManaman**
Lowis & Gellen
200 West Adams
Suite 1900
Chicago, IL 60606
(312) 364-2500
Email: martym@lowis-gellen.com
*TERMINATED: 05/06/2010*

**Patrick R Moran**
Lowis & Gellen
200 West Adams
Suite 1900
Chicago, IL 60606
(312) 364-2500
Email: pmoran@lowis-gellen.com
*TERMINATED: 05/06/2010*

**Defendant**

**Joseph Varan**                    represented by **Kevin J. Clancy**
*TERMINATED: 09/02/2011*                           (See above for address)
                                                   *TERMINATED: 07/23/2009*
                                                   *LEAD ATTORNEY*

                                                   **Stephen David Richek**
                                                   Law Offices of Stephen David Richek
                                                   20 N. Clark
                                                   Suite 2450
                                                   Chicago, IL 60602
                                                   (312)377-9444
                                                   Email: strichek@aol.com
                                                   *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Martin W. McManaman**
(See above for address)
*TERMINATED: 07/23/2009*

**Patrick R Moran**
(See above for address)
*TERMINATED: 07/23/2009*

**Defendant**
**Cronus Projects, LLC**                    represented by **Deborah M OBrien**
*TERMINATED: 05/06/2010*                    (See above for address)
                                            *TERMINATED: 05/06/2010*

**Kevin J. Clancy**
(See above for address)
*TERMINATED: 05/06/2010*

**Martin W. McManaman**
(See above for address)
*TERMINATED: 05/06/2010*

**Patrick R Moran**
(See above for address)
*TERMINATED: 05/06/2010*

**Defendant**
**Jeffrey Bridge**                          represented by **Clifford Gary Kosoff**
*TERMINATED: 09/02/2011*                    O'Halloran, Kosoff, Helander &
                                            Geitner, P.C.
                                            650 Dundee Road
                                            Suite 475
                                            Northbrook, IL 60062
                                            (847) 291-0200
                                            Email: ckosoff@okgc.com
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

**Elisha S. Rosenblum**
O'Halloran Kosoff Geitner & Cook,
LLC

650 Dundee Road
Suite 475
Northbrook, IL 60062
(847) 291-0200
Email: esrosenblum@okgc.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Regal One, LLC**
*TERMINATED: 09/06/2011*

represented by **Clifford Gary Kosoff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elisha S. Rosenblum**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**CCJ Investments, LLC**
*TERMINATED: 09/02/2011*

represented by **Donald B. Levine**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Harold L. Moskowitz**
Law Firm of Harold Moskowitz
29 South LaSalle Street
Suite 230
Chicago, IL 60603
312-977-0223
Email: hlmatty@aol.com
*ATTORNEY TO BE NOTICED*

**Neil S. Ament**
Law Office of Neil S. Ament
1955 Shermer Rd
Suite 400
Northbrook, IL 60062
(847) 404-6377
Email: nsament@yahoo.com
*TERMINATED: 11/14/2007*

**Saskia Nora Bryan**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Defendant**

| | |
|---|---|
| **DRN II, Inc.**<br>*TERMINATED: 05/06/2010* | represented by **David S. Rosenbloom**<br>McDermott, Will & Emery LLP<br>(Chicago)<br>227 West Monroe Street<br>#4400<br>Chicago, IL 60606-5096<br>(312) 372-2000<br>Email: drosenbloom@mwe.com<br>*TERMINATED: 05/24/2007*<br>*LEAD ATTORNEY* |

**Mark F. Wolfe**
Traub Lieberman Straus &
Shrewsberry
303 West Madison Street
Suite 1200
Chicago, IL 60606
(312) 332-3900
Fax: (312) 332-3908
Email: mwolfe@traublieberman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elise Nicole Willis**
Bollinger Connolly Krause LLC
500 West Madison Street
Suite 2430
Chicago, IL 60661
(312)332-3900
Fax: (312)332-3908
Email: ewillis@traublieberman.com
*ATTORNEY TO BE NOTICED*

**Janet Ann Flynn**
Grant & Fanning
10 South Riverside Plaza
Suite 1770
Chicago, IL 60606
312-775-9759
Fax: 312/775-9777

Email: janet.flynn@zurichna.com
*TERMINATED: 07/29/2010*

**Defendant**

**Francis Alexander**          represented by **Elisha S. Rosenblum**
*TERMINATED: 09/02/2011*                    (See above for address)
                                            *ATTORNEY TO BE NOTICED*

                                            **Joseph R. Lemersal**
                                            Nash, Lalich & Kralovec
                                            53 West Jackson Boulevard
                                            Suite 1102
                                            Chicago, IL 60604
                                            (312) 788-1111
                                            Email: jlemersal@nlklaw.com
                                            *TERMINATED: 10/16/2007*

                                            **Michael Joseph Kralovec**
                                            Kralovec Meenan LLP
                                            53 West Jackson Boulevard
                                            Suite 1102
                                            Chicago, IL 60604
                                            (312) 788-1111
                                            Email: mkralovec@nlklaw.com
                                            *TERMINATED: 10/16/2007*

                                            **Sara R. McClain**
                                            Kralovec Meenan LLP
                                            53 West Jackson Boulevard
                                            Suite 1102
                                            Chicago, IL 60604
                                            (312) 788-1111
                                            Email: smcclain@nlklaw.com
                                            *TERMINATED: 10/16/2007*

**Defendant**

**Georgetown Investors, LLC**   represented by **Elisha S. Rosenblum**
*TERMINATED: 09/02/2011*                     (See above for address)
                                             *ATTORNEY TO BE NOTICED*

                                             **Joseph R. Lemersal**
                                             (See above for address)

*TERMINATED: 10/16/2007*

**Michael Joseph Kralovec**
(See above for address)
*TERMINATED: 10/16/2007*

**Sara R. McClain**
(See above for address)
*TERMINATED: 10/16/2007*

**Defendant**

**Jason Baumbach**
*TERMINATED: 09/02/2011*

represented by **Clifford Gary Kosoff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elisha S. Rosenblum**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Optimum Financial, Inc.**
*TERMINATED: 09/02/2011*

represented by **Clifford Gary Kosoff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elisha S. Rosenblum**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**L.C.C. Venture, LLC**
*TERMINATED: 05/12/2010*

represented by **Deborah M OBrien**
(See above for address)
*TERMINATED: 05/06/2010*

**Kevin J. Clancy**
(See above for address)
*TERMINATED: 05/06/2010*

**Defendant**

**Jeshay, LLC**
*TERMINATED: 05/12/2010*

represented by **David S. Rosenbloom**
(See above for address)
*TERMINATED: 05/24/2007*
*LEAD ATTORNEY*

**Mark F. Wolfe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elise Nicole Willis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Janet Ann Flynn**
(See above for address)
*TERMINATED: 07/29/2010*

**Defendant**

**Jesse Rochman**
*TERMINATED: 09/02/2011*

represented by **Donald B. Levine**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Harold L. Moskowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Neil S. Ament**
(See above for address)
*TERMINATED: 11/14/2007*

**Saskia Nora Bryan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Christopher Rochman**
*TERMINATED: 09/02/2011*

represented by **Donald B. Levine**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Harold L. Moskowitz**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Neil S. Ament**
(See above for address)
*TERMINATED: 11/14/2007*

**Saskia Nora Bryan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Corinne Rochman**
*TERMINATED: 09/02/2011*

represented by **Donald B. Levine**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Harold L. Moskowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Neil S. Ament**
(See above for address)
*TERMINATED: 11/14/2007*

**Saskia Nora Bryan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**BRB Investments, LLC**
*TERMINATED: 09/02/2011*

represented by **Donald B. Levine**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Harold L. Moskowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Neil S. Ament**
(See above for address)
*TERMINATED: 11/14/2007*

**Saskia Nora Bryan**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Defendant**

**Douglas Nash**
*TERMINATED: 05/06/2010*

represented by **David S. Rosenbloom**
(See above for address)
*TERMINATED: 05/24/2007*
*LEAD ATTORNEY*

**Mark F. Wolfe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elise Nicole Willis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Janet Ann Flynn**
(See above for address)
*TERMINATED: 07/29/2010*

**Defendant**

**Mud Cats Real Estate, LLC**
*TERMINATED: 05/06/2010*

represented by **David S. Rosenbloom**
(See above for address)
*TERMINATED: 05/24/2007*
*LEAD ATTORNEY*

**Mark F. Wolfe**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elise Nicole Willis**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Janet Ann Flynn**
(See above for address)
*TERMINATED: 07/29/2010*

**Defendant**

**Carpus Investments, LLC**
*TERMINATED: 09/02/2011*

represented by **Clifford Gary Kosoff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elisha S. Rosenblum**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Gregory Ellis**
*TERMINATED: 05/06/2010*

represented by **Deborah M OBrien**
(See above for address)
*TERMINATED: 05/06/2010*

**Kevin J. Clancy**
(See above for address)
*TERMINATED: 05/06/2010*

**Defendant**

**GJ Venture, LLC**
*TERMINATED: 05/06/2010*

represented by **Deborah M OBrien**
(See above for address)
*TERMINATED: 05/06/2010*

**Kevin J. Clancy**
(See above for address)
*TERMINATED: 05/06/2010*

**Defendant**

**BankAtlantic**
*TERMINATED: 10/24/2011*

represented by **William F. Conlon**
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000
Email: wconlon@sidley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eugene E. Stearns**
Stearns Weaver Miller Weissler
Alhadeff & Sitterson, P.a.
150 West Flagler St.

Miami, FL 33130
(305) 789-3200
Email: estearns@stearnsweaver.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Max A Stein**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert N. Hochman**
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000
Email: rhochman@sidley.com
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Heartwood 88, Inc.**                    represented by **William F. Conlon**
*TERMINATED: 10/24/2011*                  (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

                                          **Eugene E. Stearns**
                                          (See above for address)
                                          *PRO HAC VICE*
                                          *ATTORNEY TO BE NOTICED*

                                          **Max A Stein**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

                                          **Robert N. Hochman**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**B G Investments, Inc.**                 represented by **Gabriel Bankier Plotkin**
                                          Miller Shakman & Beem LLP
                                          180 North LaSalle Street
                                          Suite 3600

Chicago, IL 60601
(312) 263-3700
Fax: (312) 263-3270
Email: gplotkin@millershakman.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Bonnie Gray**                             represented by **Gabriel Bankier Plotkin**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Defendant**

**Midwest Real Estate Investment Co.**      represented by **Gabriel Bankier Plotkin**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Defendant**

**David Gray**                              represented by **Gabriel Bankier Plotkin**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Defendant**

**Atlantic Municipal Corporation**          represented by **Gabriel Bankier Plotkin**
(See above for address)
*ATTORNEY TO BE NOTICED*


**Defendant**

**Midwest Real Estate Investment            represented by **Gabriel Bankier Plotkin**
Company Employee Profit Sharing             (See above for address)
Plan & Trust**                              *ATTORNEY TO BE NOTICED*


**Defendant**

**Wheeler-Dealer, Ltd.**
*TERMINATED: 01/10/2012*


**Defendant**

**Timothy E. Gray**

*TERMINATED: 01/10/2012*

**Defendant**

**Vinaya Jessani**                                    represented by **Mark L. Rotert**
Stetler, Duffy & Rotert, Ltd.
10 South LaSalle
Suite 2800
Chicago, IL 60603
(312)3380214
Fax: 3123380070
Email: mrotert@sdrlegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Theodore Michaelson Becker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jayesh Sanatkumar Hines-shah**
Morgan Lewis & Bockius LLP
77 West Wacker Drive
Chicago, IL 60601-6094
312-324-1000
Fax: (312) 324-1001
Email: jhines-shah@morganlewis.com
*TERMINATED: 11/06/2012*

**Richard J Pearl**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kirk Allison**                                    represented by **Mark L. Rotert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Theodore Michaelson Becker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jayesh Sanatkumar Hines-shah**
(See above for address)
*TERMINATED: 11/06/2012*

**Richard J Pearl**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Joshua Atlas**
*TERMINATED: 01/22/2012*

**Defendant**

**HBZ, Inc.**

**Defendant**

**Lori Levinson**
*TERMINATED: 01/22/2012*

**Defendant**

**Arlene Atlas**
*TERMINATED: 01/22/2012*

**Defendant**

**Judith Berger**
*TERMINATED: 01/22/2012*

V.

**Respondent**

**Gina Quesada**
*TERMINATED: 01/22/2012*

**Respondent**

**U.S. Bank**

**Third Party Defendant**

**Stanford D Marks**                    represented by **Andrew L Mathews**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Stuart Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lowell E. Sachnoff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John William Moynihan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Andrew Marks**                    represented by **Andrew L Mathews**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Stuart Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lowell E. Sachnoff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John William Moynihan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Third Party Defendant**

**Jocelyn Stoller, a/k/a Congua**                  represented by **Andrew L Mathews**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Stuart Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lowell E. Sachnoff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John William Moynihan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Service List**                                    represented by **Ana Barnett**
*TERMINATED: 01/10/2012*                            Stearns Weaver Miller et al P.A.
Museum Tower
150 West Flagler St.
Miami, FL 33130
(305) 789-3200
Email: abarnett@swmwas.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Arthur Weil Friedman**
Miller Shakman & Beem LLP
180 North LaSalle Street
Suite 3600
Chicago, IL 60601
(312) 263-3700
Email:
afriedman@millershakman.com
*ATTORNEY TO BE NOTICED*

**Athanasios Papadopoulos**
Neal, Gerber & Eisenberg
Two North LaSalle Street

Suite 1700
Chicago, IL 60602
(312) 269-8000
Email: tpapadopoulos@ngelaw.com
*ATTORNEY TO BE NOTICED*

**Christopher Kenneth Meyer**
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
Email: cmeyer@sidley.com
*ATTORNEY TO BE NOTICED*

**E Jay Abt**
Abt Law Firm
2300 Henderson Mill Road
Suite 300
Atlanta, GA 30345
770-414-1002
*TERMINATED: 08/08/2011*

**E. Bryan Dunigan , III**
Law Offices of E. Bryan Dunigan
221 North LaSalle Street
Suite 1454
Chicago, IL 60601
(312) 857-2114
Fax: (312) 372-1733
Email: bdunigan@duniganlaw.com
*ATTORNEY TO BE NOTICED*

**Edward W. Feldman**
Miller Shakman & Beem LLP
180 North LaSalle Street
Suite 3600
Chicago, IL 60601
(312) 263-3700
Fax: (312) 263-3270
Email: efeldman@millershakman.com
*ATTORNEY TO BE NOTICED*

**Edward Marvin Genson**
Genson and Gillespie

53 West Jackson Boulevard
Suite 1420
Chicago, IL 60604
(312) 726-9015
Email: gensongillespie@aol.com
*TERMINATED: 09/12/2011*

**Elisha S. Rosenblum**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth Monkus**
Hauselman, Rappin & Olswang, Ltd.
Attorney at Law
39 S. LaSalle
Suite 1105
Chicago, IL 60606
312-372-2020
Fax: 312-372-0404
Email: emonkus@hrolaw.com
*ATTORNEY TO BE NOTICED*

**Frank John Favia , Jr.**
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-3772
Email: ffavia@sidley.com
*ATTORNEY TO BE NOTICED*

**James R. Quinn**
Ruff, Weidenaar & Reidy, Ltd.
222 North LaSalle Street
Suite 1525
Chicago, IL 60601
(312) 263-3890
Email: jrquinn@rwrlaw.com
*ATTORNEY TO BE NOTICED*

**Jeffrey A. Schulman**
Wolin and Rosen
55 West Monroe Street
Suite 3600

Chicago, IL 60603
312-424-0600
Email: jschulman@wolinlaw.com
*ATTORNEY TO BE NOTICED*

**Jonna McGinley Reilly**
Swanson, Martin & Bell LLP
330 N. Wabash
Suite 3300
Chicago, IL 60611
(312) 321-9100
Email: jreilly@smbtrials.com

**Maria J. Minor**
Neal, Gerber & Eisenberg
Two North LaSalle Street
Suite 1700
Chicago, IL 60602
773-924-5536
Email: mminor@ngelaw.com

**Mark Frels**
How Frels Berman Rohde Woods &
Duke PC
2027 Young Street
Dallas, TX 75201
214 720 2220
*TERMINATED: 08/08/2011*

**Mark H. How**
How Frels Berman Rohde Woods &
Duke PC
2027 Young Street
Dallas, TX 75201
214 720 2220
*TERMINATED: 08/08/2011*
*PRO HAC VICE*

**Martin F. Hauselman**
Hauselman & Rappin, Ltd.
39 South LaSalle Street
Suite 1105
Chicago, IL 60603

(312) 372-2020
*TERMINATED: 08/08/2011*

**Michael D. Sher**
Neal, Gerber & Eisenberg
Two North LaSalle Street
Suite 1700
Chicago, IL 60602
(312) 269-8000
Email: msher@ngelaw.com
*ATTORNEY TO BE NOTICED*

**Patrick Joseph Heneghan**
Schopf & Weiss LLP
One South Wacker Drive
28th Floor
Chicago, IL 60606
(312) 701-9300
Fax: (312) 701-9335
Email: heneghan@sw.com
*TERMINATED: 05/06/2010*

**Phillip McKinney**
Rogers & Hardin
229 Peachtree Street, N.E.
2700 International Trower, Peachtreet
Center
Atlanta, GA 30303-1601
404-522-4700
*TERMINATED: 08/08/2011*

**Richard H Sinkfield**
Rogers & Hardin
229 Peachtree Street, N.W.
2700 International Tower, Peachtree
Center
Atlanta, GA 30303-1601
404-522-4700
*TERMINATED: 08/08/2011*

**Robert A. Holland**
Sidley Austil LLP
555 West Fifth Street

Suite 4000
Los Angeles, CA 90013
213 896 6000
Email: rholland@sidley.com
*ATTORNEY TO BE NOTICED*

**S. Joseph Formusa**
Rabens, Formusa & Glassman, Ltd.
33 North LaSalle Street
Suite 2800
Chicago, IL 60602
(312) 782-8334
Email: formusa12@sbcglobal.net
*ATTORNEY TO BE NOTICED*

**Sarah Garner Malia**
Neal, Gerber & Eisenberg
Two North LaSalle Street
Suite 1700
Chicago, IL 60602
(312) 269-8000
Email: smalia@ngelaw.com
*ATTORNEY TO BE NOTICED*

**Scott Nelson**
Ruff, Weidenaar & Reidy, Ltd.
222 North LaSalle Street
Suite 1525
Chicago, IL 60601
(312) 263-3890
Email: snelson@rwrlaw.com
*ATTORNEY TO BE NOTICED*

**Steven R. Rappin**
Hauselman & Rappin, Ltd.
39 South LaSalle Street
Suite 1105
Chicago, IL 60603
(312) 372-2020
*TERMINATED: 08/08/2011*

**Stuart Michael Widman**
Miller Shakman & Beem LLC

180 N. LaSalle St.
Suite 3600
Chicago, IL 60601
(312)263-3700
Fax: (316)263-3270
Email: swidman@millershakman.com
*ATTORNEY TO BE NOTICED*

**Tammy Lynn Wade**
Ruff Weidenaar & Reidy Ltd.
222 N. LaSalle
Suite 700
Chicago, IL 60601
312 263 3890
Email: tlwade@rwrlaw.com
*ATTORNEY TO BE NOTICED*

**Todd E Domjan**
Morgan, Lewis & Bockius LLP
77 West Wacker Drive
5th Floor
Chicago, IL 60601
(312) 324-1000
Email: tdomjan@morganlewis.com
*ATTORNEY TO BE NOTICED*

**William Thomas Huyck**
Attorney at Law
1718 E. 55th St.
Chicago, IL 60615
(312) 833-0416
Email: tomhuyck@yahoo.com
*ATTORNEY TO BE NOTICED*

**MD Sass Investors Services, Inc.**      represented by **Mark L. Rotert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard J Pearl**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Theodore Michaelson Becker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MD Sass Municipal Finance
Partners-IV, LLC**

represented by **Mark L. Rotert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard J Pearl**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Theodore Michaelson Becker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MD Sass Municipal Finance
Partners-V, LLC**

represented by **Mark L. Rotert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard J Pearl**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Theodore Michaelson Becker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**MD Sass Tax Lien Management,
LLC**

represented by **Mark L. Rotert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard J Pearl**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Theodore Michaelson Becker**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Movant**

**SASS Muni-IV LLC**                     represented by **Mark L. Rotert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Theodore Michaelson Becker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jayesh Sanatkumar Hines-shah**
(See above for address)
*TERMINATED: 11/06/2012*

**Richard J Pearl**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tedd Macrae Warden**
Morgan Lewis & Bockius LLP
77 West Wacker Drive
Chicago, IL 60601-5094
312 324 1778
Fax: 312-324-1001
Email: twarden@morganlewis.com
*TERMINATED: 11/06/2012*

**Movant**

**SASS Muni-V, LLC**                     represented by **Mark L. Rotert**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Theodore Michaelson Becker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jayesh Sanatkumar Hines-shah**
(See above for address)
*TERMINATED: 11/06/2012*

**Richard J Pearl**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tedd Macrae Warden**
(See above for address)
*TERMINATED: 11/06/2012*

**Movant**

**Greg M. Reiter**
*TERMINATED: 01/10/2012*

represented by **Anthony James Masciopinto**
Kulwin, Masciopinto & Kulwin, LLP
161 North Clark Street
Suite 2500
Chicago, IL 60601
(312) 641-0300
Email: amasciopinto@kmklawllp.com
*ATTORNEY TO BE NOTICED*

**Movant**

**Terry Carter**
*TERMINATED: 01/10/2012*

represented by **Anthony James Masciopinto**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**

**Robert Palasz**
*TERMINATED: 01/10/2012*

**Movant**

**Oak Park Investments, Inc.**
*TERMINATED: 01/10/2012*

represented by **Anthony James Masciopinto**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark A. Semisch**
Kulwin, Masciopinto & Kulwin, LLP

161 North Clark Street
Suite 2500
Chicago, IL 60601
(312)-641-0300
Email: msemisch@kmklawllp.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Movant**

**Marshall Atlas**
*TERMINATED: 01/22/2012*

represented by **Edward Marvin Genson**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Intervenor**

**Howard Berland**
*TERMINATED: 01/10/2012*

represented by **Marc William Martin**
Marc W. Martin, Ltd.
53 West Jackson Boulevard
Suite 1420
Chicago, IL 60604
(312)408-1111
Email: mwm711@mac.com
*ATTORNEY TO BE NOTICED*

**Intervenor**

**Jay Lapat**
*TERMINATED: 11/23/2011*

represented by **Marc William Martin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**John Bridge**
*TERMINATED: 09/02/2011*

represented by **Theodore Michaelson Becker**
(See above for address)
*TERMINATED: 07/10/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allyson N.W. Paflas**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Brandon L Spurlock**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Donald B. Levine**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James E. Bayles , Jr.**
(See above for address)
*TERMINATED: 07/10/2008*

**Jennifer B. Jordan**
(See above for address)
*TERMINATED: 07/10/2008*

**Richard J Pearl**
(See above for address)
*TERMINATED: 07/10/2008*

**Saskia Nora Bryan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Barrett Rochman**                  represented by  **Theodore Michaelson Becker**
*TERMINATED: 09/02/2011*                              (See above for address)
                                                      *TERMINATED: 07/10/2008*
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Allyson N.W. Paflas**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Brandon L Spurlock**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Donald B. Levine**
                                                      (See above for address)

*ATTORNEY TO BE NOTICED*

**James E. Bayles , Jr.**
(See above for address)
*TERMINATED: 07/10/2008*

**Jennifer B. Jordan**
(See above for address)
*TERMINATED: 07/10/2008*

**Richard J Pearl**
(See above for address)
*TERMINATED: 07/10/2008*

**Saskia Nora Bryan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Sabre Group LLC**                    represented by **Theodore Michaelson Becker**
*TERMINATED: 09/02/2011*                (See above for address)
                                        *TERMINATED: 07/10/2008*
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Allyson N.W. Paflas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brandon L Spurlock**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Hetzel**
(See above for address)

**Donald B. Levine**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James E. Bayles , Jr.**
(See above for address)
*TERMINATED: 07/10/2008*

**Jennifer B. Jordan**
(See above for address)
*TERMINATED: 07/10/2008*

**Richard J Pearl**
(See above for address)
*TERMINATED: 07/10/2008*

**Saskia Nora Bryan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Jesse Rochman**                          represented by **Donald B. Levine**
*TERMINATED: 09/02/2011*                   (See above for address)
                                           *ATTORNEY TO BE NOTICED*

**Harold L. Moskowitz**
Law Firm of Harold Moskowitz
55 West Monroe
Suite 1100
Chicago, IL 60603
312-977-0223
Email: hlmatty@aol.com
*ATTORNEY TO BE NOTICED*

**Neil S. Ament**
(See above for address)
*TERMINATED: 11/14/2007*

**Counter Claimant**

**Christopher Rochman**                    represented by **Donald B. Levine**
*TERMINATED: 09/02/2011*                   (See above for address)
                                           *ATTORNEY TO BE NOTICED*

**Harold L. Moskowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Neil S. Ament**
(See above for address)

*TERMINATED: 11/14/2007*

**Counter Claimant**

**Corinne Rochman**                    represented by **Donald B. Levine**
*TERMINATED: 09/02/2011*                            (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Harold L. Moskowitz**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Neil S. Ament**
                                                    (See above for address)
                                                    *TERMINATED: 11/14/2007*

**Counter Claimant**

**BRB Investments, LLC**               represented by **Donald B. Levine**
*TERMINATED: 09/02/2011*                            (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Harold L. Moskowitz**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Neil S. Ament**
                                                    (See above for address)
                                                    *TERMINATED: 11/14/2007*

V.

**Counter Defendant**

**BCS Services, Inc.**                 represented by **Andrew L Mathews**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Jonathan Stuart Quinn**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Lowell E. Sachnoff**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Arnold A. Pagniucci**
(See above for address)
*TERMINATED: 06/26/2008*

**David C. Bohan**
(See above for address)
*TERMINATED: 06/30/2008*

**Gregory Michael Reiter**
(See above for address)
*TERMINATED: 08/08/2011*

**John William Moynihan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lisa Ann Kistler**
(See above for address)
*TERMINATED: 06/26/2008*

**Michele Walton**
(See above for address)
*TERMINATED: 06/26/2008*

**Counter Defendant**

**Phoenix Bond & Indemnity Co.**                represented by **Andrew L Mathews**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Stuart Quinn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lowell E. Sachnoff**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Arnold A. Pagniucci**
(See above for address)
*TERMINATED: 06/26/2008*

**BeLinda I. Mathie**
(See above for address)
*TERMINATED: 03/31/2009*

**David C. Bohan**
(See above for address)
*TERMINATED: 06/30/2008*

**Gregory Michael Reiter**
(See above for address)

**Harvey Marvin Silets**
(See above for address)
*TERMINATED: 06/15/2007*

**Jeffrey D. Corso**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John William Moynihan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan L. Marks**
(See above for address)
*TERMINATED: 04/03/2009*

**Lisa Ann Kistler**
(See above for address)
*TERMINATED: 06/26/2008*

**Michele Walton**
(See above for address)
*TERMINATED: 06/26/2008*

**ThirdParty Plaintiff**

**John Bridge**
*TERMINATED: 09/02/2011*

represented by **Theodore Michaelson Becker**
(See above for address)
*TERMINATED: 07/10/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allyson N.W. Paflas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brandon L Spurlock**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Donald B. Levine**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James E. Bayles , Jr.**
(See above for address)
*TERMINATED: 07/10/2008*

**Jennifer B. Jordan**
(See above for address)
*TERMINATED: 07/10/2008*

**Richard J Pearl**
(See above for address)
*TERMINATED: 07/10/2008*

**Saskia Nora Bryan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Barrett Rochman**
*TERMINATED: 09/02/2011*

represented by **Theodore Michaelson Becker**
(See above for address)
*TERMINATED: 07/10/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Allyson N.W. Paflas**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Brandon L Spurlock**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Donald B. Levine**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James E. Bayles , Jr.**
(See above for address)
*TERMINATED: 07/10/2008*

**Jennifer B. Jordan**
(See above for address)
*TERMINATED: 07/10/2008*

**Richard J Pearl**
(See above for address)
*TERMINATED: 07/10/2008*

**Saskia Nora Bryan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Sabre Group LLC**                represented by **Theodore Michaelson Becker**
*TERMINATED: 09/02/2011*                (See above for address)
                                        *TERMINATED: 07/10/2008*
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

                                        **Allyson N.W. Paflas**
                                        (See above for address)
                                        *ATTORNEY TO BE NOTICED*

                                        **Brandon L Spurlock**
                                        (See above for address)
                                        *ATTORNEY TO BE NOTICED*

                                        **Daniel Hetzel**
                                        (See above for address)

**Donald B. Levine**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James E. Bayles , Jr.**
(See above for address)
*TERMINATED: 07/10/2008*

**Jennifer B. Jordan**
(See above for address)
*TERMINATED: 07/10/2008*

**Richard J Pearl**
(See above for address)
*TERMINATED: 07/10/2008*

**Saskia Nora Bryan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**Jesse Rochman**
*TERMINATED: 09/02/2011*

represented by **Donald B. Levine**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Harold L. Moskowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Neil S. Ament**
(See above for address)
*TERMINATED: 11/14/2007*

**ThirdParty Plaintiff**

**Christopher Rochman**
*TERMINATED: 09/02/2011*

represented by **Donald B. Levine**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Harold L. Moskowitz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Neil S. Ament**
(See above for address)
*TERMINATED: 11/14/2007*

**ThirdParty Plaintiff**

**Corinne Rochman**          represented by **Donald B. Levine**
*TERMINATED: 09/02/2011*          (See above for address)
                                  *ATTORNEY TO BE NOTICED*

                                  **Harold L. Moskowitz**
                                  (See above for address)
                                  *ATTORNEY TO BE NOTICED*

                                  **Neil S. Ament**
                                  (See above for address)
                                  *TERMINATED: 11/14/2007*

**ThirdParty Plaintiff**

**BRB Investments, LLC**          represented by **Donald B. Levine**
*TERMINATED: 09/02/2011*          (See above for address)
                                  *ATTORNEY TO BE NOTICED*

                                  **Harold L. Moskowitz**
                                  (See above for address)
                                  *ATTORNEY TO BE NOTICED*

                                  **Neil S. Ament**
                                  (See above for address)
                                  *TERMINATED: 11/14/2007*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/15/2005 | 1 | COMPLAINT filed by BCS Services, Inc., Phoenix Bond & Indemnity Co. and Oak Park Investments, Inc.; (Exhibits); Jury Demand.(mjc, ) (Entered: 07/18/2005) |
| 07/15/2005 | 2 | CIVIL Cover Sheet. (mjc, ) (Entered: 07/18/2005) |
| 07/15/2005 | 3 | ATTORNEY Appearance for plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co., Oak Park Investments, Inc. by Lisa A. Kistler, John William |

| | | |
|---|---|---|
| | | Moynihan, Arnold A. Pagniucci, Lowell E. Sachnoff. (mjc, ) (Entered: 07/18/2005) |
| 07/15/2005 | 4 | ATTORNEY Appearance for plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co., Oak Park Investments, Inc. by Gregory Michael Reiter. (mjc, ) (Entered: 07/18/2005) |
| 07/15/2005 | "TYPE =PICT ;ALT= LOCK "5 | (Court only) RECEIPT regarding payment of filing fee paid on 7/15/2005 in the amount of $250.00, receipt number 10422741. (mjc, ) (Entered: 07/18/2005) |
| 07/15/2005 | 6 | SUMMONS Issued as to Defendants John Bridge, Barrett Rochman, Sabre Group LLC, Robert Jensen, Joseph Varan, Cronus Projects, LLC, Jeffrey Bridge, Regal One, LLC, CCJ Investments, LLC, DRN II, Inc., Francis Alexander, Georgetown Investors, LLC, Jason Baumbach, Optimum Financial, Inc., L.C.C. Venture, LLC, Jeshay, LLC, Jesse Rochman, Christopher Rochman, Corinne Rochman, BRB Investments, LLC, Douglas Nash, Mud Cats Real Estate, LLC, Carpus Investments, LLC, Gregory Ellis and GJ Venture, LLC. (mjc, ) (Entered: 07/18/2005) |
| 07/15/2005 | 226 | NOTIFICATION of Affiliates pursuant to Local Rule 3.2 - Disclosure statement by all plaintiffs (Document previously misplaced) (las, ) (Entered: 10/04/2007) |
| 07/18/2005 | 7 | ATTORNEY Appearance for Plaintiff Phoenix Bond & Indemnity Co. by Jonathan L. Marks (jmp, ) Modified on 1/30/2008 (emd, ). (Entered: 07/22/2005) |
| 07/19/2005 | 8 | SUMMONS Returned Executed by BCS Services, Inc., Phoenix Bond & Indemnity Co., Oak Park Investments, Inc. as to Douglas Nash on 7/18/2005, answer due 8/8/2005. (jmp, ) (Entered: 07/22/2005) |
| 07/19/2005 | 9 | SUMMONS Returned Executed by BCS Services, Inc., Phoenix Bond & Indemnity Co., Oak Park Investments, Inc. as to Cronus Projects, LLC on 7/18/2005, answer due 8/8/2005. (jmp, ) (Entered: 07/22/2005) |
| 07/19/2005 | 10 | SUMMONS Returned Executed by BCS Services, Inc., Phoenix Bond & Indemnity Co., Oak Park Investments, Inc. as to Jeshay, LLC on 7/18/2005, answer due 8/8/2005. (jmp, ) (Entered: 07/22/2005) |
| 07/25/2005 | 11 | SUMMONS Returned Executed by BCS Services, Inc., Oak Park Investments, Inc. as to Gregory Ellis on 7/20/2005, answer due 8/9/2005. (jmp, ) (Entered: 07/28/2005) |
| 07/25/2005 | 12 | SUMMONS Returned Executed by BCS Services, Inc., Phoenix Bond & Indemnity Co., Oak Park Investments, Inc. as to L.C.C. Venture, LLC on 7/20/2005, answer due 8/9/2005. (jmp, ) (Entered: 07/28/2005) |

| 07/25/2005 | 13 | SUMMONS Returned Executed by BCS Services, Inc., Phoenix Bond & Indemnity Co., Oak Park Investments, Inc. as to GJ Venture, LLC on 7/20/2005, answer due 8/9/2005. (jmp, ) (Entered: 07/28/2005) |
| 07/25/2005 | 14 | SUMMONS Returned Executed by BCS Services, Inc., Phoenix Bond & Indemnity Co., Oak Park Investments, Inc. as to DRN II, Inc. on 7/18/2005, answer due 8/8/2005. (jmp, ) (Entered: 07/28/2005) |
| 07/25/2005 | 15 | SUMMONS Returned Executed by BCS Services, Inc., Phoenix Bond & Indemnity Co., Oak Park Investments, Inc. as to Jeffrey Bridge on 7/20/2005, answer due 8/9/2005. (jmp, ) (Entered: 07/28/2005) |
| 07/25/2005 | 16 | SUMMONS Returned Executed by BCS Services, Inc., Phoenix Bond & Indemnity Co., Oak Park Investments, Inc. as to Regal One, LLC on 7/20/2005, answer due 8/9/2005. (jmp, ) (Entered: 07/28/2005) |
| 07/26/2005 | 17 | AFFIDAVIT of Service filed by Defendant Christopher Rochman regarding summons and complaint served on Christopher Rochman on 07/22/05. (cdy, ) (Entered: 07/29/2005) |
| 07/26/2005 | 18 | AFFIDAVIT of service filed by plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co., Oak Park Investments, Inc. regarding summons and complaint served on Mud Cats Real Estate, LLC c/o Corporation Service Company on 7/20/05. (cdy, ) (Entered: 07/29/2005) |
| 07/27/2005 | 19 | SUMMONS Returned Executed as to Georgetown Investors, LLC on 7/25/2005, answer due 8/15/2005. (air, ) (Entered: 07/29/2005) |
| 07/27/2005 | 20 | SUMMONS Returned Executed as to Francis Alexander. (air, ) (Entered: 08/03/2005) |
| 07/27/2005 | 24 | SUMMONS Returned Executed by Oak Park Investments, Inc. as to Francis Alexander on 7/25/2005, answer due 8/15/2005. (jmp, ) (Entered: 08/04/2005) |
| 07/29/2005 | 23 | SUMMONS Returned Executed by BCS Services, Inc., Phoenix Bond & Indemnity Co., Oak Park Investments, Inc. as to Optimum Financial, Inc. on 7/20/2005, answer due 8/9/2005. (jmp, ) (Entered: 08/03/2005) |
| 08/02/2005 | 21 | AGREED MOTION by Defendants DRN II, Inc., Jeshay, LLC, Douglas Nash and Mud Cats Real Estate, LLC for extension of time to answer or otherwise respond to plaintiffs' complaint and demand for jury 1 (las, ) (Entered: 08/03/2005) |
| 08/02/2005 | 22 | NOTICE of Motion by DRN II, Inc., Jeshay, LLC, Douglas Nash,and Mud Cats Real Estate, LLC for presentment of their agreed motion for extension of time to answer or otherwise respond to plaintiffs' complaint and demand for jury 21 before Honorable James F. Holderman on 8/4/2005 at 09:00 AM. (las, ) (Entered: 08/03/2005) |
| 08/02/2005 | 31 | ATTORNEY Appearance for Defendants DRN II, Inc., Jeshay, LLC, |

| | | |
|---|---|---|
| | | Douglas Nash, Mud Cats Real Estate, LLC by David S. Rosenbloom. (air, ) (Entered: 08/08/2005) |
| 08/03/2005 | 25 | SUMMONS Returned Unexecuted by BCS Services, Inc. as to CCJ Investments, LLC. (jmp, ) (Entered: 08/05/2005) |
| 08/03/2005 | 26 | SUMMONS Returned Executed by BCS Services, Inc. as to Sabre Group LLC on 7/20/2005, answer due 8/9/2005. (jmp, ) (Entered: 08/05/2005) |
| 08/03/2005 | 27 | SUMMONS Returned Executed by BCS Services, Inc. as to Jesse Rochman on 7/27/2005, answer due 8/16/2005. (jmp, ) (Entered: 08/05/2005) |
| 08/03/2005 | 28 | SUMMONS Returned Executed by BCS Services, Inc. as to BRB Investments, LLC on 7/20/2005, answer due 8/9/2005. (jmp, ) (Entered: 08/05/2005) |
| 08/03/2005 | 29 | SUMMONS Returned Executed by BCS Services, Inc. as to BRB Investments, LLC on 7/20/2005, answer due 8/9/2005. (jmp, ) (Entered: 08/05/2005) |
| 08/03/2005 | 30 | SUMMONS Returned Executed by BCS Services, Inc. as to Barrett Rochman on 7/20/2005, answer due 8/9/2005. (jmp, ) (Entered: 08/05/2005) |
| 08/04/2005 | 35 | MINUTE entry before Judge James F. Holderman : Defendants Douglas Nash, DRN II, Inc., Jeshay, LLC. and Mud Cats Real Estate, LLC's agreed motion for extension of time (until 8/29/2005) to answer or otherwise respond to plaintiffs' complaint 21 is granted. Status hearing set for 9/1/2005 at 9:00 AM. Mailed notice (am) (Entered: 08/11/2005) |
| 08/09/2005 | 36 | SUMMONS Returned Executed by BCS Services, Inc., Phoenix Bond & Indemnity Co., Oak Park Investments, Inc. as to John Bridge on 8/7/2005, answer due 8/29/2005. (jmp, ) (Entered: 08/11/2005) |
| 08/11/2005 | 32 | ATTORNEY Appearance for Defendants John Bridge, Barrett Rochman, Sabre Group LLC by Theodore Michaelson Becker (Becker, Theodore) (Entered: 08/11/2005) |
| 08/11/2005 | 33 | MOTION by Defendants John Bridge, Barrett Rochman, Sabre Group LLC for extension of time to file answer *DEFENDANTS, JOHN BRIDGE, BARRETT ROCHMAN AND SABRE GROUP LLC, AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS COMPLAINT* (Becker, Theodore) (Entered: 08/11/2005) |
| 08/11/2005 | 34 | NOTICE of Motion by Theodore Michaelson Becker for presentment of motion for extension of time to file answer, 33 before Honorable James F. Holderman on 8/16/2005 at 09:00 AM. (Becker, Theodore) (Entered: 08/11/2005) |
| 08/12/2005 | 37 | AGREED MOTION by Defendants DRN II, Inc., Jeshay, LLC, Douglas Nash, Mud Cats Real Estate, LLC to extend response date to coordinate response dates of all defendants (gma, ) (Entered: 08/15/2005) |

| 08/12/2005 | 38 | NOTICE of Motion by David S. Rosenbloom for presentment of AGREED MOTION by Defendants DRN II, Inc., Jeshay, LLC, Douglas Nash, Mud Cats Real Estate, LLC to extend response date to coordinate response dates of all defendants 37 before Honorable James F. Holderman on 8/16/2005 at 09:00 AM. (gma, ) (Entered: 08/15/2005) |
|---|---|---|
| 08/12/2005 | 39 | ATTORNEY Appearance for Defendant Sabre Group LLC by Daniel Hetzel (jmp, ) (Entered: 08/17/2005) |
| 08/15/2005 | 45 | SUMMONS Returned Executed by BCS Services, Inc., Phoenix Bond & Indemnity Co., Oak Park Investments, Inc. as to Jason Baumbach on 8/11/2005, answer due 8/31/2005. (jmp, ) (Entered: 08/19/2005) |
| 08/16/2005 | 40 | MOTION by Plaintiffs for judgment of default against defendants Gregory Ellis, Jeffrey Bridge, Cronus Projects LLC, Venture LLC, GJ Venture LLC, Regal One LLC and Optimum Financial Inc (gma, ) (Entered: 08/17/2005) |
| 08/16/2005 | 41 | NOTICE of Motion by Lisa A. Kistler for presentment of MOTION by Plaintiffs for judgment of default against defendants Gregory Ellis, Jeffrey Bridge, Cronus Projects LLC, Venture LLC, GJ Venture LLC, Regal One LLC and Optimum Financial Inc 40 before Honorable James F. Holderman on 8/30/2005 at 09:00 AM. (gma, ) (Entered: 08/17/2005) |
| 08/16/2005 | 42 | MINUTE entry before Judge James F. Holderman: John Bridge, Barrett Rochman and Sabre Groups' Agreed Motion for extension of time to answer or otherwise respond to plaintiffs' complaint 33 is granted. Defendants Douglas Nash, DRN II, Inc., Jeshay, LLC, and Mud Cats Real Estate's Agreed motion to Extend Response Date to Coordinate Response Dates of All Defendants 37 is granted. Defendants to answer or otherwise plead to complaint on or before 09/15/05. Status hearing reset to 09/22/05 at 9:00 a.m. Judicial staff mailed notice (mak, ) (Entered: 08/17/2005) |
| 08/17/2005 | 46 | ATTORNEY Appearance for Defendants CCJ Investments, LLC, Jesse Rochman, Christopher Rochman, Corinne Rochman, BRB Investments, LLC by Neil S. Ament (jmp, ) Modified on 8/28/2008 (td, ). (Entered: 08/22/2005) |
| 08/18/2005 | 43 | MOTION by Defendants Robert Jensen, Joseph Varan, Cronus Projects, LLC for an extension of time to answer or otherwise plead and to vacate any technical defaults (gma, ) (Entered: 08/18/2005) |
| 08/18/2005 | 44 | NOTICE of Motion by Robert Jensen, Joseph Varan, Cronus Projects, LLC for presentment of MOTION by Defendants Robert Jensen, Joseph Varan, Cronus Projects, LLC for an extension of time to answer or otherwise plead and to vacate any technical defaults 43 before Honorable James F. Holderman on 8/30/2005 at 09:00 AM. (gma, ) (Entered: 08/18/2005) |
| 08/18/2005 | 47 | ATTORNEY Appearance for Defendants Robert Jensen, Joseph Varan, Cronus Projects, LLC by Patrick R Moran, Martin W. McManaman, Kevin J. |

| | | |
|---|---|---|
| | | Clancy; Notice. (jmp, ) (Entered: 08/22/2005) |
| 08/22/2005 | 51 | APPLICATION for Leave to Appear Pro Hac Vice on behalf of John Bridge, Barrett Rochman, Sabre Group LLC by Jennifer B. Jordan; Order entered granting leave by James F. Holderman. Filing fee $ 50 paid, receipt number 10329556. (air, ) (Entered: 08/26/2005) |
| 08/24/2005 | 50 | SUMMONS Returned Executed as to Robert Jensen on 8/19/2005, answer due 9/8/2005. (eav, ) (Entered: 08/26/2005) |
| 08/25/2005 | 48 | MOTION by Defendants Francis Alexander, Georgetown Investors, LLC for extension of time to answer or otherwise plead and to vacate any technical defaults (gma, ) (Entered: 08/25/2005) |
| 08/25/2005 | 49 | NOTICE of Motion by Francis Alexander, Georgetown Investors, LLC for presentment of MOTION by Defendants Francis Alexander, Georgetown Investors, LLC for extension of time to answer or otherwise plead and to vacate any technical defaults 48 before Honorable James F. Holderman on 8/30/2005 at 09:00 AM. (gma, ) (Entered: 08/25/2005) |
| 08/25/2005 | 54 | ATTORNEY Appearance for Defendants Francis Alexander, Georgetown Investors, LLC by Sara J. Rowden, Joseph R. Lemersal, Michael Joseph Kralovec (rmm, ) (Entered: 08/30/2005) |
| 08/29/2005 | 52 | AGREED MOTION by Defendants Jeffrey Bridge, Regal One, LLC, Jason Baumbach, Optimum Financial, Inc., Carpus Investments, LLC for extension of time to answer or otherwise plead to plaintiffs' complaint (gma, ) (Entered: 08/29/2005) |
| 08/29/2005 | 53 | NOTICE of Motion by defendants for presentment of AGREED MOTION by Defendants Jeffrey Bridge, Regal One, LLC, Jason Baumbach, Optimum Financial, Inc., Carpus Investments, LLC for extension of time to answer or otherwise plead to plaintiffs' complaint 52 before Honorable James F. Holderman on 9/1/2005 at 09:00 AM. (gma, ) (Entered: 08/29/2005) |
| 08/29/2005 | 55 | ATTORNEY Appearance for Defendants Jeffrey Bridge, Regal One, LLC, Jason Baumbach, Optimum Financial, Inc., Carpus Investments, LLC by Elisha S. Rosenblum, Clifford Gary Kosoff (las, ) (Entered: 09/02/2005) |
| 08/30/2005 | 60 | MINUTE entry before Judge James F. Holderman : Plaintiffs' motion for default judgment against defendants Gregory Ellis, LLC Venture and GJ Venture 40 is entered and continued. Prove-up default by affidavit to be filed by 09/22/05 and notices are to be set for 09/27/05 at 10:00 a.m. Defendants Motions for extension of time to answer 43 48 52 are granted. Defendants to answer or otherwise plead by 09/22/05. If a motion is to be filed, it is to be filed by 09/22/05 and notice for 09/27/05 at 10:00 a.m. Status hearing set for 9/27/2005 at 09:00 AM. No notice-parties advised in open court. (mak, ) (Entered: 09/12/2005) |
| 09/08/2005 | 56 | ATTORNEY Appearance for Defendants L.C.C. Venture, LLC, Gregory |

| | | |
|---|---|---|
| | | Ellis, GJ Venture, LLC by Kevin J. Clancy (Clancy, Kevin) (Entered: 09/08/2005) |
| 09/08/2005 | 57 | ATTORNEY Appearance for Defendants L.C.C. Venture, LLC, Gregory Ellis, GJ Venture, LLC by Kevin J. Clancy (Clancy, Kevin) (Entered: 09/08/2005) |
| 09/09/2005 | 58 | MOTION by Defendants L.C.C. Venture, LLC, Gregory Ellis, GJ Venture, LLC to vacate *Any and All Defaults and for Extension of Time to Answer or Otherwise Plead* (Claney, Kevin) (Entered: 09/09/2005) |
| 09/09/2005 | 59 | NOTICE of Motion by Kevin J. Clancy for presentment of motion to vacate 58 before Honorable James F. Holderman on 9/13/2005 at 09:00 AM. (Clancy, Kevin) (Entered: 09/09/2005) |
| 09/22/2005 | 61 | MOTION by Defendants Jeffrey Bridge, Regal One, LLC, Jason Baumbach, Optimum Financial, Inc., Carpus Investments, LLC to dismiss *and Memorandum of Law* (Rosenblum, Elisha) (Entered: 09/22/2005) |
| 09/22/2005 | 62 | MOTION by Defendants Robert Jensen, Joseph Varan, Cronus Projects, LLC, L.C.C. Venture, LLC, Gregory Ellis, GJ Venture, LLC to dismiss *Plaintiffs' Complaint.* (Clancy, Kevin) (Entered: 09/22/2005) |
| 09/22/2005 | 63 | NOTICE of Motion by Kevin J. Clancy for presentment of motion to dismiss 62 before Honorable James F. Holderman on 9/27/2005 at 09:00 AM. (Clancy, Kevin) (Entered: 09/22/2005) |
| 09/22/2005 | 64 | MEMORANDUM by Robert Jensen, Joseph Varan, Cronus Projects, LLC, L.C.C. Venture, LLC, Gregory Ellis, GJ Venture, LLC in Support of motion to dismiss 62 *Plaintiffs' Complaint.* (Clancy, Kevin) (Entered: 09/22/2005) |
| 09/22/2005 | 65 | NOTICE by Robert Jensen, Joseph Varan, Cronus Projects, LLC, L.C.C. Venture, LLC, Gregory Ellis, GJ Venture, LLC re memorandum in support of motion 64 *to Dismiss Plaintiffs' Complaint.* (Clancy, Kevin) (Entered: 09/22/2005) |
| 09/22/2005 | 66 | MOTION by Defendants Robert Jensen, Joseph Varan, Cronus Projects, LLC, L.C.C. Venture, LLC, Gregory Ellis, GJ Venture, LLC to stay *Discovery Pending Motions to Dismiss.* (Attachments: # 1 Exhibit A)(Clancy, Kevin) (Entered: 09/22/2005) |
| 09/22/2005 | 67 | NOTICE of Motion by Kevin J. Clancy for presentment of motion to stay 66 before Honorable James F. Holderman on 9/27/2005 at 09:00 AM. (Clancy, Kevin) (Entered: 09/22/2005) |
| 09/22/2005 | 68 | MOTION by Defendants John Bridge, Barrett Rochman, Sabre Group LLC to dismiss *Plaintiffs' Complaint* (Becker, Theodore) (Entered: 09/22/2005) |
| 09/22/2005 | 69 | MEMORANDUM by John Bridge, Barrett Rochman, Sabre Group LLC in Support of motion to dismiss 68 (Becker, Theodore) (Entered: 09/22/2005) |

| 09/22/2005 | 70 | NOTICE of Motion by Theodore Michaelson Becker for presentment of motion to dismiss 68 before Honorable James F. Holderman on 9/27/2005 at 09:00 AM. (Becker, Theodore) (Entered: 09/22/2005) |
| 09/22/2005 | 71 | MOTION by Defendants DRN II, Inc., Jeshay, LLC, Douglas Nash, Mud Cats Real Estate, LLC to dismiss (Rosenbloom, David) (Entered: 09/22/2005) |
| 09/22/2005 | 72 | MEMORANDUM by DRN II, Inc., Jeshay, LLC, Douglas Nash, Mud Cats Real Estate, LLC in Support of motion to dismiss 71 (Rosenbloom, David) (Entered: 09/22/2005) |
| 09/22/2005 | 73 | NOTICE of Motion by David S. Rosenbloom for presentment of motion to dismiss 71 before Honorable James F. Holderman on 9/27/2005 at 10:00 AM. (Rosenbloom, David) (Entered: 09/22/2005) |
| 09/22/2005 | 74 | MOTION by Defendants CCJ Investments, LLC, Christopher Rochman, Corinne Rochman, BRB Investments, LLC to dismiss (gma, ) (Entered: 09/22/2005) |
| 09/22/2005 | 75 | NOTICE of Motion by Neil S. Ament for presentment of MOTION by Defendants CCJ Investments, LLC, Christopher Rochman, Corinne Rochman, BRB Investments, LLC to dismiss 74 before Honorable James F. Holderman on 9/27/2005 at 09:00 AM. (gma, ) (Entered: 09/22/2005) |
| 09/22/2005 | 76 | MOTION by Defendants Francis Alexander and Georgetown Investors, LLC to dismiss plaintiffs' complaint. (td, ) (Entered: 09/23/2005) |
| 09/22/2005 | 77 | NOTICE of Motion by Francis Alexander, Georgetown Investors, LLC for presentment of motion to dismiss plaintiffs' complaint 76 before Honorable James F. Holderman on 9/27/2005 at 10:00 AM. (td, ) (Entered: 09/23/2005) |
| 09/27/2005 | 78 | MINUTE entry before Judge James F. Holderman dated 9/27/05: Status hearing held on 9/27/05. Defendants, Cronus Projects, LLC, Robert Jensen, Joseph Varan, Gregory Ellis, LCC, Venture, LLC and GJ Venture, LLC's motion to stay (66) discovery pending motions to dismiss is denied. Motion terminated. Plaintiffs responses to MOTION by Defendants Robert Jensen, Joseph Varan, Cronus Projects, LLC, L.C.C. Venture, LLC, Gregory Ellis, GJ Venture, LLC to dismiss Plaintiffs' Complaint 62 , MOTION by Defendants Jeffrey Bridge, Regal One, LLC, Jason Baumbach, Optimum Financial, Inc., Carpus Investments, LLC to dismiss and Memorandum of Law 61 , MOTION by Defendants Francis Alexander, Georgetown Investors, LLC to dismiss 76 , MOTION by Defendants John Bridge, Barrett Rochman, Sabre Group LLC to dismiss Plaintiffs' Complaint 68 , MOTION by Defendants CCJ Investments, LLC, Christopher Rochman, Corinne Rochman, BRB Investments, LLC to dismiss 74 , MOTION by Defendants DRN II, Inc., Jeshay, LLC, Douglas Nash, Mud Cats Real Estate, LLC to dismiss 71 are to be filed on or before 11/10/05. Replies due 12/5/05. Court will rule by mail and set additional dates if necessary. Rule 26(a)(1) |

Page 53 of 185

| | | |
|---|---|---|
| | | discovery to be allowed. Parties are to focus on issues that need to be 26(a)(1) disclosures and third-party subpoenas allowed. Judicial staff mailed notice (gl, ) (Entered: 10/03/2005) |
| 10/21/2005 | 79 | REPORT of Rule 26(f) Planning Meeting by John Bridge (Hetzel, Daniel) (Entered: 10/21/2005) |
| 10/31/2005 | 80 | NOTICE by all plaintiffs regarding subpoena to Bank One, N.A.(Kistler, Lisa) Modified on 11/1/2005 (air, ). (Entered: 10/31/2005) |
| 11/01/2005 | 81 | MOTION by Defendant Sabre Group LLC to quash (Attachments: # 1 # 2)(Hetzel, Daniel) Modified on 11/2/2005 (air, ). (Entered: 11/01/2005) |
| 11/01/2005 | 82 | NOTICE of Motion by Daniel Alan Hetzel for presentment of motion to quash 81 before Honorable James F. Holderman on 11/3/2005 at 09:00 AM. (Hetzel, Daniel) (Entered: 11/01/2005) |
| 11/02/2005 | 83 | NOTICE by all plaintiffs (Kistler, Lisa) (Entered: 11/02/2005) |
| 11/02/2005 | 84 | RESPONSE *Plaintiffs' Response to Motion to Quash Filed by Defendants John Bridge, Barrett Rochman, and Sabre Group LLC* (Kistler, Lisa) (Entered: 11/02/2005) |
| 11/02/2005 | 85 | NOTICE by all plaintiffs re response to motion 84 (Kistler, Lisa) (Entered: 11/02/2005) |
| 11/02/2005 | 86 | ATTORNEY Appearance for Plaintiff Phoenix Bond & Indemnity Co. by Harvey M. Silets (Silets, Harvey) (Entered: 11/02/2005) |
| 11/03/2005 | 87 | MINUTE entry before Judge James F. Holderman : Defendants' Motion to Quash 81 the overbroad and inappropriate subpoenas issued by plaintiffs 10/24/05 is entered and referred to Magistrate Judge Levin for disposition. Subpoena entities to refrain until resolution. Further dates to be set after ruling on Motion to Quash. Mailed notice (jmm, ) (Entered: 11/07/2005) |
| 11/08/2005 | 88 | *AMENDED* NOTICE of Motion by Daniel Alan Hetzel for presentment of motion to quash 81 before Honorable Ian H. Levin on 11/22/2005 at 09:30 AM. (Hetzel, Daniel) (Entered: 11/08/2005) |
| 11/09/2005 | 96 | EXECUTIVE COMMITTEE ORDER:Case referred to Magistrate Judge Ian H. Levin pursuant to Local Rule 72.1 to conduct hearings and enter appropriate orders on Discovery supervision.Signed by Chief Judge Charles P. Kocoras, Executive Committee on 11/9/05. (eav, ) (Entered: 11/14/2005) |
| 11/10/2005 | 89 | NOTICE by all plaintiffs (Kistler, Lisa) (Entered: 11/10/2005) |
| 11/10/2005 | 90 | RESPONSE *Plaintiffs? Response to the Motion to Dismiss Filed by Defendants Douglas Nash, DRN II, Inc., Jeshay, LLC, and Mud Cats Real Estate, LLC* (Kistler, Lisa) (Entered: 11/10/2005) |
| 11/10/2005 | 91 | RESPONSE *Plaintiffs' Response to the Motion to Dismiss Filed by Defendants John Bridge, Barrett Rochman, and Sabre Group LLC* (Kistler, |

| | | |
|---|---|---|
| | | Lisa) (Entered: 11/10/2005) |
| 11/10/2005 | 92 | RESPONSE *Plaintiffs' Response to the Motion to Dismiss Filed by Defendants Georgetown Investors, LLC and Frances Alexander* (Kistler, Lisa) (Entered: 11/10/2005) |
| 11/10/2005 | 93 | RESPONSE *Plaintiffs' Response to the Motion to Dismiss Filed by Defendants Jeffrey Bridge, Jason Baumbach, Regal One, LLC, Optimum Financial, Inc. and Carpus Investments, LLC* (Kistler, Lisa) (Entered: 11/10/2005) |
| 11/10/2005 | 94 | RESPONSE *Plaintiffs' Response to the Motion to Dismiss Filed by Defendants CCJ Investments, LLC, BRB Investments, LLC, Jesse Rochman, Christopher Rochman and Corrine Rochman* (Kistler, Lisa) (Entered: 11/10/2005) |
| 11/10/2005 | 95 | RESPONSE *Plaintiffs' Response to the Motion to Dismiss Filed by Defendants Cronus Projects, LLC, Robert Jensen, Joseph Varan, Gregory Ellis, L.L.C. Venture, LLC, and GJ Venture, LLC* (Kistler, Lisa) (Entered: 11/10/2005) |
| 11/16/2005 | 97 | ATTORNEY Appearance for Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co., Oak Park Investments, Inc. by Michele Walton (Walton, Michele) (Entered: 11/16/2005) |
| 11/16/2005 | 98 | MOTION by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co., Oak Park Investments, Inc. to compel *Certain Defendants To Tender Their Initial Disclosures* (Walton, Michele) (Entered: 11/16/2005) |
| 11/16/2005 | 99 | NOTICE of Motion by Michele Walton for presentment of motion to compel 98 before Honorable Ian H. Levin on 11/22/2005 at 09:30 AM. (Walton, Michele) (Entered: 11/16/2005) |
| 11/16/2005 | "TYPE=PICT;ALT=LOCK" | (Court only) ***Attorney Michele Walton for BCS Services, Inc. and Phoenix Bond & Indemnity Co. added. (cem, ) (Entered: 11/17/2005) |
| 11/17/2005 | 100 | MOTION by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co., Oak Park Investments, Inc. to compel *The Georgetown Defendants To Produce Documents And Respond To Interrogatories* (Walton, Michele) (Entered: 11/17/2005) |
| 11/17/2005 | 101 | NOTICE of Motion by Michele Walton for presentment of motion to compel 100 before Honorable Ian H. Levin on 11/22/2005 at 09:30 AM. (Walton, Michele) (Entered: 11/17/2005) |
| 11/18/2005 | 102 | MEMORANDUM by John Bridge, Barrett Rochman, Sabre Group LLC in Support of *Motion to Quash* (Attachments: # 1 Exhibit A# 2 Exhibit |

| | | B)(Becker, Theodore) (Entered: 11/18/2005) |
|---|---|---|
| 11/18/2005 | 103 | NOTICE by John Bridge, Barrett Rochman, Sabre Group LLC re memorandum in support of motion 102 *to Quash* (Becker, Theodore) (Entered: 11/18/2005) |
| 11/21/2005 | 104 | *Amended* NOTICE of Motion by Michele Walton for presentment of motion to compel 100 before Honorable Ian H. Levin on 11/29/2005 at 09:30 AM. (Walton, Michele) (Entered: 11/21/2005) |
| 11/21/2005 | 105 | *Amended* NOTICE of Motion by Michele Walton for presentment of motion to compel 98 before Honorable James F. Holderman on 11/29/2005 at 09:30 AM. (Walton, Michele) (Entered: 11/21/2005) |
| 11/22/2005 | 106 | *Amended* NOTICE of Motion by Theodore Michaelson Becker for presentment of motion to quash 81 before Honorable Ian H. Levin on 11/29/2005 at 09:30 AM. (Becker, Theodore) (Entered: 11/22/2005) |
| 11/22/2005 | 107 | *Amended* NOTICE of Motion by Michele Walton for presentment of motion to compel 98 before Honorable Ian H. Levin on 11/29/2005 at 09:30 PM. (Walton, Michele) (Entered: 11/22/2005) |
| 11/29/2005 | 110 | MINUTE entry before Judge Ian H. Levin : Enter stipulated protective order regarding the parties' discovery requests. Mailed notice. (cdy, ) (Entered: 12/02/2005) |
| 11/29/2005 | 111 | STIPULATED PROTECTIVE Order. Signed by Judge Morton Denlow on 11/29/2005.(cdy, ) (Entered: 12/02/2005) |
| 12/01/2005 | 108 | *Second Amended* NOTICE of Motion by Michele Walton for presentment of motion to compel 100 before Honorable Ian H. Levin on 12/6/2005 at 09:30 AM. (Walton, Michele) (Entered: 12/01/2005) |
| 12/01/2005 | 109 | *Second Amended* NOTICE of Motion by Theodore Michaelson Becker for presentment of motion to quash 81 before Honorable Ian H. Levin on 12/6/2005 at 09:30 AM. (Becker, Theodore) (Entered: 12/01/2005) |
| 12/02/2005 | 121 | EXECUTIVE COMMITTEE ORDER: It appearing that it is necessary for cases and referrals previously pending before Magistrate Judge Ian H. Levin to be reassigned to other magistrate judges of this Court; It is hereby ordered that the Clerk is to reassign these cases and referrals as indicated on the attached list.Case referred to Magistrate Judge Nan R. Nolan. Signed by Executive Committee on 12/2/05. (cem) (Entered: 12/13/2005) |
| 12/05/2005 | 112 | RESPONSE *In Support of Motion To Dismiss* (Claney, Kevin) (Entered: 12/05/2005) |
| 12/05/2005 | 113 | REPLY *In Support of Motion to Dismiss* (Rosenblum, Elisha) (Entered: 12/05/2005) |
| 12/05/2005 | 114 | REPLY *Memorandum in Support of Motion to Dismiss Plaintiffs' Complaint* |

| | | | |
|---|---|---|---|
| | | | (Lemersal, Joseph) (Entered: 12/05/2005) |
| 12/05/2005 | 115 | NOTICE by Francis Alexander, Georgetown Investors, LLC re reply to response to motion 114 (Lemersal, Joseph) (Entered: 12/05/2005) |
| 12/05/2005 | 116 | REPLY *Brief of Defendants John Bridge, Barrett Rochman and Sabre Group LLC in Support of Their Motion to Dismiss* (Becker, Theodore) (Entered: 12/05/2005) |
| 12/05/2005 | 117 | NOTICE by John Bridge, Barrett Rochman, Sabre Group LLC re reply to response to motion 116 (Becker, Theodore) (Entered: 12/05/2005) |
| 12/05/2005 | 118 | NOTICE by DRN II, Inc., Jeshay, LLC, Douglas Nash, Mud Cats Real Estate, LLC re MOTION by Defendants DRN II, Inc., Jeshay, LLC, Douglas Nash, Mud Cats Real Estate, LLC to dismiss 71 (Rosenbloom, David) (Entered: 12/05/2005) |
| 12/05/2005 | 119 | REPLY by Defendants DRN II, Inc., Jeshay, LLC, Douglas Nash, Mud Cats Real Estate, LLC to motion to dismiss 71 (Rosenbloom, David) (Entered: 12/05/2005) |
| 12/09/2005 | 120 | MINUTE entry before Judge Nan R. Nolan : Initial status hearing set for 12/21/2005 at 09:00 AM. before Magistrate Judge Nolan in courtroom 1858. Parties shall deliver a copy of an initial status report to chambers, room 1870, at least three business days before the initial status hearing. If the parties have recently prepared and filed an initial status report, the submission of the previously filed initial status report is sufficient. For further details see enclosed standing order or visit the Court's website at www.ilnd.uscourts.gov. Mailed notice (lxs, ) (Entered: 12/09/2005) |
| 12/16/2005 | 122 | STATUS Report *Initial Joint Status Report* by BCS Services, Inc. (Walton, Michele) (Entered: 12/16/2005) |
| 12/16/2005 | 123 | MOTION by Plaintiff Phoenix Bond & Indemnity Co. for order *Entrance of a Scheduling Order Governing Sabre Defendants' Discovery Responses* (Walton, Michele) (Entered: 12/16/2005) |
| 12/16/2005 | 124 | NOTICE of Motion by Michele Walton for presentment of motion for order 123 before Honorable Nan R. Nolan on 12/21/2005 at 09:00 AM. (Walton, Michele) (Entered: 12/16/2005) |
| 12/21/2005 | "TYPE =PICT ;ALT= LOCK "125 | TRANSCRIPT of proceedings for the following dates: 11/3/05; Before the Honorable James F. Holderman (eav, ) (Entered: 12/22/2005) |
| 12/21/2005 | 126 | MINUTE entry before Judge James F. Holderman : The defendants' motions to dismiss (Dkt. Nos. 61 , 68 , 71 , 74 , 76 ) are granted. Counts I through IV are dismissed with prejudice. The court declies to exercise supplemental jurisdiction over the State claim in Count V, which is dismissed without |

| | | prejudice. The case is dismissed for the reason stated in the attached memorandum opinion. This is a final order. Civil case terminated. Mailed notice (eav, ) (Entered: 12/22/2005) |
|---|---|---|
| 12/21/2005 | 127 | MEMORANDUM Opinion and Order regarding defendants' motions to dismiss Signed by Judge James F. Holderman on 12/21/2005:Mailed notice(eav, ) (Entered: 12/22/2005) |
| 12/21/2005 | 128 | MINUTE entry before Judge Nan R. Nolan : Motion hearing held. Defendants' motion to quash [81-1] and plaintiffs' motion for order of entrance [123-1] are both entered and continued. Parties are to file a status report by 01/03/06. Case set for further status on 01/05/06 at 9:30 a.m. Parties are to be prepared to discuss plaintiffs' motions to compel [98-1] & [100-1] at the next status. Mailed notice (lxs, ) (Entered: 12/22/2005) |
| 12/22/2005 | 129 | MINUTE entry before Judge Nan R. Nolan : The case having been dismissed on 12/21/05 by the district court, all matters relating to the referral of this action having been concluded, the referral is closed and the case is returned to the assigned judge. Judge Nan R. Nolan no longer referred to the case. Mailed notice (lxs, ) (Entered: 12/22/2005) |
| 01/13/2006 | 130 | NOTICE of appeal by BCS Services, Inc., Phoenix Bond & Indemnity Co., Oak Park Investments, Inc. regarding orders 128 , 126 , 127 ; Filing fee $ 255.00 paid; Receipt number 10331803 (dj, ) (Entered: 01/17/2006) |
| 01/17/2006 | 131 | TRANSMITTED to the 7th Circuit the short record on 1/17/06 notice of appeal 130 . Notified counsel (dj, ) (Entered: 01/17/2006) |
| 01/20/2006 | 132 | DESIGNATION by BCS Services, Inc., Phoenix Bond & Indemnity Co. of record on appeal: USCA Case No. 06-1160 (Walton, Michele) (Entered: 01/20/2006) |
| 01/20/2006 | 138 | ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal 130 ; USCA Case No. 06-1160 (Previously misplaced document). (hp, ) (Entered: 08/15/2006) |
| 02/03/2006 | 133 | TRANSMITTED to the USCA for the 7th Circuit the long record on appeal 130 (USCA no. 06-1160) consisting of 2 volumes of pleadings and 1 transcript. (dj, ) (Entered: 02/03/2006) |
| 02/08/2006 | 134 | USCA RECEIVED on 2/3/2006 the long record. (gej, ) (Entered: 02/08/2006) |
| 02/13/2006 | 135 | SEVENTH CIRCUIT transcript information sheet (eav, ) (Entered: 02/14/2006) |
| 06/06/2006 | 136 | CERTIFIED copy of order dated 5/24/06 from the Seventh Circuit regarding notice of appeal 130 ; Appellate case no. : 06-1160. It is ordered that this appeal is Dismissed as to Oak Park Investments, Incorporated. See Scandia Down Corp. v. Euroquilt, Inc., 772 F.2d 1423 (7th Cuir. 1985.) (eav, ) |

| | | |
|---|---|---|
| | | (Entered: 06/08/2006) |
| 06/06/2006 | 137 | LETTER from the USCA retaining the record on appeal in USCA no. 06-1160 for use in remainder of this appeal. (eav, ) (Entered: 06/08/2006) |
| 04/26/2007 | 139 | LETTER from the Seventh Circuit returning the record on appeal in USCA no. 06-1160 consisting of two volumes of pleadings and one volume of transcripts. (rp, ) (Entered: 04/30/2007) |
| 04/26/2007 | 140 | BILL of Costs from the USCA, appeal no. 06-1160. (rp, ) (Entered: 04/30/2007) |
| 04/26/2007 | 141 | OPINION from the USCA for the 7th Circuit; Argued 1/16/2007; Decided 2/20/2007 in USCA case no. 06-1160. (rp, ) (Entered: 04/30/2007) |
| 04/26/2007 | 142 | MANDATE of USCA dated 2/20/07 regarding notice of appeal 130 ; USCA No. 06-1160 ; The Judgment of the District Court is Reversed, with costs and the case is Remanded. The above is in accordance with the decision of this court entered on this date. (rp, ) (Entered: 04/30/2007) |
| 04/26/2007 | "TYPE=PICT;ALT=LOCK" | (Court only) ******Case Reopened (rp, ) (Entered: 05/02/2007) |
| 04/30/2007 | | MAILED Remand Letter to Counsel of Record. (rp, ) (Entered: 04/30/2007) |
| 05/02/2007 | 143 | ATTORNEY Appearance for Defendants John Bridge, Barrett Rochman, Sabre Group LLC by James E. Bayles, Jr (Bayles, James) (Entered: 05/02/2007) |
| 05/02/2007 | 144 | ATTORNEY Appearance for Defendants John Bridge, Barrett Rochman, Sabre Group LLC by Brandon L Spurlock (Spurlock, Brandon) (Entered: 05/02/2007) |
| 05/09/2007 | 145 | ATTORNEY Appearance for Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co. by John William Moynihan *Appearance of David C. Bohan* (Moynihan, John) (Entered: 05/09/2007) |
| 05/09/2007 | 146 | ATTORNEY Appearance for Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co. by John William Moynihan *Appearance of Andrew L. Mathews* (Moynihan, John) (Entered: 05/09/2007) |
| 05/10/2007 | 147 | ATTORNEY Appearance for Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co. by Andrew L Mathews (Mathews, Andrew) (Entered: 05/10/2007) |
| 05/11/2007 | 148 | Additional Appearance of Counsel by DRN II, Inc., Jeshay, LLC, Douglas Nash, Mud Cats Real Estate, LLC (Wolfe, Mark) (Entered: 05/11/2007) |
| 05/11/2007 | "TYPE | (Court only) ***Attorney Mark F. Wolfe for DRN II, Inc. and Jeshay, LLC |

| | | |
|---|---|---|
| | =PICT;ALT=LOCK" | added. (air, ) (Entered: 05/14/2007) |
| 05/14/2007 | 149 | Appearance by Jeshay, LLC, Douglas Nash, Mud Cats Real Estate, LLC (Flynn, Janet) (Entered: 05/14/2007) |
| 05/14/2007 | 150 | ATTORNEY Appearance for Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co. by David C. Bohan (Bohan, David) (Entered: 05/14/2007) |
| 05/14/2007 | "TYPE=PICT;ALT=LOCK" | (Court only) ***Attorney Janet Ann Flynn for DRN II, Inc. and Jeshay, LLC, Mud Cats Real Estate, LLC, Douglas Nash added. (cdy, ) (Entered: 05/15/2007) |
| 05/16/2007 | 151 | MOTION by Defendants DRN II, Inc., Jeshay, LLC, Douglas Nash, Mud Cats Real Estate, LLC to withdraw as attorney (Attachments: # 1 Exhibit A)(Rosenbloom, David) (Entered: 05/16/2007) |
| 05/16/2007 | 152 | NOTICE of Motion by David S. Rosenbloom for presentment of motion to withdraw as attorney 151 before Honorable James F. Holderman on 5/24/2007 at 09:00 AM. (Rosenbloom, David) (Entered: 05/16/2007) |
| 05/23/2007 | 153 | MOTION to reassign case *based on relatedness* (Attachments: # 1 Exhibit Complaint No. 07 C 1367)(Bayles, James) (Entered: 05/23/2007) |
| 05/23/2007 | 154 | *Movants SASS Muni-IV LLC and SASS MUNI-V LLC's* NOTICE of Motion by James E. Bayles, Jr for presentment of motion to reassign case 153 before Honorable James F. Holderman on 5/29/2007 at 09:00 AM. (Bayles, James) (Entered: 05/23/2007) |
| 05/23/2007 | 155 | *Amended* NOTICE of Motion by James E. Bayles, Jr for presentment of motion to reassign case 153 before Honorable James F. Holderman on 5/24/2007 at 09:00 AM. (Bayles, James) (Entered: 05/23/2007) |
| 05/24/2007 | 156 | MINUTE entry before Judge James F. Holderman : Defendants DRN II, Inc., Jeshay, LLC, Douglas Nash, Mud Cats Real Estate, LLC.'s motion to withdraw David S. Rosenbloom of McDermott Will & Emery and substitute Mark F. Wolfe of Bollinger Ruberry & Garvey as attorney 151 is granted. Motion of SASS Muni-IV, LLC and SASS Muni-V., LLC for reassigment based on relatedness 153 is entered and continued to 6/21/2007 at 9:00 AM. Status hearing set for 6/21/2007 at 9:00 AM.Mailed notice (am) (Entered: 05/28/2007) |
| 05/24/2007 | "TYPE=PICT;ALT=LOCK | (Court only) *** Attorney David S. Rosenbloom terminated. (am) (Entered: 05/28/2007) |

| | | "|
|---|---|---|
| 06/01/2007 | 157 | MOTION by Movants SASS Muni-IV LLC, SASS Muni-V, LLC to quash *Subpoenas Issued by Plaintiffs on Non-Party Banks and to Stay Discovery* (Becker, Theodore) (Entered: 06/01/2007) |
| 06/01/2007 | 158 | NOTICE by SASS Muni-IV LLC, SASS Muni-V, LLC re MOTION by Movants SASS Muni-IV LLC, SASS Muni-V, LLC to quash *Subpoenas Issued by Plaintiffs on Non-Party Banks and to Stay Discovery* 157 (Becker, Theodore) (Entered: 06/01/2007) |
| 06/01/2007 | 159 | DOCUMENT entered on docket in error (Becker, Theodore). (yap, ). Modified on 8/10/2007 (yap, ). (Entered: 06/01/2007) |
| 06/01/2007 | 160 | NOTICE by John Bridge, Barrett Rochman, Sabre Group LLC re MOTION by Defendants John Bridge, Barrett Rochman, Sabre Group LLC to quash *Subpoenas Issued by Plaintiffs on LaSalle Bank and to Stay Discovery* 159 (Becker, Theodore) (Entered: 06/01/2007) |
| 06/01/2007 | 161 | MOTION by Defendant John Bridge to quash *Subpoenas Issued by Plaintiffs on Harris Bank and to Stay Discovery* (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)(Becker, Theodore) (Entered: 06/01/2007) |
| 06/01/2007 | 162 | NOTICE by John Bridge re MOTION by Defendant John Bridge to quash *Subpoenas Issued by Plaintiffs on Harris Bank and to Stay Discovery* 161 (Becker, Theodore) (Entered: 06/01/2007) |
| 06/01/2007 | 163 | MOTION by Movants SASS Muni-IV LLC, SASS Muni-V, LLC to quash *Subpoenas Issued by Plaintiffs on Non-Party Banks and to Stay Discovery - Amended* (Attachments: # 1 Exhibit A)(Becker, Theodore) (Entered: 06/01/2007) |
| 06/01/2007 | 164 | NOTICE by SASS Muni-IV LLC, SASS Muni-V, LLC re MOTION by Movants SASS Muni-IV LLC, SASS Muni-V, LLC to quash *Subpoenas Issued by Plaintiffs on Non-Party Banks and to Stay Discovery - Amended* 163 (Becker, Theodore) (Entered: 06/01/2007) |
| 06/11/2007 | 165 | MOTION by Defendants John Bridge, Barrett Rochman, Sabre Group LLC, Movants SASS Muni-IV LLC, SASS Muni-V, LLC for attorney fees *and Costs* (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F)(Becker, Theodore) (Linked document has the incorrect case number). Modified on 6/12/07. (yap, ). (Entered: 06/11/2007) |
| 06/11/2007 | 166 | NOTICE by John Bridge, Barrett Rochman, Sabre Group LLC, SASS Muni-IV LLC, SASS Muni-V, LLC re MOTION by Defendants John Bridge, Barrett Rochman, Sabre Group LLC, Movants SASS Muni-IV LLC, SASS Muni-V, LLC for attorney fees *and Costs* 165 (Becker, Theodore) (Entered: 06/11/2007) |
| 06/15/2007 | 167 | Notice of Withdraw of Attorney by Phoenix Bond & Indemnity Co. (Marks, |

| | | |
|---|---|---|
| | | Jonathan) (Entered: 06/15/2007) |
| 06/15/2007 | "TYPE =PICT ;ALT= LOCK " | (Court only) Attorney Harvey M. Silets terminated. (am) (Entered: 07/06/2007) |
| 06/18/2007 | 168 | NOTICE by John Bridge, Barrett Rochman, Sabre Group LLC, SASS Muni-IV LLC, SASS Muni-V, LLC (Attachments: # 1 Exhibit A)(Becker, Theodore) (Entered: 06/18/2007) |
| 06/21/2007 | 169 | MINUTE entry before Judge James F. Holderman : Movants SASS Muni-IV LLC and SASS MUNI-V LLC's motion to reassign case number 07 C 1367, presently before Judge Moran 153 is granted. Status hearing held on 6/21/2007. Plaintiff is given until 6/29/2007 to file first amended complaint; defendants are given until 7/27/2007 to respond. If an answer is filed, the court will set a further status hearing. If a motion if filed, response due by 8/27/2007; reply due by 9/12/2007. Mailed notice (am) Modified on 6/23/2007 (am, ). (Entered: 06/23/2007) |
| 06/22/2007 | 170 | MINUTE entry before Judge James F. Holderman : Enter order correcting minute entry dated 6/21/2007 to read: Movants SASS Muni-IV LLC and SASS MUNI-V LLC's motion to reassign case number 07 C 1367, presently before Judge Moran 153 is granted. Mailed notice (am) (Entered: 06/23/2007) |
| 06/29/2007 | 171 | First AMENDED complaint by Phoenix Bond & Indemnity Co. against all defendants Exhibits A - T (Attachments: # 1 Exhibit)(Moynihan, John) (Entered: 06/29/2007) |
| 07/02/2007 | 172 | MOTION by Plaintiff Phoenix Bond & Indemnity Co. to compel Defendants John Bridge, Barrett Rochman and Sabre Group, LLC to Answer the Interrogatories and to Produce Documents Requested by Plaintiffs (Moynihan, John) (Entered: 07/02/2007) |
| 07/02/2007 | 173 | NOTICE of Motion by John William Moynihan for presentment of motion to compel 172 before Honorable Nan R. Nolan on 7/10/2007 at 09:00 AM. (Moynihan, John) (Entered: 07/02/2007) |
| 07/02/2007 | 174 | MOTION by Plaintiff Phoenix Bond & Indemnity Co. to supplement Motion for Leave to Supplement Plaintiffs' Response to Motion to Quash filed by Defendants John Bridge, Barrett Rochman and Sabre Group, LLC and Request for Ruling (Moynihan, John) (Entered: 07/02/2007) |
| 07/02/2007 | 175 | NOTICE of Motion by John William Moynihan for presentment of motion to supplement, 174 before Honorable Nan R. Nolan on 7/10/2007 at 09:00 AM. (Moynihan, John) (Entered: 07/02/2007) |
| 07/02/2007 | 176 | MOTION by Plaintiff Phoenix Bond & Indemnity Co. for protective order |

| | | |
|---|---|---|
| | | *Motion Challenging Defendants' Designation of Certain Documents as "Highly Confidential" Under the November 29, 2005 Protective Order* (Moynihan, John) (Entered: 07/02/2007) |
| 07/02/2007 | 177 | NOTICE of Motion by John William Moynihan for presentment of motion for protective order 176 before Honorable Nan R. Nolan on 7/10/2007 at 09:00 AM. (Moynihan, John) (Entered: 07/02/2007) |
| 07/02/2007 | 178 | NOTICE of Motion by John William Moynihan for presentment of motion to compel 172 before Honorable Nan R. Nolan on 7/10/2007 at 09:00 AM. (Moynihan, John) (Entered: 07/02/2007) |
| 07/03/2007 | 179 | ATTORNEY Appearance for Defendants John Bridge, Barrett Rochman, Sabre Group LLC by Allyson N.W. Paflas (Paflas, Allyson) (Entered: 07/03/2007) |
| 07/06/2007 | 180 | MINUTE entry before Judge Nan R. Nolan :Motion by Plaintiffs' Motions 172 174 176 are stricken as improperly filed. This matter is no longer referred to Magistrate Judge Nolan. The motions shall be re-filed and re-notice before the District Judge.Mailed notice (lxs, ) (Entered: 07/06/2007) |
| 07/06/2007 | "TYPE =PICT ;ALT= LOCK " | (Court only) ***Deadlines terminated. (lxs, ) (Entered: 07/06/2007) |
| 07/06/2007 | 181 | MOTION by Plaintiff Phoenix Bond & Indemnity Co. to amend/correct *Notice of Motion* (Moynihan, John) (Entered: 07/06/2007) |
| 07/06/2007 | 182 | MOTION by Plaintiff Phoenix Bond & Indemnity Co. to amend/correct *Notice of Motion* (Moynihan, John) (Entered: 07/06/2007) |
| 07/06/2007 | 183 | MOTION by Plaintiff Phoenix Bond & Indemnity Co. to amend/correct *Notice of Motion* (Moynihan, John) (Entered: 07/06/2007) |
| 07/06/2007 | 184 | MOTION by Plaintiffs to compel defendants John Bridge, Barrett Rochman and Sabre Group, LLC to answer the interrogatories and to produce documents requested by plaintiffs (RESTRICTED) (vmj, ) (Entered: 07/09/2007) |
| 07/06/2007 | 185 | MOTION by Plaintiffs challenging defendants' designation of certain documents as "high confidential" under the 11/29/2005 protective order. (RESTRICTED) (vmj, ) (Entered: 07/09/2007) |
| 07/06/2007 | 186 | REQUEST for ruling and motion for leave to supplement plaintiffs' response to motion to quash filed by defendants John Bridge, Barrett Rochman and Sabre Group, LLC. (RESTRICTED) (vmj, ) (Entered: 07/09/2007) |
| 07/06/2007 | "TYPE =PICT | (Court only) Plaintiff Phoenix Bond & Indemnity Co.'s motion to compel Defendants John Bridge, Barrett Rochman and Sabre Group, LLC to Answer |

| | | |
|---|---|---|
| | ;ALT=LOCK" | the Interrogatories and to Produce Documents Requested by Plaintiffs 172 and Plaintiff Phoenix Bond & Indemnity Co.'s motion for protective order "Motion Challenging Defendants' Designation of Certain Documents as "Highly Confidential" Under the November 29, 2005 Protective Order 184 are administratively terminated. (am) (Entered: 03/19/2008) |
| 07/10/2007 | 187 | MOTION by Defendants John Bridge, Barrett Rochman, Sabre Group LLC to stay *discovery* (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Spurlock, Brandon) (Entered: 07/10/2007) |
| 07/10/2007 | 188 | NOTICE of Motion by Brandon L Spurlock for presentment of motion to stay 187 before Honorable James F. Holderman on 7/12/2007 at 09:00 AM. (Spurlock, Brandon) (Entered: 07/10/2007) |
| 07/12/2007 | 189 | MINUTE entry before Judge James F. Holderman : No further briefing is needed on defendants' motion to stay 187 ; the Court to rule electronically. The pending discovery motions will be referred to a Magistrate-Judge by lot for ruling. Mailed notice (am) (Entered: 07/16/2007) |
| 07/13/2007 | 190 | EXECUTIVE COMMITTEE ORDER. Case referred to Magistrate Judge Maria Valdez for all discovery motions, discovery supervision and settlement conference, signed by Executive Committee on 07/13/07. (See Order for further detail).(ar, ) (Entered: 07/18/2007) |
| 07/19/2007 | "TYPE=PICT;ALT=LOCK"191 | TRANSCRIPT of proceedings for the following dates: 6/21/2007; Before the Honorable James F. Holderman. (Document not scanned) (rp, ) (Entered: 07/20/2007) |
| 07/23/2007 | 192 | MINUTE entry before Judge James F. Holderman : Defendants' motion to stay discovery (Dkt. No. 187) is denied. Further dates, if necessary, will be set in the courts rulings on the pending motions to dismiss. Any further discovery disputes and settlement matters are referred to the designated Magistrate Judge. Mailed notice (amm) (Entered: 07/23/2007) |
| 07/24/2007 | 193 | MINUTE entry before Judge Maria Valdez :Initial status hearing is set before Magistrate Judge Maria Valdez on 8/2/07 at 9:30 a.m., in Courtroom 1300. Parties shall deliver a copy of an initial status report, to chambers, Room 1318, four business days before the initial status hearing. The parties must follow the format for an Initial Status Report found on the Judge's website available at www.ilnd.uscourts.gov, or the parties can contact courtroom deputy, Yolanda Pagan, at 312/408-5135 for a copy. If the parties have recently prepared and filed an initial status report, the submission of the previously filed initial status report is sufficient.Mailed notice (yp, ) (Entered: 07/24/2007) |
| 07/27/2007 | 194 | MOTION by Defendants Robert Jensen, Joseph Varan, Cronus Projects, LLC, L.C.C. Venture, LLC, Gregory Ellis, GJ Venture, LLC to join *and apot* |

| | | |
|---|---|---|
| | | *co-defendants' motions to dismiss.* (Clancy, Kevin) (Entered: 07/27/2007) |
| 07/27/2007 | 195 | MOTION by Defendants Francis Alexander, Georgetown Investors, LLC to join *in and Adopt Co-Defendants Motions to Dismiss First Amended Complaint* (Lemersal, Joseph) (Entered: 07/27/2007) |
| 07/27/2007 | 196 | MOTION by Defendants John Bridge, Barrett Rochman, Sabre Group LLC to dismiss *First Amended Complaint* (Spurlock, Brandon) (Entered: 07/27/2007) |
| 07/27/2007 | 197 | MEMORANDUM by John Bridge, Barrett Rochman, Sabre Group LLC in support of motion to dismiss 196 *First Amended Complaint* (Spurlock, Brandon) (Entered: 07/27/2007) |
| 07/27/2007 | 198 | STATUS Report *Initial Joint Status Report* by BCS Services, Inc., Phoenix Bond & Indemnity Co. (Moynihan, John) (Entered: 07/27/2007) |
| 07/28/2007 | 199 | MOTION by Defendants Jeffrey Bridge, Regal One, LLC, Jason Baumbach, Optimum Financial, Inc., Carpus Investments, LLC to join *and Adopt Co-Defendants' Motions to Dismiss* (Rosenblum, Elisha) (Entered: 07/28/2007) |
| 08/02/2007 | 200 | MINUTE entry before Judge Maria Valdez : Magistrate Judge Status hearing held on 8/2/2007. Plaintiff's motion for leave to supplement plaintiffs' response to defendant's motion to quash 174 is granted. Plaintiff's supplemental response to plaintiff's motion to quash 159 due by 8/31/07. Defendants' reply to be filed by 9/10/07. Defendants' response to Plaintiff's Motion to compel Defendants John Bridge, Barrett Rochman and Sabre Group, LLC to Answer the Interrogatories and to Produce Documents Requested by Plaintiffs 172 due by 8/31/07; reply due 9/10/07. Defendants' response to Plaintiff's Motion challenging defendants' designation of certain documents as "Highly Confidential" under the November 29, 2005 Protective Order 176 due 8/31/07; reply due 9/10/07. All pending motions before Magistrate Jude Maria Valdez are taken under advisement. Mailed notice (yp, ) (Entered: 08/06/2007) |
| 08/07/2007 | "TYPE =PICT ;ALT= LOCK " | (Court only) ***Reopen Document MOTION by Defendant Sabre Group LLC to quash 81 (yp, ) (Entered: 08/07/2007) |
| 08/07/2007 | 201 | MINUTE entry before Judge Maria Valdez : Minute entry dated 8/2/07 200 is amended to remove the following: "Plaintiff's supplemental response to plaintiff's motion to quash 159 due by 8/31/07. Defendants' reply to be filed by 9/10/07." The order is amended to include the following: "Defendant's response to plaintiff's supplemental response on Defendant's motion to quash 81 is 8/31/07. Plaintiff's reply to be filed by 9/10/07." Order to stand in all other respect. Mailed notice (yp, ) (Entered: 08/07/2007) |

| 08/08/2007 | 202 | MOTION by Defendants DRN II, Inc., Jeshay, LLC, Douglas Nash, Mud Cats Real Estate, LLC to join *John Bridge, Barrett Rochman and the Sabre Group, LLC's Motion to Dismiss Plaintiffs' First Amended Complaint* (Wolfe, Mark) (Entered: 08/08/2007) |
|---|---|---|
| 08/08/2007 | 203 | NOTICE by DRN II, Inc., Jeshay, LLC, Douglas Nash, Mud Cats Real Estate, LLC re MOTION by Defendants DRN II, Inc., Jeshay, LLC, Douglas Nash, Mud Cats Real Estate, LLC to join *John Bridge, Barrett Rochman and the Sabre Group, LLC's Motion to Dismiss Plaintiffs' First Amended Complaint* 202 (Wolfe, Mark) (Entered: 08/08/2007) |
| 08/08/2007 | "TYPE=PICT;ALT=LOCK" | (Court only) ***Motions terminated: MOTION by Defendants John Bridge, Barrett Rochman, Sabre Group LLC to quash *Subpoenas Issued by Plaintiffs on LaSalle Bank and to Stay Discovery* 159 (yap, ) (Entered: 08/10/2007) |
| 08/10/2007 | 204 | NOTICE of Correction regarding MOTION by Defendants John Bridge, Barrett Rochman, Sabre Group LLC to quash *Subpoenas Issued by Plaintiffs on LaSalle Bank and to Stay Discovery* 159 (yap, ) (Entered: 08/10/2007) |
| 08/20/2007 | 205 | MOTION by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co. for leave to file *a Second Amended Complaint* (Moynihan, John) (Entered: 08/20/2007) |
| 08/20/2007 | 206 | NOTICE of Motion by John William Moynihan for presentment of motion for leave to file 205 before Honorable James F. Holderman on 8/23/2007 at 09:00 AM. (Moynihan, John) (Entered: 08/20/2007) |
| 08/23/2007 | 207 | MINUTE entry before Judge James F. Holderman : Plaintiffs' motion for leave to file a second amended complaint (by 8/31/2007) 205 is granted; defendants given until 9/21/2007 to answer or otherwise plead to the second amended complaint. If a motion is filed, it should be noticed for 9/25/2007 at 9:00 AM. Status hearing set for 10/16/2007 at 9:00 AM. Mailed notice (am) (Entered: 08/25/2007) |
| 08/23/2007 | "TYPE=PICT;ALT=LOCK" | (Court only) The request for ruling and motion for leave to supplement plaintiffs' response to motion to quash filed by defendants John Bridge, Barrett Rochman and Sabre Group, LLC. 186 , Defendants Robert Jensen, Joseph Varan, Cronus Projects, LLC, L.C.C. Venture, LLC, Gregory Ellis, GJ Venture, LLC to join and apot co-defendants' motions to dismiss 194 , Defendants Francis Alexander, Georgetown Investors, LLC to join in and Adopt Co-Defendants Motions to Dismiss First Amended Complaint 195 , Defendants Francis Alexander, Georgetown Investors, LLC to join in and Adopt Co-Defendants Motions to Dismiss First Amended Complaint 196 , Defendants Jeffrey Bridge, Regal One, LLC, Jason Baumbach, Optimum Financial, Inc., Carpus Investments, LLC to join and Adopt Co-Defendants' Motions to Dismiss 199 , Defendants DRN II, Inc., Jeshay, LLC, Douglas |

Page 66 of 185

| | | |
|---|---|---|
| | | Nash, Mud Cats Real Estate, LLC to join John Bridge, Barrett Rochman and the Sabre Group, LLC's Motion to Dismiss Plaintiffs' First Amended Complaint 202 are administratively terminated as moot. (am) (Entered: 03/19/2008) |
| 08/29/2007 | 208 | MOTION by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co. to compel *Defendants Jesse Rochman, Corinne Rochman, Christopher Rochman, BRB Investments, LLC, and CCJ Investments, LLC to Answer Interrogatories and to Produce Documents Requested by Plaintiffs* (Attachments: # 1 Exhibit A-D)(Moynihan, John) (Entered: 08/29/2007) |
| 08/29/2007 | 209 | NOTICE of Motion by John William Moynihan for presentment of motion to compel, 208 before Honorable Maria Valdez on 9/4/2007 at 09:45 AM. (Moynihan, John) (Entered: 08/29/2007) |
| 08/31/2007 | 210 | RESPONSE by John Bridge, Barrett Rochman, Sabre Group LLC to MOTION by Plaintiff Phoenix Bond & Indemnity Co. to compel *Defendants John Bridge, Barrett Rochman and Sabre Group, LLC to Answer the Interrogatories and to Produce Documents Requested by Plaintiffs* 172 (Becker, Theodore) (Entered: 08/31/2007) |
| 08/31/2007 | 211 | REPLY by Defendants John Bridge, Barrett Rochman, Sabre Group LLC to motion to quash 81 , memorandum in support of motion 102 (Becker, Theodore) (Entered: 08/31/2007) |
| 08/31/2007 | 212 | RESPONSE by Defendants John Bridge, Barrett Rochman, Sabre Group LLC, Georgetown Investors, LLC, Optimum Financial, Inc., Carpus Investments, LLC to motion for protective order 176 (Becker, Theodore) (Entered: 08/31/2007) |
| 08/31/2007 | 213 | *SECOND* AMENDED complaint by BCS Services, Inc., Phoenix Bond & Indemnity Co. against all defendants (Attachments: # 1 Exhibit A# 2 Exhibit B1# 3 Exhibit B2# 4 Exhibit B3# 5 Exhibit B4# 6 Exhibit C-T)(Moynihan, John) Modified on 4/10/2009 (rp, ). (Entered: 08/31/2007) |
| 09/04/2007 | 214 | *Corrected Second* AMENDED complaint by BCS Services, Inc., Phoenix Bond & Indemnity Co. against all defendants (Attachments: # 1 Exhibit Exhibit A# 2 Exhibit Exhibit B1# 3 Exhibit Exhibit B2# 4 Exhibit Exhibit B3# 5 Exhibit B4# 6 Exhibit Exhibits C-T)(Moynihan, John) Modified on 4/10/2009 (rp, ). (Entered: 09/04/2007) |
| 09/04/2007 | 215 | MINUTE entry before Judge Maria Valdez : Motion hearing held on 9/4/2007. Plaintiff's motion to compel Defendants Jesse Rochman, Corinne Rochman, Christopher Rochman, BRB Investments, LLC, and CCJ Investments, LLC to Answer Interrogatories and to Produce Documents Requested by Plaintiffs 208 is denied without prejudice. Defendants will submit responses within 14 days. Mailed notice (yp, ) (Entered: 09/05/2007) |
| 09/04/2007 | | "TYPE(Court only) *** (yap, ) (Entered: 09/07/2007) |

| | =PICT;ALT=LOCK" | |
|---|---|---|
| 09/07/2007 | 216 | MOTION by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co. for extension of time *in Which to File Plaintiffs' Remaining Discovery Briefs* (Mathews, Andrew) (Entered: 09/07/2007) |
| 09/07/2007 | 217 | NOTICE of Motion by Andrew L Mathews for presentment of extension of time 216 before Honorable Maria Valdez on 9/12/2007 at 09:45 AM. (Mathews, Andrew) (Entered: 09/07/2007) |
| 09/11/2007 | 218 | MINUTE entry before Judge Maria Valdez : Plaintiff's agreed motion for extension of time in which to file plaintiffs' reply briefs 216 to each of the three pending motions is granted to 9/18/07. Presentment date of 9/12/07 on said motion is stricken.Mailed notice (yp, ) (Entered: 09/11/2007) |
| 09/11/2007 | 219 | MOTION by Defendants John Bridge, Barrett Rochman, Sabre Group LLC for extension of time *Unopposed Motion for Extension of Time to Answer or Otherwise Plead to Plaintiffs' Corrected Second Amended Complaint* (Becker, Theodore) (Entered: 09/11/2007) |
| 09/11/2007 | 220 | *Unopposed Motion for Extension of Time to Answer or Otherwise Plead to Plaintiffs' Corrected Second Amended Complaint* NOTICE of Motion by Theodore Michaelson Becker for presentment of extension of time 219 (Becker, Theodore) (Entered: 09/11/2007) |
| 09/13/2007 | 221 | MINUTE entry before Judge James F. Holderman : Defendants' unopposed Motion for Extension of Time to Answer or Otherwise Plead to Plaintiffs' Corrected Second Amended Complaint 219 is granted; defendants are given until 10/12/2007 to answer or otherwise plead to the complaint. If a motion is filed, it should be noticed for 10/16/2007 at 9:00 AM. Mailed notice (am) (Entered: 09/14/2007) |
| 09/18/2007 | 222 | REPLY by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co. to motion for miscellaneous relief 185 *Reply Memorandum in Support of Plaintiffs Motion Challenging Defendants Designation of Certain Documents as Highly Confidential Under the November 29, 2005 Protective Order* (Attachments: # 1 Exhibit Exhibits 7 and 8)(Moynihan, John) Modified on 4/13/2009 (rp, ). (Entered: 09/18/2007) |
| 09/18/2007 | 223 | REPLY by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co. to motion for miscellaneous relief, motion to supplement 186 *Plaintiffs Reply in Support of Request for Ruling and Motion for Leave to Supplement Plaintiffs Response to Motion to Quash Filed by Defendants John Bridge, Barrett Rochman and Sabre Group, LLC* (Attachments: # 1 Exhibit Exhibits 3, 4 and 5)(Moynihan, John) Modified on 4/10/2009 (rp, ). (Entered: 09/18/2007) |

| 09/18/2007 | 224 | REPLY by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co. to motion to compel, motion to produce 184 *Reply Memorandum in Support of Plaintiffs Motion to Compel Defendants John Bridge, Barrett Rochman and Sabre Group, LLC to Answer Interrogatories and Produce Documents* (Attachments: # 1 Exhibit Exhibit II)(Moynihan, John) Modified on 4/10/2009 (rp, ). (Entered: 09/18/2007) |
| 09/24/2007 | "TYPE=PICT;ALT=LOCK"225 | TRANSCRIPT of proceedings for the following dates: 8/23/07; Before the Honorable James F. Holderman. (air, ) (Entered: 09/25/2007) |
| 10/08/2007 | 227 | MOTION by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co. to compel (Attachments: # 1 Exhibit Exhibits)(Moynihan, John) (Entered: 10/08/2007) |
| 10/08/2007 | 228 | NOTICE of Motion by John William Moynihan for presentment of motion to compel 227 before Honorable Maria Valdez on 10/11/2007 at 09:45 AM. (Moynihan, John) (Entered: 10/08/2007) |
| 10/10/2007 | 229 | MOTION by Defendants Francis Alexander, Georgetown Investors, LLC to substitute attorney (Attachments: # 1 Exhibit A Stipulation)(Rosenblum, Elisha) (Entered: 10/10/2007) |
| 10/10/2007 | 230 | NOTICE of Motion by Elisha S. Rosenblum for presentment of motion to substitute attorney 229 before Honorable James F. Holderman on 10/16/2007 at 09:00 AM. (Rosenblum, Elisha) (Entered: 10/10/2007) |
| 10/10/2007 | 231 | DOCUMENT entered in wrong case (Becker, Theodore) . Modified on 10/11/2007 (las, ). (Entered: 10/10/2007) |
| 10/10/2007 | 232 | DOCUMENT entered in error.(Becker, Theodore). Modified on 10/11/2007 (las, ). (Entered: 10/10/2007) |
| 10/10/2007 | 233 | DOCUMENT entered in error. (Becker, Theodore) . Modified on 10/11/2007 (las, ). (Entered: 10/10/2007) |
| 10/10/2007 | "TYPE=PICT;ALT=LOCK" | (Court only) ***Motions terminated: MOTION by Defendants John Bridge, Barrett Rochman, Sabre Group LLC to dismiss *Corrected Second Amended Complaint* 231 (las, ) (Entered: 10/11/2007) |
| 10/11/2007 | 234 | MOTION by Defendants John Bridge, Barrett Rochman, Sabre Group LLC to dismiss *Corrected Second Amended Complaint* (Becker, Theodore) (Entered: 10/11/2007) |
| 10/11/2007 | 235 | MEMORANDUM by John Bridge, Barrett Rochman, Sabre Group LLC in support of motion to dismiss 234 *Corrected Second Amended Complaint* (Attachments: # 1 Exhibit A# 2 Exhibit B)(Becker, Theodore) (Entered: |

| | | |
|---|---|---|
| | | 10/11/2007) |
| 10/11/2007 | 236 | NOTICE of Motion by Theodore Michaelson Becker for presentment of motion to dismiss 234 before Honorable James F. Holderman on 10/16/2007 at 09:00 AM. (Becker, Theodore) (Entered: 10/11/2007) |
| 10/11/2007 | 237 | NOTICE of Correction regarding memorandum in support of motion 232 , MOTION by Defendants John Bridge, Barrett Rochman, Sabre Group LLC to dismiss *Corrected Second Amended Complaint* 231 , notice of motion 233 (las, ) (Entered: 10/11/2007) |
| 10/11/2007 | 241 | MINUTE entry before Judge Maria Valdez : Motion hearing held on 10/11/2007. Plaintiffs motion to compel defendants to answer interrogatories and to produce documents requested 227 is granted in part and denied in part. Defendant is directed to produce the documents by 10:00 a.m. on 10/15/07. Defendant is directed to submit interrogatories responses to plaintiff's counsel by 4:30 p.m. on 10/17/07. For the reasons stated in open court, plaintiffs request for attorney fees are hereby denied. Mailed notice (yp, ) (Entered: 10/15/2007) |
| 10/12/2007 | 238 | MOTION by Defendants Jeffrey Bridge, Regal One, LLC, Jason Baumbach, Optimum Financial, Inc., Carpus Investments, LLC to join *and adopt Co-Defendants' Motion to Dismiss Corrected Second Amended Complaint* (Rosenblum, Elisha) (Entered: 10/12/2007) |
| 10/12/2007 | 239 | MOTION by Defendants Robert Jensen, Joseph Varan, Cronus Projects, LLC, L.C.C. Venture, LLC, Gregory Ellis, GJ Venture, LLC to join *and adopt Co-Defendants' Motion to Dismiss Corrected Second Amended Complaint.* (Claney, Kevin) (Entered: 10/12/2007) |
| 10/15/2007 | 240 | ATTORNEY Appearance for Defendants John Bridge, Barrett Rochman, Sabre Group LLC by Richard J Pearl (Pearl, Richard) (Entered: 10/15/2007) |
| 10/15/2007 | 242 | MOTION by Defendants DRN II, Inc., Jeshay, LLC, Douglas Nash, Mud Cats Real Estate, LLC to join *Co-Defendants' Motion to Dismiss Plaintiffs' Corrected Second Amended Complaint* (Wolfe, Mark) (Entered: 10/15/2007) |
| 10/15/2007 | 243 | NOTICE by DRN II, Inc., Jeshay, LLC, Douglas Nash, Mud Cats Real Estate, LLC re MOTION by Defendants DRN II, Inc., Jeshay, LLC, Douglas Nash, Mud Cats Real Estate, LLC to join *Co-Defendants' Motion to Dismiss Plaintiffs' Corrected Second Amended Complaint* 242 (Wolfe, Mark) (Entered: 10/15/2007) |
| 10/16/2007 | 244 | MINUTE entry before Judge James F. Holderman : Defendants Francis Alexander, Georgetown Investors, LLC's motion to substitute Elisha S. Rosenblum in lieu of Michael J. Kralovec, Joseph R. Lemersal and Sara McClain as attorney 229 is granted. Defendants' motions to join and adopt co-defendants' motion to dismiss corrected second amended complaint 238 239 242 are granted. On defendants John Bridge, Barrett Rochman, Sabre |

| | | |
|---|---|---|
| | | Group LLC's motion to dismiss Corrected Second Amended Complaint 234 ; responses due by 11/13/2007; replies due by 12/4/2007. The Court to rule electronically. Parties are to submit agreed statement as to electronically stored information by 10/30/2007. Mailed notice (am) (Entered: 10/18/2007) |
| 10/16/2007 | "TYPE =PICT ;ALT= LOCK " | (Court only) *** Attorney Sara R. McClain; Michael Joseph Kralovec and Joseph R. Lemersal terminated. (am) (Entered: 10/18/2007) |
| 10/22/2007 | 245 | ATTORNEY Appearance for Defendants Francis Alexander, Georgetown Investors, LLC by Elisha S. Rosenblum (Attachments: # 1 Notice of Filing Notice of Filing of Appearance)(Rosenblum, Elisha) (Entered: 10/22/2007) |
| 10/23/2007 | 246 | MOTION by Plaintiff BCS Services, Inc. for rule to show cause (Moynihan, John) (Entered: 10/23/2007) |
| 10/23/2007 | 247 | NOTICE of Motion by John William Moynihan for presentment of motion for rule to show cause 246 before Honorable Maria Valdez on 10/30/2007 at 09:45 AM. (Moynihan, John) (Entered: 10/23/2007) |
| 10/30/2007 | 248 | MINUTE entry before Judge Geraldine Soat Brown : Motion hearing held on 10/30/2007.Plaintiff's motion for rule to show cause 246 is entered and continued. Rule to Show Cause Hearing set for 11/7/2007 at 09:30 AM. as to "Rochman Defendants" why sanctions and including monetary sanctions shall not be imposed. Mailed notice (yp, ) (Entered: 11/01/2007) |
| 10/30/2007 | 249 | MINUTE entry before Judge Maria Valdez : Minute Entry dated 10/30/07 is amended as to the following: "MINUTE entry before Judge Maria Valdez." Order to stand in all other respect. Mailed notice (yp, ) (Entered: 11/01/2007) |
| 11/07/2007 | 250 | (DOCUMENT removed per court order of 11/7/07) (Moynihan, John) Modified on 11/7/2007 (dmkf, ). (Entered: 11/07/2007) |
| 11/07/2007 | 251 | NOTICE of Motion by John William Moynihan for presentment of motion for miscellaneous relief 250 before Honorable Maria Valdez on 11/13/2007 at 09:00 AM. (Moynihan, John) (Entered: 11/07/2007) |
| 11/07/2007 | 252 | MINUTE entry before Judge Maria Valdez : Plaintiffs' motion to modify protective order 250 is stricken from the record as entered in error by counsel. The clerk is directed to remove the image from the docket and edit the text of the entry to read "Entered in Error." Counsel shall file the corrected version of the document promptly and forward a courtesy copy to chambers within 24 hours.Mailed notice (vcf, ) (Entered: 11/07/2007) |
| 11/07/2007 | 253 | MOTION by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co. to Modify Protective Order (Attachments: # 1 Exhibit 1# 2 Exhibit 2)(Moynihan, John) Modified on 4/10/2009 (rp, ). (Entered: 11/07/2007) |

| 11/07/2007 | 254 | MINUTE entry before Judge Maria Valdez :Hearing held on Rule to Show Cause on 11/7/07. The Petition for Rule to Show Cause 246 is GRANTED. Pursuant to Rule 37, a daily fine of $250 shall be ordered against the Rochman defendants for failing to abide by this Court's discovery order and for failing to appear for the Rule to Show Cause. The fine shall commence on November 7, 2007. A status hearing on this matter is set for 11/14/07 at 9:30 a.m. (See order for further details)Mailed notice (yp, ) (Entered: 11/08/2007) |
|---|---|---|
| 11/09/2007 | 255 | MOTION by Defendants CCJ Investments, LLC, Jesse Rochman, Christopher Rochman, Corinne Rochman, BRB Investments, LLC to vacate (Attachments: # 1 Text of Proposed Order)(Levine, Donald) (Entered: 11/09/2007) |
| 11/09/2007 | 256 | NOTICE of Motion by Donald B. Levine for presentment of motion to vacate 255 before Honorable Maria Valdez on 11/14/2007 at 09:30 AM. (Levine, Donald) (Entered: 11/09/2007) |
| 11/09/2007 | 257 | MOTION by Defendants CCJ Investments, LLC, Jesse Rochman, Christopher Rochman, Corinne Rochman, BRB Investments, LLC to substitute attorney (Attachments: # 1 Text of Proposed Order)(Levine, Donald) (Entered: 11/09/2007) |
| 11/09/2007 | 258 | NOTICE of Motion by Donald B. Levine for presentment of motion to substitute attorney 257 before Honorable James F. Holderman on 11/14/2007 at 09:30 AM. (Attachments: # 1 Certificate of Service)(Levine, Donald) (Entered: 11/09/2007) |
| 11/13/2007 | 259 | RESPONSE by BCS Services, Inc., Phoenix Bond & Indemnity Co.in Opposition to MOTION by Defendants John Bridge, Barrett Rochman, Sabre Group LLC to dismiss *Corrected Second Amended Complaint* 234 (Attachments: # 1 Exhibit Exhibits A through C)(Moynihan, John) Modified on 4/10/2009 (rp, ). (Entered: 11/13/2007) |
| 11/13/2007 | 260 | MINUTE entry before Judge Maria Valdez : Motion hearing held on 11/13/07. Plaintiff's motion to modify protective order 253 is taken under advisement. Defendants' response to plaintiff's motion to modify protective order 253 shall be filed by 11/30/07. Reply to be filed by 12/7/07. Mailed notice (yp, ) (Entered: 11/14/2007) |
| 11/14/2007 | 261 | MINUTE entry before Judge Maria Valdez : Magistrate Judge Status hearing and motion hearing held on 11/14/2007. Defendants' Motion to vacate 255 is granted in part and denied in part for the reasons stated in open court. Defendants motion to substitute attorney Harold L. Moskowitz and Donald Levine as counsel for defendant 257 is granted. Neil Ament is hereby removed as counsel for defendants. Defendants' Counsel will have until 11/30/07 to provide to interrogatory responses. Court hereby vacates the previously impounded $250.00 a day fine. Mailed notice (vcf, ) (Entered: |

| | | |
|---|---|---|
| | | 11/20/2007) |
| 11/19/2007 | "TYPE =PICT ;ALT= LOCK " | (Court only) ***Motions terminated: MOTION by Plaintiff Phoenix Bond & Indemnity Co. to amend/correct *Notice of Motion* 182 , MOTION by Plaintiff Phoenix Bond & Indemnity Co. to amend/correct *Notice of Motion* 181 , MOTION by Plaintiff Phoenix Bond & Indemnity Co. to amend/correct *Notice of Motion* 183 (yp, ) (Entered: 11/19/2007) |
| 11/27/2007 | 262 | MOTION by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co. to De-Designate Certain Documents as "Highly Confidential" Under the November 29, 2005 Protective Order (Attachments: # 1 Exhibit 1)(Moynihan, John) Modified on 4/10/2009 (rp, ). (Entered: 11/27/2007) |
| 11/27/2007 | 263 | NOTICE of Motion by John William Moynihan for presentment of motion for miscellaneous relief 262 before Honorable Maria Valdez on 12/4/2007 at 09:45 AM. (Moynihan, John) (Entered: 11/27/2007) |
| 11/30/2007 | 264 | RESPONSE by Defendants John Bridge, Barrett Rochman, Sabre Group LLC to motion for miscellaneous relief 253 *Plaintiffs' Motion to Modify Protective Order* (Becker, Theodore) (Entered: 11/30/2007) |
| 12/04/2007 | 265 | REPLY by Defendants John Bridge, Barrett Rochman, Sabre Group LLC to motion to dismiss 234 (Becker, Theodore) (Entered: 12/04/2007) |
| 12/04/2007 | 266 | MINUTE entry before Judge Maria Valdez : Motion hearing held on 12/4/2007. Plaintiff's motion to de-designate certain document as "Highly Confidential" under the 11/29/05 protective order 262 is taken under advisement. Defendants' response to be filed by 12/10/2007. Plaintiff's replies to be filed by 12/17/2007. Parties shall continue to meet and confer on discovery disputes. Mailed notice (yp, ) (Entered: 12/05/2007) |
| 12/06/2007 | 267 | SUPPLEMENT by John Bridge, Barrett Rochman, Sabre Group LLC to Response 264 (Attachments: # 1 Exhibit A)(Becker, Theodore) (Entered: 12/06/2007) |
| 12/07/2007 | 268 | MINUTE entry before Judge James F. Holderman : Status hearing is set for 12/13/2007 at 9:00 AM. Mailed notice (am) (Entered: 12/07/2007) |
| 12/07/2007 | 269 | REPLY by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co. to motion for miscellaneous relief 253 (Moynihan, John) Modified on 4/10/2009 (rp, ). (Entered: 12/07/2007) |
| 12/07/2007 | 270 | SUPPLEMENT by John Bridge, Barrett Rochman, Sabre Group LLC, SASS Muni-IV LLC, SASS Muni-V, LLC to notice of motion 67 (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Becker, Theodore) (Entered: 12/07/2007) |
| 12/07/2007 | 271 | SUPPLEMENT by John Bridge, Barrett Rochman, Sabre Group LLC, SASS Muni-IV LLC, SASS Muni-V, LLC to motion to quash 81 (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Becker, Theodore) (Entered: |

| | | |
|---|---|---|
| | | 12/07/2007) |
| 12/10/2007 | 272 | MOTION by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co. to compel *Defendants John Bridge, Barrett Rochman and Sabre Group, LLC to Answer Plaintiffs' Second Set of Interrogatories and Document Requests* (Attachments: # 1 Exhibit Ex. A# 2 Exhibit Ex. B# 3 Exhibit Ex. C# 4 Exhibit Ex. D)(Moynihan, John) Modified on 4/10/2009 (rp, ). (Entered: 12/10/2007) |
| 12/10/2007 | 273 | NOTICE of Motion by John William Moynihan for presentment of motion to compel, 272 before Honorable Maria Valdez on 12/18/2007 at 09:45 AM. (Moynihan, John) (Entered: 12/10/2007) |
| 12/11/2007 | 274 | RESPONSE by CCJ Investments, LLC, Jesse Rochman, Christopher Rochman, Corinne Rochman, BRB Investments, LLCin Opposition to MOTION by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co. to De-Designate Certain Documents as "Highly Confidential" Under the November 29, 2005 Protective Order 262 (Levine, Donald) (Entered: 12/11/2007) |
| 12/11/2007 | 275 | NOTICE by CCJ Investments, LLC, Jesse Rochman, Christopher Rochman, Corinne Rochman, BRB Investments, LLC re response in opposition to motion, 274 (Attachments: # 1 Supplement)(Levine, Donald) (Entered: 12/11/2007) |
| 12/13/2007 | 276 | MINUTE entry before Judge Maria Valdez : MOTION by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co. to compel Defendants John Bridge, Barrett Rochman and Sabre Group, LLC to Answer Plaintiffs' Second Set of Interrogatories and Document Requests 272 is taken under advisement. Responses due by 12/21/2007, Replies due by 1/4/2008. Parties who wish to join the motion will follow the briefing schedule outlined above. Presentment date of 12/18/07 on said motion is hereby stricken. Mailed notice (yp, ) (Entered: 12/13/2007) |
| 12/13/2007 | 277 | MINUTE entry before Judge Maria Valdez : The Court notes that all parties have recently failed to comply fully with the Court's order requiring delivery of courtesy copies to chambers pursuant to Local Rule 5.2.(e). All parties are ordered to deliver copies to Chambers of all pending motions before Magistrate Judge Maria Valdez and shall submit related documents (Responses/Replies, etc.) by 12/21/07. Moreover, parties are reminded that ALL future electronic filings must include a courtesy hard copy to the chambers of Judge Valdez within one business day. All copies must be unredacted.Mailed notice (yp, ) (Entered: 12/13/2007) |
| 12/13/2007 | 278 | Plaintiffs Memorandum In Response To Defendants, John Bridge, Barrett Rochman, And Sabre Group LLC And Non-Parties Sass Muni-IV, LLC And Sass Muni-V, LLC Supplemental Filing In Support Of Pending Motions To Quash Subpoenas Plaintiffs Served On Non-Party Banks by BCS Services, |

|  |  | Inc., Phoenix Bond & Indemnity Co. (Attachments: # 1 Exhibit Exhibits 1 through 20)(Moynihan, John) Modified on 4/10/2009 (rp, ). (Entered: 12/13/2007) |
|---|---|---|
| 12/13/2007 | 279 | MINUTE entry before Judge James F. Holderman : Status hearing held on 12/13/2007. Parties are given to and including 6/12/2008 to amend all pleadings and to add any additional parties. Plaintiff shall comply with FRCP(26)(a)(2) by 8/26/2008. Defendant shall comply with FRCP(26)(a)(2) by 9/15/2008. Fact Discovery ordered closed by 8/6/2008. Expert Discovery ordered closed by 10/20/2008. Parties are to meet with designated Magistrate Judge Valdez at the end of fact discovery for settlement conference. This case will be referred to Magistrate Judge Valdez for discovery disputes and settlement conference. Dispositive motions with supporting memoranda due by 11/19/2008; responses due by 12/10/2008. Replies due by 12/24/2008. Final Pretrial Order due by 1/15/2009. Motions in limine with supporting memoranda due by 1/15/2009; responses due by 1/22/2009. Final Pretrial Conference set for 1/29/2009 at 3:00 PM. Jury Trial set for 2/2/2009 at 9:00 AM. Mailed notice (am) (Entered: 12/14/2007) |
| 12/17/2007 | 280 | REPLY by Defendants John Bridge, Barrett Rochman, Sabre Group LLC, Movants SASS Muni-IV LLC, SASS Muni-V, LLC to other, 278 (Attachments: # 1 Exhibit A)(Becker, Theodore) (Entered: 12/17/2007) |
| 12/17/2007 | 281 | NOTICE by John Bridge, Barrett Rochman, Sabre Group LLC, SASS Muni-IV LLC, SASS Muni-V, LLC re reply 280 (Becker, Theodore) (Entered: 12/17/2007) |
| 12/17/2007 | 282 | REPLY by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co. to motion for miscellaneous relief 262 *In Support of Motion to De-Designate Certain Documents as "Highly Confidential" Under the November 29, 2005 Protective Order* (Attachments: # 1 Exhibit Exhibit 2)(Moynihan, John) Modified on 4/10/2009 (rp, ). (Entered: 12/17/2007) |
| 12/21/2007 | 283 | RESPONSE by John Bridge, Barrett Rochman, Sabre Group LLC in Opposition to MOTION by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co. to compel *Defendants John Bridge, Barrett Rochman and Sabre Group, LLC to Answer Plaintiffs' Second Set of Interrogatories and Document Requests* 272 (Attachments: # 1 Exhibit A)(Becker, Theodore) (Entered: 12/21/2007) |
| 12/28/2007 | 284 | REPLY by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co. to motion to compel, 272 *Defendants John Bridge, Barrett Rochman and Sabre Group, LLC to Answer Plaintiffs' Second Set of Interrogatories and Document Requests* (Moynihan, John) Modified on 4/10/2009 (rp, ). (Entered: 12/28/2007) |
| 01/03/2008 | 285 | MOTION by Defendants CCJ Investments, LLC, Jesse Rochman, Christopher Rochman, Corinne Rochman, BRB Investments, LLC to join |

| | | |
|---|---|---|
| | | *and Adopt Co-Defendants' Motions to Dismiss Plaintiffs' Corrected Second Amended Complaint* (Levine, Donald) (Entered: 01/03/2008) |
| 01/03/2008 | 286 | NOTICE by CCJ Investments, LLC, Jesse Rochman, Christopher Rochman, Corinne Rochman, BRB Investments, LLC re MOTION by Defendants CCJ Investments, LLC, Jesse Rochman, Christopher Rochman, Corinne Rochman, BRB Investments, LLC to join *and Adopt Co-Defendants' Motions to Dismiss Plaintiffs' Corrected Second Amended Complaint* 285 (Levine, Donald) (Entered: 01/03/2008) |
| 01/03/2008 | 287 | CERTIFICATE of Service by Donald B. Levine on behalf of CCJ Investments, LLC, Jesse Rochman, Christopher Rochman, Corinne Rochman, BRB Investments, LLC regarding notice of filing, 286 , MOTION by Defendants CCJ Investments, LLC, Jesse Rochman, Christopher Rochman, Corinne Rochman, BRB Investments, LLC to join *and Adopt Co-Defendants' Motions to Dismiss Plaintiffs' Corrected Second Amended Complaint* 285 (Levine, Donald) (Entered: 01/03/2008) |
| 01/03/2008 | "TYPE =PICT ;ALT= LOCK " | (Court only) ***Motions terminated: MOTION by Defendants John Bridge, Barrett Rochman, Sabre Group LLC for extension of time *Unopposed Motion for Extension of Time to Answer or Otherwise Plead to Plaintiffs' Corrected Second Amended Complaint* 219 (yp, ) (Entered: 01/03/2008) |
| 01/10/2008 | 288 | MOTION by Defendants John Bridge, Barrett Rochman, Sabre Group LLC to stay *in light of Supreme Court grant of certiorari* (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)(Becker, Theodore) (Entered: 01/10/2008) |
| 01/10/2008 | 289 | NOTICE of Motion by Theodore Michaelson Becker for presentment of motion to stay 288 before Honorable James F. Holderman on 1/15/2008 at 09:30 AM. (Becker, Theodore) (Entered: 01/10/2008) |
| 01/11/2008 | 290 | MOTION by Defendants Jeffrey Bridge, Regal One, LLC, Francis Alexander, Georgetown Investors, LLC, Jason Baumbach, Optimum Financial, Inc., Carpus Investments, LLC to join *and adopt Motion to Stay filed by the Co-Defendants* (Rosenblum, Elisha) (Entered: 01/11/2008) |
| 01/11/2008 | 291 | NOTICE of Motion by Theodore Michaelson Becker for presentment of motion to stay 288 before Honorable James F. Holderman on 1/15/2008 at 09:00 AM. (Becker, Theodore) (Entered: 01/11/2008) |
| 01/14/2008 | 292 | MOTION by Defendants DRN II, Inc., Jeshay, LLC, Douglas Nash, Mud Cats Real Estate, LLC to join *and Adopt Co-Defendants' Motion to Stay* (Wolfe, Mark) (Entered: 01/14/2008) |
| 01/15/2008 | 293 | MINUTE entry before Judge James F. Holderman : Defendants CCJ Investments, LLC, Jesse Rochman, Christopher Rochman, Corinne Rochman, BRB Investments, LLC's motion to join and Adopt Co- |

| | | |
|---|---|---|
| | | Defendants' Motions to Dismiss Plaintiffs' Corrected Second Amended Complaint 285 is granted. Defendants Jeffrey Bridge, Regal One, LLC, Francis Alexander, Georgetown Investors, LLC, Jason Baumbach, Optimum Financial, Inc., Carpus Investments, LLC's motion to join and adopt Motion to Stay filed by the Co-Defendants 290 is granted. Defendants DRN II, Inc., Jeshay, LLC, Douglas Nash, Mud Cats Real Estate, LLC's motion to join and Adopt Co-Defendants' Motion to Stay 292 is granted. On defendants John Bridge, Barrett Rochman, Sabre Group LLC's motion to stay in light of Supreme Court grant of certiorari 288 , responses due by 1/22/2008; replies due by 1/29/2008. Mailed notice (am) (Entered: 01/16/2008) |
| 01/22/2008 | 294 | RESPONSE by BCS Services, Inc., Phoenix Bond & Indemnity Co.in Opposition to MOTION by Defendants John Bridge, Barrett Rochman, Sabre Group LLC to stay *in light of Supreme Court grant of certiorari* 288 (Moynihan, John) Modified on 4/10/2009 (rp, ). (Entered: 01/22/2008) |
| 01/24/2008 | "TYPE =PICT ;ALT= LOCK "295 | TRANSCRIPT of proceedings for the following dates: 12/13/2007; Before the Honorable James F. Holderman. (Document not scanned). (smm) (Entered: 01/25/2008) |
| 01/29/2008 | 296 | REPLY by Defendants John Bridge, Barrett Rochman, Sabre Group LLC to motion to stay 288 *in Light of Supreme Court's Grant of Certiorari* (Attachments: # 1 Exhibit A-D)(Becker, Theodore) (Entered: 01/29/2008) |
| 01/29/2008 | 297 | NOTICE by John Bridge, Barrett Rochman, Sabre Group LLC re reply 296 *in Support of Motion to Stay in Light of Supreme Court's Grant of Certiorari* (Becker, Theodore) (Entered: 01/29/2008) |
| 01/30/2008 | 298 | REPLY by CCJ Investments, LLC, Jesse Rochman, Christopher Rochman, Corinne Rochman, BRB Investments, LLC to MOTION by Defendants John Bridge, Barrett Rochman, Sabre Group LLC to stay *in light of Supreme Court grant of certiorari* 288 (Levine, Donald) (Entered: 01/30/2008) |
| 01/30/2008 | 299 | NOTICE by CCJ Investments, LLC, Jesse Rochman, Christopher Rochman, Corinne Rochman, BRB Investments, LLC re reply to response to motion, 298 (Levine, Donald) (Entered: 01/30/2008) |
| 01/31/2008 | 300 | MINUTE entry before Judge James F. Holderman : As further set forth in the Statement section below, Defendants Motion to Stay in Light of the United States Supreme Court's Grant of Certiorari to the Seventh Circuit 288 is granted. The parties are requested to keep this court apprised of any developments in this case pending the United States Supreme Court's ruling in Bridge v. Phoenix Bond & Indemnity Co., 128 S. Ct. 829 (Jan. 4, 2008, No. 07-210). Counsel are requested to provide this court with a joint written status report within five days of the Supreme Court's decision, at which time this court will set a status date. Mailed notice (am) (Entered: 02/01/2008) |

| 01/31/2008 | 301 | CERTIFIED copy of order dated 1/31/08 from the Seventh Circuit regarding notice of appeal 130 ; Appellate case no. : 06-1160; Supreme Court No. 07-210. The original record on appeal has been returned to the District Court upon issuance of this Court's mandate. This Court, by copy of this document requests the District Court to transmit the record directly to the Supreme Court. (smm) (Entered: 02/05/2008) |
| 03/19/2008 | 302 | TRANSMITTED to the US Supreme Court the long record on appeal 130 (US Supreme Ct. no. 07-210) consisting of 2 volumes of pleadings and 1 transcript. (dj, ) FEDEX Tracking #.8569-1068-2246 (Entered: 03/19/2008) |
| 03/19/2008 | "TYPE =PICT ;ALT= LOCK" | (Court only) Movants SASS Muni-IV LLC, SASS Muni-V, LLC's motion to quash Subpoenas Issued by Plaintiffs on Non-Party Banks and to Stay Discovery 157 , Defendant John Bridges motion to quash Subpoenas Issued by Plaintiffs on Harris Bank and to Stay Discovery 161 , Movants SASS Muni-IV LLC, SASS Muni-V, LLC's amended motion to quash Subpoenas Issued by Plaintiffs on Non-Party Banks and to Stay Discovery 163 and Defendants John Bridge, Barrett Rochman, Sabre Group LLC, Movants SASS Muni-IV LLC, SASS Muni-V, LLC's motion for attorney fees and Costs 165 are terminated as being erroneously filed in case number 05 C 4095. (am) (Entered: 03/19/2008) |
| 03/25/2008 | 303 | MINUTE entry before Judge Honorable James F. Holderman: Defendant Sabre Group LLC's motion to quash 81 , Plaintiffs' motion to compel defendants John Bridge, Barrett Rochman and Sabre Group, LLC to answer the interrogatories and to produce documents requested by plaintiffs 184 and Plaintiffs' motion challenging defendants' designation of certain documents as "highly confidential" under the 11/29/2005 protective order 184 are administratively terminated with leave to reinstate. Mailed notice (am) (Entered: 03/25/2008) |
| 06/23/2008 | 304 | MOTION by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co. to withdraw (Moynihan, John) (Entered: 06/23/2008) |
| 06/23/2008 | 305 | NOTICE of Motion by John William Moynihan for presentment of motion to withdraw 304 before Honorable James F. Holderman on 6/26/2008 at 09:00 AM. (Moynihan, John) (Entered: 06/23/2008) |
| 06/23/2008 | 306 | Document Entered in Error. (Moynihan, John) Modified on 6/25/2008 (smm). (Entered: 06/23/2008) |
| 06/23/2008 | 307 | MOTION by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co. to stay *Plaintiff's Motion to Terminate Stay, Reinstate Terminated Motions, and Amend Pre-Trial Schedule* (Moynihan, John) (Entered: 06/23/2008) |
| 06/23/2008 | 308 | NOTICE of Motion by John William Moynihan for presentment of motion to stay 307 before Honorable James F. Holderman on 6/26/2008 at 09:00 AM. |

| | | |
|---|---|---|
| | | (Moynihan, John) (Entered: 06/23/2008) |
| 06/23/2008 | 309 | MOTION by counsel for Plaintiff Phoenix Bond & Indemnity Co. to withdraw as attorney (Moynihan, John) (Entered: 06/23/2008) |
| 06/23/2008 | 310 | NOTICE of Motion by John William Moynihan for presentment of motion to withdraw as attorney 309 before Honorable James F. Holderman on 6/26/2008 at 09:00 AM. (Moynihan, John) (Entered: 06/23/2008) |
| 06/24/2008 | 311 | MOTION by counsel for Plaintiff BCS Services, Inc. to withdraw as attorney (Bohan, David) (Entered: 06/24/2008) |
| 06/25/2008 | 312 | NOTICE of Correction regarding MOTION by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co. to stay *Plaintiff's Motion to Terminate Stay and Amend Pre-Trial Schedule* 306 . The document has been filed in the incorrect case. The text of the entry has been edited and the PDF file has been replaced. (smm) (Entered: 06/25/2008) |
| 06/26/2008 | 313 | MINUTE entry before the Honorable James F. Holderman: Plaintiffs' motion to terminate stay, reinstate terminated motions, and amend pre-trial schedule 307 is granted; the stay is lifted and discovery shall proceed. Plaintiff Phoenix Bond & Indemnity Co.'s motion to withdraw Lowell E. Schnoff, John W. Moynihan and Andrew L. Mathews as attorney 309 is granted. Plaintiffs' motion to withdraw Arnold A. Pagniucci, Michele Walton and Lisa A. Kistler as attorney 311 is granted. Parties are to submit a joint Form 35 by 7/8/2008. Status hearing set for 7/10/2008 at 9:00 AM for entry of revised scheduling order. Attorney John William Moynihan; Arnold A. Pagniucci; Lowell E. Sachnoff; Michele Walton; Lisa Ann Kistler and Andrew L Mathews terminated. Mailed notice (am) (Entered: 06/27/2008) |
| 06/26/2008 | 314 | MINUTE entry before the Honorable James F. Holderman: All pending motions to dismiss 234 are terminated as moot. Mailed notice (am) (Entered: 06/27/2008) |
| 06/30/2008 | 315 | MINUTE entry before the Honorable James F. Holderman: Attorney David C. Bohan's motion for leave to withdraw as counsel for plaintiff BCS Services, Inc. 311 is granted. Attorney David C. Bohan terminated. Mailed notice (am) (Entered: 06/30/2008) |
| 06/30/2008 | 316 | MOTION by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co. for Status Hearing and Request for Oral Argument on Pending Motions (Moynihan, John) (Entered: 06/30/2008) |
| 06/30/2008 | 317 | NOTICE of Motion by John William Moynihan for presentment of motion for miscellaneous relief 316 before Honorable Maria Valdez on 7/3/2008 at 09:45 AM. (Moynihan, John) (Entered: 06/30/2008) |
| 07/01/2008 | 318 | ATTORNEY Appearance for Plaintiff BCS Services, Inc. by Jonathan Stuart Quinn (Quinn, Jonathan) (Entered: 07/01/2008) |

| | | |
|---|---|---|
| 07/02/2008 | 319 | MOTION by counsel for Defendants John Bridge, Barrett Rochman, Sabre Group LLC to withdraw as attorney *Theodore Becker, James Bayless Jr., Jennifer Jordan, and Richard Pearl* (Pearl, Richard) (Entered: 07/02/2008) |
| 07/02/2008 | 320 | NOTICE of Motion by Richard J Pearl for presentment of motion to withdraw as attorney 319 before Honorable James F. Holderman on 7/10/2008 at 09:00 AM. (Pearl, Richard) (Entered: 07/02/2008) |
| 07/03/2008 | 321 | MINUTE entry before the Honorable Maria Valdez: Motion hearing held on 7/3/2008. Plaintiff's motion for status hearing and oral argument on pending motions 316 is granted. Oral argument set for 7/22/08 at 10:00 a.m. on all pending motions set before Magistrate Judge Maria Valdez. Plaintiff is directed to submit a status report on any resolution after meeting with opposing counsel on pending motions. Mailed notice (yp, ) (Entered: 07/03/2008) |
| 07/08/2008 | 322 | ATTORNEY Appearance for Defendants John Bridge, Barrett Rochman, Sabre Group LLC by Donald B. Levine (Levine, Donald) (Entered: 07/08/2008) |
| 07/08/2008 | 323 | ATTORNEY Appearance for Defendants John Bridge, Barrett Rochman, Sabre Group LLC by Donald B. Levine *filing for Brian D. LeVay* (Levine, Donald) (Entered: 07/08/2008) |
| 07/08/2008 | 324 | ATTORNEY Appearance for Defendants John Bridge, Barrett Rochman, Sabre Group LLC by Donald B. Levine *filing for Harold Moskowitz* (Levine, Donald) (Entered: 07/08/2008) |
| 07/08/2008 | 325 | ATTORNEY Appearance for Defendants John Bridge, Barrett Rochman, Sabre Group LLC by Saskia Nora Bryan (Bryan, Saskia) (Entered: 07/08/2008) |
| 07/08/2008 | 326 | REPORT of Rule 26(f) Planning Meeting (Attachments: # 1 Exhibit A)(Moynihan, John) (Entered: 07/08/2008) |
| 07/10/2008 | 328 | MINUTE entry before the Honorable James F. Holderman:Status hearing held on 7/10/2008. Defendants' motion to withdraw appearances of Theodore Becker, James E. Bayless, Jr., Jennifer B. Jordan and Richard J. Pearl as attorney 319 is granted. Parties are given to and including 12/2/2008 to amend all pleadings and to add any additional parties. Plaintiff shall comply with FRCP(26)(a)(2) by 3/2/2009. Defendant shall comply with FRCP(26)(a)(2) by 4/6/2009. Supplementations under Rule 26(e) due at appropriate intervals as required under Rule 26(e)(1) and (2). Fact Discovery ordered closed by 1/26/2009. Parties are to meet with Magistrate Judge Valdez at the end of fact discovery for a settlement conference. Expert Discovery ordered closed by 5/13/2009. Dispositive motions with supporting memoranda due by 6/12/2009; responses due by 7/10/2009. Replies due by 7/24/2009. Final Pretrial Order due by 9/10/2009. Motions in limine with supporting memoranda due by 9/10/2009; responses due by 9/17/2009. Final |

| | | |
|---|---|---|
| | | Pretrial Conference set for 10/1/2009 at 3:00 PM. Jury Trial set for 10/13/2009 at 9:00 AM. Attorney Jennifer B. Jordan; Richard J Pearl; James E. Bayles, Jr and Theodore Michaelson Becker terminated. Mailed notice (am) (Entered: 07/11/2008) |
| 07/11/2008 | "TYPE =PICT ;ALT =LOCK " 327 | TRANSCRIPT OF PROCEEDINGS held on 07/10/08 before the Honorable James F. Holderman. Court Reporter Contact Information: Colleen Conway@ 312.435.5594 or colleen_conway@ilnd.uscourts.gov. IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov. Under Quick Links select Electronic Transcript Procedures. Redaction Request due 8/1/2008. Redacted Transcript Deadline set for 8/11/2008. Release of Transcript Restriction set for 10/9/2008. (Conway, Colleen) (Entered: 07/11/2008) |
| 07/15/2008 | 329 | MINUTE entry before the Honorable Maria Valdez: Plaintiff is directed to submit a status report on any resolution after meeting with opposing counsel on pending motions by 7/18/08.Mailed notice (yp, ) (Entered: 07/15/2008) |
| 07/17/2008 | 330 | ATTORNEY Appearance for Plaintiff Phoenix Bond & Indemnity Co. by BeLinda I. Mathie (Mathie, BeLinda) (Entered: 07/17/2008) |
| 07/18/2008 | 331 | plaintiffs' Statement of Issues for Oral Argument on Pending Motions STATEMENT by BCS Services, Inc. (Moynihan, John) (Entered: 07/18/2008) |
| 07/21/2008 | 332 | MOTION by Defendants Jeffrey Bridge, Regal One, LLC, Francis Alexander, Georgetown Investors, LLC, Jason Baumbach, Optimum Financial, Inc., Carpus Investments, LLC to join *and adopt Motions to Dismiss filed by Co-Defendants* (Rosenblum, Elisha) (Entered: 07/21/2008) |
| 07/21/2008 | 333 | MOTION by Defendants John Bridge, Barrett Rochman, Sabre Group LLC, CCJ Investments, LLC, Jesse Rochman, Christopher Rochman, Corinne Rochman, BRB Investments, LLC to dismiss *Second Correctede Complaint* (Levine, Donald) (Entered: 07/21/2008) |
| 07/21/2008 | 334 | NOTICE of *Motion by Donald B. Levine for presentment of motion to dismiss 333 before Honorable James F. Holderman on 7/29/2008 at 09:00 AM.* (Levine, Donald) (Entered: 07/21/2008) |
| 07/21/2008 | 335 | MEMORANDUM *of Memorandum in Support* (Attachments: # 1 Exhibit)(Levine, Donald) (Entered: 07/21/2008) |

| 07/22/2008 | 336 | MINUTE entry before the Honorable Maria Valdez: Oral argument heard in open court on 7/22/08 on pending motions. Before this Court is Plaintiffs Phoenix Bond & Indemnity Co. and BCS Services, Inc., motion to modify the November 29, 2005 protective order (Agreed Protective Order) 253 . For the reasons stated in open court, the motion is GRANTED in part, DENIED in part. The protective order is modified to permit use of the documents identified in the related case, BCS Services Inc. v. Heartwood et al. The protective order is further modified to allow the Cook County Treasurer access to discovery documents upon entering a Confidentiality Agreement with the parties. MOTION by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co. to De-Designate Certain Documents as "Highly Confidential" Under the November 29, 2005 Protective Order 262 is taken under advisement. Settlement conference set for 2/2/09 at 10:00 a.m. Judge Valdez requires full compliance with the Court's Standing Order of Settlement Conference found on the Judge's website available at www.ilnd.uscourts.gov. Because of the volume of settlement conferences conducted by Judge Valdez, once a settlement conference date has been agreed upon, no further continuances will be granted without a motion showing extreme hardship. Mailed notice (yp, ) (Entered: 07/22/2008) |
| 07/23/2008 | 337 | MOTION by Defendants Jeffrey Bridge, Regal One, LLC, Francis Alexander, Georgetown Investors, LLC, Jason Baumbach, Optimum Financial, Inc., Carpus Investments, LLC to join and adopt co-defendants' motions to dismiss corrected second amended complaint (Rosenblum, Elisha) (Entered: 07/23/2008) |
| 07/23/2008 | 338 | MOTION by Plaintiff BCS Services, Inc. to consolidate cases (Attachments: # 1 Exhibit 1)(Moynihan, John) (Entered: 07/23/2008) |
| 07/23/2008 | 339 | NOTICE of Motion by John William Moynihan for presentment of motion to consolidate cases 338 before Honorable James F. Holderman on 7/29/2008 at 09:00 AM. (Moynihan, John) (Entered: 07/23/2008) |
| 07/23/2008 | 340 | MOTION by Defendants Robert Jensen, Joseph Varan, Cronus Projects, LLC, L.C.C. Venture, LLC, Gregory Ellis, GJ Venture, LLC to join and adopt co-defendants' motion to dismiss Corrected Second Amended Complaint. (Claney, Kevin) (Entered: 07/23/2008) |
| 07/29/2008 | 341 | MINUTE entry before the Honorable Maria Valdez: Phoenix Bond's Motion to Compel Defendants John Bridge, Barrett Rochman, and Sabre Group, LLC to Answer Interrogatories and Produce Documents 184 and Plaintiff's Motion to Compel Defendants John Bridge, Barrett Rochman, and Sabre Group, LLC to Answer Plaintiffs' Second Set of Interrogatories and Document Requests 272 are GRANTED in part and DENIED in part. (See order for further details.) Mailed notice (yp, ) |

| | | |
|---|---|---|
| | | (Entered: 07/29/2008) |
| 07/29/2008 | 342 | MINUTE entry before the Honorable Maria Valdez: Defendants' Motion to Quash 81 is GRANTED. However, Plaintiffs are given leave to redraft the requests consistent with this Order. The parties are reminded to meet and confer before filing any further motion on this issue. (See order for further details.)Mailed notice (yp, ) (Entered: 07/29/2008) |
| 07/29/2008 | 343 | MINUTE entry before the Honorable Maria Valdez:Plaintiffs' motions challenging Defendants' designation of certain documents as "highly confidential" under the November 29, 2005 protective order 185 and 262 are DENIED. (See order for further details.)Mailed notice (yp, ) Modified on 7/30/2008 (dl, ). (Entered: 07/29/2008) |
| 07/29/2008 | 344 | MINUTE entry before the Honorable James F. Holderman: Since a briefing schedule has been set for defendants John Bridge, Barrett Rochman, Sabre Group LLC, CCJ Investments, LLC, Jesse Rochman, Christopher Rochman, Corinne Rochman, BRB Investments, LLC.'s motion to dismiss Second Corrected Complaint 333 and plaintiff's motion to consolidate cases 338 , the Court will rule electronically and set further dates at the time of ruling. Mailed notice (am) (Entered: 07/30/2008) |
| 07/29/2008 | 347 | SUBSTITUTION of counsel.(vcf, ) (Entered: 07/31/2008) |
| 07/30/2008 | 345 | NOTICE of Correction regarding document number 343 . (dl, ) (Entered: 07/30/2008) |
| 07/30/2008 | 346 | NOTICE by Mark F. Wolfe of Change of Address (Wolfe, Mark) (Entered: 07/30/2008) |
| 07/31/2008 | 348 | LETTER from the U.S.Supreme Court returning the record on appeal in US Supreme no. 07-210 consisting of 2 volumes of pleadings and 1 transcript. (dj, ) (Entered: 08/04/2008) |
| 08/07/2008 | 349 | MEMORANDUM by SASS Muni-IV LLC, SASS Muni-V, LLC in Opposition to motion to consolidate cases 338 (Friedman, Ross) (Entered: 08/07/2008) |
| 08/07/2008 | 350 | NOTICE by SASS Muni-IV LLC, SASS Muni-V, LLC re memorandum in opposition to motion 349 to consolidate cases (Friedman, Ross) (Entered: 08/07/2008) |
| 08/08/2008 | 351 | RESPONSE by John Bridge, Barrett Rochman, Sabre Group LLC, CCJ Investments, LLC, Jesse Rochman, Christopher Rochman, Corinne Rochman, BRB Investments, LLCin Opposition to MOTION by Plaintiff BCS Services, Inc. to consolidate cases 338 (Levine, Donald) (Entered: 08/08/2008) |

| | | |
|---|---|---|
| 08/08/2008 | 352 | NOTICE by John Bridge, Barrett Rochman, Sabre Group LLC, CCJ Investments, LLC, Jesse Rochman, Christopher Rochman, Corinne Rochman, BRB Investments, LLC re response in opposition to motion, 351 (Levine, Donald) (Entered: 08/08/2008) |
| 08/08/2008 | 353 | MOTION by Plaintiff BCS Services, Inc. for protective order (Attachments: # 1 Exhibit 1-8)(Moynihan, John) (Entered: 08/08/2008) |
| 08/08/2008 | 354 | NOTICE of Motion by John William Moynihan for presentment of motion for protective order 353 before Honorable James F. Holderman on 8/14/2008 at 09:00 AM. (Moynihan, John) (Entered: 08/08/2008) |
| 08/13/2008 | 355 | MINUTE entry before the Honorable James F. Holderman dated 8/13/08: Any response to plaintiff BCS Services, Inc.'s objection (Doc. No. 353) to Magistrate's Order denying plaintiffs' motion challenging defendants' designation of certain documents as "Highly Confidential" under the 11/29/05 protective order is to be filed on or before 9/4/08. Any replies to be filed by 9/18/08. The motion hearing set for 8/14/08 is stricken.Judicial staff mailed notice (gl, ) (Entered: 08/13/2008) |
| 08/14/2008 | 356 | REPLY by BCS Services, Inc. to MOTION by Plaintiff BCS Services, Inc. to consolidate cases 338 (Moynihan, John) (Entered: 08/14/2008) |
| 08/14/2008 | 357 | MEMORANDUM by Phoenix Bond & Indemnity Co. of Law Joining BCS Services, Inc.'s Reply In Support Of Plaintiffs' Motion to Consolidate (Mathie, BeLinda) (Entered: 08/14/2008) |
| 08/18/2008 | 358 | MINUTE entry before the Honorable James F. Holderman dated 8/18/08:For the reasons set forth in the Statement section below, Plaintiffs' Motion to Consolidate 338 is granted subject to further review. Motion terminated.Judicial staff mailed notice (gl, ) (Entered: 08/18/2008) |
| 08/18/2008 | 359 | RESPONSE by BCS Services, Inc., Phoenix Bond & Indemnity Co. to MOTION by Defendants John Bridge, Barrett Rochman, Sabre Group LLC, CCJ Investments, LLC, Jesse Rochman, Christopher Rochman, Corinne Rochman, BRB Investments, LLC to dismiss Second Correcteded Complaint 333 , MOTION by Defendants Jeffrey Bridge, Regal One, LLC, Francis Alexander, Georgetown Investors, LLC, Jason Baumbach, Optimum Financial, Inc., Carpus Investments, LLC to join and adopt co-defendants' motions to dismiss corrected second amended comp 337 , MOTION by Defendants Robert Jensen, Joseph Varan, Cronus Projects, LLC, L.C.C. Venture, LLC, Gregory Ellis, GJ Venture, LLC to join and adopt co-defendants' motion to dismiss Corrected Second Amended Complaint. 340 , MOTION by Defendants Jeffrey Bridge, Regal One, LLC, Francis Alexander, Georgetown Investors, LLC, Jason Baumbach, Optimum Financial, Inc., Carpus Investments, LLC to join and adopt Motions to Dismiss filed by Co-Defendants 332 (Moynihan, John) |

| | | |
|---|---|---|
| | | *Modified on 4/10/2009 (rp, ). (Entered: 08/18/2008)* |
| 08/28/2008 | 360 | MOTION by Plaintiff BCS Services, Inc. to clarify (Attachments: # 1 Exhibit 1)(Moynihan, John) (Entered: 08/28/2008) |
| 08/28/2008 | 361 | NOTICE of Motion by John William Moynihan for presentment of motion to clarify 360 before Honorable Maria Valdez on 9/2/2008 at 09:45 AM. (Moynihan, John) (Entered: 08/28/2008) |
| 09/02/2008 | 362 | MINUTE entry before the Honorable Maria Valdez: MOTION by Plaintiff BCS Services, Inc. to clarify 360 is granted. Order to follow. Mailed notice (yp, ) (Entered: 09/03/2008) |
| 09/08/2008 | 363 | MOTION by Defendants John Bridge, Barrett Rochman, Sabre Group LLC, CCJ Investments, LLC, Jesse Rochman, Christopher Rochman, Corinne Rochman, BRB Investments, LLC for extension of time to file response/reply as to motion to dismiss 333 , motion for protective order 353 (Levine, Donald) (Entered: 09/08/2008) |
| 09/08/2008 | 364 | NOTICE of Motion by Donald B. Levine for presentment of motion for extension of time to file response/reply, motion for relief,,,, 363 before Honorable James F. Holderman on 9/11/2008 at 09:00 AM. (Levine, Donald) (Entered: 09/08/2008) |
| 09/11/2008 | 366 | MINUTE entry before the Honorable James F. Holderman: Defendants' motion to extend time to file reply in support of motion to dismiss and response to plaintiff's objection to Magistrate's Order 363 is granted; reply and response due by 9/12/2008. Mailed notice (am) (Entered: 09/12/2008) |
| 09/12/2008 | 365 | ATTORNEY Appearance for Defendants DRN II, Inc., Jeshay, LLC, Douglas Nash, Mud Cats Real Estate, LLC by Elise Nicole Willis (Willis, Elise) (Entered: 09/12/2008) |
| 09/12/2008 | 367 | REPLY by John Bridge, Barrett Rochman, Sabre Group LLC, CCJ Investments, LLC, Jesse Rochman, Christopher Rochman, Corinne Rochman, BRB Investments, LLC to MOTION by Defendants John Bridge, Barrett Rochman, Sabre Group LLC, CCJ Investments, LLC, Jesse Rochman, Christopher Rochman, Corinne Rochman, BRB Investments, LLC to dismiss *Second Corretcede Complaint* 333 (Attachments: # 1 Exhibit)(Levine, Donald) (Entered: 09/12/2008) |
| 09/12/2008 | 368 | NOTICE by Barrett Rochman, Sabre Group LLC, CCJ Investments, LLC, Jesse Rochman, Christopher Rochman, Corinne Rochman, BRB Investments, LLC re reply to response to motion, 367 (Levine, Donald) (Entered: 09/12/2008) |
| 09/29/2008 | 369 | MOTION by Defendants John Bridge, Barrett Rochman, Sabre Group LLC, CCJ Investments, LLC, Jesse Rochman, Christopher Rochman, Corinne Rochman, BRB Investments, LLC for extension of time to file |

| | | response/reply as to motion for protective order 353 (Bryan, Saskia) (Entered: 09/29/2008) |
|---|---|---|
| 09/29/2008 | 370 | NOTICE of Motion by Saskia Nora Bryan for presentment of motion for extension of time to file response/reply, motion for relief,, 369 before Honorable James F. Holderman on 10/2/2008 at 09:00 AM. (Bryan, Saskia) (Entered: 09/29/2008) |
| 09/29/2008 | 371 | CERTIFICATE of Service by Defendants John Bridge, Barrett Rochman, Sabre Group LLC, CCJ Investments, LLC, Jesse Rochman, Christopher Rochman, Corinne Rochman, BRB Investments, LLC regarding MOTION by Defendants John Bridge, Barrett Rochman, Sabre Group LLC, CCJ Investments, LLC, Jesse Rochman, Christopher Rochman, Corinne Rochman, BRB Investments, LLC for extension of time to file response/reply as to motion for protective order 353 MOTION by Defendants John Bridge, Barrett Rochman, Sabre Group LLC, CCJ Investments, LLC, Jesse Rochman, Christopher Rochman, Corinne Rochman, BRB Investments, LLC for extension of time to file response/reply as to motion for protective order 353 369 , notice of motion 370 (Bryan, Saskia) (Entered: 09/29/2008) |
| 09/30/2008 | 372 | RESPONSE by Defendants John Bridge, Barrett Rochman, Sabre Group LLC, CCJ Investments, LLC, Jesse Rochman, Christopher Rochman, Corinne Rochman, BRB Investments, LLC to motion for protective order 353 (Bryan, Saskia) (Entered: 09/30/2008) |
| 09/30/2008 | 373 | NOTICE by John Bridge, Barrett Rochman, Sabre Group LLC, CCJ Investments, LLC, Jesse Rochman, Christopher Rochman, Corinne Rochman, BRB Investments, LLC re Response 372 (Bryan, Saskia) (Entered: 09/30/2008) |
| 09/30/2008 | 374 | CERTIFICATE of Service by Defendants John Bridge, Barrett Rochman, Sabre Group LLC, CCJ Investments, LLC, Jesse Rochman, Christopher Rochman, Corinne Rochman, BRB Investments, LLC regarding Response 372 , notice of filing 373 (Bryan, Saskia) (Entered: 09/30/2008) |
| 10/02/2008 | 375 | MINUTE entry before the Honorable James F. Holderman: Defendants' motion for extension of time and for leave to file response brief to plaintiff's objection to Magistrate Judge's Order 369 is denied as moot. The Report and Recommendation of Magistrate Judge Valdez dated July 29, 2008 is Approved and will be Accepted. Mailed notice (am) (Entered: 10/06/2008) |
| 10/02/2008 | "TYPE=PICT;ALT=L | (Court only) PLAINTIFF BCS SERVICES, INC.'S OBJECTION PURSUANT TO FED. R. CIV. P. 72(A) TO MAGISTRATE'S ORDER DENYING PLAINTIFFS' MOTIONS CHALLENGING DEFENDANTS' DESIGNATION OF CERTAIN DOCUMENTS AS |

| | | |
|---|---|---|
| | OCK" | "HIGHLY CONFIDENTIAL" UNDER THE NOVEMBER 29, 2005 PROTECTIVE ORDER 353 is administratively terminated. (am) (Entered: 01/14/2009) |
| 10/12/2008 | 376 | ATTORNEY Appearance for Plaintiff Phoenix Bond & Indemnity Co. by Jeffrey D. Corso (Corso, Jeffrey) (Entered: 10/12/2008) |
| 10/22/2008 | 377 | MOTION by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co. to amend/correct *the Scheduling Order* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Mathews, Andrew) (Entered: 10/22/2008) |
| 10/22/2008 | 378 | NOTICE of Motion by Andrew L Mathews for presentment of motion to amend/correct 377 before Honorable James F. Holderman on 10/28/2008 at 09:00 AM. (Mathews, Andrew) (Entered: 10/22/2008) |
| 10/28/2008 | 379 | MINUTE entry before the Honorable James F. Holderman: Plaintiff's motion to amend the scheduling order 377 is granted; the previously set dates are vacated. Parties are given to and including 2/25/2009 to amend all pleadings and to add any additional parties. Plaintiff shall comply with FRCP(26)(a)(2) by 4/29/2009. Defendant shall comply with FRCP(26)(a)(2) by 5/27/2009. Fact Discovery ordered closed by 4/22/2009. Parties are to meet with Magistrate Judge Valdez at the end of fact discovery for a settlement conference. Status hearing set for 6/2/2009 at 9:00 AM to set further dates. Mailed notice (am) Modified on 10/28/2008 (am, ). (Entered: 10/28/2008) |
| 10/29/2008 | 380 | MOTION by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co. to quash *subpoenas* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Mathie, BeLinda) (Entered: 10/29/2008) |
| 10/29/2008 | 381 | NOTICE of Motion by BeLinda I. Mathie for presentment of motion to quash 380 before Honorable Maria Valdez on 11/5/2008 at 09:45 AM. (Mathie, BeLinda) (Entered: 10/29/2008) |
| 10/31/2008 | 382 | Return of Service of Subpoena to Bank of America Capital Corporation by John Bridge, Barrett Rochman, Sabre Group LLC, CCJ Investments, LLC, Jesse Rochman, Christopher Rochman, Corinne Rochman, BRB Investments, LLC (Levine, Donald) (Entered: 10/31/2008) |
| 11/05/2008 | 383 | MINUTE entry before the Honorable Maria Valdez: Motion hearing held on 11/5/2008. For the reasons stated in open court, Plaintiff's motion to quash subpoena 380 is granted. Mailed notice (yp, ) (Entered: 11/05/2008) |
| 11/10/2008 | 384 | AFFIDAVIT of Special Process Server of Subpoena to Maria Pappas (Levine, Donald) (Entered: 11/10/2008) |

| | | |
|---|---|---|
| 11/11/2008 | 385 | AFFIDAVIT of Special Process Server *re Service of Subpoena to U.S. Bank* (Levine, Donald) (Entered: 11/11/2008) |
| 12/01/2008 | 386 | MOTION by Plaintiff BCS Services, Inc. to compel (Attachments: # 1 Exhibit A Parts 1-3, # 2 Exhibit B Parts 1-3)(Mathews, Andrew) (Entered: 12/01/2008) |
| 12/01/2008 | 387 | NOTICE of Motion by Andrew L Mathews for presentment of motion to compel 386 before Honorable Maria Valdez on 12/4/2008 at 09:45 AM. (Mathews, Andrew) (Entered: 12/01/2008) |
| 12/03/2008 | 388 | MINUTE entry before the Honorable Maria Valdez: Plaintiff advise the court telephonically, that he wishes to withdraw the motion to compel. Therefore, the presentment date of 12/4/08 on plaintiff's motion to compel 386 is stricken and the said motion is hereby withdrawn.Mailed notice (yp, ) (Entered: 12/03/2008) |
| 12/05/2008 | 389 | MINUTE entry before the Honorable James F. Holderman:Defendants' motions to join and adopt the motion to dismiss filed by defendants John Bridge, Barrett Rochman, Sabre Group, LLC, CJ Investments, LLC, BRB Investments, LLC, Corrine Rochman, Jesse Rochman, and Christopher Rochman [332, 337, 340] are granted. Motions terminated.Judicial staff mailed notice (gl, ) (Entered: 12/05/2008) |
| 12/05/2008 | 390 | MOTION by Defendants John Bridge, Barrett Rochman, Sabre Group LLC, CCJ Investments, LLC, Jesse Rochman, Christopher Rochman, Corinne Rochman, BRB Investments, LLC to quash *Subpoenas* (Attachments: # 1 Exhibit A)(Levine, Donald) (Entered: 12/05/2008) |
| 12/05/2008 | 391 | NOTICE of Motion by Donald B. Levine for presentment of motion to quash 390 before Honorable Maria Valdez on 12/10/2008 at 09:45 AM. (Levine, Donald) (Entered: 12/05/2008) |
| 12/05/2008 | 392 | CERTIFICATE of Service by Donald B. Levine on behalf of John Bridge, Barrett Rochman, Sabre Group LLC, CCJ Investments, LLC, Jesse Rochman, Christopher Rochman, Corinne Rochman, BRB Investments, LLC regarding MOTION by Defendants John Bridge, Barrett Rochman, Sabre Group LLC, CCJ Investments, LLC, Jesse Rochman, Christopher Rochman, Corinne Rochman, BRB Investments, LLC to quash *Subpoenas* 390 , notice of motion 391 (Levine, Donald) (Entered: 12/05/2008) |
| 12/08/2008 | 393 | MOTION by Plaintiff BCS Services, Inc. to compel (Mathews, Andrew) (Entered: 12/08/2008) |
| 12/08/2008 | 394 | NOTICE of Motion by Andrew L Mathews for presentment of motion to compel 393 before Honorable Maria Valdez on 12/11/2008 at 09:45 AM. (Mathews, Andrew) (Entered: 12/08/2008) |
| 12/08/2008 | 395 | RESPONSE by BCS Services, Inc., Phoenix Bond & Indemnity Co.in |

| | | |
|---|---|---|
| | | Opposition to MOTION by Defendants John Bridge, Barrett Rochman, Sabre Group LLC, CCJ Investments, LLC, Jesse Rochman, Christopher Rochman, Corinne Rochman, BRB Investments, LLC to quash *Subpoenas* 390 (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15)(Mathie, BeLinda) Modified on 4/10/2009 (rp, ). (Entered: 12/08/2008) |
| 12/10/2008 | 396 | MINUTE entry before the Honorable Maria Valdez: Motion hearing held on 12/10/08. Defendants John Bridge, Barret Rochman, Sabre Group, LLC, CCJ Investments, LLC, BRB Investments, LLC, Corrine Rochman, Jesse Rochman, and Christopher Rochman's Motion of Certain Defendants to Quash Subpoenas 390 is granted in part and denied in part. The temporal scope of the subpoenas shall be limited as stated in open court. Plaintiff BCS Service, Inc.'s Motion to Compel 393 is granted in part and denied in part. The depositions of John Bridge, Barrett Rochman, Kevin Sierzega, and Marilyn Rochman shall be completed by February 9, 2009. Mailed notice (yp, ) (Entered: 12/11/2008) |
| 12/15/2008 | 397 | MINUTE entry before the Honorable Maria Valdez: The motion hearing held on 12/10/08 pursuant to document number 396 , is placed under seal. Parties must request leave of Court for any transcript for the proceeding held on 12/10/08. Mailed notice (yp, ) (Entered: 12/15/2008) |
| 12/15/2008 | 398 | MINUTE entry before the Honorable James F. Holderman: For the reasons set forth in the Statement section below, Defendants' Motion to Dismiss 333 is denied. Defendants are ordered to file an Answer on or before January 8, 2009. Counsel are requested to hold a Rule 26(f) conference and file a jointly completed Form 52 signed by counsel for each party on or before January 16, 2009. This case is set for a report on status and entry of a scheduling order at 9:00 a.m. on January 22, 2009. Mailed notice (am) (Entered: 12/15/2008) |
| 12/15/2008 | "TYPE=PICT;ALT=LOCK" 400 | TRANSCRIPT OF PROCEEDINGS held on 11/5/08 before the Honorable Maria Valdez. Court Reporter Contact Information: Riki Schatell, 773-728-7281, Schatell@sbcglobal.net. IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. |

| | | |
|---|---|---|
| | | Redaction Request due 1/5/2009. Redacted Transcript Deadline set for 1/15/2009. Release of Transcript Restriction set for 3/16/2009. (rp, ) (Entered: 12/22/2008) |
| 12/18/2008 | 399 | MINUTE entry before the Honorable James F. Holderman: Enter order vacating the portion of the minute order dated 12/15/2008 requiring counsel to hold a Rule 26(f) conference, file a Form 52 and setting the case for status on 1/22/2009. The schedule that was set on 10/28/2008 and the status hearing which is set for 6/2/2009 at 9:00 AM shall stand. Mailed notice (am) (Entered: 12/18/2008) |
| 01/07/2009 | 401 | MINUTE entry before the Honorable James F. Holderman: All defendants are given until 1/26/2009 to file their answer and affirmative defenses. Mailed notice (am) (Entered: 01/07/2009) |
| 01/13/2009 | | Motions Not Referred to Judge Valdez: MOTION by Plaintiff BCS Services, Inc. for protective order 353 (yp, ) (Entered: 01/13/2009) |
| 01/15/2009 | 402 | MOTION by Plaintiff BCS Services, Inc. to compel and petition for rule to show cause (Attachments: # 1 Exhibit A)(Mathews, Andrew) (Entered: 01/15/2009) |
| 01/15/2009 | 403 | NOTICE of Motion by Andrew L Mathews for presentment of motion to compel 402 before Honorable Maria Valdez on 1/21/2009 at 09:45 AM. (Mathews, Andrew) (Entered: 01/15/2009) |
| 01/21/2009 | 404 | MINUTE entry before the Honorable Maria Valdez: Motion hearing held on Plaintiff BCS Services, Inc.'s Motion to Compel and Petition for a Rule to Show Cause 402 on 1/21/09. Defendants Sabre Group, LLC, Barrett Rochman, and John Bridge (Sabre Defendants) having agreed to provide outstanding discovery not related to electronic discovery by Friday, January 23rd, that portion of the motion is denied as moot. The Court is in receipt of Plaintiff BCS's letter submission citing legal authority in support of their motion for production of electronic native files. The Court orders the letter and attachments to be filed. The Court is also in receipt of the Sabre Defendant's letter objecting to the letter submission by Plaintiff BCS. The Court orders that the objection letter be filed. In light of BCS's citation to legal authority, the Court feels that the Sabre Defendants should be given an opportunity to respond in writing to both the underlying motion and supplemental legal authority. Sabre Defendants have until Friday, January 23rd at 3 p.m. to respond to the motion and submission. Mailed notice (yp, ) (Entered: 01/21/2009) |
| 01/21/2009 | 405 | LETTER from Andrew L. Matthews dated 1/21/2009. (vcf, ) (Entered: 01/21/2009) |
| 01/21/2009 | 406 | LETTER from Donald B. Levine dated 1/21/2009. (vcf, ) (Entered: 01/21/2009) |
| 01/21/2009 | 407 | MINUTE entry before the Honorable Maria Valdez: Motion hearing held on 1/21/2009 as to case number 03 C 1367 BCS Services, Inc. v. |

| | | |
|---|---|---|
| | | Heartwood 88, Inc. et al. MOTION by Defendant Heartwood 88, Inc.to Re-Schedule Settlement Conference (filed on 03 C 1367 as document number 364 ) is granted. Settlement conference set for 2/2/09 is hereby stricken. Parties are directed to meet and confer on suggested agreeable dates for settlement conference to be set for 4/2009. Parties shall contact Yolanda Pagan at 312/408-5135 to set the settlement conference date.Mailed notice (yp, ) (Entered: 01/21/2009) |
| 01/23/2009 | 408 | RESPONSE by Defendant Sabre Group LLC *To Plaintiff's Motion To Compel Production of Defendant's Electronic Database* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Levine, Donald) (Entered: 01/23/2009) |
| 01/23/2009 | 409 | NOTICE by Sabre Group LLC re Response 408 *To Plaintiff's Motion to Compel Production of Defendant's Electronic Database* (Levine, Donald) (Entered: 01/23/2009) |
| 01/23/2009 | 410 | CERTIFICATE of Service by Donald B. Levine on behalf of Sabre Group LLC regarding notice of filing 409 , Response 408 (Levine, Donald) (Entered: 01/23/2009) |
| 01/23/2009 | 411 | MOTION by Defendants Jeffrey Bridge, Regal One, LLC, Francis Alexander, Georgetown Investors, LLC, Jason Baumbach, Optimum Financial, Inc., Carpus Investments, LLC to stay *all Plaintiff Depositions until Further Order of Court and for Contempt* (Rosenblum, Elisha) (Entered: 01/23/2009) |
| 01/23/2009 | 412 | NOTICE of Motion by Elisha S. Rosenblum for presentment of motion to stay, 411 before Honorable Maria Valdez on 1/27/2009 at 09:45 AM. (Rosenblum, Elisha) (Entered: 01/23/2009) |
| 01/26/2009 | 413 | ANSWER to amended complaint *and Demand for Jury and Affirmative Defenses* by John Bridge, Barrett Rochman, Sabre Group LLC(Levine, Donald) (Entered: 01/26/2009) |
| 01/26/2009 | 414 | NOTICE by John Bridge, Barrett Rochman, Sabre Group LLC re answer to amended complaint 413 *and Demand for Jury and Affirmative Defenses* (Levine, Donald) (Entered: 01/26/2009) |
| 01/26/2009 | 415 | CERTIFICATE of Service by Donald B. Levine on behalf of John Bridge, Barrett Rochman, Sabre Group LLC regarding notice of filing 414 , answer to amended complaint 413 (Levine, Donald) (Entered: 01/26/2009) |
| 01/26/2009 | 416 | ANSWER to amended complaint *and Demand for Jury and Affirmative Defenses* by CCJ Investments, LLC, Jesse Rochman, Christopher Rochman, Corinne Rochman, BRB Investments, LLC(Levine, Donald) (Entered: 01/26/2009) |
| 01/26/2009 | 417 | NOTICE by CCJ Investments, LLC, Jesse Rochman, Christopher |

| | | |
|---|---|---|
| | | Rochman, Corinne Rochman, BRB Investments, LLC re answer to amended complaint 416 *and Demand for Jury and Affirmative Defenses* (Levine, Donald) (Entered: 01/26/2009) |
| 01/26/2009 | 418 | CERTIFICATE of Service by Donald B. Levine on behalf of CCJ Investments, LLC, Jesse Rochman, Christopher Rochman, Corinne Rochman, BRB Investments, LLC regarding answer to amended complaint 416 , notice of filing 417 (Levine, Donald) (Entered: 01/26/2009) |
| 01/26/2009 | 419 | REPLY by Plaintiff BCS Services, Inc. to motion to compel 402 , Response 408 (Mathews, Andrew) (Entered: 01/26/2009) |
| 01/26/2009 | 420 | ANSWER to amended complaint *(Redacted)* by Robert Jensen, Joseph Varan, Cronus Projects, LLC(Clancy, Kevin) (Entered: 01/26/2009) |
| 01/26/2009 | 421 | ANSWER to amended complaint *(Redacted)* by L.C.C. Venture, LLC, Gregory Ellis, GJ Venture, LLC(Clancy, Kevin) (Entered: 01/26/2009) |
| 01/26/2009 | 422 | ANSWER to amended complaint by Jeffrey Bridge, Regal One, LLC, Francis Alexander, Georgetown Investors, LLC, Jason Baumbach, Optimum Financial, Inc., Carpus Investments, LLC(Rosenblum, Elisha) (Entered: 01/26/2009) |
| 01/26/2009 | 423 | COUNTERCLAIM filed by John Bridge, Barrett Rochman, Sabre Group LLC, Jesse Rochman, Christopher Rochman, Corinne Rochman, BRB Investments, LLC against BCS Services, Inc., Phoenix Bond & Indemnity Co..(Levine, Donald) (Entered: 01/26/2009) |
| 01/26/2009 | 424 | THIRD party complaint by John Bridge, Barrett Rochman, Sabre Group LLC, Jesse Rochman, Christopher Rochman, Corinne Rochman, BRB Investments, LLC against Stanford D Marks, Andrew Marks, Jocelyn Stoller, a/k/a Congua.(Levine, Donald) (Entered: 01/26/2009) |
| 01/26/2009 | 425 | NOTICE by John Bridge, Barrett Rochman, Sabre Group LLC, Jesse Rochman, Christopher Rochman, Corinne Rochman, BRB Investments, LLC re counterclaim 423 , third party complaint 424 (Levine, Donald) (Entered: 01/26/2009) |
| 01/26/2009 | 426 | CERTIFICATE of Service by Donald B. Levine on behalf of John Bridge, Barrett Rochman, Sabre Group LLC, Jesse Rochman, Christopher Rochman, Corinne Rochman, BRB Investments, LLC regarding counterclaim 423 , third party complaint 424 , notice of filing 425 (Levine, Donald) (Entered: 01/26/2009) |
| 01/27/2009 | 427 | MINUTE entry before the Honorable Maria Valdez: Motion hearing held on 1/27/2009. Defendants' Jeff Bridge, Regal One, LLC, Jason Baumbach, Optimum Financial, Inc., Carpus Investments, LLC, Francis Alexander, and Georgetown Investors, LLC Emergency Motion for Stay of All Plaintiff Depositions Until Further Order of Court and for |

| | | |
|---|---|---|
| | | Contempt 411 is denied in part and granted in part as stated in open court. The Court denies Defendants' request to stay all depositions. Depositions shall go forward as scheduled. The Court further orders that the obligation to supplement under either Rule 26(a)(1) or 26(e) shall be made within 14 days of receipt of any document that a party has a duty to disclose. If Plaintiffs plan to use documents obtained from third parties Prespa, G3 Holdings, CMS, S.I. Securities, Northern Illinois Realty, and Tax Play during a deposition they must disclose those documents to the attorney representing the deponent at least three hours prior to the deposition being taken. The parties are reminded of their responsibility to meet and confer under Local Rule 37.2 before filing any discovery motion. Mailed notice (yp, ) (Entered: 01/27/2009) |
| 01/27/2009 | 428 | MINUTE entry before the Honorable Maria Valdez: Enter attached exhibits received by plaintiff in support of their objection to Defendants' motion to stay of all plaintiff depositions until further order of court and for contempt 114 received on 1/27/09 in open court.Mailed notice (vcf, ) (Entered: 01/29/2009) |
| 02/04/2009 | 429 | MOTION by Defendants DRN II, Inc., Jeshay, LLC, Douglas Nash, Mud Cats Real Estate, LLC to file instanter *Defendants' Unopposed Motion for Leave to File an Answer to Plaintiffs' Corrected Second Amended Complaint* (Attachments: # 1 Exhibit A-Part 1, # 2 Exhibit A-Part 2)(Wolfe, Mark) (Entered: 02/04/2009) |
| 02/04/2009 | 430 | NOTICE of Motion by Mark F. Wolfe for presentment of motion to file instanter, 429 before Honorable James F. Holderman on 2/12/2009 at 09:00 AM. (Wolfe, Mark) (Entered: 02/04/2009) |
| 02/04/2009 | 431 | MINUTE entry before the Honorable Maria Valdez: Plaintiff BCS Services, Inc.'s (I) Motion to Compel and (ii) Petition for a Rule to Show Cause 402 is denied. (For further details see separate order.) Mailed notice (yp, ) (Entered: 02/04/2009) |
| 02/04/2009 | 432 | Enter ORDER Signed by the Honorable Maria Valdez on 2/4/2009.Mailed notice(yp, ) (Entered: 02/04/2009) |
| 02/09/2009 | 433 | ATTORNEY Appearance for Plaintiff Phoenix Bond & Indemnity Co. by Patrick Malley Smith (Smith, Patrick) (Entered: 02/09/2009) |
| 02/10/2009 | 434 | MINUTE entry before the Honorable James F. Holderman: Defendants' Unopposed Motion for Leave to File an Answer to Plaintiffs' Corrected Second Amended Complaint, instanter 429 is granted. Mailed notice (am) (Entered: 02/11/2009) |
| 02/10/2009 | 435 | ANSWER to corrected second amended complaint and jury demand by DRN II, Inc., Jeshay, LLC, Douglas Nash, Mud Cats Real Estate, LLC.(vcf, ) (Entered: 02/12/2009) |

| | | |
|---|---|---|
| 02/13/2009 | 437 | THIRD PARTY SUMMONS Issued as to Third Party Defendants Stanford D Marks, Andrew Marks, Jocelyn Stoller, a/k/a Congua. (vcf, ) (Entered: 02/17/2009) |
| 02/17/2009 | 436 | NOTICE of Correction regarding answer to amended complaint 435. (vcf, ) (Entered: 02/17/2009) |
| 02/17/2009 | 438 | NOTICE of Motion by Andrew L Mathews for presentment of before Honorable James F. Holderman on 2/24/2009 at 09:00 AM. (Mathews, Andrew) (Entered: 02/17/2009) |
| 02/17/2009 | 439 | Objection pursuant to Fed. R. Civ. P. 72(a) to Magistrate's Order Denying BCS Services, Inc.'s Motion to Compel or, in the Alternative, Motion to Vacate Deadline for Close of Fact Discovery by BCS Services, Inc. (Attachments: # 1 Exhibit Exhibits A through C)(Mathews, Andrew) (Entered: 02/17/2009) |
| 02/19/2009 | 440 | MOTION by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co., Counter Defendants BCS Services, Inc., Phoenix Bond & Indemnity Co., Third Party Defendants Stanford D Marks, Andrew Marks, Jocelyn Stoller, a/k/a Congua for extension of time *to respond to counterclaim and third party complaint* (Mathews, Andrew) (Entered: 02/19/2009) |
| 02/19/2009 | 441 | NOTICE of Motion by Andrew L Mathews for presentment of extension of time, 440 before Honorable James F. Holderman on 2/24/2009 at 09:00 AM. (Mathews, Andrew) (Entered: 02/19/2009) |
| 02/24/2009 | 442 | MINUTE entry before the Honorable James F. Holderman: Plaintiffs-Counterdefendants' motion for extension of time to respond to counterclaim and third party complaint 440 is granted; plaintiffs-counterdefendants are given until 3/24/2009 to plead to the counterclaim and third party complaint. Hearing on plaintiff's objections to magistrate-judge's order is continued to 2/26/2009 at 9:00 AM. Mailed notice (am) (Entered: 02/25/2009) |
| 02/26/2009 | 443 | MINUTE entry before the Honorable James F. Holderman: Hearing held on plaintiff's objections to magistrate's order and is continued for 3/12/2009 at 9:00 AM. Mailed notice (am) (Entered: 02/27/2009) |
| 02/27/2009 | 444 | LETTER from Richard H. Sinkfield dated 2/23/2009. (vcf, ) (Entered: 03/02/2009) |
| 02/27/2009 | 445 | CITATION to Discover Assets issued as to Temperature Maintenance Corporation. (vcf, ) Modified on 3/9/2009 (wah). (Entered: 03/02/2009) |
| 03/04/2009 | 446 | *Motion for Leave to File Appearance* MOTION by Counter Defendant Phoenix Bond & Indemnity Co. for leave to appear as *Motion for Leave to File Appearance* (Mathews, Andrew) (Entered: 03/04/2009) |

| 03/04/2009 | 447 | NOTICE of Motion by Andrew L Mathews for presentment of motion for leave to appear 446 before Honorable James F. Holderman on 3/10/2009 at 09:00 AM. (Mathews, Andrew) (Entered: 03/04/2009) |
| 03/10/2009 | 448 | MOTION by Counter Defendant BCS Services, Inc. for sanctions (Mathews, Andrew) (Entered: 03/10/2009) |
| 03/10/2009 | 449 | MEMORANDUM by BCS Services, Inc. in support of motion for sanctions 448 (Attachments: # 1 Exhibit 1-9)(Mathews, Andrew) Modified on 4/10/2009 (rp, ). (Entered: 03/10/2009) |
| 03/10/2009 | 450 | NOTICE of Motion by Andrew L Mathews for presentment of motion for sanctions 448 before Honorable James F. Holderman on 3/17/2009 at 09:00 AM. (Mathews, Andrew) (Entered: 03/10/2009) |
| 03/10/2009 | 451 | MOTION by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co. to quash *reissued subpoenas* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Mathie, BeLinda) (Entered: 03/10/2009) |
| 03/10/2009 | 452 | NOTICE of Motion by BeLinda I. Mathie for presentment of motion to quash, 451 before Honorable Maria Valdez on 4/2/2009 at 09:45 AM. (Mathie, BeLinda) (Entered: 03/10/2009) |
| 03/10/2009 | 453 | MOTION by Plaintiff Phoenix Bond & Indemnity Co. to quash *subpoenas* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Mathie, BeLinda) (Entered: 03/10/2009) |
| 03/10/2009 | 454 | NOTICE of Motion by BeLinda I. Mathie for presentment of motion to quash 453 before Honorable Maria Valdez on 4/2/2009 at 09:45 AM. (Mathie, BeLinda) (Entered: 03/10/2009) |
| 03/10/2009 | 455 | MINUTE entry before the Honorable James F. Holderman: On attorneys Lowell E. Sachnoff, Jonathan S. Quinn, John W. Moynihan and Andrew L. Matthews' motion for leave to file appearance on behalf of Phoenix Bond & Indemnity Co. 446 , parties are to confer with each other. If a conflict still exist, written objections are to be filed by 3/26/2009. If conflict does not exist, counsel shall file their appearances. Mailed notice (am) (Entered: 03/11/2009) |
| 03/11/2009 | 456 | MINUTE entry before the Honorable James F. Holderman: Hearing on plaintiff's objections to magistrate's order is reset for 3/31/2009 at 9:00 AM. Mailed notice (am) (Entered: 03/11/2009) |
| 03/16/2009 | 457 | ATTORNEY Appearance *for Non-Parties Greg Reiter and Terry Carter* (Masciopinto, Anthony) (Entered: 03/16/2009) |
| 03/16/2009 | 458 | MOTION by Movants Greg M. Reiter, Terry Carter to quash *Records and Deposition Subpoenas Served By the Sabre-Bridge Defendants* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 |

| | | |
|---|---|---|
| | | Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12)(Masciopinto, Anthony) (Entered: 03/16/2009) |
| 03/16/2009 | 459 | NOTICE of Motion by Anthony James Masciopinto for presentment of motion to quash, 458 before Honorable Maria Valdez on 3/19/2009 at 09:45 AM. (Masciopinto, Anthony) (Entered: 03/16/2009) |
| 03/17/2009 | 462 | MINUTE entry before the Honorable James F. Holderman: On Counter Defendant BCS Services, Inc.'s Rule 11 motion for sanctions 448 , response due by 3/31/2009; reply due by 4/14/2009. Mailed notice (am) (Entered: 03/18/2009) |
| 03/18/2009 | 460 | RESPONSE by John Bridge, Barrett Rochman, Sabre Group LLC, CCJ Investments, LLC, Jesse Rochman, Christopher Rochman, Corinne Rochman, BRB Investments, LLC to MOTION by Movants Greg M. Reiter, Terry Carter to quash *Records and Deposition Subpoenas Served By the Sabre-Bridge Defendants* 458 (Attachments: # 1 Exhibit, # 2 Exhibit)(Levine, Donald) (Entered: 03/18/2009) |
| 03/18/2009 | 461 | NOTICE by John Bridge, Barrett Rochman, Sabre Group LLC, CCJ Investments, LLC, Jesse Rochman, Christopher Rochman, Corinne Rochman, BRB Investments, LLC re response to motion, 460 (Levine, Donald) (Entered: 03/18/2009) |
| 03/19/2009 | 463 | MINUTE entry before the Honorable Maria Valdez: Third-Party Greg Reiter and Terry Carters Rule 26(c) Motion for Protective Order Quashing Records and Deposition Subpoenas Served by Sabre-Bridge Defendants on Non-Party and Counsel of Record Greg Reiter and Non-Party Terry Carter 458 is granted. (For further details see minute order.)Mailed notice (yp, ) (Entered: 03/20/2009) |
| 03/20/2009 | 464 | MINUTE entry before the Honorable Maria Valdez: Minute entry dated 3/19/09 document number 463 is amended to include the following: "Motion hearing held on 3/19/09. Oral argument heard in open court." Order to stand in all other respect. Mailed notice (yp, ) (Entered: 03/20/2009) |
| 03/23/2009 | 465 | MINUTE entry before the Honorable James F. Holderman: Enter order correcting electronic docket entry dated 3/17/2009 to read: On Counter Defendant BCS Services, Inc.'s Rule 11 motion for sanctions 448 , response due by 4/7/2009; reply due by 4/21/2009. The Court to rule electronically. Mailed notice (am) (Entered: 03/23/2009) |
| 03/24/2009 | 466 | ATTORNEY Appearance for Third Party Defendants Stanford D Marks, Andrew Marks, Jocelyn Stoller, a/k/a Congua by Lowell E. Sachnoff (Sachnoff, Lowell) (Entered: 03/24/2009) |
| 03/24/2009 | 467 | ATTORNEY Appearance for Third Party Defendants Stanford D Marks, Andrew Marks, Jocelyn Stoller, a/k/a Congua by John William |

| | | Moynihan (Moynihan, John) (Entered: 03/24/2009) |
|---|---|---|
| 03/24/2009 | 468 | ATTORNEY Appearance for Third Party Defendants Stanford D Marks, Andrew Marks, Jocelyn Stoller, a/k/a Congua by Jonathan Stuart Quinn (Quinn, Jonathan) (Entered: 03/24/2009) |
| 03/24/2009 | 469 | ATTORNEY Appearance for Third Party Defendants Stanford D Marks, Andrew Marks, Jocelyn Stoller, a/k/a Congua by Andrew L Mathews (Mathews, Andrew) (Entered: 03/24/2009) |
| 03/24/2009 | 470 | MOTION by Counter Defendant BCS Services, Inc., Third Party Defendants Stanford D Marks, Andrew Marks, Jocelyn Stoller, a/k/a Congua to dismiss *counterclaims of counterplaintiffs and third party plaintiffs* (Sachnoff, Lowell) (Entered: 03/24/2009) |
| 03/24/2009 | 471 | MEMORANDUM by BCS Services, Inc., Stanford D Marks, Andrew Marks, Jocelyn Stoller, a/k/a Congua in support of motion to dismiss 470 (Sachnoff, Lowell) (Entered: 03/24/2009) |
| 03/24/2009 | 472 | NOTICE of Motion by Lowell E. Sachnoff for presentment of motion to dismiss 470 before Honorable James F. Holderman on 3/31/2009 at 09:00 AM. (Sachnoff, Lowell) (Entered: 03/24/2009) |
| 03/26/2009 | 473 | MOTION by Counter Claimants John Bridge, Barrett Rochman, Sabre Group LLC, Jesse Rochman, Christopher Rochman, Corinne Rochman, BRB Investments, LLC to reset briefing schedule (Levine, Donald) (Entered: 03/26/2009) |
| 03/26/2009 | 474 | NOTICE of Motion by Donald B. Levine for presentment of motion to reset 473 before Honorable James F. Holderman on 3/31/2009 at 09:00 AM. (Levine, Donald) (Entered: 03/26/2009) |
| 03/26/2009 | 475 | CERTIFICATE of Service by Donald B. Levine on behalf of John Bridge, Barrett Rochman, Sabre Group LLC, Jesse Rochman, Christopher Rochman, Corinne Rochman, BRB Investments, LLC regarding notice of motion 474 , MOTION by Counter Claimants John Bridge, Barrett Rochman, Sabre Group LLC, Jesse Rochman, Christopher Rochman, Corinne Rochman, BRB Investments, LLC to reset briefing schedule 473 (Levine, Donald) (Entered: 03/26/2009) |
| 03/31/2009 | 476 | ATTORNEY Appearance for Counter Defendant Phoenix Bond & Indemnity Co., Plaintiff Phoenix Bond & Indemnity Co. by Andrew L Mathews (Mathews, Andrew) (Entered: 03/31/2009) |
| 03/31/2009 | 477 | ATTORNEY Appearance for Counter Defendant Phoenix Bond & Indemnity Co., Plaintiff Phoenix Bond & Indemnity Co. by John William Moynihan (Moynihan, John) (Entered: 03/31/2009) |
| 03/31/2009 | 478 | ATTORNEY Appearance for Counter Defendant Phoenix Bond & Indemnity Co., Plaintiff Phoenix Bond & Indemnity Co. by Jonathan |

| | | |
|---|---|---|
| | | Stuart Quinn (Quinn, Jonathan) (Entered: 03/31/2009) |
| 03/31/2009 | 479 | ATTORNEY Appearance for Counter Defendant Phoenix Bond & Indemnity Co., Plaintiff Phoenix Bond & Indemnity Co. by Lowell E. Sachnoff (Sachnoff, Lowell) (Entered: 03/31/2009) |
| 03/31/2009 | 480 | MOTION to quash or Modify Subpoena (Attachments: # 1 Exhibit Subpoena, # 2 Exhibit Correspondence)(Kozel, Edward) (Entered: 03/31/2009) |
| 03/31/2009 | 481 | NOTICE of Motion by Edward Joseph Kozel for presentment of motion to quash 480 before Honorable James F. Holderman on 4/7/2009 at 09:00 AM. (Kozel, Edward) (Entered: 03/31/2009) |
| 03/31/2009 | 482 | MOTION by Plaintif f Phoenix Bond & Indemnity Co. to dismiss Counterclaims of Counterplaintiffs and Third Party Plaintiffs (Mathews, Andrew) (Entered: 03/31/2009) |
| 03/31/2009 | 483 | NOTICE of Motion by Andrew L Mathews for presentment of motion to dismiss 482 before Honorable James F. Holderman on 4/7/2009 at 09:00 AM. (Mathews, Andrew) (Entered: 03/31/2009) |
| 03/31/2009 | 489 | MINUTE entry before the Honorable James F. Holderman: Counter Defendant Phoenix Bond & Indemnity Co.'s motion for leave to file appearance of Lowell E. Sachnoff, Jonathan S. Quinn, John W. Moynihan and Andrew L. Mathews 446 is granted. Counter Claimants John Bridge, Barrett Rochman, Sabre Group LLC, Jesse Rochman, Christopher Rochman, Corinne Rochman, BRB Investments, LLC's motion to reset briefing schedule 473 is granted; counter Defendant BCS Services, Inc.'s motion for sanctions 448 is held in abeyance. On Counter Defendant BCS Services, Inc., Third Party Defendants Stanford D Marks, Andrew Marks, Jocelyn Stoller, a/k/a Congua to dismiss counterclaims of counterplaintiffs and third party plaintiffs 470 , responses due by 4/21/2009; replies due by 5/5/2009. Hearing on plaintiff's objections to magistrate's order is continued to 4/28/2009 at 9:00 AM. Parties are to continue to discuss settlement. Mailed notice (am) (Entered: 04/03/2009) |
| 03/31/2009 | 490 | MINUTE entry before the Honorable James F. Holderman: Plaintiff Phoenix Bond & Indemnity's oral motion to withdraw Katten Muchin Rosenman LLP as counsel is granted. Attorney Patrick Malley Smith; Jonathan L. Marks and BeLinda I. Mathie terminated. Mailed notice (am) (Entered: 04/03/2009) |
| 04/01/2009 | 484 | Re- NOTICE of Motion by Edward Joseph Kozel for presentment of motion to quash 480 before Honorable Maria Valdez on 4/7/2009 at 09:45 AM. (Kozel, Edward) (Entered: 04/01/2009) |
| 04/02/2009 | 485 | NOTICE by Robert Palasz re MOTION to quash or Modify Subpoena |

| | | |
|---|---|---|
| | | 480 *Notice to Strike* (Kozel, Edward) (Entered: 04/02/2009) |
| 04/02/2009 | 486 | MINUTE entry before the Honorable Maria Valdez: Motion hearing held on 4/2/2009. Defendants' response to Plaintiffs' motion to quash reissued subpoenas 451 and to quash subpoenas 453 shall be filed by close of business today. Reply to be filed by noon on 4/6/2009. Hearing on plaintiffs' motion to quash reissued subpoenas 451 and to quash subpoenas 453 is set for 4/7/09 at 9:45 a.m.Mailed notice (yp, ) (Entered: 04/02/2009) |
| 04/02/2009 | 487 | RESPONSE by John Bridge, Barrett Rochman, Sabre Group LLC, CCJ Investments, LLC, Jesse Rochman, Christopher Rochman, Corinne Rochman, BRB Investments, LLCin Opposition to MOTION by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co. to quash *reissued subpoenas* 451 , MOTION by Plaintiff Phoenix Bond & Indemnity Co. to quash *subpoenas* 453 (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2)(Moskowitz, Harold) (Entered: 04/02/2009) |
| 04/02/2009 | 488 | NOTICE by John Bridge, Barrett Rochman, Sabre Group LLC, CCJ Investments, LLC, Jesse Rochman, Christopher Rochman, Corinne Rochman, BRB Investments, LLC re response in opposition to motion, 487 (Moskowitz, Harold) (Entered: 04/02/2009) |
| 04/03/2009 | 491 | MOTION by Defendants John Bridge, Barrett Rochman, Sabre Group LLC, CCJ Investments, LLC, Jesse Rochman, Christopher Rochman, Corinne Rochman for leave to file excess pages (Moskowitz, Harold) (Entered: 04/03/2009) |
| 04/03/2009 | 492 | NOTICE of Motion by Harold L. Moskowitz for presentment of motion for leave to file excess pages 491 before Honorable Maria Valdez on 4/7/2009 at 09:45 AM. (Moskowitz, Harold) (Entered: 04/03/2009) |
| 04/06/2009 | 493 | MINUTE entry before the Honorable Maria Valdez: Defendants John Bridge, Barrett Rochman, Sabre Group LLC, CCJ Investments, LLC, Jesse Rochman, Christopher Rochman, and Corinne Rochman's Motion for Leave to File Excess Brief 491 is granted. Hearing on Plaintiffs' Motion to Quash Reissued Subpoenas 451 and Motion to Quash Subpoenas 453 remains set for 4/7/09 at 9:45 a.m. Mailed notice (yp, ) (Entered: 04/06/2009) |
| 04/06/2009 | 494 | REPLY by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co., Counter Defendants BCS Services, Inc., Phoenix Bond & Indemnity Co. (Mathews, Andrew) (Entered: 04/06/2009) |
| 04/06/2009 | 495 | MOTION by Plaintiff Phoenix Bond & Indemnity Co. to amend/correct *Emergency Motion to Correct the Docket* (Mathews, Andrew) (Entered: 04/06/2009) |

| 04/06/2009 | 496 | NOTICE of Motion by Andrew L Mathews for presentment of motion to amend/correct 495 before Honorable James F. Holderman on 4/9/2009 at 09:00 AM. (Mathews, Andrew) (Entered: 04/06/2009) |
|---|---|---|
| 04/07/2009 | 497 | MINUTE entry before the Honorable James F. Holderman: Plaintiff Phoenix Bond & Indemnity Co.'s motion to dismiss Counterclaims of Counterplaintiffs and Third Party Plaintiffs 482 is taken under advisement and the Court will rule electronically. Plaintiff Phoenix Bond & Indemnity Co.'s Emergency Motion to Correct the Docket 495 is granted. The Clerk is directed to replace the documents at Docket Numbers 213, 214, 222, 223, 224, 253, 259, 262, 269, 272, 278, 282, 284, 294, 359, 395, and 449 in Case No. 05 C 4095 and Docket Numbers 385 and 387 in Case No. 07 C 1367 with correctly redacted versions of the documents. Mailed notice (am) (Entered: 04/07/2009) |
| 04/07/2009 | 498 | MINUTE entry before the Honorable Maria Valdez: Motion hearing held on 4/7/2009. Oral argument heard in open court. Plaintiffs' Motion to quash reissued subpoena 451 is taken under advisement. Plaintiffs' Motion to quash subpoena 453 is taken under advisement. Court will rule by mail. Robert Palasz's MOTION to quash or Modify Subpoena Motion to quash 480 is withdrawn. Mailed notice (yp, ) (Entered: 04/08/2009) |
| 04/10/2009 | 499 | NOTICE of Correction regarding 449 , 282 , 262 , 259 , 395 , 284 , 214 , 253 , 213 , 278 , 269 , 294 , 224 , 359 , 272 , 222 , 223 . (rp, ) (Entered: 04/10/2009) |
| 04/15/2009 | 500 | MOTION by Defendants John Bridge, Barrett Rochman, Sabre Group LLC, Jesse Rochman, Christopher Rochman, Corinne Rochman, BRB Investments, LLC to vacate Order Setting Current Discovery Cutoff Date (Levine, Donald) (Entered: 04/15/2009) |
| 04/15/2009 | 501 | NOTICE of Motion by Donald B. Levine for presentment of motion to vacate 500 before Honorable James F. Holderman on 4/28/2009 at 09:00 AM. (Levine, Donald) (Entered: 04/15/2009) |
| 04/15/2009 | 502 | CERTIFICATE of Service by Donald B. Levine on behalf of John Bridge, Barrett Rochman, Sabre Group LLC, Jesse Rochman, Christopher Rochman, Corinne Rochman, BRB Investments, LLC regarding notice of motion 501 , MOTION by Defendants John Bridge, Barrett Rochman, Sabre Group LLC, Jesse Rochman, Christopher Rochman, Corinne Rochman, BRB Investments, LLC to vacate Order Setting Current Discovery Cutoff Date 500 (Levine, Donald) (Entered: 04/15/2009) |
| 04/21/2009 | 503 | ATTORNEY Appearance for Movant Oak Park Investments, Inc. by Anthony James Masciopinto (Masciopinto, Anthony) Modified on 4/22/2009 (vcf, ). (Entered: 04/21/2009) |

| | | |
|---|---|---|
| 04/21/2009 | 504 | ATTORNEY Appearance for Movant Oak Park Investments, Inc. by Anthony James Masciopinto (Masciopinto, Anthony) (Entered: 04/21/2009) |
| 04/21/2009 | 505 | MOTION by Movant Oak Park Investments, Inc. to quash *Records and Deposition Subpoena Served by the Sabre-Bridge Defendants on Nonparty Oak Park Investments, Inc.* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10)(Masciopinto, Anthony) (Entered: 04/21/2009) |
| 04/21/2009 | 506 | NOTICE of Motion by Anthony James Masciopinto for presentment of motion to quash, 505 before Honorable Maria Valdez on 4/30/2009 at 09:45 AM. (Masciopinto, Anthony) (Entered: 04/21/2009) |
| 04/21/2009 | 507 | RESPONSE by John Bridge, Barrett Rochman, Sabre Group LLC, Jesse Rochman, Christopher Rochman, Corinne Rochman, BRB Investments, LLCin Opposition to MOTION by Plaintiff Phoenix Bond & Indemnity Co. to dismiss *Counterclaims of Counterplaintiffs and Third Party Plaintiffs* 482 , MOTION by Counter Defendant BCS Services, Inc., Third Party Defendants Stanford D Marks, Andrew Marks, Jocelyn Stoller, a/k/a Congua to dismiss *counterclaims of counterplaintiffs and third party plaintiffs* 470 (Bryan, Saskia) (Entered: 04/21/2009) |
| 04/21/2009 | 508 | NOTICE by John Bridge, Barrett Rochman, Jesse Rochman, Christopher Rochman, Corinne Rochman, BRB Investments, LLC re response in opposition to motion,, 507 (Bryan, Saskia) (Entered: 04/21/2009) |
| 04/21/2009 | 509 | CERTIFICATE of Service by Saskia Nora Bryan on behalf of John Bridge, Barrett Rochman, Sabre Group LLC, Jesse Rochman, Christopher Rochman, Corinne Rochman, BRB Investments, LLC regarding notice of filing 508 , response in opposition to motion,, 507 (Bryan, Saskia) (Entered: 04/21/2009) |
| 04/23/2009 | 510 | MOTION by Plaintiff Phoenix Bond & Indemnity Co. to amend/correct order on motion to amend/correct,,, terminate deadlines and hearings,,, motion hearing,,, set case scheduling order,, 379 (Attachments: # 1 Exhibit A and B)(Sachnoff, Lowell) (Entered: 04/23/2009) |
| 04/23/2009 | 511 | NOTICE of Motion by Lowell E. Sachnoff for presentment of motion to amend/correct, motion for relief,,, 510 before Honorable James F. Holderman on 4/28/2009 at 09:00 AM. (Sachnoff, Lowell) (Entered: 04/23/2009) |
| 04/27/2009 | 512 | REPLY by John Bridge, Barrett Rochman, Sabre Group LLC, CCJ Investments, LLC, Jesse Rochman, Christopher Rochman, Corinne Rochman, BRB Investments, LLC to MOTION by Plaintiff Phoenix |

| | | |
|---|---|---|
| | | Bond & Indemnity Co. to amend/correct order on motion to amend/correct,,, terminate deadlines and hearings,,, motion hearing,,, set case scheduling order,, 379 510 , MOTION by Defendants John Bridge, Barrett Rochman, Sabre Group LLC, Jesse Rochman, Christopher Rochman, Corinne Rochman, BRB Investments, LLC to vacate *Order Setting Current Discovery Cutoff Date* 500 (Attachments: # 1 Exhibit Excerpts of Transcript of Deposition of Vasiliou)(Bryan, Saskia) (Entered: 04/27/2009) |
| 04/27/2009 | 513 | NOTICE by John Bridge, Barrett Rochman, Sabre Group LLC, CCJ Investments, LLC, Jesse Rochman, Christopher Rochman, Corinne Rochman, BRB Investments, LLC re reply to response to motion,, 512 (Bryan, Saskia) (Entered: 04/27/2009) |
| 04/27/2009 | 514 | CERTIFICATE of Service by Saskia Nora Bryan on behalf of John Bridge, Barrett Rochman, Sabre Group LLC, CCJ Investments, LLC, Jesse Rochman, Christopher Rochman, Corinne Rochman, BRB Investments, LLC regarding reply to response to motion,, 512 , notice of filing 513 (Bryan, Saskia) (Entered: 04/27/2009) |
| 04/27/2009 | 515 | RESPONSE by SASS Muni-IV LLC, SASS Muni-V, LLC to MOTION by Plaintiff Phoenix Bond & Indemnity Co. to amend/correct order on motion to amend/correct,,, terminate deadlines and hearings,,, motion hearing,,, set case scheduling order,, 379 510 (Pearl, Richard) (Entered: 04/27/2009) |
| 04/27/2009 | 516 | NOTICE by SASS Muni-IV LLC, SASS Muni-V, LLC re response to motion, 515 *to amend schedule.* (Pearl, Richard) (Entered: 04/27/2009) |
| 04/28/2009 | 517 | MINUTE entry before the Honorable Maria Valdez: Defendants' motion to vacate "Order Setting Current Discovery Cutoff Date" 500 and Plaintiff's Motion to amend scheduling order 510 shall be heard on 4/30/09 at 9:45 a.m. The Court enters the following briefing schedule: Response to be filed on Movant Oak Park Investments, Inc.'s motion to quash records and deposition subpoena served by the Sabre-Bridge Defendants on Nonparty Oak Park Investments, Inc. 505 by 5/5/09; Presentment date of 4/30/09 on said motion 505 is stricken and reset for presentment on 5/7/09 at 9:45 a.m. Counsel are ordered to submit courtesy copies of the above said motions and all related documents to Judge Valdez' Chambers by C.O.B. on 4/28/09. Mailed notice (yp, ) (Entered: 04/28/2009) |
| 04/28/2009 | 519 | MINUTE entry before the Honorable James F. Holderman: Plaintiffs' motion to amend scheduling order1 510 and certain defendants' motion to vacate order setting current discovery cut off date 500 are referred to Magistrate Judge Valdez. Hearing on plaintiffs' objections to magistrate judge's order is continued for 5/21/2009 at 9:00 AM. Mailed notice (am) |

| | | |
|---|---|---|
| | | (Entered: 04/29/2009) |
| 04/29/2009 | 518 | MINUTE entry before the Honorable Maria Valdez: This entry is to reflect the motion hearings on Defendant's motion to vacate order setting current discovery cutoff date 500 and Plaintiff's motion to amend scheduling order 510 are set before Judge Valdez on 4/30/09 at 9:45 a.m. Mailed notice (yp, ) (Entered: 04/29/2009) |
| 04/30/2009 | 520 | MINUTE entry before the Honorable Maria Valdez: Motion hearing held on 4/30/2009. MOTION by Defendants John Bridge, Barrett Rochman, Sabre Group LLC, Jesse Rochman, Christopher Rochman, Corinne Rochman, BRB Investments, LLC to Vacate Order Setting Current Discovery Cutoff Date. 500 is granted as to the portion of the cut off of fact discovery in this case. Plaintiff's Motion to Amend Scheduling Order 510 is granted in part and denied in part. Fact discovery cutoff by 10/27/09. This is a final date for fact discovery entered by Judge Valdez. Any further request for extension shall be addressed before Judge Holderman. Mailed notice (yp, ) (Entered: 05/01/2009) |
| 05/05/2009 | 521 | RESPONSE by Defendants John Bridge, Barrett Rochman, Sabre Group LLC to Motion to Quash (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(Levine, Donald) (Entered: 05/05/2009) |
| 05/05/2009 | 522 | NOTICE by John Bridge, Barrett Rochman, Sabre Group LLC re Response 521 to Motion to Quash (Levine, Donald) (Entered: 05/05/2009) |
| 05/05/2009 | 523 | CERTIFICATE of Service by Donald B. Levine on behalf of John Bridge, Barrett Rochman, Sabre Group LLC regarding Response 521 , notice of filing 522 (Levine, Donald) (Entered: 05/05/2009) |
| 05/05/2009 | 524 | REPLY by Counter Defendants BCS Services, Inc., Phoenix Bond & Indemnity Co., Third Party Defendants Stanford D Marks, Andrew Marks, Jocelyn Stoller, a/k/a Congua to motion to dismiss 482 Counterclaim and Third Pary Complaint (Saehnoff, Lowell) (Entered: 05/05/2009) |
| 05/07/2009 | 525 | MINUTE entry before the Honorable Maria Valdez: ; Motion hearing held on 5/7/2009. Oral argument heard in open court. Motion by Movant Oak Park Investments, Inc. to quash Records and Deposition Subpoena Served by the Sabre-Bridge Defendants on Nonparty Oak Park Investments, Inc. 505 is taken under advisement.Mailed notice (yp, ) (Entered: 05/08/2009) |
| 05/21/2009 | 526 | MINUTE entry before the Honorable James F. Holderman: In court hearing held on 5/21/2009. Mailed notice (am) (Entered: 05/24/2009) |
| 06/02/2009 | 527 | MINUTE entry before the Honorable James F. Holderman: Status hearing held on 6/2/2009. Fact Discovery ordered extended until |

| | | |
|---|---|---|
| | | 10/30/2009. Plaintiff BCS Services, Inc's objection pursuant to Fed.R.Civ.P. 72)a) to Magistrate's order denying BCS Services, Inc.'s motion to compel or, in the alternative, motion to vacate deadline for close of fact discovery 439 is moot. Mailed notice (am) (Entered: 06/03/2009) |
| 06/03/2009 | "TYPE=PICT;ALT=LOCK" 532 | TRANSCRIPT OF PROCEEDINGS held on 01/27/09 before the Honorable Maria Valdez. Court Reporter Contact Information: Riki Schatell. (773) 728-7281, Schatell@sbcglobal.net. <br><br> IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. <br><br> Redaction Request due 6/24/2009. Redacted Transcript Deadline set for 7/6/2009. Release of Transcript Restriction set for 9/1/2009. (lcw, ) (Entered: 06/16/2009) |
| 06/08/2009 | 528 | MOTION by Defendants John Bridge, Barrett Rochman, Sabre Group LLC, CCJ Investments, LLC, Jesse Rochman, Christopher Rochman, Corinne Rochman, BRB Investments, LLC to compel *and extend depositions* (Attachments: # 1 Exhibit Exhibit 1)(Moskowitz, Harold) (Entered: 06/08/2009) |
| 06/08/2009 | 529 | NOTICE of Motion by Harold L. Moskowitz for presentment of motion to compel, 528 before Honorable Maria Valdez on 6/11/2009 at 09:45 AM. (Moskowitz, Harold) (Entered: 06/08/2009) |
| 06/10/2009 | 530 | RESPONSE by BCS Services, Inc., Phoenix Bond & Indemnity Co.in Opposition to MOTION by Defendants John Bridge, Barrett Rochman, Sabre Group LLC, CCJ Investments, LLC, Jesse Rochman, Christopher Rochman, Corinne Rochman, BRB Investments, LLC to compel *and extend depositions* 528 (Attachments: # 1 Exhibit A-B, # 2 Exhibit C-F)(Mathews, Andrew) (Entered: 06/10/2009) |
| 06/11/2009 | 531 | MINUTE entry before the Honorable Maria Valdez: Motion hearing held on 6/11/2009. Defendants' motion to compel 528 is granted in part and denied in part as stated in open court. Mailed notice (yp, ) (Entered: 06/11/2009) |
| 06/30/2009 | 533 | MINUTE entry before the Honorable Maria Valdez: Plaintiffs' Motion to Quash Subpoenas 453 is granted. (For further details see minute order.)Mailed notice (yp, ) (Entered: 06/30/2009) |
| 06/30/2009 | "TYPE=PI | (Court only) ***Motions terminated: MOTION by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co. to quash *reissued* |

| | | |
|---|---|---|
| | CT;A LT=L OCK" | *subpoenas 451 is granted per document number 533 (vp, ) (Entered: 06/30/2009)* |
| 07/09/2009 | 534 | MOTION by counsel for Defendant Joseph Varan to withdraw as attorney (Clancy, Kevin) (Entered: 07/09/2009) |
| 07/09/2009 | 535 | NOTICE of Motion by Kevin J. Clancy for presentment of motion to withdraw as attorney 534 before Honorable James F. Holderman on 7/16/2009 at 09:00 AM. (Clancy, Kevin) (Entered: 07/09/2009) |
| 07/10/2009 | 536 | MOTION by Defendants John Bridge, Barrett Rochman, Sabre Group LLC, CCJ Investments, LLC, Jesse Rochman, Christopher Rochman, Corinne Rochman, BRB Investments, LLC Objection Pursuant to Fed.R.Civ.72(a) To Magistrate's Order Quashing Certain Subpoenas (Moskowitz, Harold) (Entered: 07/10/2009) |
| 07/10/2009 | 537 | NOTICE of Motion by Harold L. Moskowitz for presentment of motion for miscellaneous relief, 536 before Honorable James F. Holderman on 7/14/2009 at 09:00 AM. (Moskowitz, Harold) (Entered: 07/10/2009) |
| 07/14/2009 | 538 | ATTORNEY Appearance for Defendants Robert Jensen, Cronus Projects, LLC, L.C.C. Venture, LLC, Gregory Ellis, GJ Venture, LLC by Deborah M OBrien (OBrien, Deborah) (Entered: 07/14/2009) |
| 07/14/2009 | 539 | MINUTE entry before the Honorable James F. Holderman: Motion hearing held on 7/14/2009. On Defendants John Bridge, Barrett Rochman, Sabre Group LLC, CCJ Investments, LLC, Jesse Rochman, Christopher Rochman, Corinne Rochman, BRB Investments, LLC's Objection Pursuant to Fed.R.Civ.72(a) To Magistrate's Order Quashing Certain Subpoenas 536 , response due by 7/28/2009; reply due by 8/4/2009. The Court to rule electronically. Mailed notice (am) (Entered: 07/14/2009) |
| 07/14/2009 | 540 | MINUTE entry before the Honorable James F. Holderman: For the reasons set forth in the Statement section below, Counterdefendants' Motions to Dismiss Counterclaims of Counterplaintiffs and Third Party Plaintiffs [470, 482] are granted. Moreover, the court has determined that, although Counterplaintiffs' counterclaims suffer from pleading deficiencies that cannot be rectified at this time, the deficiencies do not rise to the level of Rule 11 violations. Consequently, BCS's Rule 11 Motion for Sanctions 448 is denied. Mailed notice (vcf, ) (Entered: 07/15/2009) |
| 07/16/2009 | 541 | MINUTE entry before the Honorable James F. Holderman: Defendant Joseph Varan's motion to withdraw Kevin J. Clancy, Patrick R. Moran and Martin W. McManaman as attorney 534 is entered and continued for 7/23/2009 at 9:00 AM. Mailed notice (am) (Entered: 07/17/2009) |

| | | |
|---|---|---|
| 07/23/2009 | 545 | MINUTE entry before the Honorable James F. Holderman: Attorneys Kevin J. Clancy, Martin W. McManaman and Patrick R. Moran's motion to withdraw as attorney for defendant Joseph Varan 534 is granted. Joseph Varan is ordered to appear for his deposition at the office of Reed Smith. Attorney Patrick R Moran; Kevin J. Clancy and Martin W. McManaman terminated as counsel for Joseph Varan. Mailed notice (am) (Entered: 07/26/2009) |
| 07/24/2009 | 542 | MOTION by Defendants John Bridge, Barrett Rochman, Sabre Group LLC, CCJ Investments, LLC, Jesse Rochman, Christopher Rochman, Corinne Rochman, BRB Investments, LLC to compel *answers* (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Exhibit Exhibit 4)(Moskowitz, Harold) (Entered: 07/24/2009) |
| 07/24/2009 | 543 | NOTICE of Motion by Harold L. Moskowitz for presentment of motion to compel, 542 before Honorable Maria Valdez on 7/28/2009 at 09:45 AM. (Moskowitz, Harold) (Entered: 07/24/2009) |
| 07/24/2009 | 544 | MINUTE entry before the Honorable Maria Valdez: Presentment date of 7/28/09 on Defendants' Motion to compel answers 542 is stricken. Response to be filed by 7/30/09. Motion hearing on said motion is reset for 8/4/09 at 9:45 a.m. Mailed notice (yp, ) (Entered: 07/24/2009) |
| 07/28/2009 | 546 | RESPONSE by BCS Services, Inc., Phoenix Bond & Indemnity Co.in Opposition to MOTION by Defendants John Bridge, Barrett Rochman, Sabre Group LLC, CCJ Investments, LLC, Jesse Rochman, Christopher Rochman, Corinne Rochman, BRB Investments, LLCObjection Pursuant to Fed.R.Civ.72(a) To Magistrate's Order Quashing Certain SubpoenaMOTION by Defendants John Bridge, Barrett Rochman, Sabre Group LLC, CCJ Investments, LLC, Jesse Rochman, Christopher Rochman, Corinne Rochman, BRB Investments, LLCObjection Pursuant to Fed.R.Civ.72(a) To Magistrate's Order Quashing Certain Subpoena 536 (Attachments: # 1 Exhibit A)(Moynihan, John) (Entered: 07/28/2009) |
| 07/30/2009 | 547 | RESPONSE by BCS Services, Inc.in Opposition to MOTION by Defendants John Bridge, Barrett Rochman, Sabre Group LLC, CCJ Investments, LLC, Jesse Rochman, Christopher Rochman, Corinne Rochman, BRB Investments, LLC to compel *answers* 542 (Attachments: # 1 Exhibit A)(Mathews, Andrew) (Entered: 07/30/2009) |
| 07/31/2009 | 548 | MINUTE entry before the Honorable Maria Valdez:Settlement Conference set for 11/16/2009 and 11/17/09 at 10:00 AM. Judge Valdez requires full compliance with the Court's Standing Order of Settlement Conference found on the Judge's website available at www.ilnd.uscourts.gov. Because of the volume of settlement conferences |

| | | |
|---|---|---|
| | | conducted by Judge Valdez, once a settlement conference date has been agreed upon, no further continuances will be granted without a motion showing extreme hardship. Mailed notice (yp, ) (Entered: 07/31/2009) |
| 08/03/2009 | 549 | MOTION by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co. to compel *Cronus Projects LLC and Robert Jenson's Responses to Written Discovery* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Mathews, Andrew) (Entered: 08/03/2009) |
| 08/03/2009 | 550 | NOTICE of Motion by Andrew L Mathews for presentment of motion to compel 549 before Honorable Maria Valdez on 8/6/2009 at 09:45 AM. (Mathews, Andrew) (Entered: 08/03/2009) |
| 08/04/2009 | 551 | MOTION by Defendants John Bridge, Sabre Group LLC, CCJ Investments, LLC, Jesse Rochman, Christopher Rochman, Corinne Rochman, BRB Investments, LLC for extension of time *to File Reply Brief* (Moskowitz, Harold) (Entered: 08/04/2009) |
| 08/04/2009 | 552 | NOTICE of Motion by Harold L. Moskowitz for presentment of extension of time 551 before Honorable James F. Holderman on 8/13/2009 at 09:00 AM. (Moskowitz, Harold) (Entered: 08/04/2009) |
| 08/04/2009 | 553 | MINUTE entry before the Honorable Maria Valdez: Motion hearing held on 8/4/2009. Before the Court is John Bridge, Barrett Rochman, Sabre Group, LLC, CJ Investments, LLC, BRB Investments, LLC, Corrine Rochman, Jesse Rochman, Christopher Rochman, SI Securities, LLC, SI Securities Management, INC., SI Boo, LLC, CCPI, LLC, Kenneth Rochman, CMS Services, LLC, KEVIN Sierzega, Gregory Bingham, Aztek Partners, LLC., AND Chonus Defendants Motion to Compel Answers 542 . The moving defendants motion is granted in part and denied in part. The moving defendants will be allowed no longer than 1.5 hours to depose Jocelyn Stoller on issues concerning her factual knowledge of the basis for her complaint. This 1.5 hours shall be in addition to the 1.5 hours remaining in the Stoller deposition. The portion of the moving defendants' motion with respect to the terms of settlement between BCS and the Interstate entities is denied without prejudice. Mailed notice (yp, ) (Entered: 08/05/2009) |
| 08/06/2009 | 554 | REPLY by Defendants John Bridge, Barrett Rochman, Sabre Group LLC, CCJ Investments, LLC, Jesse Rochman, Christopher Rochman, Corinne Rochman, BRB Investments, LLC *in Support of Objection to Order Dated June 30, 2009* (Attachments: # 1 Exhibit Exhibit 1)(Moskowitz, Harold) (Entered: 08/06/2009) |
| 08/06/2009 | 555 | NOTICE by John Bridge, Barrett Rochman, Sabre Group LLC, CCJ Investments, LLC, Jesse Rochman, Christopher Rochman, Corinne Rochman, BRB Investments, LLC re reply, 554 *in Support of Objection to order dated June 30, 2009* (Moskowitz, Harold) (Entered: 08/06/2009) |

| 08/06/2009 | 556 | MINUTE entry before the Honorable Maria Valdez: Motion hearing held on 8/6/2009. MOTION by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co. to compel Cronus Projects LLC and Robert Jenson's Responses to Written Discovery 549 is granted. Compelling defendants Cronus Projects LLC and Robert Jenson to respond to the 3rd set of discovery request on or before 5:00 p.m. on 8/10/09. Any objection compelling defendants intend to make will be waived. Mailed notice (yp, ) (Entered: 08/06/2009) |
| --- | --- | --- |
| 08/07/2009 | "TYP E=PI CT;A LT=L OCK" 557 | TRANSCRIPT OF PROCEEDINGS held on 04/07/2009 before the Honorable Maria Valdez. Court Reporter Contact Information: Riki Schatell, 773-728-7281, Schatell@sbcglobal.net. IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. Redaction Request due 8/28/2009. Redacted Transcript Deadline set for 9/8/2009. Release of Transcript Restriction set for 11/5/2009. (kmt, ) (Entered: 08/07/2009) |
| 08/10/2009 | 558 | MOTION by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co. to compel *Duke Financial., Inc.* (Mathews, Andrew) (Entered: 08/10/2009) |
| 08/10/2009 | 559 | NOTICE of Motion by Andrew L Mathews for presentment of (Mathews, Andrew) (Entered: 08/10/2009) |
| 08/10/2009 | 560 | NOTICE of Motion by Andrew L Mathews for presentment of motion to compel 558 before Honorable Maria Valdez on 8/13/2009 at 09:45 AM. (Mathews, Andrew) (Entered: 08/10/2009) |
| 08/11/2009 | 561 | MINUTE entry before the Honorable James F. Holderman:Defendants' Motion for extension of time 551 until 8/6/09 to file reply in support of objection pursuant to Fed.R.Civ.72(a) to Magistrate's Order dated 6/30/09, quashing certain subpoenas is granted. Motion terminated. The motion hearing set for 8/13/09 is stricken.Judicial staff mailed notice (gl, ) (Entered: 08/11/2009) |
| 08/12/2009 | 562 | NOTICE by BCS Services, Inc., Phoenix Bond & Indemnity Co. re MOTION by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co. to compel *Duke Financial., Inc.* 558 (Mathews, Andrew) (Entered: 08/12/2009) |
| 08/13/2009 | 563 | MINUTE entry before the Honorable Maria Valdez: Plaintiffs' motion to compel 558 is withdrawn pursuant to plaintiffs' notice 562 . |

| | | |
|---|---|---|
| | | Presentment date of 8/13/09 on said motion is stricken.Mailed notice (yp, ) (Entered: 08/13/2009) |
| 08/26/2009 | 564 | MOTION by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co. to compel *Joseph Varan's Responses to Written Discovery* (Mathews, Andrew) (Entered: 08/26/2009) |
| 08/26/2009 | 565 | EXHIBIT by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co. regarding MOTION by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co. to compel *Joseph Varan's Responses to Written Discovery* 564 (Attachments: # 1 Exhibit B)(Mathews, Andrew) (Entered: 08/26/2009) |
| 08/26/2009 | 566 | NOTICE of Motion by Andrew L Mathews for presentment of motion to compel 564 before Honorable Maria Valdez on 9/1/2009 at 09:45 AM. (Mathews, Andrew) (Entered: 08/26/2009) |
| 08/28/2009 | 567 | MINUTE entry before the Honorable James F. Holderman: For the reasons set forth in the Statement section below, defendants' "Objection Pursuant to Fed. R. Civ. 72(a) to Magistrate's Order Quashing Certain Subpoenas" 536 is overruled. Magistrate Judge Valdez's June 30, 2009 Order is affirmed. Mailed notice (am) (Entered: 08/28/2009) |
| 09/01/2009 | 568 | MINUTE entry before the Honorable Maria Valdez: Motion hearing held on 9/1/2009. MOTION by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co. to compel Joseph Varan's Responses to Written Discovery 564 is granted. Responses to be completed in 7 days. Plaintiff shall deliver a copy of this order to Joseph Varan. Mailed notice (yp, ) (Entered: 09/03/2009) |
| 09/04/2009 | 569 | MINUTE entry before the Honorable Maria Valdez: Enter Order: For the foregoing reasons, Non-Party Oak Park Investments, Inc.'s Rule 26(c) Motion for Protective Order Quashing Records 505 is granted. (For further details see separate order.)Mailed notice (yp, ) (Entered: 09/04/2009) |
| 09/04/2009 | 570 | ORDER Signed by the Honorable Maria Valdez on 9/4/2009.Mailed notice(yp, ) (Entered: 09/04/2009) |
| 09/04/2009 | 571 | MOTION by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co. emergency relief (Mathews, Andrew) (Entered: 09/04/2009) |
| 09/04/2009 | 572 | NOTICE of Motion by Andrew L Mathews for presentment of motion for miscellaneous relief 571 before Honorable James F. Holderman on 9/8/2009 at 09:00 AM. (Mathews, Andrew) (Entered: 09/04/2009) |
| 09/08/2009 | 573 | MOTION by Defendants John Bridge, Barrett Rochman, Sabre Group LLC, CCJ Investments, LLC, Jesse Rochman, Christopher Rochman, Corinne Rochman, BRB Investments, LLC for reconsideration regarding order on motion for miscellaneous relief,, text entry, 567 |

| | | |
|---|---|---|
| | | (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit)(Moskowitz, Harold) (Entered: 09/08/2009) |
| 09/08/2009 | 574 | NOTICE of Motion by Harold L. Moskowitz for presentment of before Honorable James F. Holderman on 9/15/2009 at 09:00 AM. (Moskowitz, Harold) (Entered: 09/08/2009) |
| 09/08/2009 | 575 | MINUTE entry before the Honorable James F. Holderman:Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co.'s emergency motion for relief 571 is entered and continued to 9/22/2009 at 9:00 AM.Mailed notice (am) (Entered: 09/10/2009) |
| 09/15/2009 | 576 | MINUTE entry before the Honorable James F. Holderman: MOTION by Defendants' motion to reconsider denial of objection pursuant to Fed.R.Civ. 729{a) to Magistrate's order quashing certain subpoenas 573 is entered and continued to 9/22/2009 at 9:00 AM. All counsel are to examine what has occurred and what has been provided. Mailed notice (am) (Entered: 09/16/2009) |
| 09/22/2009 | 577 | MINUTE entry before the Honorable James F. Holderman: Hearing on plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co.'s motion for emergency relief and defendants John Bridge, Barrett Rochman, Sabre Group LLC, CCJ Investments, LLC, Jesse Rochman, Christopher Rochman, Corinne Rochman, BRB Investments, LLC's motion for reconsideration regarding order on motion for miscellaneous relief are continued to 10/6/2009 at 9:00 AM. Mailed notice (am) (Entered: 09/23/2009) |
| 09/30/2009 | 578 | MOTION by Movant Robert palasz for leave to file (Kozel, Edward) (Entered: 09/30/2009) |
| 09/30/2009 | 579 | MOTION by Movant Robert palasz to quash *Subpoena* (Attachments: # 1 Exhibit Subpoena, # 2 Exhibit Motion, # 3 Exhibit Letter, # 4 Exhibit Group Exhibit Letters)(Kozel, Edward) (Entered: 09/30/2009) |
| 10/01/2009 | 580 | Document entered in error. Modified on 10/2/2009 (vcf, ). (Entered: 10/01/2009) |
| 10/01/2009 | 581 | NOTICE of Motion by Edward Joseph Kozel for presentment of motion to quash 579 , motion for leave to file 578 before Honorable Maria Valdez on 10/8/2009 at 09:45 AM. (Attachments: # 1 Exhibit Motion for Leave to File, # 2 Exhibit Motion to Quash Subpoena, # 3 Exhibit Motion to Quash Exhibit A, # 4 Exhibit Motion to Quash Exhibit B, # 5 Exhibit Motion to Quash Exhibit C, # 6 Exhibit Motion to Quash Exhibit D)(Kozel, Edward) (Entered: 10/01/2009) |
| 10/02/2009 | "TYPE=PI | (Court only) ***Motions terminated: MOTION by Movant Robert Palasz to quash *Notice of Motion* 580 (vcf, ) (Entered: 10/02/2009) |

| | CT;A LT=L OCK" | |
|---|---|---|
| 10/02/2009 | 582 | NOTICE of Correction regarding MOTION by Movant Robert Palasz to quash *Notice of Motion* 580 . (vcf, ) (Entered: 10/02/2009) |
| 10/06/2009 | 584 | MINUTE entry before the Honorable James F. Holderman: Plaintiffs' emergency motion for relief 571 is withdrawn. Defendants' motion to reconsider denial of objection pursuant to Fed.R.Civ.P. 72(a) to Magistrate's order quashing certain subpoenas 573 is moot. Mailed notice (am) (Entered: 10/07/2009) |
| 10/06/2009 | 585 | MINUTE entry before the Honorable James F. Holderman: ENTER STANDING ORDER RELATING TO THE DISCOVERY OF ELECTRONICALLY STORED INFORMATION. Mailed notice (am) (Entered: 10/07/2009) |
| 10/06/2009 | 586 | Standing Order Relating to the Discovery of Electronically Stored Information. Signed by the Honorable James F. Holderman on 10/6/2009. Mailed notice (am) (Entered: 10/07/2009) |
| 10/07/2009 | 583 | MINUTE entry before the Honorable Maria Valdez: Subpoena recipient Robert Palasz's motion for leave to file motion to quash or modify 578 is granted and Motion to quash subpoena 579 is denied. Due to the imminent discovery deadline, Palasz is ordered to produce documents in compliance with the subpoena within 14 days and appear for deposition in compliance with the subpoena thereafter. Presentment date of 10/8/09 on said motions are stricken. Mailed notice (yp, ) (Entered: 10/07/2009) |
| 10/22/2009 | 587 | MINUTE entry before the Honorable James F. Holderman: Plaintiff shall comply with FRCP(26)(a)(2) by 12/9/2009. Defendant shall comply with FRCP(26)(a)(2) by 2/12/2010. Fact Discovery ordered closed by 10/30/2009. Expert Discovery ordered closed by 3/22/2010. Dispositive motions with supporting memoranda due by 4/16/2010; responses due by 5/17/2010. Replies due by 6/4/2010. Final Pretrial Order due by 8/13/2010. Motions in limine with supporting memoranda due by 8/13/2010; responses due by 8/31/2010. Final Pretrial Conference set for 9/16/2010 at 3:00 PM. Jury Trial set for 10/12/2010 at 10:00 AM. Mailed notice (am) (Entered: 10/23/2009) |
| 10/28/2009 | 588 | MOTION by Defendants CCJ Investments, LLC, BRB Investments, LLC to quash *Rule 30(b)(6) Deposition Notices* (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Exhibit Exhibit 4, # 5 Exhibit Exhibit 5, # 6 Exhibit Exhibit 6, # 7 Exhibit Exhibit 7, # 8 Exhibit Exhibit 8, # 9 Exhibit Exhibit 9)(Moskowitz, Harold) (Entered: 10/28/2009) |
| 10/28/2009 | 589 | NOTICE of Motion by Harold L. Moskowitz for presentment of motion |

| | | |
|---|---|---|
| | | to quash, 588 before Honorable Maria Valdez on 11/3/2009 at 09:45 AM. (Moskowitz, Harold) (Entered: 10/28/2009) |
| 11/03/2009 | 590 | MINUTE entry before the Honorable Maria Valdez: Motion hearing held on 11/3/09. Defendants' Motion to quash Rule 30(b)(6) Deposition Notices 588 is entered and continued to 11/5/2009 at 09:45 a.m. Mailed notice (yp, ) (Entered: 11/04/2009) |
| 11/04/2009 | "TYPE=PICT;ALT=LOCK" | (Court only) ***Deadlines terminated. (yp, ) (Entered: 11/04/2009) |
| 11/05/2009 | 591 | MOTION by Defendants Jeffrey Bridge, Regal One, LLC, Francis Alexander, Georgetown Investors, LLC, Jason Baumbach, Optimum Financial, Inc., Carpus Investments, LLCTo Excuse Personal Appearance at Settlement Conference (Rosenblum, Elisha) (Entered: 11/05/2009) |
| 11/05/2009 | 592 | Document entered in error. (Rosenblum, Elisha) Modified on 11/6/2009 (vcf, ). (Entered: 11/05/2009) |
| 11/05/2009 | 593 | MINUTE entry before the Honorable Maria Valdez: Motion hearing held on 11/5/09. Motion by Defendants CCJ Investments, LLC, et al to Quash Rule 30(b)(6) Deposition Notices 588 is continued to 11/12/09 at 9:45 a.m. Mailed notice (yp, ) (Entered: 11/05/2009) |
| 11/06/2009 | 594 | NOTICE of Correction regarding notice of motion 592 . (vcf, ) (Entered: 11/06/2009) |
| 11/09/2009 | 595 | NOTICE of Motion by Elisha S. Rosenblum for presentment of motion for miscellaneous relief 591 before Honorable Maria Valdez on 11/12/2009 at 09:45 AM. (Rosenblum, Elisha) (Entered: 11/09/2009) |
| 11/09/2009 | 596 | ATTORNEY Appearance for Defendant Joseph Varan by Stephen David Richek (Richek, Stephen) (Entered: 11/09/2009) |
| 11/09/2009 | 597 | MOTION by Defendant Joseph Varan to vacate *Default Judgment* (Richek, Stephen) (Entered: 11/09/2009) |
| 11/09/2009 | 598 | NOTICE of Motion by Stephen David Richek for presentment of motion to vacate 597 before Honorable Maria Valdez on 11/18/2009 at 09:45 AM. (Richek, Stephen) (Entered: 11/09/2009) |
| 11/12/2009 | 599 | RESPONSE by Defendant Joseph Varan *to Mediation Letter* (Richek, Stephen) (Entered: 11/12/2009) |
| 11/12/2009 | 600 | MINUTE entry before the Honorable Maria Valdez: Motion hearing held on 11/12/2009. Motion by Defendants CCJ Investments, LLC, et al to Quash Rule 30(b)(6) Deposition Notices 588 is continued to 11/18/09 |

| | | |
|---|---|---|
| | | at 9:45 a.m. Motion by Defendants Jeffrey Bridge, Regal One, LLC, Francis Alexander, Georgetown Investors, LLC, Jason Baumbach, Optimum Financial, Inc., Carpus Investments, LLC to Excuse Personal Appearance at Settlement Conference 591 is granted in part. Parties are to appear as directed by the Court. Mailed notice (yp, ) (Entered: 11/12/2009) |
| 11/16/2009 | 601 | MINUTE entry before the Honorable Maria Valdez:Settlement conference held on 11/16/2009 and continued to 11/17/09 at 10:00 a.m.Mailed notice (yp, ) (Entered: 11/18/2009) |
| 11/17/2009 | 602 | MINUTE entry before the Honorable Maria Valdez:Settlement conference held on 11/17/2009. The parties are unable to reach settlement at this time. Mailed notice (yp, ) (Entered: 11/18/2009) |
| 11/24/2009 | 603 | Response to production Request by Joseph Varan (Richek, Stephen) (Entered: 11/24/2009) |
| 11/24/2009 | 604 | Answer to Plaintiffs Third Set of Consolidated Interrogatories by Joseph Varan (Richek, Stephen) (Entered: 11/24/2009) |
| 11/24/2009 | 605 | Answer to Plaintiffs Fourth Set of Consolidated Interrogatories by Joseph Varan (Richek, Stephen) (Entered: 11/24/2009) |
| 11/24/2009 | 606 | Answer to Plaintiffs Fifth Set of Consolidated Interrogatories by Joseph Varan (Richek, Stephen) (Entered: 11/24/2009) |
| 11/25/2009 | 607 | MINUTE entry before the Honorable Maria Valdez: Motion hearing held on 11/18/09. Motion by Defendants CCJ Investments, LLC et al to quash Rule 30(b)(6) deposition notices 588 is continued to 12/2/09 at 9:45 a.m. Motion by Defendant Joseph Varan to vacate default judgment 597 is granted. Defendant Joseph Varan is ordered to respond to outstanding discovery in one week from the date of this order. Stephen D. Richek is granted leave to file his appearance on behalf of defendant Joseph Varan. Mailed notice (yp, ) (Entered: 11/25/2009) |
| 12/02/2009 | 608 | MINUTE entry before the Honorable Maria Valdez:Ruling on Motion hearing held on 12/2/2009. Motion by Defendants CCJ Investments, LLC et al to quash Rule 30(b)(6) deposition notices 588 is continued to 12/16/09 at 9:45 a.m. Mailed notice (yp, ) (Entered: 12/04/2009) |
| 12/16/2009 | 609 | MINUTE entry before Honorable Maria Valdez:Motion hearing held on 12/16/2009. MOTION by Defendants CCJ Investments, LLC, BRB Investments, LLC to quash Rule 30(b)(6) Deposition Notices 588 is entered and continued to 12/23/2009 at 09:45 AM.Mailed notice (yp, ) (Entered: 12/18/2009) |
| 12/23/2009 | 610 | MINUTE entry before Honorable Maria Valdez:Motion hearing held on 12/23/2009. In light of the representation made by Mr. Levine as to the completion of the document production of defendants SI Boo and CCPI |

| | | |
|---|---|---|
| | | and the further representation that no additional documents exist, the motion to quash 588 as it relates to the operational entities is denied as moot. Defendants SI Boo and CCPI will be barred from relying on any documents not previously produced. The parties advise the Court that they have not exhausted their attempt to meet and confer on the remaining matters of Defendants' motion to quash 30(b)(6) depositions 588 . The said motion is continued to 1/12/2010 at 09:45 AM. Mailed notice (yp, ) (Entered: 12/29/2009) |
| 01/12/2010 | 611 | MINUTE entry before Honorable Maria Valdez:Motion hearing held on 1/12/2010. Defendants' Motion to quash 30(b)(6) depositions notices 588 is taken under advisement. Mr. Levin is directed to contact the Court at 312-435-5690 press number 3, by 4:00 p.m. on Thursday, January 14, 2010 regarding proposed stipulation. Mailed notice (yp, ) (Entered: 01/13/2010) |
| 01/25/2010 | 612 | MINUTE entry before Honorable Maria Valdez: Based on the agreed stipulations between Plaintiffs Phoenix Bond Indemnity Co. and BCS Services, Inc. and Defendants CCJ Investments, LLC, BRB Investments, LLC, Aztek Partners LLC, and Chonus LLC, all remaining issues presented in the Motion to Quash Rule 30(b)(6) Depositions 588 are denied as moot.Mailed notice (yp, ) (Entered: 01/25/2010) |
| 03/05/2010 | 613 | MOTION by Defendants BRB Investments, LLC, John Bridge, CCJ Investments, LLC, Barrett Rochman, Christopher Rochman, Corinne Rochman, Jesse Rochman, Sabre Group LLC to amend/correct *Affirmative Defenses and Adopt certain co-defendants' Affirmative Defenses* (Bryan, Saskia) (Entered: 03/05/2010) |
| 03/05/2010 | 614 | NOTICE of Motion by Saskia Nora Bryan for presentment of motion to amend/correct, 613 before Honorable James F. Holderman on 3/16/2010 at 09:00 AM. (Bryan, Saskia) (Entered: 03/05/2010) |
| 03/09/2010 | 615 | MOTION by Defendants Francis Alexander, Jason Baumbach, Jeffrey Bridge, Carpus Investments, LLC, Georgetown Investors, LLC, Optimum Financial, Inc., Regal One, LLC to amend/correct *and to Adopt Affirmative Defenses* (Rosenblum, Elisha) (Entered: 03/09/2010) |
| 03/09/2010 | 616 | NOTICE by Harold L. Moskowitz of Change of Address (Attachments: # 1 Certificate of Service)(Moskowitz, Harold) (Entered: 03/09/2010) |
| 03/11/2010 | 617 | NOTICE of Motion by Elisha S. Rosenblum for presentment of motion to amend/correct 615 before Honorable James F. Holderman on 3/16/2010 at 09:00 AM. (Rosenblum, Elisha) (Entered: 03/11/2010) |
| 03/15/2010 | 618 | MINUTE entry before Honorable James F. Holderman: Defendants' motions to amended/correct affirmative defenses and adopt certain co-defendants' affirmative defenses 613 615 are granted. Mailed notice |

| | | |
|---|---|---|
| | | (am) (Entered: 03/15/2010) |
| 04/16/2010 | 619 | MINUTE entry before Honorable Maria Valdez: Parties feel a settlement conference may not be fruitful at this time as stated on the record on 3/31/10 during a motion hearing held under related case number 07 C 1367. If parties feel a settlement conference may be fruitful at a later date, the parties may contact Judge Holderman's Courtroom Deputy for request of referral for settlement. All matters relating to the referral of this action having been resolved, the case is returned to the assigned judge. Judge Honorable Maria Valdez no longer referred to the case.Mailed notice (yp, ) (Entered: 04/16/2010) |
| 04/16/2010 | 620 | MOTION by Defendants Jesse Rochman, John Bridge, Barrett Rochman, CCJ Investments, LLC, Corinne Rochman, BRB Investments, LLC, Christopher Rochman, Sabre Group LLC for summary judgment (Bryan, Saskia) (Entered: 04/16/2010) |
| 04/16/2010 | 621 | MEMORANDUM by BRB Investments, LLC, John Bridge, CCJ Investments, LLC, Barrett Rochman, Christopher Rochman, Corinne Rochman, Jesse Rochman, Sabre Group LLC in support of motion for summary judgment 620 (Bryan, Saskia) (Entered: 04/16/2010) |
| 04/16/2010 | 622 | RULE 56 Statement by BRB Investments, LLC, John Bridge, CCJ Investments, LLC, Barrett Rochman, Christopher Rochman, Corinne Rochman, Jesse Rochman, Sabre Group LLC regarding motion for summary judgment 620 (Bryan, Saskia) (Entered: 04/16/2010) |
| 04/16/2010 | 623 | NOTICE by BRB Investments, LLC, John Bridge, CCJ Investments, LLC, Barrett Rochman, Christopher Rochman, Corinne Rochman, Jesse Rochman, Sabre Group LLC re MOTION by Defendants Jesse Rochman, John Bridge, Barrett Rochman, CCJ Investments, LLC, Corinne Rochman, BRB Investments, LLC, Christopher Rochman, Sabre Group LLC for summary judgment 620 , Rule 56 statement 622 , memorandum in support of motion 621 (Bryan, Saskia) (Entered: 04/16/2010) |
| 04/16/2010 | 624 | CERTIFICATE of Service by Saskia Nora Bryan on behalf of BRB Investments, LLC, John Bridge, CCJ Investments, LLC, Barrett Rochman, Christopher Rochman, Corinne Rochman, Jesse Rochman, Sabre Group LLC regarding MOTION by Defendants Jesse Rochman, John Bridge, Barrett Rochman, CCJ Investments, LLC, Corinne Rochman, BRB Investments, LLC, Christopher Rochman, Sabre Group LLC for summary judgment 620 , Rule 56 statement 622 , notice of filing, 623 , memorandum in support of motion 621 (Bryan, Saskia) (Entered: 04/16/2010) |
| 04/18/2010 | 625 | MOTION by Defendants Francis Alexander, Jason Baumbach, Jeffrey Bridge, Carpus Investments, LLC, Georgetown Investors, LLC, |

| | | |
|---|---|---|
| | | Optimum Financial, Inc., Regal One, LLC to join *and adopt the Co-Defendants' Summary Judgment Motions* (Rosenblum, Elisha) (Entered: 04/18/2010) |
| 04/22/2010 | 626 | MOTION by Plaintiffs Phoenix Bond & Indemnity Co., BCS Services, Inc. to dismiss *Plaintiffs' Motion For Voluntary Dismissal* (Mathews, Andrew) (Entered: 04/22/2010) |
| 04/22/2010 | 627 | NOTICE of Motion by Andrew L Mathews for presentment of motion to dismiss 626 before Honorable James F. Holderman on 5/6/2010 at 09:00 AM. (Mathews, Andrew) (Entered: 04/22/2010) |
| 05/06/2010 | 628 | MINUTE entry before Honorable James F. Holderman: Plaintiffs' Motion For Voluntary Dismissal 626 is granted. It is ordered that defendants Bamp, LLC, Anthony DeLaurentis, Richard Turer, Richarony, LLC, G3 Holdings, LLC, Gregory Wilson, Gregory Stec, Donald Wilson, Tax Play, Inc., Tax Capital, LLC and Patrick Quinn are dismissed with prejudice and without costs. Mailed notice (am) (Entered: 05/07/2010) |
| 05/06/2010 | 629 | MINUTE entry before Honorable James F. Holderman:Defendants Francis Alexander, Jason Baumbach, Jeffrey Bridge, Carpus Investments, LLC, Georgetown Investors, LLC, Optimum Financial, Inc., Regal One, LLC's motion to join and adopt the Co-Defendants' Summary Judgment Motions 625 is granted. Plaintiffs' motion for voluntary dismissal 626 is granted. It is ordered that the defendants Robert Jensen, Cronus Projects, LLC, DRN II, INc., DRN 2, LLC, L.C.C. Ventur, LLC, Jeshay, LLC, Douglas Nash, Mud Cats Real Estate, LLC, Gregory Ellis and GJ Venture, LLC are dismissed with prejudice and without costs. Gregory Ellis, GJ Venture, LLC, Robert Jensen, Mud Cats Real Estate, LLC, Douglas Nash, Cronus Projects, LLC and DRN II, Inc. terminated. Mailed notice (am) (Entered: 05/07/2010) |
| 05/12/2010 | 630 | MINUTE entry before Honorable James F. Holderman: ENTER ORDER OF VOLUNTARY DISMISSAL: It is ordered that defendants Robert Jensen; Cronus Projects, LLC; DRN II, Inc.; DRN 2, LLC; L.C.C. Venture, LLC; Jeshay, LLC; Douglas Nash; Mud Cats Real Estate, LLC; Gregory Ellis; and GJ Venture, LLC are dismissed with prejudice and without costs. Mailed notice (vcf, ) (Entered: 05/13/2010) |
| 05/12/2010 | 631 | ORDER of voluntary dismissal Signed by the Honorable James F. Holderman on 5/12/2010.Mailed notice(vcf, ) (Entered: 05/13/2010) |
| 05/17/2010 | 632 | RESPONSE by Phoenix Bond & Indemnity Co.in Opposition to MOTION by Defendants Jesse Rochman, John Bridge, Barrett Rochman, CCJ Investments, LLC, Corinne Rochman, BRB Investments, LLC, Christopher Rochman, Sabre Group LLC for |

| | | |
|---|---|---|
| | | summary judgment 620 (Quinn, Jonathan) (Entered: 05/17/2010) |
| 05/17/2010 | 633 | RESPONSE by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co. to Rule 56 statement 622 (Quinn, Jonathan) (Entered: 05/17/2010) |
| 05/17/2010 | 634 | RULE 56.1 Statement (Quinn, Jonathan) (Entered: 05/17/2010) |
| 06/04/2010 | 635 | RESPONSE by BRB Investments, LLC, John Bridge, CCJ Investments, LLC, Barrett Rochman, Christopher Rochman, Corinne Rochman, Jesse Rochman, Sabre Group LLCin Support of MOTION by Defendants Jesse Rochman, John Bridge, Barrett Rochman, CCJ Investments, LLC, Corinne Rochman, BRB Investments, LLC, Christopher Rochman, Sabre Group LLC for summary judgment 620 (Bryan, Saskia) (Entered: 06/04/2010) |
| 06/04/2010 | 636 | RESPONSE by Defendants BRB Investments, LLC, John Bridge, CCJ Investments, LLC, Barrett Rochman, Christopher Rochman, Corinne Rochman, Jesse Rochman, Sabre Group LLC to Response 633 , Rule 56 statement 634 (Bryan, Saskia) (Entered: 06/04/2010) |
| 06/04/2010 | 637 | NOTICE by Sabre Group LLC re Response 636 , response in support of motion, 635 (Bryan, Saskia) (Entered: 06/04/2010) |
| 06/04/2010 | 638 | CERTIFICATE of Service by Saskia Nora Bryan on behalf of Sabre Group LLC regarding Response 636 , notice of filing 637 , response in support of motion, 635 (Bryan, Saskia) (Entered: 06/04/2010) |
| 06/14/2010 | 639 | MOTION by Defendants BRB Investments, LLC, John Bridge, CCJ Investments, LLC, Barrett Rochman, Christopher Rochman, Corinne Rochman, Jesse Rochman, Sabre Group LLC Motion to Exclude Testimony of Plaintiffs' Proposed Experts (Levine, Donald) (Entered: 06/14/2010) |
| 06/14/2010 | 640 | NOTICE of Motion by Donald B. Levine for presentment of motion for miscellaneous relief 639 before Honorable James F. Holderman on 6/17/2010 at 09:00 AM. (Levine, Donald) (Entered: 06/14/2010) |
| 06/14/2010 | 641 | CERTIFICATE of Service by Donald B. Levine on behalf of BRB Investments, LLC, John Bridge, CCJ Investments, LLC, Barrett Rochman, Christopher Rochman, Corinne Rochman, Jesse Rochman, Sabre Group LLC regarding notice of motion 640 , MOTION by Defendants BRB Investments, LLC, John Bridge, CCJ Investments, LLC, Barrett Rochman, Christopher Rochman, Corinne Rochman, Jesse Rochman, Sabre Group LLC Motion to Exclude Testimony of Plaintiffs' Proposed Experts 639 (Levine, Donald) (Entered: 06/14/2010) |
| 06/16/2010 | 642 | MOTION by Defendants Francis Alexander, Jason Baumbach, Jeffrey Bridge, Carpus Investments, LLC, Georgetown Investors, LLC, Optimum Financial, Inc., Regal One, LLC to join and adopt |

| | | |
|---|---|---|
| | | (Rosenblum, Elisha) (Entered: 06/16/2010) |
| 06/17/2010 | 643 | MINUTE entry before Honorable James F. Holderman: Defendants Francis Alexander, Jason Baumbach, Jeffrey Bridge, Carpus Investments, LLC, Georgetown Investors, LLC, Optimum Financial, Inc., Regal One, LLC's motion to join and adopt 642 is granted as to part 4 and denied as to parts 1, 2 and 3. On Defendants BRB Investments, LLC, John Bridge, CCJ Investments, LLC, Barrett Rochman, Christopher Rochman, Corinne Rochman, Jesse Rochman, Sabre Group LLC's motion to Exclude Testimony of Plaintiffs' Proposed Experts, responses due by 7/9/2010; replies due by 7/23/2010. The Court to rule electronically. Mailed notice (am) (Entered: 06/21/2010) |
| 07/09/2010 | 644 | MOTION by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co. for leave to file *Brief in Excess of Page Limit Instanter* (Attachments: # 1 Exhibit Exhibit1A)(Mathews, Andrew) (Entered: 07/09/2010) |
| 07/09/2010 | 645 | NOTICE of Motion by Andrew L Mathews for presentment of motion for leave to file 644 before Honorable James F. Holderman on 7/15/2010 at 09:00 AM. (Mathews, Andrew) (Entered: 07/09/2010) |
| 07/14/2010 | 646 | MOTION by Defendants BRB Investments, LLC, John Bridge, CCJ Investments, LLC, Christopher Rochman, Corinne Rochman, Jesse Rochman, Sabre Group LLC to sever (Bryan, Saskia) (Entered: 07/14/2010) |
| 07/14/2010 | 647 | NOTICE of Motion by Saskia Nora Bryan for presentment of motion to sever 646 before Honorable James F. Holderman on 7/22/2010 at 09:00 AM. (Bryan, Saskia) (Entered: 07/14/2010) |
| 07/14/2010 | 648 | CERTIFICATE of Service by Saskia Nora Bryan on behalf of BRB Investments, LLC, John Bridge, CCJ Investments, LLC, Barrett Rochman, Christopher Rochman, Corinne Rochman, Jesse Rochman, Sabre Group LLC regarding MOTION by Defendants BRB Investments, LLC, John Bridge, CCJ Investments, LLC, Christopher Rochman, Corinne Rochman, Jesse Rochman, Sabre Group LLC to sever 646 , notice of motion 647 (Bryan, Saskia) (Entered: 07/14/2010) |
| 07/15/2010 | 649 | RESPONSE by Phoenix Bond & Indemnity Co.in Opposition to MOTION by Defendants BRB Investments, LLC, John Bridge, CCJ Investments, LLC, Barrett Rochman, Christopher Rochman, Corinne Rochman, Jesse Rochman, Sabre Group LLC Motion to Exclude Testimony of Plaintiffs' Proposed Experts 639 (Attachments: # 1 Exhibit)(Mathews, Andrew) (Entered: 07/15/2010) |
| 07/15/2010 | 650 | MINUTE entry before Honorable James F. Holderman: Plaintiffs' motion for leave to file brief in excess of pages limit instanter 644 is granted. Defendants' motion to sever claims and for bifurcation of issues |

| | | |
|---|---|---|
| | | 646 is taken under advisement. Mailed notice (am) (Entered: 07/16/2010) |
| 07/15/2010 | 651 | DECLARATION of Scott I. Shaffer in support of plaintiffs' opposition to motions to exclude expert testimony.(Exhibits) (vcf, ) (Entered: 07/19/2010) |
| 07/19/2010 | 652 | MOTION by counsel for Defendants DRN II, Inc., Jeshay, LLC, Mud Cats Real Estate, LLC, Douglas Nash to withdraw as attorney *(left representing firm)* (Attachments: # 1 Exhibit)(Flynn, Janet) (Entered: 07/19/2010) |
| 07/19/2010 | 653 | NOTICE of Motion by Janet Ann Flynn for presentment of motion to withdraw as attorney 652 before Honorable James F. Holderman on 7/29/2010 at 09:00 AM. (Flynn, Janet) (Entered: 07/19/2010) |
| 07/26/2010 | 654 | MOTION by Defendants BRB Investments, LLC, John Bridge, CCJ Investments, LLC, Barrett Rochman, Christopher Rochman, Corinne Rochman, Jesse Rochman, Sabre Group LLC for extension of time *to File Final Pretrial Order* (Levine, Donald) (Entered: 07/26/2010) |
| 07/26/2010 | 655 | NOTICE of Motion by Donald B. Levine for presentment of extension of time 654 before Honorable James F. Holderman on 7/29/2010 at 09:00 AM. (Attachments: # 1 Certificate of Service)(Levine, Donald) (Entered: 07/26/2010) |
| 07/29/2010 | 656 | MINUTE entry before Honorable James F. Holderman:Defendants DRN II, Inc., Jeshay, LLC, Mud Cats Real Estate, LLC, Douglas Nash's motion to withdraw Janet Ann Flynn as attorney 652 is granted. Defendants BRB Investments, LLC, John Bridge, CCJ Investments, LLC, Barrett Rochman, Christopher Rochman, Corinne Rochman, Jesse Rochman, Sabre Group LLC's motion for extension of time to file Final Pretrial Order 654 is granted. Final Pretrial Order due by 8/27/2010. Motions in limine with supporting memoranda due by 8/27/2010; responses due by 9/10/2010. Attorney Janet Ann Flynn terminated. Mailed notice (am) (Entered: 07/29/2010) |
| 08/24/2010 | 657 | MINUTE entry before Honorable James F. Holderman: Defendants in Case No. 05 C 4095, Jesse Rochman, John Bridge, Barrett Rochman, CCJ Investments, LLC, Corinne Rochman, BRB Investments, LLC, Christopher Rochman, and Sabre Group, LLC, together with Defendants in the consolidated proceeding of BCS Services, Inc., et al. v. Heartwood 88, Inc., et al., Case No. 07 C 1367, SI Securities, LLC, SI Boo, LLC, CMS Services, LLC, SI Securities Management, Inc., CCPI, LLC, Kenneth Rochman and Kevin Sierzega's (collectively "SI Defendants") motion for summary judgment 620 is granted. Written opinion to follow within a few days. Additionally, the SI Defendants' "Motion to Exclude Testimony of Plaintiffs' Proposed Experts" 639 and "Motion to Sever Claims and for Bifurcation of Issues" 646 are denied |

| | | |
|---|---|---|
| | | as moot. The dates for the pre-trial conference, trial, and for filing the pre-trial order are vacated. Mailed notice (am) (Entered: 08/24/2010) |
| 09/01/2010 | 658 | MOTION by Plaintiff Phoenix Bond & Indemnity Co. for judgment *MOTION FOR ENTRY OF FINAL JUDGMENT* (Mathews, Andrew) (Entered: 09/01/2010) |
| 09/01/2010 | 659 | NOTICE of Motion by Andrew L Mathews for presentment of motion for judgment 658 before Honorable James F. Holderman on 9/7/2010 at 09:00 AM. (Mathews, Andrew) (Entered: 09/01/2010) |
| 09/01/2010 | 660 | MINUTE entry before Honorable James F. Holderman: ENTER MEMORANDUM OPINION AND ORDER: As previously stated in this court's August 24, 2010 orders, Defendants' motions for summary judgment (Case No. 05 C 4095, Dkt. No. 620; Case No. 07 C 1367, Dkt. Nos. 708, 713, 716, 722, 723, and 725) are granted. Judgment is entered in favor of Defendants on Plaintiffs' civil RICO claims and claims for tortious interference with prospective business advantage. Mailed notice (vcf, ) (Entered: 09/02/2010) |
| 09/01/2010 | 661 | MEMORANDUM Opinion and Order Signed by the Honorable James F. Holderman on 9/1/2010.Mailed notice(vcf, ) (Entered: 09/02/2010) |
| 09/01/2010 | "TYPE=PICT;ALT=LOCK" | (Court only) Civil Case Terminated. (am) (Entered: 03/24/2011) |
| 09/02/2010 | 662 | NOTICE of appeal by BCS Services, Inc., Phoenix Bond & Indemnity Co. regarding orders 661 , 660 Filing fee $ 455, receipt number 0752-5182338. (Mathews, Andrew) (Entered: 09/02/2010) |
| 09/02/2010 | 663 | MINUTE entry before Honorable James F. Holderman:Plaintiff Phoenix Bond & Indemnity Co.'s MOTION FOR ENTRY OF FINAL JUDGMENT 658 is withdrawn. Mailed notice (am) (Entered: 09/02/2010) |
| 09/03/2010 | 664 | NOTICE of Appeal Due letter sent to counsel of record (dj, ) (Entered: 09/03/2010) |
| 09/03/2010 | 665 | TRANSMITTED to the 7th Circuit the short record on notice of appeal 662 . Notified counsel (dj, ) (Entered: 09/03/2010) |
| 09/03/2010 | 666 | ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal 662 ; USCA Case No. 10-3068. (vcf, ) (Entered: 09/07/2010) |
| 09/15/2010 | 673 | SEVENTH CIRCUIT transcript information sheet. (vcf, ) (Entered: 09/17/2010) |

| | | |
|---|---|---|
| 09/16/2010 | 667 | DISK containing unredacted copies of the following Docket entries: 214, 214-14, 632 and 634 by BCS Services, Inc., Phoenix Bond & Indemnity Co. ( Document not imaged) (vcf, ) (Entered: 09/17/2010) |
| 09/17/2010 | 668 | MOTION by Defendants BRB Investments, LLC, John Bridge, CCJ Investments, LLC, Barrett Rochman, Christopher Rochman, Corinne Rochman, Jesse Rochman, Sabre Group LLC for sanctions *Rule 11* (Levine, Donald) (Entered: 09/17/2010) |
| 09/17/2010 | 669 | MOTION by Defendants BRB Investments, LLC, John Bridge, CCJ Investments, LLC, Barrett Rochman, Christopher Rochman, Corinne Rochman, Jesse Rochman, Sabre Group LLC for sanctions *Pursuant to 28 U.S.C. Section 1927* (Levine, Donald) (Entered: 09/17/2010) |
| 09/17/2010 | 670 | Combined Memorandum in Support of Motion for Sanctions under FED. R. CIV. P. 11 and 28 U.S.C. Section 1927 by BRB Investments, LLC, John Bridge, CCJ Investments, LLC, Barrett Rochman, Christopher Rochman, Corinne Rochman, Jesse Rochman, Sabre Group LLC (Attachments: # 1 Exhibit A)(Levine, Donald) (Entered: 09/17/2010) |
| 09/17/2010 | 671 | NOTICE by BRB Investments, LLC, John Bridge, CCJ Investments, LLC, Barrett Rochman, Christopher Rochman, Corinne Rochman, Jesse Rochman, Sabre Group LLC re MOTION by Defendants BRB Investments, LLC, John Bridge, CCJ Investments, LLC, Barrett Rochman, Christopher Rochman, Corinne Rochman, Jesse Rochman, Sabre Group LLC for sanctions *Rule 11* 668 , other, 670 , MOTION by Defendants BRB Investments, LLC, John Bridge, CCJ Investments, LLC, Barrett Rochman, Christopher Rochman, Corinne Rochman, Jesse Rochman, Sabre Group LLC for sanctions *Pursuant to 28 U.S.C. Section 1927* 669 *Notice of Filing* (Levine, Donald) (Entered: 09/17/2010) |
| 09/17/2010 | 672 | CERTIFICATE of Service by Donald B. Levine on behalf of BRB Investments, LLC, John Bridge, CCJ Investments, LLC, Barrett Rochman, Christopher Rochman, Corinne Rochman, Jesse Rochman, Sabre Group LLC regarding MOTION by Defendants BRB Investments, LLC, John Bridge, CCJ Investments, LLC, Barrett Rochman, Christopher Rochman, Corinne Rochman, Jesse Rochman, Sabre Group LLC for sanctions *Rule 11* 668 , other, 670 , notice of filing,, 671 , MOTION by Defendants BRB Investments, LLC, John Bridge, CCJ Investments, LLC, Barrett Rochman, Christopher Rochman, Corinne Rochman, Jesse Rochman, Sabre Group LLC for sanctions *Pursuant to 28 U.S.C. Section 1927* 669 (Levine, Donald) (Entered: 09/17/2010) |
| 09/17/2010 | 674 | RULE 56.1(b) response to SI Defendants' Local Rule Local Rule 56.1(a) Statement of undisputed material facts (RESTRICTED). (smm) |

| | | |
|---|---|---|
| | | (Entered: 09/20/2010) |
| 09/24/2010 | 675 | TRANSMITTED to the USCA for the 7th Circuit the long record on appeal 662 (USCA no. 10-3068) (dj, ) (Entered: 09/24/2010) |
| 09/24/2010 | 676 | USCA RECEIVED on 9/24/10 the long record regarding notice of appeal 662 (dj, ) (Entered: 09/28/2010) |
| 10/01/2010 | 677 | MOTION by Defendants BRB Investments, LLC, John Bridge, CCJ Investments, LLC, Barrett Rochman, Christopher Rochman, Corinne Rochman, Jesse Rochman, Sabre Group LLC for bill of costs (Levine, Donald) (Entered: 10/01/2010) |
| 10/01/2010 | 678 | MEMORANDUM by Barrett Rochman, Christopher Rochman, Corinne Rochman, Jesse Rochman, Sabre Group LLC in support of motion for bill of costs 677 (Attachments: # 1 Exhibit A - Process Server Itemization, # 2 Exhibit B - Deposition Costs Itemization, # 3 Exhibit C - Photocopying (part 1), # 4 Exhibit C - Photocopying (part 2))(Levine, Donald) (Entered: 10/01/2010) |
| 10/01/2010 | 679 | NOTICE by BRB Investments, LLC, John Bridge, CCJ Investments, LLC, Barrett Rochman, Christopher Rochman, Corinne Rochman, Jesse Rochman, Sabre Group LLC re memorandum in support of motion, 678 (Levine, Donald) (Entered: 10/01/2010) |
| 10/06/2010 | 680 | MOTION by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co. for bill of costs *to Set Dates by Which Parties are to File Their Position Papers Regarding Defendants' Bill of Costs* (Moynihan, John) (Entered: 10/06/2010) |
| 10/06/2010 | 681 | NOTICE of Motion by John William Moynihan for presentment of motion for bill of costs 680 before Honorable James F. Holderman on 10/12/2010 at 09:00 AM. (Moynihan, John) (Entered: 10/06/2010) |
| 10/12/2010 | 682 | MINUTE entry before Honorable James F. Holderman: Plaintiffs' motion to Set Dates by Which Parties are to File Their Position Papers Regarding Defendants' Bill of Costs 680 is granted. On defendants' motion for bill of costs 677 , plaintiffs' response due by 12/6/2010; defendants' reply due by 1/4/2011. The Court to rule electronically. Mailed notice (am) (Entered: 10/14/2010) |
| 10/14/2010 | 683 | CERTIFIED copy of order dated 10/14/2010 from the Seventh Circuit regarding notice of appeal 662 ; Appellate case no. : 10-3062, 10-3068. Upon consideration of the Motion to withdraw record exhibits filed under seal, filed on October 4, 2010, by counsel for appellants, It Is ordered that the motion is Denied. This court does not allow sealed documents to be withdrawn. Counsel may view the documents under supervisor of the clerks' office, move to have the documents unsealed so they can be withdrawn, or seek to obtain copies from opposing counsel. |

| | | (vcf, ) (Entered: 10/15/2010) |
|---|---|---|
| 12/06/2010 | 684 | BILL of Costs *Plaintiffs' Opposition to Defendants' Bills of Costs* (Quinn, Jonathan) (Entered: 12/06/2010) |
| 01/04/2011 | 685 | RESPONSE by BRB Investments, LLC, John Bridge, CCJ Investments, LLC, Barrett Rochman, Christopher Rochman, Corinne Rochman, Jesse Rochman, Sabre Group LLC in Support of MOTION by Defendants BRB Investments, LLC, John Bridge, CCJ Investments, LLC, Barrett Rochman, Christopher Rochman, Corinne Rochman, Jesse Rochman, Sabre Group LLC for bill of costs 677 (Bryan, Saskia) (Entered: 01/04/2011) |
| 01/04/2011 | 686 | NOTICE by BRB Investments, LLC, John Bridge, CCJ Investments, LLC, Barrett Rochman, Christopher Rochman, Corinne Rochman, Jesse Rochman, Sabre Group LLC re response in support of motion, 685 (Bryan, Saskia) (Entered: 01/04/2011) |
| 05/04/2011 | 690 | LETTER from the USCA retaining the record on appeal in USCA no. 10-3068 consisting of one pleading to be returned later and two transcripts. (vcf, ) (Entered: 05/17/2011) |
| 05/04/2011 | 691 | MANDATE of USCA dated 4/26/2011 regarding notice of appeal 662 ; USCA No. 10-3062, 10-3068. (vcf, ) (Entered: 05/17/2011) |
| 05/04/2011 | 692 | OPINION from the USCA for the Seventh Circuit; Argued February 24, 2011; Decided March 24, 2011 in USCA case no. 10-3062, 10-3068. The judgment is REVERSED, with costs, and the case REMANDED for further proceedings consistent with the opinion. As this is the second reversal of the district judge in the same case, we think it best to spread the pain and invoke our Rule 36, so that the trial will be before a different judge. The above is in accordance with the decision of this court entered on this date (vcf, ) (Entered: 05/17/2011) |
| 05/04/2011 | 693 | USCA JUDGMENT dated 5/4/2011 regarding notice of appeal 662 ; USCA No. 10-3062, 10-3068. The judgment is REVERSED, with costs, and the case REMANDED for further proceedings consistent with the opinion. As this is the second reversal of the district judge in the same case, we think it best to spread the pain and invoke our Rule 36, so that the trial will be before a different judge. The above is in accordance with the decision of this court entered on this date. (vcf, ) (Entered: 05/17/2011) |
| 05/05/2011 | 687 | ATTORNEY Appearance for Plaintiffs BCS Services, Inc., Oak Park Investments, Inc., Phoenix Bond & Indemnity Co. by Max A Stein (Stein, Max) (Entered: 05/05/2011) |
| 05/13/2011 | 688 | MOTION by Plaintiff Phoenix Bond & Indemnity Co. to strike *certain Defendants' Motion for Sanctions* (Attachments: # 1 Exhibit 1 and |

| | | |
|---|---|---|
| | | 2)(Quinn, Jonathan) (Docket text modified by Clerk's) Modified on 5/16/2011 (kj, ). (Entered: 05/13/2011) |
| 05/13/2011 | 689 | MOTION by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co. for hearing *to Set Trial Date* (Quinn, Jonathan) (Entered: 05/13/2011) |
| 05/17/2011 | 694 | MAILED GENERAL RULE 40.5(b) LETTER to counsel of record. (vcf, ) (Entered: 05/17/2011) |
| 05/19/2011 | 695 | MOTION by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co. to reassign case *Request for Assignment of New Judge* (Quinn, Jonathan) (Entered: 05/19/2011) |
| 05/19/2011 | 696 | EXECUTIVE COMMITTEE ORDER: Case reassigned to the Honorable George M. Marovich for all further proceedings. Pursuant to the provisions of LR 40.5, this cause is to be reassigned by lot having been reversed and remanded pursuant to a mandate issued by the U.S. Court of Appeals, 7th Circuit. Signed by Executive Committee on 5/19/11.(ef, ) Modified on 5/20/2011 (ef, ). (Entered: 05/20/2011) |
| 05/20/2011 | 697 | NOTICE of Correction regarding document 696 . (ef, ) (Entered: 05/20/2011) |
| 05/23/2011 | "TYPE=PICT;ALT=LOCK" 698 | TRANSCRIPT OF PROCEEDINGS held on 12-23-09 before the Honorable Maria Valdez. Court Reporter Contact Information: Pamela S. Warren, pswcsr@aol.com, 312-294-8907. <P>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.</P> Redaction Request due 6/13/2011. Redacted Transcript Deadline set for 6/23/2011. Release of Transcript Restriction set for 8/22/2011. (Warren, Pamela) (Entered: 05/23/2011) |
| 05/23/2011 | 699 | MOTION by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co. to strike *Sass Defendants Motion for Sanctions and Bill of Costs* (Attachments: # 1 Exhibit Exhibits)(Quinn, Jonathan) (Entered: 05/23/2011) |
| 05/23/2011 | 700 | NOTICE of Motion by Jonathan Stuart Quinn for presentment of motion to strike 699 before Honorable George M. Marovich on 5/31/2011 at 10:30 AM. (Quinn, Jonathan) (Entered: 05/23/2011) |
| 05/31/2011 | 701 | MINUTE entry before Honorable George M. Marovich:Motion hearing held on 5/31/2011. All pending motions are entered and continued. Mailed notice (clw, ) (Entered: 05/31/2011) |

| 05/31/2011 | 702 | EXECUTIVE COMMITTEE ORDER: Case reassigned to the Honorable Matthew F. Kennelly for all further proceedings. Signed by Executive Committee on 5/31/2011.(vcf, ) (Entered: 06/03/2011) |
|---|---|---|
| 06/05/2011 | 703 | MINUTE entry before Honorable Matthew F. Kennelly: MINUTE entry before Honorable Matthew F. Kennelly: This case has been reassigned to Judge Kennelly's docket. The parties are to file, by no later than 6/17/11, a joint status report in which they identify all pending claims and counterclaims, describe the current status of discovery (including what discovery remains to be done), identify any pending but not yet decided motions, and propose a schedule for the completion of discovery and other pretrial matters. The parties may also include in the status report any other matters that they believe appropriate. A status hearing is set for 6/22/11 at 9:30 a.m. Counsel should be prepared to set a pretrial schedule and a trial date at that time. (mk) (Entered: 06/05/2011) |
| 06/07/2011 | 704 | MOTION by Defendants BRB Investments, LLC, John Bridge, CCJ Investments, LLC, Barrett Rochman, Christopher Rochman, Corinne Rochman, Jesse Rochman, Sabre Group LLC to withdraw *Bill of Costs and Motions for Sanctions* (Levine, Donald) (Entered: 06/07/2011) |
| 06/07/2011 | 705 | NOTICE of Motion by Donald B. Levine for presentment of motion to withdraw 704 before Honorable Matthew F. Kennelly on 6/22/2011 at 09:30 AM. (Attachments: # 1 Certificate of Service)(Levine, Donald) (Entered: 06/07/2011) |
| 06/17/2011 | 706 | STATUS Report *Joint Status Report* by BCS Services, Inc., Phoenix Bond & Indemnity Co. (Stein, Max) (Entered: 06/17/2011) |
| 06/22/2011 | "TYPE=PICT;ALT=LOCK" | (Court only) ******Case Reopened (vcf, ) (Entered: 06/22/2011) |
| 06/22/2011 | 707 | MEMORANDUM *Supplemental Filing in Support of Motion to Exclude Testimony of Plaintiffs' Proffered Experts* (Meyer, Christopher) (Entered: 06/22/2011) |
| 06/22/2011 | 708 | MINUTE entry before Honorable Matthew F. Kennelly: Status hearing held. This case is consolidated for all purposes with 07 C 1367. All filings are to be made in 05 C 4095. Responses to motions to sever are to filed by 6/30/11. Reply briefs due by 7/8/11. Ruling set for 7/13/11 at 9:30 AM. Parties are to submit to chambers the filed materials on Daubert and summary judgment motions as stated in open court. Any supplementation is to be done promptly and in a non-argumentative fashion as stated in open court. Jury trial set for 8/29/11 at 9:45 AM. |

| | | |
|---|---|---|
| | | Pretrial conference set for 8/22/11 at 3:30 PM. Pretrial order is due 8/8/11. Mailed notice (vcf, ) (Entered: 06/23/2011) |
| 06/22/2011 | 709 | MINUTE entry before Honorable Matthew F. Kennelly: Motion of BRB / Bridge defendants to withdraw bill of costs and motions for sanctions is granted 704 . The Clerk is directed to terminate motion 668, 669, and 677. Motions to strike motions for sanctions and bills of costs [688 & 699], to set trial date 689 , and for assignment of new judge 689 are terminated as moot. Mailed notice (vcf, ) (Entered: 06/23/2011) |
| 06/22/2011 | 710 | MINUTE entry before Honorable Matthew F. Kennelly: Status hearing held. This case is consolidated for all purposes with 07 C 1367. All filings are to be made in 05 C 4095. Responses to motions to sever are to filed by 6/30/11. Reply briefs due by 7/8/11. Ruling set for 7/13/11 at 9:30 AM. Parties are to submit to chambers the filed materials on Daubert and summary judgment motions as stated in open court. Any supplementation is to be done promptly and in a non-argumentative fashion as stated in open court. Jury trial set for 8/29/11 at 9:45 AM. Pretrial conference set for 8/22/11 at 3:30 PM. Pretrial order is due 8/8/11. Mailed notice (vcf, ) (Entered: 06/27/2011) |
| 06/30/2011 | 711 | MEMORANDUM by BCS Services, Inc., Phoenix Bond & Indemnity Co. : Consolidated Memorandum in Opposition to Defendants' Motions to Sever and Bifurcate (Linked to Docket No. 646) (Quinn, Jonathan) (Entered: 06/30/2011) |
| 07/06/2011 | 712 | MOTION by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co. to substitute party Bonnie J. Gray, Individually, as Estate Representative and as Trustee, as Defendant in Place of Deceased Defendant David R. Gray (Quinn, Jonathan) (Entered: 07/06/2011) |
| 07/06/2011 | 713 | NOTICE of Motion by Jonathan Stuart Quinn for presentment of motion to substitute party 712 before Honorable Matthew F. Kennelly on 7/13/2011 at 09:30 AM. (Quinn, Jonathan) (Entered: 07/06/2011) |
| 07/07/2011 | 714 | ATTORNEY Appearance for Movants SASS Muni-IV LLC, SASS Muni-V, LLC by Tedd Macrae Warden (Warden, Tedd) (Entered: 07/07/2011) |
| 07/07/2011 | 715 | REPLY by Defendants BRB Investments, LLC, John Bridge, CCJ Investments, LLC, Barrett Rochman, Christopher Rochman, Corinne Rochman, Jesse Rochman, Sabre Group LLC to memorandum 711 (Levine, Donald) (Entered: 07/07/2011) |
| 07/07/2011 | 716 | NOTICE by BRB Investments, LLC, John Bridge, CCJ Investments, LLC, Barrett Rochman, Christopher Rochman, Corinne Rochman, Jesse Rochman, Sabre Group LLC re reply 715 (Levine, Donald) (Entered: 07/07/2011) |

| 07/07/2011 | 717 | REPLY by Defendants BankAtlantic, Heartwood 88, Inc. *Heartwood 88, LLC and BankAtlantic's Reply Brief in Support of Motions to Sever* (Attachments: # 1 List of Exhibits, # 2 Exhibit Exhibit A (Part 1 of 2), # 3 Exhibit Exhibit A (Part 2 of 2), # 4 Exhibit Exhibit B)(Meyer, Christopher) (Entered: 07/07/2011) |
| 07/08/2011 | 718 | MOTION by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co.to Modify Protective Order (Quinn, Jonathan) (Entered: 07/08/2011) |
| 07/08/2011 | 719 | NOTICE of Motion by Jonathan Stuart Quinn for presentment of motion for miscellaneous relief 718 before Honorable Matthew F. Kennelly on 7/13/2011 at 09:30 AM. (Quinn, Jonathan) (Entered: 07/08/2011) |
| 07/08/2011 | 720 | REPLY by Defendants B G Investments, Inc., Bonnie Gray, Midwest Real Estate Investment Co., David Gray, Atlantic Municipal Corporation, Midwest Real Estate Investment Company Employee Profit Sharing Plan & Trust, Wheeler-Dealer, Ltd., Timothy E. Gray *in Support of the Gray Defendants' Motion to Sever* (Friedman, Arthur) (Entered: 07/08/2011) |
| 07/08/2011 | 721 | MOTION by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co.to Exclude Evidence Pursuant to Rule 37(c)(1) (Quinn, Jonathan) (Entered: 07/08/2011) |
| 07/08/2011 | 722 | NOTICE of Motion by Jonathan Stuart Quinn for presentment of motion for miscellaneous relief 721 before Honorable Matthew F. Kennelly on 7/13/2011 at 09:30 AM. (Quinn, Jonathan) (Entered: 07/08/2011) |
| 07/08/2011 | 723 | REPLY by BCS Services, Inc., SASS Muni-IV LLC, SASS Muni-V, LLC to memorandum 711 (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Pearl, Richard) (Entered: 07/08/2011) |
| 07/08/2011 | 724 | MOTION by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co. for leave to file *Sur-Reply* (Quinn, Jonathan) (Entered: 07/08/2011) |
| 07/08/2011 | 725 | NOTICE of Motion by Jonathan Stuart Quinn for presentment of motion for leave to file 724 before Honorable Matthew F. Kennelly on 7/13/2011 at 09:30 AM. (Quinn, Jonathan) (Entered: 07/08/2011) |
| 07/11/2011 | 726 | RESPONSE by Defendants BankAtlantic, Heartwood 88, Inc. to motion for leave to file 724 (Attachments: # 1 Exhibit A: Heartwood and BankAtlantic's Response to Plaintiffs' Surreply)(Meyer, Christopher) (Entered: 07/11/2011) |
| 07/13/2011 | 727 | MINUTE entry before Honorable Matthew F. Kennelly: Motion to reassign case 695 is terminated as moot. Motion by BRB Investments, et al. to withdraw bill of costs and motions for sanctions 704 was previously granted and is therefore terminated. (mk) (Entered: |

| | | |
|---|---|---|
| | | 07/13/2011) |
| 07/13/2011 | 728 | MINUTE entry before Honorable Matthew F. Kennelly: The following attorneys are hereby advised that their appearances will be stricken unless, by 7/20/11, they make the necessary arrangements via the Clerk's office to have e-mail addresses associated with their appearances so that they may be sent notices electronically, rather than by mail: E. Jay Abt; Edward W. Feldman, Mark Frels; Martin Hauselman; Mark H. How; Phillip McKinney; Steven R. Rappin; and Richard H. Sinkfield. Mailed notice (vcf,) (Entered: 07/13/2011) |
| 07/13/2011 | 730 | MINUTE entry before Honorable Matthew F. Kennelly: Ruling held on motions to sever. Motions are denied for the reasons stated in open court. Motion to file surreply is granted (724). Motion to substitute is granted (712). Bonnie J. Gray, as estate representative and trustee, is substituted as defendant in place of David R. Gray. Response to motion to exclude (721) is due 7/18/11, reply is due 7/25/11; ruling is set to 7/28/11 at 9:30 a.m. Jury trial set for 8/29/11 is vacated and reset to 10/11/11 at 9:45 AM. Pretrial conference reset to 10/5/11 at 1:30 PM. Pretrial order is due 9/16/11. Status hearing set for 8/17/11 at 8:30 AM. Mailed notice (vcf,) (Entered: 07/15/2011) |
| 07/14/2011 | "TYPE=PHICT;ALT=LOCK" 729 | TRANSCRIPT OF PROCEEDINGS held on 7/13/11 before the Honorable Matthew F. Kennelly. Court Reporter Contact Information: Laura Brennan, 312-435-5785, Laura_M_Brennan@ilnd.uscourts.gov. IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. Redaction Request due 8/4/2011. Redacted Transcript Deadline set for 8/15/2011. Release of Transcript Restriction set for 10/12/2011. (Brennan, Laura) (Entered: 07/14/2011) |
| 07/18/2011 | 731 | RESPONSE by BRB Investments, LLC, John Bridge, CCJ Investments, LLC, Barrett Rochman, Christopher Rochman, Corinne Rochman, Jesse Rochman, Sabre Group LLC to MOTION by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co.to Exclude Evidence Pursuant to Rule 37(c)(1) 721 (Levine, Donald) (Entered: 07/18/2011) |
| 07/18/2011 | 732 | NOTICE by BRB Investments, LLC, John Bridge, Barrett Rochman, Christopher Rochman, Corinne Rochman, Jesse Rochman, Sabre Group LLC re response to motion, 731 (Levine, Donald) (Entered: 07/18/2011) |

| | | |
|---|---|---|
| 07/18/2011 | 733 | RESPONSE by BankAtlantic, Heartwood 88, Inc.in Opposition to MOTION by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co.to Exclude Evidence Pursuant to Rule 37(c)(1) 721 (Meyer, Christopher) (Entered: 07/18/2011) |
| 07/22/2011 | 734 | MOTION by Movants SASS Muni-IV LLC, SASS Muni-V, LLC to join Co-Defendants' Oppositions (Attachments: # 1 Exhibit A - Transcript of Proceedings)(Pearl, Richard) (Entered: 07/22/2011) |
| 07/22/2011 | 735 | NOTICE of Motion by Richard J Pearl for presentment of motion to join 734 before Honorable Matthew F. Kennelly on 7/28/2011 at 09:30 AM. (Pearl, Richard) (Entered: 07/22/2011) |
| 07/25/2011 | 736 | REPLY by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co. to response in opposition to motion 733 , motion for miscellaneous relief 721 *In Further Support Of Their Motion To Exclude Evidence Pursuant To Rule 37(c)(1)* (Quinn, Jonathan) (Entered: 07/25/2011) |
| 07/26/2011 | 737 | MOTION by Defendants BankAtlantic, Heartwood 88, Inc.For Leave to File Sur-Reply (Attachments: # 1 Exhibit List, # 2 Exhibit A: Proposed Sur-reply, # 3 Exhibit A1: July 28, 2010 E-mail, # 4 Exhibit A2: July 18, 2011 E-mail)(Meyer, Christopher) . (Entered: 07/26/2011) |
| 07/26/2011 | 738 | NOTICE of Motion by Christopher Kenneth Meyer for presentment of motion for miscellaneous relief, 737 before Honorable Matthew F. Kennelly on 8/9/2011 at 09:30 AM. (Meyer, Christopher) (Entered: 07/26/2011) |
| 07/26/2011 | 739 | RESPONSE by BCS Services, Inc., Phoenix Bond & Indemnity Co. to MOTION by Defendants BankAtlantic, Heartwood 88, Inc.For Leave to File Sur-Reply 737 (Quinn, Jonathan) (Entered: 07/26/2011) |
| 07/27/2011 | 740 | MOTION by Defendants BRB Investments, LLC, John Bridge, CCJ Investments, LLC, Barrett Rochman, Christopher Rochman, Corinne Rochman, Jesse Rochman, Sabre Group LLC for leave to file *Sur-Reply* (Attachments: # 1 Exhibit A - letter, # 2 Exhibit B - Proposed Sur-Reply)(Bryan, Saskia) (Entered: 07/27/2011) |
| 07/27/2011 | 741 | NOTICE of Motion by Saskia Nora Bryan for presentment of motion for leave to file, 740 before Honorable Matthew F. Kennelly on 7/9/2012 at 09:30 AM. (Bryan, Saskia) (Entered: 07/27/2011) |
| 07/27/2011 | 742 | *Corrected* NOTICE of Motion by Saskia Nora Bryan for presentment of motion for leave to file, 740 before Honorable Matthew F. Kennelly on 8/9/2011 at 09:30 AM. (Bryan, Saskia) (Entered: 07/27/2011) |
| 07/27/2011 | 743 | ATTORNEY Appearance for Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co. by Thomas M. Levinson (Levinson, Thomas) (Entered: 07/27/2011) |

| 07/28/2011 | 744 | MINUTE entry before Honorable Matthew F. Kennelly: Telephone status hearing is set for 8/8/2011 at 08:45 AM. Motion hearing held. Plaintiffs' motion to exclude evidence pursuant to Rule 37(c) is entered and set for ruling on 8/8/2011 at 08:45 AM. Sass Movants' motion to join *Co-Defendants' Oppositions* 734 is granted. Defendants' motions for leave to file *Sur-Reply* 740 are denied. Mailed notice (jms, ) (Entered: 07/28/2011) |
|---|---|---|
| 08/08/2011 | 745 | MINUTE entry before Honorable Matthew F. Kennelly: Telephone status hearing held with attorneys for all parties regarding motion for sanctions. The Court incorporates its comments and rulings stated in open court at the motion hearing on 7/28/11. In summary, the defendants failed to comply with their obligation under Rule 26 to supplement their earlier discovery responses regarding the matters that are the subject of the motion. The defendants other than the SI defendants and the Heartwood 88 defendants still have not supplemented the pertinent information and are precluded from doing so and from offering or relying on any updated information post-dating their earlier production. The Heartwood 88 defendants appear to have complied with their supplementation obligations through 6/30/10 (as of 7/31/10) but did not timely comply with their supplementation obligations following the issuance of the appellate mandate on 5/24/11. They did not produce updated information until late July 2011, around 30 days prior to trial, which was untimely. The SI defendants did not comply with their supplementation obligations prior to the now-reversed summary judgment ruling. They provided further information in late July 2011, but this was untimely and it was also incomplete, in that it covered only the small proportion of the properties that went to deed, described in court as around 1% of the total. At the hearing on the motion, the SI defendants committed to produce the remaining approximately 99% of the updated data by no later than 8/4/11, and the Court ordered them to do so. At this morning's telephone status, plaintiffs' counsel reported that their expert will require approximately 200 hours to analyze the new data and produce a revised or supplemental report. Though plaintiffs have offered a basis that would permit the Court to preclude the SI and Heartwood 88 defendants from relying on the untimely produced supplemental information, the Court declines plaintiffs' request to enter such an order and instead imposes the following sanctions. Plaintiffs' expert has until 9/8/11 to produce a revised / supplemental report incorporating the newly produced information. The reasonable expenses of the production of that report will be borne 80% by the SI defendants and 20% by the Heartwood 88 defendants. No further deposition of the plaintiffs' expert will be permitted. The case remains set for a status hearing on 8/17/11 at 9:30 |

| | | a.m. (mk) (Entered: 08/08/2011) |
|---|---|---|
| 08/08/2011 | 746 | MINUTE entry before Honorable Matthew F. Kennelly: The status hearing set for 8/17/11 remains set for 8:30 a.m., not 9:30 a.m. as erroneously stated in the order issued earlier today. (mk) (Entered: 08/08/2011) |
| 08/08/2011 | 747 | MINUTE entry before Honorable Matthew F. Kennelly: The Clerk is directed to terminate the following appearances because the persons involved have not provided e-mail addresses to permit service of electronic notices, as required by local rule: Steven R. Rappin, Martin F. Hauselman, E. Jay Abt, Phillip McKinney, Richard Sinkfield, Greg Reiter, Mark How, and Mark Frels. Mailed notice (vcf, ) (Entered: 08/09/2011) |
| 08/15/2011 | 748 | STATUS Report *Regarding Trial Logistics* by BCS Services, Inc., Phoenix Bond & Indemnity Co. (Stein, Max) (Entered: 08/15/2011) |
| 08/17/2011 | 751 | MINUTE entry before Honorable Matthew F. Kennelly: Status hearing pursuant to Rule 16(b) held with attorneys for most but not all parties. Attorneys for certain defendants fail to appear. Motion to modify protective order (718) is terminated as moot. Judge Kennelly's standards for approval and review of protective order shall apply hence forth. Supplementl to status report regarding trial logistics is to be filed by 8/26/2011. Due date for motions in limine is 9/21/2011. Status hearing continued to 9/1/2011 at 08:30 AM., in chambers. Any defendant who does not appear is via counsel will be held in default. (or, ) (Entered: 08/22/2011) |
| 08/17/2011 | 752 | WRITTEN Opinion entered by the Honorable Matthew F. Kennelly on 8/17/2011: For these reasons, the Court denies WDC and T. Gray's motion for summary judgment and the remainder of the BG defendants' motion for summary judgment. (These motions were previously terminated on the docket prior to the most recent appeal in this case.) Signed by the Honorable Matthew F. Kennelly on 8/17/2011. Mailed notice(vcf, ) (Entered: 08/22/2011) |
| 08/22/2011 | 749 | MOTION by Plaintiffs Phoenix Bond & Indemnity Co., BCS Services, Inc. to dismiss *(Voluntary)* (Quinn, Jonathan) (Entered: 08/22/2011) |
| 08/22/2011 | 750 | NOTICE of Motion by Jonathan Stuart Quinn for presentment of motion to dismiss 749 before Honorable Matthew F. Kennelly on 9/1/2011 at 09:00 AM. (Quinn, Jonathan) (Entered: 08/22/2011) |
| 08/26/2011 | 753 | MOTION by counsel for Movant Marshall Atlas to withdraw as attorney (Genson, Edward) (Entered: 08/26/2011) |
| 08/26/2011 | 754 | NOTICE of Motion by Edward Marvin Genson for presentment of motion to withdraw as attorney 753 before Honorable Matthew F. |

| | | |
|---|---|---|
| | | Kennelly on 9/1/2011 at 09:30 AM. (Genson, Edward) (Entered: 08/26/2011) |
| 08/26/2011 | 755 | STATUS Report *Regarding Trial Logistics* by BCS Services, Inc., Phoenix Bond & Indemnity Co. (Stein, Max) (Entered: 08/26/2011) |
| 08/29/2011 | 756 | MOTION by counsel for Movant Marshall Atlas to withdraw as attorney (Reyes, Rebecca) (Entered: 08/29/2011) |
| 08/29/2011 | 757 | NOTICE of Motion by Rebecca Mil Reyes for presentment of motion to withdraw as attorney 756 before Honorable Matthew F. Kennelly on 9/1/2011 at 09:30 AM. (Reyes, Rebecca) (Entered: 08/29/2011) |
| 08/30/2011 | 758 | ATTORNEY Appearance for Defendants Atlantic Municipal Corporation, B G Investments, Inc., Bonnie Gray, David Gray, Midwest Real Estate Investment Co., Midwest Real Estate Investment Company Employee Profit Sharing Plan & Trust by Gabriel Bankier Plotkin (Plotkin, Gabriel) (Entered: 08/30/2011) |
| 08/31/2011 | 759 | MOTION by Defendants Jeffrey Bridge, Barrett Rochman, Sabre Group LLC Joint Motion Regarding Supplemental Production (Levine, Donald) (Entered: 08/31/2011) |
| 08/31/2011 | 760 | NOTICE of Motion by Donald B. Levine for presentment of motion for miscellaneous relief 759 before Honorable Matthew F. Kennelly on 9/8/2011 at 09:30 AM. (Levine, Donald) (Entered: 08/31/2011) |
| 08/31/2011 | "TYPE=PICT;ALT=LOCK" 764 | TRANSCRIPT OF PROCEEDINGS held on 7/28/11 before the Honorable Matthew F. Kennelly. Court Reporter Contact Information: Kristin M. Ashenhurst, 312-496-3867, krisa58@msn.com. IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. Redaction Request due 9/21/2011. Redacted Transcript Deadline set for 10/3/2011. Release of Transcript Restriction set for 11/29/2011. (kmt, ) (Entered: 09/07/2011) |
| 09/01/2011 | 761 | MINUTE entry before Honorable Matthew F. Kennelly: Status hearing held in chambers with attorneys for all parties other than defendant Joseph Varan. No attorney appears for defendant Varan. Defendant Varan is held in default as described in the Court's order dated 8/17/11. A prove-up hearing will be set at a later date. The case is set for a status hearing on 9/8/11 at 9:30 a.m. The pending motions to withdraw are entered and continued to that date. All clients whose attorneys have moved to withdraw are ordered to appear. A preliminary settlement |

| | | |
|---|---|---|
| | | conference involving attorneys for plaintiffs and the Sass defendants only will be held by telephone on 9/2/11 at 4:00 p.m. The Sass defendants' attorney is to get plaintiffs' attorney on the telephone and then call chambers (312-435-5618). (mk) (Entered: 09/01/2011) |
| 09/02/2011 | 762 | CERTIFICATE of Service by Edward Marvin Genson on behalf of Marshall Atlas regarding MOTION by counsel for Movant Marshall Atlas to withdraw as attorney 753 (Genson, Edward) (Entered: 09/02/2011) |
| 09/02/2011 | 763 | MINUTE entry before Honorable Matthew F. Kennelly: The joint motion of plaintiffs and the SI defendants regarding supplemental production [# 759 ] is granted. Upon payment of the agreed upon sum, the SI defendants will have fulfilled all of their obligations under the Court's order of 8/8/11. Plaintiffs' motion for voluntary dismissal [# 749 ] is also granted. Plaintiffs' claims against the following defendants are dismissed with prejudice and without costs: Sabre Group LLC, SI Securities LLC, SI Securities Management Inc., CMS Services LLC, SI Boo LLC, CCPI LLC, CCJ Investments LLC, BRB Investments LLC, Regal One LLC, Georgetown Investors LLC, Optimum Financial Inc., Carpus Investments LLC, Barrett Rochman, Kenneth Rochman, Jesse Rochman, Christopher Rochman, Cirrine Rochman, John Bridge, Jeffrey Bridge, Kevin Sierzega, Francis Alexander, and Jason Baumbach. The Clerk is directed to terminate those defendants. Mailed notice (vcf, ) (Entered: 09/07/2011) |
| 09/08/2011 | 765 | CERTIFICATE of Service 756 . (Reyes, Rebecca) (Docket Text Modified by Clerk's Office) Modified on 9/9/2011 (smm). (Entered: 09/08/2011) |
| 09/08/2011 | 769 | MINUTE entry before Honorable Matthew F. Kennelly:Hearing held on motions to withdraw as attorney 753 [756. Motions are denied for the reasons stated in open court. Status hearing held. (or, ) (Entered: 09/12/2011) |
| 09/09/2011 | 766 | MOTION by Defendants BankAtlantic, Heartwood 88, Inc. for protective order, MOTION by Defendants BankAtlantic, Heartwood 88, Inc. to quash *trial subpoenas* (Attachments: # 1 List of Exhibits, # 2 Exhibit August 26 and September 2, 2011 Letters and Enclosed Trial Subpoenas, # 3 Exhibit Excerpts from Plaintiffs' Draft Witness List for Pre-Trial Order)(Meyer, Christopher) (Entered: 09/09/2011) |
| 09/09/2011 | 767 | NOTICE of Motion by Christopher Kenneth Meyer for presentment of motion for protective order, motion to quash,, 766 before Honorable Matthew F. Kennelly on 9/14/2011 at 09:30 AM. (Meyer, Christopher) (Entered: 09/09/2011) |
| 09/09/2011 | 768 | STIPULATION *Regarding Supplemental Productions* (Stein, Max) (Entered: 09/09/2011) |

| 09/13/2011 | 770 | RESPONSE by BCS Services, Inc., Phoenix Bond & Indemnity Co. to MOTION by Defendants BankAtlantic, Heartwood 88, Inc. for protective orderMOTION by Defendants BankAtlantic, Heartwood 88, Inc. to quash *trial subpoenas* 766 (Levinson, Thomas) (Entered: 09/13/2011) |
|---|---|---|
| 09/13/2011 | 771 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 0752-6374805. (Stearns, Eugene) (Entered: 09/13/2011) |
| 09/13/2011 | 772 | NOTICE of Motion by Christopher Kenneth Meyer for presentment of motion to appear pro hac vice 771 before Honorable Matthew F. Kennelly on 9/21/2011 at 09:30 AM. (Meyer, Christopher) (Entered: 09/13/2011) |
| 09/14/2011 | 773 | ORDER regarding motions to exclude testimony of Scott Shaffer. Signed by the Honorable Matthew F. Kennelly on 9/14/2011. (mk) (Entered: 09/14/2011) |
| 09/14/2011 | 774 | MINUTE entry before Honorable Matthew F. Kennelly:Motion to quash 766 is denied for the reasons stated in open court. (or, ) (Entered: 09/14/2011) |
| 09/15/2011 | 775 | MINUTE entry before Honorable Matthew F. Kennelly:Minute order of 9/2/2011 is amended to correct the name of one of the defendants voluntarily dismissed. The corrected name is Corinne Rochman. The name of this defendant is spelled correctly on the docket. (or, ) (Entered: 09/15/2011) |
| 09/18/2011 | 776 | ORDER REGARDING ALLOCATION OF TRIAL TIME signed by the Honorable Matthew F. Kennelly on 9/18/2011. (mk) (Entered: 09/18/2011) |
| 09/20/2011 | 777 | MINUTE ORDER regarding motions to exclude testimony of Thomas Dunn, signed by the Honorable Matthew F. Kennelly on 9/20/11. (mk) (Entered: 09/20/2011) |
| 09/20/2011 | 778 | MINUTE entry before Honorable Matthew F. Kennelly: The motion of Eugene Stearns for leave to appear pro hac vice is granted. The Clerk is directed to make sure that an email address is associated with counsel's appearance to permit service of electronic notices. Mailed notice (vcf, ) (Entered: 09/21/2011) |
| 09/21/2011 | 779 | MOTION by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co.in limine (Attachments: # 1 Exhibit Exhibits 1 - 3, # 2 Exhibit Exhibit 4, # 3 Exhibit Exhibit 5, # 4 Exhibit Exhibit 6)(Stein, Max) (Entered: 09/21/2011) |
| 09/21/2011 | 780 | MOTION by Defendants BankAtlantic, Heartwood 88, Inc.in limine *Defendants' Consolidated Set of Motions in Limine* (Attachments: # 1 Exhibit List, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # |

| | | |
|---|---|---|
| | | 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Exhibit L, # 14 Exhibit M, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U, # 22 Exhibit V, # 23 Exhibit W, # 24 Exhibit X, # 25 Exhibit Y, # 26 Exhibit Z, # 27 Exhibit AA, # 28 Exhibit BB, # 29 Exhibit CC, # 30 Exhibit DD, # 31 Exhibit EE, # 32 Exhibit FF, # 33 Exhibit GG, # 34 Exhibit HH, # 35 Exhibit H, # 36 Exhibit JJ, # 37 Exhibit KK)(Meyer, Christopher) (Entered: 09/21/2011) |
| 09/22/2011 | 781 | MOTION by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co.Plaintiff's Motion For Issuance Of Trial Subpoenas To Defendants Kirk Allison And Vinaya Jessani (Levinson, Thomas) (Entered: 09/22/2011) |
| 09/22/2011 | 782 | NOTICE of Motion by Thomas M. Levinson for presentment of motion for miscellaneous relief 781 before Honorable Matthew F. Kennelly on 9/28/2011 at 09:30 AM. (Levinson, Thomas) (Entered: 09/22/2011) |
| 09/25/2011 | 783 | RESPONSE by Defendants Vinaya Jessani, Kirk Allison to motion for miscellaneous relief 781 (Pearl, Richard) (Entered: 09/25/2011) |
| 09/28/2011 | 784 | RESPONSE by Phoenix Bond & Indemnity Co. to MOTION by Defendants BankAtlantic, Heartwood 88, Inc.in limine *Defendants' Consolidated Set of Motions in Limine* 780 (Attachments: # 1 Exhibit Index of Exhibits, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6A, # 8 Exhibit 6B, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10)(Levinson, Thomas) (Entered: 09/28/2011) |
| 09/28/2011 | 785 | RESPONSE by SASS Muni-IV LLC, SASS Muni-V, LLC to MOTION by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co.in limine 779 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q)(Pearl, Richard) (Entered: 09/28/2011) |
| 09/29/2011 | 786 | MINUTE entry before Honorable Matthew F. Kennelly: Hearing held on motion for issuance of trial subpoenas. Motion 781 is granted to the extent stated in open court. (or, ) (Entered: 09/29/2011) |
| 09/29/2011 | 787 | MINUTE entry before Honorable Matthew F. Kennelly: The starting time for the final pretrial conference on 10/5/2011 is reset to 2:00 p.m. In addition, at the conclusion of the conference, the Court intends to inquire regarding the status of any settlement discussions and may wish to engage counsel in such discussions. The lawyers responsible for such discussions should make arrangements to appear for that portion of the final pretrial conference if they do not otherwise intend to appear. |

| | | |
|---|---|---|
| | | Client representatives need not aappear. (mk) (Entered: 09/29/2011) |
| 09/29/2011 | 788 | MOTION by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co. for extension of time *(for Additional Trial Time)* (Levinson, Thomas) (Entered: 09/29/2011) |
| 09/29/2011 | 789 | NOTICE of Motion by Thomas M. Levinson for presentment of extension of time 788 before Honorable Matthew F. Kennelly on 10/5/2011 at 02:00 PM. (Levinson, Thomas) (Entered: 09/29/2011) |
| 09/29/2011 | 790 | MINUTE entry before Honorable Matthew F. Kennelly: The Clerk is directed to terminate the pro se appearance of Greg M. Reiter as a plaintiff in this case. It does not appear that Mr. Reiter is actually a plaintiff. The presence of his pro se appearance on the docket unduly complicates sending electronic notices to those whose appearances are actually and currently on file. In addition, Mr. Reiter's appearance as an attorney appears elsewhere on the docket, so he will continue to receive notices for that reason. Mailed notice (vcf, ) (Entered: 09/30/2011) |
| 09/30/2011 | 791 | STIPULATION *Regarding Exchange of Demonstrative Materials to be Used During Opening Statements, Demonstrative Exhibits, and Rule 1006 Summaries* (Meyer, Christopher) (Entered: 09/30/2011) |
| 10/03/2011 | 792 | MINUTE ORDER signed by the Honorable Matthew F. Kennelly on 10/3/11: As stated in the attached order, the Court grants defendants' motions in limine # 5 & 18, grants in part their motions # 6 & 16, denies their motions # 9, 10, 14, 17, 19, 20, and 21, grants plaintiffs' motion in limine # 4, and denies their motion # 3. The Court will hear argument on defendants' motions # 1-4, 11-13, and 15, and on plaintiffs' motions # 1, 2, and 5 at the final pretrial conference. (mk) (Entered: 10/03/2011) |
| 10/04/2011 | 793 | ATTORNEY Appearance for Defendants BankAtlantic, Heartwood 88, Inc. by Robert N. Hochman (Hochman, Robert) (Entered: 10/04/2011) |
| 10/04/2011 | 794 | MOTION by Defendants Kirk Allison, Vinaya Jessani, Movants SASS Muni-IV LLC, SASS Muni-V, LLC for order *Granting Leave to Submit In Camera and Under Seal* (Warden, Tedd) (Entered: 10/04/2011) |
| 10/04/2011 | 795 | NOTICE of Motion by Tedd Macrae Warden for presentment of motion for order 794 before Honorable Matthew F. Kennelly on 10/6/2011 at 09:30 AM. (Warden, Tedd) (Entered: 10/04/2011) |
| 10/05/2011 | 796 | ATTORNEY Appearance for Defendants BankAtlantic, Heartwood 88, Inc. by William F. Conlon (Conlon, William) (Entered: 10/05/2011) |
| 10/05/2011 | 797 | MOTION by counsel for Defendants Joshua Atlas, HBZ, Inc., Lori Levinson, Arlene Atlas, Judith Berger to withdraw as attorney *Emergency Motion for Leave to Withdraw Appearances on Behalf of HBZ, Inc., Arlene Atlas, Joshua Atlas, Judith Berger and Lori Levinson* |

| | | |
|---|---|---|
| | | (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B, # 3 Exhibit Exhibit C)(Papadopoulos, Athanasios) (Entered: 10/05/2011) |
| 10/05/2011 | 798 | *Notice of Emergency Motion* NOTICE of Motion by Athanasios Papadopoulos for presentment of motion to withdraw as attorney, 797 before Honorable Matthew F. Kennelly on 10/6/2011 at 09:30 AM. (Papadopoulos, Athanasios) (Entered: 10/05/2011) |
| 10/05/2011 | 800 | MINUTE entry before Honorable Matthew F. Kennelly:Final pretrial conference held. (or, ) (Entered: 10/06/2011) |
| 10/06/2011 | 799 | MINUTE entry before Honorable Matthew F. Kennelly: The Court intends to hear the motion to withdraw at the end of its 9:30 a.m. court call this morning, which means that the hearing will not be before 10:00 a.m. and should begin between that time and 10:15 a.m. Counsel for plaintiffs and anyone who wishes to be heard on the motion should appear. The Court also assumes that the clients of counsel who filed the motion to withdraw will also be present. (mk) (Entered: 10/06/2011) |
| 10/06/2011 | 801 | MINUTE entry before Honorable Matthew F. Kennelly: For the reasons stated in open court on 10/5/11, the Court enters and continues plaintiffs' motion for additional trial time 788 and denies the Sass defendants' motion to leave to submit in camera and under seal 794 . For the reasons stated in open court, the Court also denies defendants' motions in limine 1-2, 3 (subject to the comments made in open court), 8, 11-12 (except as to certain Hawkeye Investments information), and 13; grants defendants' motion in limine 4; and denies plaintiffs' motions in limine 1, 2 and 5. Supplemental briefs of up to 5 pages on defendants' motion in limine 15 are to be submitted by no later that 4:30 p.m. on 10/6/11. (mk) (Entered: 10/06/2011) |
| 10/06/2011 | 802 | MINUTE entry before Honorable Matthew F. Kennelly:Motion to withdraw as attorney 797 is denied for the reasons stated in open court. (or, ) (Entered: 10/06/2011) |
| 10/06/2011 | 803 | SETTLEMENT Agreement *Plaintiffs' In Camera Submission of Settlement Agreement* (Attachments: # 1 Exhibit Exhibits 1-4)(Quinn, Jonathan) (Entered: 10/06/2011) |
| 10/07/2011 | 804 | RESPONSE by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co. to order on motion for extension of time, order on motion for order, terminate motions,,,,,, 801 *Plaintiff's Supplemental Response To Defendants' Motion In Limine No. 15* (Attachments: # 1 Exhibit List, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit)(Levinson, Thomas) (Entered: 10/07/2011) |
| 10/07/2011 | 805 | REPLY by Defendants Arlene Atlas, Joshua Atlas, Judith Berger, HBZ, Inc., Lori Levinson to response to motion, 784 *Supplemental Brief in Support of Defendants' Motion In Limine 15* (Attachments: # 1 Exhibit |

| | | |
|---|---|---|
| | | A, # 2 Exhibit B, # 3 Exhibit C)(Papadopoulos, Athanasios) (Entered: 10/07/2011) |
| 10/07/2011 | 806 | The Sass Defendants' Highly Confidential Submission Under Seal And For Attorneys-of-Record Eyes Only Supporting Motions in Limine Nos. 17 and 21 by Kirk Allison, Vinaya Jessani, SASS Muni-IV LLC, SASS Muni-V, LLC (Attachments: # 1 Exhibit A)(Warden, Tedd) (Entered: 10/07/2011) |
| 10/07/2011 | 807 | ATTORNEY Appearance for Intervenor Howard Berland by Marc William Martin (Martin, Marc) (Entered: 10/07/2011) |
| 10/07/2011 | 808 | ENTERED in Error (Martin, Marc) Modified on 10/11/2011 (td, ). (Entered: 10/07/2011) |
| 10/07/2011 | 809 | ATTORNEY Appearance for Intervenor Jay Lapat by Marc William Martin (Martin, Marc) (Entered: 10/07/2011) |
| 10/07/2011 | 810 | MOTION by Intervenor Parties Howard Berland, Jay Lapat to quash *subpoenas* (Martin, Marc) (Entered: 10/07/2011) |
| 10/07/2011 | 811 | NOTICE of Motion by Marc William Martin for presentment of motion to quash 810 before Honorable Matthew F. Kennelly on 10/11/2011 at 09:30 AM. (Martin, Marc) (Entered: 10/07/2011) |
| 10/09/2011 | 812 | RESPONSE by BCS Services, Inc., Phoenix Bond & Indemnity Co.in Opposition to MOTION by Intervenor Parties Howard Berland, Jay Lapat to quash *subpoenas* 810 (Levinson, Thomas) (Entered: 10/09/2011) |
| 10/09/2011 | 813 | MOTION by Defendants Kirk Allison, Arlene Atlas, Joshua Atlas, B G Investments, Inc., BankAtlantic, Judith Berger, Bonnie Gray, David Gray, Timothy E. Gray, IBZ, Inc., Heartwood 88, Inc., Vinaya Jessani, Lori Levinson, Midwest Real Estate Investment Co., Midwest Real Estate Investment Company Employee Profit Sharing Plan & Trust, Wheeler-Dealer, Ltd., Movants SASS Muni-IV LLC, SASS Muni-V, LLCin limine *regarding the Peters Group* (Pearl, Richard) (Entered: 10/09/2011) |
| 10/09/2011 | 814 | NOTICE of Motion by Richard J Pearl for presentment of motion in limine, 813 before Honorable Matthew F. Kennelly on 10/11/2011 at 09:30 AM. (Pearl, Richard) (Entered: 10/09/2011) |
| 10/09/2011 | 815 | MOTION by Defendants Kirk Allison, Vinaya Jessani, Movants SASS Muni-IV LLC, SASS Muni-V, LLCSever and/or enpanel second jury (Becker, Theodore) (Entered: 10/09/2011) |
| 10/09/2011 | 816 | NOTICE of Motion by Theodore Michaelson Becker for presentment of motion for miscellaneous relief 815 before Honorable Matthew F. Kennelly on 10/11/2011 at 09:30 AM. (Becker, Theodore) (Entered: |

| | | |
|---|---|---|
| | | 10/09/2011) |
| 10/10/2011 | 817 | RESPONSE by BCS Services, Inc., Phoenix Bond & Indemnity Co. to MOTION by Defendants Kirk Allison, Vinaya Jessani, Movants SASS Muni-IV LLC, SASS Muni-V, LLCSever and/or enpanel second jury 815 (Quinn, Jonathan) (Entered: 10/10/2011) |
| 10/10/2011 | 818 | RESPONSE by BCS Services, Inc., Phoenix Bond & Indemnity Co.in Opposition to MOTION by Defendants Kirk Allison, Arlene Atlas, Joshua Atlas, B G Investments, Inc., BankAtlantic, Judith Berger, Bonnie Gray, David Gray, Timothy E. Gray, HBZ, Inc., Heartwood 88, Inc., Vinaya Jessani, Lori Levinson, Midwest Real Estate Investment Co. 813 in Limine Regarding Testimony from Non-Party Peters Group (Levinson, Thomas) (Entered: 10/10/2011) |
| 10/10/2011 | 819 | SEALED RESPONSE by BCS Services, Inc., Phoenix Bond & Indemnity Co. to other, 806 (Quinn, Jonathan) (Entered: 10/10/2011) |
| 10/10/2011 | 820 | MINUTE entry before Honorable Matthew F. Kennelly: Certain non-parties have moved to quash trial subpoenas served by plaintiffs' counsel, saying they intend to claim their privilege against self-incrimination. In response, the other defendants have moved to bar any mention before the jury that the non-parties are claiming the privilege, arguing that this evidence is inadmissible. The Court has reviewed all of the papers on these motions, including plaintiffs' responses to both of them. The parties should be prepared to argue the motions at 9:45 a.m. tomorrow, before the jury venire is brought to the courtroom. The time spent considering these matters, as well any in limine matters that have been or will be raised after the final pretrial conference, will be charged against the parties' trial time as appropriate. (mk) (Entered: 10/10/2011) |
| 10/10/2011 | 821 | MINUTE entry before Honorable Matthew F. Kennelly: Certain defendants (the "Sass defendants") have moved for a severance of the claims against certain other defendants (the "HBZ defendants" and the "Salta defendants") or to empanel a separate jury to hear and determine the claims against those other defendants. They rely primarily on the evidence of alleged misconduct by one of the HBZ defendants that formed the basis for a motion to withdraw filed by those defendants' lawyers just a few days ago. The Court denied the motion to withdraw after an in camera hearing. It is unclear whether the potential admission of evidence of the claimed misconduct by the HBZ defendant is the entire basis for the Sass defendants' motion. To the extent the motion is based on matters other than that recently-disclosed information, it is untimely, and the Court considers the motion to have been forfeited. To the extent the motion is based on the evidence of the claimed misconduct by the HBZ defendant that was the basis for the motion to withdraw, the Court advises that it has preliminarily |

Page 139 of 185

| | | |
|---|---|---|
| | | concluded that such evidence is inadmissible under Rule 401, Rule 403, or both, and for that reason it denied the motion to withdraw. If plaintiffs' counsel proposes to offer that evidence for any purpose at trial, they must be prepared to argue its admissibility at 9:45 a.m. tomorrow. (Were the Court to reverse course regarding the admissibility of that evidence, it likely would have to revisit the motion to withdraw.) The time spent considering this matter, as well any other motions in limine that have been or will be filed after the final pretrial conference, will be charged against the parties' trial time as appropriate. (mk) (Entered: 10/10/2011) |
| 10/11/2011 | 822 | NOTICE of Correction regarding attorney appearance 808 . (td, ) (Entered: 10/11/2011) |
| 10/11/2011 | 823 | MINUTE entry before Honorable Matthew F. Kennelly: The Court, as proposed in footnote 1 of the sealed response filed by plaintiffs [docket no. 819] hereby removes the "attorneys of record eyes only" designation from the document entitled "Sass Defendants' Highly Confidential Submission Under Seal And For Attorneys of-Record Eyes Only Supporting Motions in Limine Nos. 17 and 21." The Sass defendants are directed to file the submission under seal, which they have not yet done at this point. Plaintiffs may show the submission to their clients. No party or attorney may disclose the document or the information it contains to anyone for any purpose whatsoever without prior permission by this Court, nor may any party or attorney use the document or the information it contains for any purpose other than the litigation in this case. (mk) (Entered: 10/11/2011) |
| 10/11/2011 | 824 | MINUTE entry before Honorable Matthew F. Kennelly:Jury trial begun. Jury Trial set continued to 10/12/2011 at 09:45 AM. (or, ) (Entered: 10/12/2011) |
| 10/11/2011 | 826 | MINUTE entry before Honorable Matthew F. Kennelly:Motion to quash 810 is granted; Motion to enpanel second jury 815 is denied. (or, ) (Entered: 10/12/2011) |
| 10/12/2011 | 825 | MINUTE ORDER regarding defendants' motions in limine 17 and 21 signed by the Honorable Matthew F. Kennelly on 10/12/11. (mk) (Entered: 10/12/2011) |
| 10/12/2011 | 827 | MINUTE entry before Honorable Matthew F. Kennelly:Jury trial held and continued to 10/13/2011 at 09:45 AM. (or, ) (Entered: 10/12/2011) |
| 10/13/2011 | 828 | MINUTE entry before Honorable Matthew F. Kennelly: Defendants' motion in limine regarding the Peters group is granted for the reasons stated in open court on the morning session on 10/11/11. Defendants' motion in limine 15 is denied for the reasons stated in open court at the end of the afternoon session on 10/12/11. (mk) (Entered: 10/13/2011) |

| 10/13/2011 | 829 | MINUTE entry before Honorable Matthew F. Kennelly: The Court rules as follows on the listed objections to deposition testimony of David Gray. All objections and proposed changes are overruled except for those listed as follows on the chart provided to the Court: 50:21-51:7; 71:1-71:3; 88:1-88:21; 91:8-91:23; 100:13-100:19; 107:23-108:6; 108:10-108:13; 113:7-113:12; 133:9-133:13; 146:24-147:15; 215:6-216:14. The Court notes that the fact that a party may have asked a question at a deposition does not forfeit that party's right to object to introduction of the question or its answer in evidence at trial. The defendants' relevance objections based on plaintiffs' interrogatory answers go to the weight of the testimony in question, not its admissibility. (mk) (Entered: 10/13/2011) |
|---|---|---|
| 10/13/2011 | 830 | MINUTE entry before Honorable Matthew F. Kennelly:Jury trial held and continued to 10/14/2011 at 09:15 AM. (or, ) (Entered: 10/13/2011) |
| 10/14/2011 | 831 | MINUTE entry before Honorable Matthew F. Kennelly:Jury trial held and continued to 10/17/2011 at 09:45 AM. (or, ) (Entered: 10/14/2011) |
| 10/16/2011 | 832 | ATTORNEY Appearance for Defendants Kirk Allison, Vinaya Jessani, Movants SASS Muni-IV LLC, SASS Muni-V, LLC by Jayesh Sanatkumar Hines-shah (Hines-shah, Jayesh) (Entered: 10/16/2011) |
| 10/17/2011 | 833 | MOTION by Defendants Kirk Allison, Vinaya Jessani, Movants SASS Muni-IV LLC, SASS Muni-V, LLC to quash *OR, IN THE ALTERNATIVE, MODIFY SUBPOENAS* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Hines-shah, Jayesh) (Entered: 10/17/2011) |
| 10/17/2011 | 834 | *NOTICE OF EMERGENCY MOTION* NOTICE of Motion by Jayesh Sanatkumar Hines-shah for presentment of motion to quash, 833 before Honorable Matthew F. Kennelly on 10/18/2011 at 09:00 AM. (Hines-shah, Jayesh) (Entered: 10/17/2011) |
| 10/17/2011 | 835 | MINUTE entry before Honorable Matthew F. Kennelly:Jury trial held and continued to 10/18/2011 at 09:45 AM. (or, ) (Entered: 10/18/2011) |
| 10/18/2011 | 836 | MINUTE entry before Honorable Matthew F. Kennelly:Jury trial held and continued to 12/19/2011 at 9:45 AM. (or, ) (Entered: 10/18/2011) |
| 10/19/2011 | "TYPE=PICT;ALT=LOCK" | (Court only) Set/Reset Hearings: Jury Trial continued to 10/19/2011 at 09:45 AM. (or, ) (Entered: 10/19/2011) |
| 10/19/2011 | 837 | MINUTE entry before Honorable Matthew F. Kennelly:Jury trial held and continued to 10/20/2011 at 09:00 AM. (or, ) (Entered: 10/19/2011) |
| 10/20/2011 | 838 | MOTION by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity |

| | | |
|---|---|---|
| | | Co., Defendants BankAtlantic, Heartwood 88, Inc. to dismiss *[Plaintiffs' Motion For Voluntary Dismissal]* (Attachments: # 1 Text of Proposed Order Of Voluntary Dismissal)(Stein, Max) (Entered: 10/20/2011) |
| 10/20/2011 | 839 | MINUTE entry before Honorable Matthew F. Kennelly:Jury trial held and continued to 10/24/2011 at 09:00 AM. (or, ) (Entered: 10/21/2011) |
| 10/22/2011 | 840 | MOTION by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co. to compel *Emergency Motion to Compel* (Attachments: # 1 Exhibit)(Levinson, Thomas) (Entered: 10/22/2011) |
| 10/22/2011 | 841 | NOTICE of Motion by Thomas M. Levinson for presentment of motion to compel 840 before Honorable Matthew F. Kennelly on 10/24/2011 at 08:45 AM. (Levinson, Thomas) (Entered: 10/22/2011) |
| 10/22/2011 | 842 | SEALED MOTION by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co. *Highly Confidential Emergency Motion to Compel* (Attachments: # 1 Exhibit)(Quinn, Jonathan) (Entered: 10/22/2011) |
| 10/22/2011 | 843 | SEALED MOTION by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co. *Emergency Motion to Reconsider* (Attachments: # 1 Exhibit 1-4, # 2 Exhibit 5-6)(Quinn, Jonathan) (Entered: 10/22/2011) |
| 10/22/2011 | 844 | NOTICE of Motion by Jonathan Stuart Quinn for presentment of Sealed motion 843 before Honorable Matthew F. Kennelly on 10/24/2011 at 08:45 AM. (Quinn, Jonathan) (Entered: 10/22/2011) |
| 10/23/2011 | 845 | SEALED RESPONSE by Kirk Allison, Vinaya Jessani, SASS Muni-IV LLC, SASS Muni-V, LLC to SEALED MOTION by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co. *Emergency Motion to Reconsider 843 Sass Defendants' Opposition to Plaintiffs' Motion for Reconsideration* (Becker, Theodore) (Entered: 10/23/2011) |
| 10/23/2011 | 846 | SEALED REPLY by Kirk Allison, Vinaya Jessani, SASS Muni-IV LLC, SASS Muni-V, LLC to SEALED MOTION by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co. *Highly Confidential Emergency Motion to Compel 842 Opposition to Plaintiffs' Emergency Motion to Compel* (Attachments: # 1 Exhibit A)(Becker, Theodore) (Entered: 10/23/2011) |
| 10/24/2011 | 847 | MINUTE entry before Honorable Matthew F. Kennelly: Plaintiffs' motion to reconsider the Court's ruling on defendants' motions in limine 17 and 21 and their emergency motion to compel are denied as stated in open court. However, the Court has directed the Sass defendants to provide further information regarding Mr. Jessani's departure from Sass, as stated in open court, and reserves the right to revisit these matters following production of that information. The Sass defendants' motion to quash subpoenas was previously denied and is therefore terminated. (mk) (Entered: 10/24/2011) |

| 10/24/2011 | 848 | MINUTE entry before Honorable Matthew F. Kennelly:Jury trial held and continued to 10/25/2011 at 09:45 AM. (or, ) (Entered: 10/24/2011) |
|---|---|---|
| 10/24/2011 | 849 | MOTION by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co. to quash *subpoenas* (Levinson, Thomas) (Entered: 10/24/2011) |
| 10/24/2011 | 850 | NOTICE of Motion by Thomas M. Levinson for presentment of motion to quash 849 before Honorable Matthew F. Kennelly on 10/25/2011 at 09:30 AM. (Levinson, Thomas) (Entered: 10/24/2011) |
| 10/24/2011 | 862 | MINUTE entry before Honorable Matthew F. Kennelly: Enter order of voluntary dismissal. Defendants Hearwood 88, Bank Atlantic, Gary Branse, and Michael DeLuca are dismissed with prejudice, with the dismissed parties to bear and all of their own costs in or related this matter. Clerk of Court is directed modify the docket to reflect the dismissals. Mailed notice (vcf, ) (Entered: 10/28/2011) |
| 10/24/2011 | 863 | ORDER of voluntary dismissal Signed by the Honorable Matthew F. Kennelly on 10/24/2011. Mailed notice(vcf, ) (Entered: 10/28/2011) |
| 10/25/2011 | 851 | MINUTE entry before Honorable Matthew F. Kennelly:Jury trial held and continued to 10/26/2011 at 09:00 AM. (or, ) (Entered: 10/25/2011) |
| 10/25/2011 | 852 | MOTION by Respondent Gina Quesada to quash *Plaintiff's subpoena* (Pullos, James) (Entered: 10/25/2011) |
| 10/25/2011 | 853 | *EMERGENCY* NOTICE of Motion by James Charles Pullos for presentment of motion to quash 852 before Honorable Matthew F. Kennelly on 10/26/2011 at 09:00 AM. (Pullos, James) (Entered: 10/25/2011) |
| 10/26/2011 | 854 | MINUTE entry before Honorable Matthew F. Kennelly: The Court has considered the question of adjustment of the parties' time limits based on the plaintiffs' settlements with BankAtlantic, Heartwood 88 LLC, Gary Branse, and Michael DeLuca. Plaintiffs argue that the settlements with these defendants do not affect what plaintiffs have to prove at trial, in view of the fact that they still intend to prove that all of the defendants and former defendants were ineligible to bid at the annual tax sales. Defendants argue that for similar reasons, they will have to pick up slack caused by the absence of the settling defendants and that as a result, the settlements should not affect their time limits either. The Court is not entirely persuaded by either side's position. Given how the trial proceeded before the settlements, it is clear that the absence of these defendants will result in a reduction of the total time defendants (collectively) reasonably need. Among other things, there will be no closing arguments on behalf of the settling defendants. In addition, there was some cross-examination that those defendants conducted that overlapped that conducted by other defendants. Also, because plaintiffs will not have to respond to closing arguments by the settling defendants |

| | | |
|---|---|---|
| | | or their separate cross-examinations and direct examinations, plaintiffs will not reasonably need quite as much time either. Having considered the matter thoroughly, the Court reduces the plaintiffs' overall time by 1.5 hours (to 46.5) and the defendants' overall time by 3.5 hours (to 68.5). (mk) (Entered: 10/26/2011) |
| 10/26/2011 | 855 | The Sass Defendants' Submission of Legal Authorities Regarding the Application of the Defenses of In Pari Delicto and Unclean Hands in the Context of a Civil Claim for Damages Under RICO by Kirk Allison, Vinaya Jessani, SASS Muni-IV LLC, SASS Muni-V, LLC (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K)(Warden, Tedd) (Entered: 10/26/2011) |
| 10/26/2011 | 864 | MINUTE entry before Honorable Matthew F. Kennelly:Jury trial held and continued to 10/27/2011 at 09:30 AM. (or, ) (Entered: 10/28/2011) |
| 10/27/2011 | 856 | RESPONSE by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co. to other, 855 Sass Defendants' Submission of Legal Authorities Regarding Their Unclean Hands and In Pari Delicto Affirmative Defenses (Stein, Max) (Entered: 10/27/2011) |
| 10/27/2011 | 857 | MOTION by Defendants Kirk Allison, Vinaya Jessani, Movants SASS Muni-IV LLC, SASS Muni-V, LLC for judgment as a Matter of Law, Pursuant to Rule 50(a), in Favor of the Sass Defendants (Warden, Tedd) (Entered: 10/27/2011) |
| 10/27/2011 | 858 | MEMORANDUM by Kirk Allison, Vinaya Jessani, SASS Muni-IV LLC, SASS Muni-V, LLC in support of motion for judgment 857 Memorandum of Law in Support of the Sass Defendants' Motion for Judgment as a Matter of Law (Warden, Tedd) (Entered: 10/27/2011) |
| 10/27/2011 | 859 | MOTION by Defendants Timothy E. Gray, Wheeler-Dealer, Ltd. for judgment as a Matter of Law (Attachments: # 1 Exhibit)(Huyck, William) (Entered: 10/27/2011) |
| 10/27/2011 | 860 | MOTION by Defendants Arlene Atlas, Joshua Atlas, Judith Berger, HBZ, Inc., Lori Levinson for judgment as a Matter of Law (with Salta Defendants) (Papadopoulos, Athanasios) (Entered: 10/27/2011) |
| 10/27/2011 | 865 | MINUTE entry before Honorable Matthew F. Kennelly:Jury trial held and continued to 10/28/2011 at 09:00 AM. (or, ) (Entered: 10/28/2011) |
| 10/28/2011 | 861 | MOTION by Defendants Atlantic Municipal Corporation, B G Investments, Inc., Bonnie Gray, David Gray, Midwest Real Estate Investment Co., Midwest Real Estate Investment Company Employee Profit Sharing Plan & Trust for directed verdict (Friedman, Arthur) (Entered: 10/28/2011) |
| 10/28/2011 | 866 | MINUTE entry before Honorable Matthew F. Kennelly:Jury trial held |

| | | |
|---|---|---|
| | | and continued to 11/3/2011 at 09:30 AM. (or, ) (Entered: 10/28/2011) |
| 10/30/2011 | 867 | MOTION by Defendants Kirk Allison, Vinaya Jessani, Movants SASS Muni-IV LLC, SASS Muni-V, LLC for judgment *The Sass Defendants' Renewed and Supplemental Motion for Judgment as a Matter of Law* (Warden, Tedd) (Entered: 10/30/2011) |
| 10/30/2011 | 868 | MINUTE entry before Honorable Matthew F. Kennelly: The Sass defendants have filed a supplemental motion under Rule 50, made because the evidence was concluded on the morning of 10/28/11. The Court will consider this motion and any other supplemental motions that are filed by no later than 9:30 a.m. on 10/31/11. (If any defendant wishes to simply renew the motion it made at the conclusion of the plaintiffs' case, it may do so by filing a simple, one-paragraph motion to that effect.) The Court imposes this deadline because it does not intend to permit the parties to use the three business days that they have "off" until the trial resumes to pepper the Court with motions. The plaintiffs' response to any new arguments contained in any such supplemental motions is to be filed by no later than 4:00 p.m. on 11/1/11. (mk) (Entered: 10/30/2011) |
| 10/31/2011 | 869 | MOTION by Defendants Arlene Atlas, Joshua Atlas, Judith Berger, HBZ, Inc., Lori Levinson, Sabre Group LLC, Movant Marshall Atlas for judgment *The Salta and HBZ Defendants' Renewed Joint Motion For Judgment as a Matter of Law* (Papadopoulos, Athanasios) (Entered: 10/31/2011) |
| 10/31/2011 | 870 | MOTION by Defendants Atlantic Municipal Corporation, B G Investments, Inc., Bonnie Gray, David Gray, Midwest Real Estate Investment Co., Midwest Real Estate Investment Company Employee Profit Sharing Plan & Trust for directed verdict (Plotkin, Gabriel) (Entered: 10/31/2011) |
| 10/31/2011 | 871 | MOTION by Defendants Timothy E. Gray, Wheeler-Dealer, Ltd. for judgment *Renewed Motion for Judgment as a Matter of Law* (Huyek, William) (Entered: 10/31/2011) |
| 10/31/2011 | 872 | RESPONSE by BCS Services, Inc., Phoenix Bond & Indemnity Co. to MOTION by Defendants Arlene Atlas, Joshua Atlas, Judith Berger, HBZ, Inc., Lori Levinson for judgment *as a Matter of Law (with Salta Defendants)* 860 , MOTION by Defendants Timothy E. Gray, Wheeler-Dealer, Ltd. for judgment *as a Matter of Law* 859 , MOTION by Defendants Atlantic Municipal Corporation, B G Investments, Inc., Bonnie Gray, David Gray, Midwest Real Estate Investment Co., Midwest Real Estate Investment Company Employee Profit Sharing Plan & Trust for directed verdict 861 , MOTION by Defendants Kirk Allison, Vinaya Jessani, Movants SASS Muni-IV LLC, SASS Muni-V, |

| | | |
|---|---|---|
| | | LLC for judgment *as a Matter of Law, Pursuant to Rule 50(a), in Favor of the Sass Defendants* 857 (Stein, Max) (Entered: 10/31/2011) |
| 10/31/2011 | 873 | MINUTE entry before Honorable Matthew F. Kennelly: Later this afternoon, the Court will enter onto the docket a draft set of the final jury instructions and a draft verdict form. Any objections to the instructions, and any proposed supplemental instructions, must be submitted in writing, by no later than 4:30 p.m. on 11/2/11. Defendants may (and are encouraged to) make a joint submission. It will not be sufficient for a party to refer back to, or to attempt to incorporate by reference, a prior submission. Rather, any objections and proposed additional instructions must be set forth in the written objections to the Court's draft instructions. Any objection must be described with particularity, with supporting authority. If a party objects only to certain language within a particular instruction, it must identify that language with particularity, and if it proposes alternative language, it must include that in its submission, with supporting authority. Any proposed additional instruction must likewise be attached to the party's objections, with supporting authority. Argument regarding any objections and additional instructions submitted in accordance with this order remains set for 11/3/11 at 9:30 a.m. (mk) (Entered: 10/31/2011) |
| 10/31/2011 | 874 | DRAFT FINAL JURY INSTRUCTIONS AND VERDICT FORM issued by the Honorable Matthew F. Kennelly on 10/31/2011 (mk) (Entered: 10/31/2011) |
| 11/01/2011 | 875 | RESPONSE by BCS Services, Inc., Phoenix Bond & Indemnity Co. to MOTION by Defendants Arlene Atlas, Joshua Atlas, Judith Berger, HBZ, Inc., Lori Levinson, Sabre Group LLC, Movant Marshall Atlas for judgment *The Salta and HBZ Defendants' Renewed Joint Motion For Judgment as a Matter of Law* 869 , MOTION by Defendants Kirk Allison, Vinaya Jessani, Movants SASS Muni-IV LLC, SASS Muni-V, LLC for judgment *The Sass Defendants' Renewed and Supplemental Motion for Judgment as a Matter of Law* 867 , MOTION by Defendants Atlantic Municipal Corporation, B G Investments, Inc., Bonnie Gray, David Gray, Midwest Real Estate Investment Co., Midwest Real Estate Investment Company Employee Profit Sharing Plan & Trust for directed verdict 870 , MOTION by Defendants Timothy E. Gray, Wheeler-Dealer, Ltd. for judgment *Renewed Motion for Judgment as a Matter of Law* 871 for Renewed Motions for Judgment as a Matter of Law (Stein, Max) (Docket Text modified by Clerks' Office.) (Entered: 11/01/2011) |
| 11/02/2011 | 876 | OBJECTIONS by BCS Services, Inc., Phoenix Bond & Indemnity Co. to order 874 *The Court's Draft Final Jury Instructions and Proposed Supplemental Instructions* (Stein, Max) (Entered: 11/02/2011) |

| 11/02/2011 | 877 | SUGGESTION of Bankruptcy as to Joseph Varan (Richek, Stephen) (Entered: 11/02/2011) |
| --- | --- | --- |
| 11/02/2011 | 878 | OBJECTIONS by Kirk Allison, Vinaya Jessani, SASS Muni-IV LLC, SASS Muni-V, LLC *The Defendants' Consolidated Objections to the Court's Proposed Jury Instructions and Verdict Form* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Warden, Tedd) . (Entered: 11/02/2011) |
| 11/02/2011 | 879 | EXHIBIT LIST *[List Of Admitted Trial Exhibits]* by BCS Services, Inc., Phoenix Bond & Indemnity Co.. (Stein, Max) (Entered: 11/02/2011) |
| 11/03/2011 | 881 | MINUTE entry before Honorable Matthew F. Kennelly: Jury trial held on 11/3/2011 and continued to 11/4/2011 at 9:00 A.M. Mailed notice by judge's staff. (srb,) (Entered: 11/04/2011) |
| 11/04/2011 | 880 | Exhibit List *of Admitted Trial Exhibits* by BCS Services, Inc., Phoenix Bond & Indemnity Co.. (Stein, Max) (Docket Text modified by Clerks' Office.) (Entered: 11/04/2011) |
| 11/04/2011 | 886 | MINUTE entry before Honorable Matthew F. Kennelly:Jury trial held on 11/4/2011. Jury Deliberations Began. Mailed notice. (srb,) (Entered: 11/07/2011) |
| 11/07/2011 | 882 | MINUTE entry before Honorable Matthew F. Kennelly: Counsel for plaintiffs and the "Sass defendants" are directed to appear in court today, 11/7/2011 at 01:30 p.m., to address issues arising from the letter from counsel for the Sass defendants to counsel for plaintiffs that was forwarded to the Court this morning. (mk) (Entered: 11/07/2011) |
| 11/07/2011 | 883 | MOTION by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co. to dismiss *Plaintiffs' Motion for Voluntary Dismissal* (Levinson, Thomas) (Entered: 11/07/2011) |
| 11/07/2011 | 884 | NOTICE of Motion by Thomas M. Levinson for presentment of motion to dismiss 883 before Honorable Matthew F. Kennelly on 11/10/2011 at 09:30 AM. (Levinson, Thomas) (Entered: 11/07/2011) |
| 11/07/2011 | 885 | MINUTE entry before Honorable Matthew F. Kennelly: In court hearing held regarding the subject of the letter sent by non-record counsel for the "Sass defendants" to counsel of record for plaintiffs dated 11/7/11. The Court orders the Sass defendants to have a responsible corporate / entity representative in court on 11/8/11 at 9:30 a.m. to address this matter further. (mk) (Entered: 11/07/2011) |
| 11/07/2011 | 927 | MINUTE entry before Honorable Matthew F. Kennelly: Deliberations held and completed. Jury reaches verdict. Judgment to follow. Mailed notice (vcf, ) (Entered: 01/11/2012) |
| 11/07/2011 | 928 | JURY Verdict entered in favor for plaintiff's against various defendants. (Mailed Notice) (RESTRICTED) (vcf, ) (Entered: |

Page 147 of 185

| | | |
|---|---|---|
| | | 01/11/2012) |
| 11/08/2011 | 887 | MINUTE entry before Honorable Matthew F. Kennelly: Status hearing held and continued to 12/8/2011 at 09:30 AM. Reply by Wheeler defendants in support of Rule 50 motions is to be filed by 11/22/2011. Ruling set for 12/8/2011. Phone conference set for 11/16/2011 at 08:30 AM. (or, ) (Entered: 11/10/2011) |
| 11/10/2011 | 888 | MINUTE entry before Honorable Matthew F. Kennelly:Motion to dismiss 883 is entered and continued to 11/17/2011 at 09:30 AM. (or, ) (Entered: 11/10/2011) |
| 11/15/2011 | 889 | MINUTE entry before Honorable Matthew F. Kennelly: The telephone conference set for 11/16/11 is reset to 8:45 a.m. on that date. If the parties intend for the Court to call a conference line, they should get the necessary information to the Court today via e-mail. (mk) (Entered: 11/15/2011) |
| 11/15/2011 | 890 | SUBMISSION OF AUTHORITIES supporting application of the "One Satisfaction Rule" to the judgment in this case by The Sass defendant's by Kirk Allison, Vinaya Jessani, SASS Muni-IV LLC, SASS Muni-V, LLC (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Hines-shah, Jayesh) (Docket text Modified by the Clerk's office 11/16/2011) (vcf, ). (Entered: 11/15/2011) |
| 11/16/2011 | 891 | ATTORNEY Appearance for Defendants Kirk Allison, Vinaya Jessani, Movants SASS Muni-IV LLC, SASS Muni-V, LLC by Richard J Pearl (Pearl, Richard) (Entered: 11/16/2011) |
| 11/16/2011 | 892 | MINUTE entry before Honorable Matthew F. Kennelly:Status hearing held with attorneys by telephone. Post trial motions by all parties other than Wheller-Dealer defendants are to be filed by 12/13/2011. Status hearing continued to 12/14/2011 at 09:30 AM., to set the remainder of the post trial motions briefing schedule. (or, ) (Entered: 11/16/2011) |
| 11/16/2011 | 893 | ATTORNEY Appearance for Defendants Kirk Allison, Vinaya Jessani, Movants SASS Muni-IV LLC, SASS Muni-V, LLC by Theodore Michaelson Becker (Becker, Theodore) (Entered: 11/16/2011) |
| 11/18/2011 | 894 | ATTORNEY Appearance for Defendants Kirk Allison, Vinaya Jessani, Movants SASS Muni-IV LLC, SASS Muni-V, LLC, MD Sass Investors Services, Inc., MD Sass Municipal Finance Partners-IV, LLC, MD Sass Municipal Finance Partners-V, LLC, MD Sass Tax Lien Management, LLC by Mark L. Rotert (Rotert, Mark) (Entered: 11/18/2011) |
| 11/19/2011 | 895 | REPLY by Timothy E. Gray, Wheeler-Dealer, Ltd. to MOTION by Defendants Timothy E. Gray, Wheeler-Dealer, Ltd. for judgment *as a Matter of Law* 859 , response to motion,,, 872 (Huyek, William) (Entered: |

| | | |
|---|---|---|
| | | 11/19/2011) |
| 11/22/2011 | 896 | STATUS Report *[Joint Status Report Regarding Post-Trial Issues]* by BCS Services, Inc., Phoenix Bond & Indemnity Co. (Stein, Max) (Entered: 11/22/2011) |
| 11/23/2011 | 897 | MINUTE entry before Honorable Matthew F. Kennelly: The Court has reviewed the parties' status report. No further status reports should be or may be filed, because the Court authorized only a single joint status report. (1) Regarding the claims against the Wheeler-Dealer defendants, the Court intends to rule on those defendants' Rule 50 motion on or before the 12/8/11 ruling date. At the 12/8/11 ruling date, counsel should be prepared to set a short date for retrial as to the Wheeler-Dealer defendants if their Rule 50 motion is denied. (2) The Sass defendants and the BG defendants each have leave to file a 25 page memorandum in support of their post-trial motions (a total of 50 pages). The Court urges these defendants to avoid overlapping arguments to the extent possible and instead to adopt arguments from the co-defendants' memorandum. The Court will set the remainder of the briefing schedule on those defendants' motions at the 12/14/11 status hearing. (3) Regarding plaintiffs' petition for attorney's fees and costs, the Court hereby extends the time for filing that petition and modifies the schedule and methodology provided in Local Rule 54.3, as follows. By 12/23/11, plaintiffs are to submit to defendants a draft of the petition including the time and work records on which it is based. By 1/6/12, defendants opposing the petition are to provide plaintiffs with information regarding the attorney's fees and costs they incurred through the end of trial, including time and work records. By 1/20/12, defendants are to identify to plaintiffs, with specificity, all aspects of the draft petition to which they object. By 2/3/12, plaintiffs are to file the fee petition, and the parties are to submit a joint statement regarding the petition. The Court will thereafter set the remainder of the briefing schedule. None of these dates will be modified for any purpose whatsoever. (mk) (Entered: 11/23/2011) |
| 11/23/2011 | 898 | MINUTE entry before Honorable Matthew F. Kennelly: Intervenor Jay Lapat is terminated as a party entitled to notice. (mk) (Entered: 11/23/2011) |
| 11/23/2011 | 899 | MINUTE entry before Honorable Matthew F. Kennelly: Plaintiff Jay Lapat is also terminated as a person entitled to notice. (mk) (Entered: 11/23/2011) |
| 11/29/2011 | 900 | WRITTEN Opinion entered by the Honorable Matthew F. Kennelly on 11/29/2011: For the reasons stated below, the Court denies defendants Wheeler-Dealer, Ltd. and Timothy Grays motion and renewed motion for judgment as a matter of law [docket nos. 859 & 871]. Counsel for |

| | | |
|---|---|---|
| | | both sides should still appear for the December 8, 2011 ruling date and should be prepared to set a prompt date for retrial at that time. Signed by the Honorable Matthew F. Kennelly on 11/29/2011. Mailed notice(vcf, ) (Entered: 11/29/2011) |
| 11/29/2011 | 901 | MINUTE entry before Honorable Matthew F. Kennelly:Lawyers for plaintiff and Wheeler Dealer defendants are to appear in court on 12/8/2011 at 9:30 AM., to set a retrial date. (or, ) (Entered: 11/29/2011) |
| 12/02/2011 | 902 | MOTION by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co.Yes [Plaintiffs' Motion For Further Proceedings Regarding The Sass Defendants' Allegations Of Ethical Misconduct By Plaintiffs' Counsel] (Attachments: # 1 Exhibit s 1-8)(Quinn, Jonathan) (Entered: 12/02/2011) |
| 12/02/2011 | 903 | NOTICE of Motion by Jonathan Stuart Quinn for presentment of motion for miscellaneous relief, 902 before Honorable Matthew F. Kennelly on 12/8/2011 at 09:30 AM. (Quinn, Jonathan) (Entered: 12/02/2011) |
| 12/02/2011 | 904 | MOTION by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co. to amend/correct MOTION by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co.Yes [Plaintiffs' Motion For Further Proceedings Regarding The Sass Defendants' Allegations Of Ethical Misconduct By Plaintiffs' Counsel]MOTION by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co.Yes [Plaintiffs' Motion For Further Proceedings Regarding The Sass Defendants' Allegations Of Ethical Misconduct By Plaintiffs' Counsel] 902 , notice of motion 903 (Quinn, Jonathan) (Entered: 12/02/2011) |
| 12/05/2011 | 905 | EXHIBIT by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co. to Plainitffs' Motion for Further Proceedings Regarding the SASS Defendants' Allegation of Ethical Misconduct by Plaintiffs' Counsel and Plaintiff's Corrected Motion for Further Proceedings Regarding the SASS Defendants' Allegation of Ethical Misconduct by Plaintiffs' Counsel (Stein, Max) (Entered: 12/05/2011) |
| 12/07/2011 | 906 | RESPONSE IN OPPOSITION TO MOTION BY PLAINTIFFS COUNSEL FOR FURTHER PROCEEDINGS filed by Sass Defendants (Rotert, Mark) (Entered: 12/07/2011) |
| 12/08/2011 | 907 | MINUTE entry before Honorable Matthew F. Kennelly: Status hearing held on 12/8/11. Motion by plaintiffs for further proceedings 904 is denied. The claims against defendants Wheeler-Dealer and Timothy Gray are set for retrial on 4/16/12 at 9:45 a.m. The parties are to file a joint status report concerning the form of the judgment by 12/13/11. The status hearing for 12/14/11 to stand. Mailed notice (lcw, ) (Entered: 12/08/2011) |

| | | |
|---|---|---|
| 12/08/2011 | "TYPE=PICT;ALT=LOCK" | (Court only) ***Deadlines terminated. (lcw, ) (Entered: 12/08/2011) |
| 12/08/2011 | 908 | MINUTE entry before Honorable Matthew F. Kennelly: Motion for voluntary dismissal of the Atlas / HBZ defendants is granted per the terms of the accompanying order. (mk) (Entered: 12/08/2011) |
| 12/08/2011 | 909 | ORDER OF DISMISSAL signed by the Honorable Matthew F. Kennelly on 11/17/2011. (mk) (Entered: 12/08/2011) |
| 12/13/2011 | 910 | MOTION by Defendants Atlantic Municipal Corporation, B G Investments, Inc., Bonnie Gray, David Gray, Midwest Real Estate Investment Co., Midwest Real Estate Investment Company Employee Profit Sharing Plan & Trust for judgment not notwithstanding the verdict or in the Alternative, MOTION by Defendants Atlantic Municipal Corporation, B G Investments, Inc., Bonnie Gray, David Gray, Midwest Real Estate Investment Co., Midwest Real Estate Investment Company Employee Profit Sharing Plan & Trust for new trial (Friedman, Arthur) (Entered: 12/13/2011) |
| 12/13/2011 | 911 | MEMORANDUM by Atlantic Municipal Corporation, B G Investments, Inc., Bonnie Gray, David Gray, Midwest Real Estate Investment Co., Midwest Real Estate Investment Company Employee Profit Sharing Plan & Trust in support of motion for judgment not notwithstanding the verdict, motion for new trial,,,, 910 (Friedman, Arthur) (Entered: 12/13/2011) |
| 12/13/2011 | 912 | MOTION by Defendants Kirk Allison, Vinaya Jessani, MD Sass Investors Services, Inc., MD Sass Municipal Finance Partners-IV, LLC, MD Sass Municipal Finance Partners-V, LLC, MD Sass Tax Lien Management, LLC, Movants SASS Muni-IV LLC, SASS Muni-V, LLC for judgment [Renewed Motion for Judgment as a Matter of Law or, Alternatively, For a New Trial (Rotert, Mark) (Entered: 12/13/2011) |
| 12/13/2011 | 913 | MEMORANDUM by Kirk Allison, Vinaya Jessani, MD Sass Investors Services, Inc., MD Sass Municipal Finance Partners-IV, LLC, MD Sass Municipal Finance Partners-V, LLC, MD Sass Tax Lien Management, LLC, SASS Muni-IV LLC, SASS Muni-V, LLC in support of motion for judgment, 912 [as a Matter of Law Or, Alternatively, for a New Trial] (Rotert, Mark) (Entered: 12/13/2011) |
| 12/13/2011 | 914 | STATUS Report [Joint Status Report Regarding Entry of Judgment] by BCS Services, Inc., Phoenix Bond & Indemnity Co. (Attachments: # 1 Exhibit Exhibits)(Stein, Max) (Entered: 12/13/2011) |

| 12/14/2011 | 915 | MINUTE entry before Honorable Matthew F. Kennelly:Status hearing held and continued to 2/29/2012 at 9:30 AM. Response to motion for judgment is to be filed by 1/13/2012 and reply brief by 1/27/2012. Both sides' supplement to status report is due 12/30/2011. Ruling set for 2/29/2012 at 9:30 AM. (or, ) (Entered: 12/16/2011) |
|---|---|---|
| 12/28/2011 | "TYPE=PICT;ALT=LOCK" 916 | TRANSCRIPT OF PROCEEDINGS held on 12/08/2011 before the Honorable Matthew F. Kennelly. Court Reporter Contact Information: Valarie M. Ramsey valharam@aol.com (708) 860-8482. IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. Redaction Request due 1/18/2012. Redacted Transcript Deadline set for 1/30/2012. Release of Transcript Restriction set for 3/27/2012. (rp, ) (Entered: 12/29/2011) |
| 12/30/2011 | 917 | RESPONSE by Defendants Atlantic Municipal Corporation, B G Investments, Inc., Bonnie Gray, David Gray, Midwest Real Estate Investment Co., Midwest Real Estate Investment Company Employee Profit Sharing Plan & Trust to status report 914 *Regarding Plaintiffs' Arguments on Setoff and Punitive Damages* (Attachments: # 1 Appendix A - B)(Friedman, Arthur) (Entered: 12/30/2011) |
| 12/30/2011 | 918 | TRIAL Transcript pages by Atlantic Municipal Corporation, B G Investments, Inc., Bonnie Gray, David Gray, Midwest Real Estate Investment Co., Midwest Real Estate Investment Company Employee Profit Sharing Plan & Trust *To Which Reference is Made in BG Defendants' Memorandum of Law in Support of Their Post-Trial Motion (DKT.911)* (Friedman, Arthur) (Entered: 12/30/2011) |
| 12/30/2011 | 919 | MEMORANDUM status report 914 by Kirk Allison, Vinaya Jessani, MD Sass Investors Services, Inc., MD Sass Municipal Finance Partners-IV, LLC, MD Sass Municipal Finance Partners-V, LLC, MD Sass Tax Lien Management, LLC, SASS Muni-IV LLC, SASS Muni-V, LLC *Supplemental Memorandum On The Proper Calculation Of Damages* (Rotert, Mark) (Entered: 12/30/2011) |
| 01/02/2012 | 920 | MINUTE entry before Honorable Matthew F. Kennelly: The Court rules on the defendants' request for a setoff as described in the accompanying decision. A joint submission addressing the points identified in the submission is to be filed by January 9, 2011. The Court acknowledges that this is a short time frame, but at this point plaintiffs have been awaiting entry of a judgment of some sort (final or otherwise) |

| | | |
|---|---|---|
| | | for nearly two months, and they should not have to wait much longer. The case is set for a status hearing on January 12, 2011 at 9:30 a.m. (mk) (Entered: 01/02/2012) |
| 01/02/2012 | 921 | MEMORANDUM OPINION AND ORDER signed by the Honorable Matthew F. Kennelly on 1/2/2012. (mk) (Entered: 01/02/2012) |
| 01/09/2012 | 922 | MOTION by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co. for judgment *[Joint Submission Regarding Setoff and Entry of Judgment]* (Attachments: # 1 Exhibit s to Joint Submission)(Stein, Max) (Entered: 01/09/2012) |
| 01/09/2012 | 923 | MOTION by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co. to dismiss *[Agreed Motion For Voluntary Dismissal]* (Stein, Max) (Entered: 01/09/2012) |
| 01/09/2012 | 924 | NOTICE of Motion by Max A Stein for presentment of motion to dismiss 923 before Honorable Matthew F. Kennelly on 1/12/2012 at 09:30 AM. (Stein, Max) (Entered: 01/09/2012) |
| 01/10/2012 | 925 | MINUTE entry before Honorable Matthew F. Kennelly: The agreed motion for voluntary dismissal 923 is granted. All claims against defendants Timothy E. Gray and Wheeler-Dealer, Ltd. are dismissed with prejudice and without costs. (mk) (Entered: 01/10/2012) |
| 01/10/2012 | 926 | MINUTE entry before Honorable Matthew F. Kennelly: The Court has reviewed the joint submission regarding entry of judgment. The only matter on which the Court requires further comment concerns the issue of setoff. In particular, the Court requires a reply by plaintiffs, as the moving parties, to the lengthy argument by the Sass defendants regarding the setoff issue. That response is to be filed by 1/13/12. The Court will not accept any other filings on the issues addressed in the joint submission without prior leave of court based upon a showing of good cause. The motion hearing date of 1/12/12 is vacated and reset to 1/18/12 at 9:30 a.m. The Court advises that it may vacate that date following its final review of the parties' submissions. (mk) (Entered: 01/10/2012) |
| 01/13/2012 | 929 | REPLY by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co. *Plaintiffs' Reply To Sass Defendants' Arguments Regarding Setoff* (Quinn, Jonathan) (Entered: 01/13/2012) |
| 01/13/2012 | 930 | Exhibits by BCS Services, Inc., Phoenix Bond & Indemnity Co. *Exhibits To Plaintiffs' Reply To Sass Defendants' Arguments Regarding Setoff* (Quinn, Jonathan) (Entered: 01/13/2012) |
| 01/13/2012 | 931 | RESPONSE by BCS Services, Inc., Phoenix Bond & Indemnity Co. to MOTION by Defendants Kirk Allison, Vinaya Jessani, MD Sass Investors Services, Inc., MD Sass Municipal Finance Partners-IV, LLC, |

| | | |
|---|---|---|
| | | MD Sass Municipal Finance Partners-V, LLC, MD Sass Tax Lien Management, LLC, Movants SASS Muni-IV LLC, SASS Muni-V, LLC for 912 , MOTION by Defendants Atlantic Municipal Corporation, B G Investments, Inc., Bonnie Gray, David Gray, Midwest Real Estate Investment Co., Midwest Real Estate Investment Company Employee Profit Sharing Plan & Trustfor judgment not withstanding the verdictMOTION by Defendants Atlantic Municipal Corporation, B G Investments, Inc., Bonnie Gray, David Gray, Midwest Real Estate Investment Co., Midwest Real Estate Investment Company Employee Profit Sharing Plan & Trust for new trial 910 *Plaintiffs' Consolidated Response To The Sass And BG Defendants' Renewed Motions For Judgment As A Matter Of Law Or For A New Trial* (Attachments: # 1 Exhibit 1A, # 2 Exhibit 1B)(Quinn, Jonathan) (Entered: 01/13/2012) |
| 01/17/2012 | 932 | MINUTE entry before Honorable Matthew F. Kennelly: The Sass defendants are directed to file, by 4:30 p.m. on 1/19/12, a surreply, not to exceed three pages, to Argument B in the plaintiffs' reply (dkt. no. 929). Ruling regarding entry of judgment is set to 1/23/12 at 9:30 a.m. The status / ruling date of 1/18/12 is vacated. (mk) (Entered: 01/17/2012) |
| 01/19/2012 | 933 | SUR REPLY by Defendants Kirk Allison, Vinaya Jessani, MD Sass Investors Services, Inc., MD Sass Municipal Finance Partners-IV, LLC, MD Sass Municipal Finance Partners-V, LLC, MD Sass Tax Lien Management, LLC, Movants SASS Muni-IV LLC, SASS Muni-V, LLC to reply 929 *re Setoff* (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Rotert, Mark) (Entered: 01/19/2012) |
| 01/19/2012 | 934 | MOTION by Defendants Kirk Allison, Vinaya Jessani, MD Sass Investors Services, Inc., MD Sass Municipal Finance Partners-IV, LLC, MD Sass Municipal Finance Partners-V, LLC, MD Sass Tax Lien Management, LLC, Movants SASS Muni-IV LLC, SASS Muni-V, LLC to seal document MOTION by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co. for judgment *[Joint Submission Regarding Setoff and Entry of Judgment]* 922 (Sass Defendants' Agreed Motion to File Exhibits Under Seal) (Rotert, Mark) (Entered: 01/19/2012) |
| 01/19/2012 | 935 | [proposed] Order by Kirk Allison, Vinaya Jessani, MD Sass Investors Services, Inc., MD Sass Municipal Finance Partners-IV, LLC, MD Sass Municipal Finance Partners-V, LLC, MD Sass Tax Lien Management, LLC, SASS Muni-IV LLC, SASS Muni-V, LLC *re dkt. 934 (Sass Defendants' Agreed Motion to File Exhibits Under Seal)* (Rotert, Mark) (Entered: 01/19/2012) |
| 01/19/2012 | 936 | NOTICE of Motion by Mark L. Rotert for presentment of motion to seal document, motion for relief,,,, 934 before Honorable Matthew F. Kennelly on 1/23/2012 at 09:30 AM. (Rotert, Mark) (Entered: |

| | | 01/19/2012) |
|---|---|---|
| 01/22/2012 | 937 | MINUTE entry before Honorable Matthew F. Kennelly: The motions of the Atlas / HBZ defendants for judgment [dkt. nos. 860 & 869] are terminated because they are no longer parties to the case. The bench trial date as to defendants Wheeler-Dealer and Timothy Gray is vacated because they are no longer parties to the case either. At the status hearing set for 1/23/12, the Court has one (and only one) question for counsel. The question relates to the argument at page 5 of plaintiffs' reply [dkt. no. 929] regarding plaintiffs' expert's estimate of damages caused by the Sabre Enterprise as compared with the amount awarded by the jury against the Sass defendants. The question is, what amount did plaintiffs' expert estimate for damages caused by the BG defendants, and what did plaintiffs' counsel seek from the BG defendants in closing argument? (The Court asks the parties to provide this information because they have quicker and easier access to the trial transcript than the Court does.) Counsel should be prepared at the status hearing to provide an answer to this question together with copies of the relevant transcript pages and the relevant pages from the charts presented by plaintiffs' expert at trial. (mk) (Entered: 01/22/2012) |
| 01/23/2012 | 940 | MINUTE entry before Honorable Matthew F. Kennelly: Status hearing held. Motion to file under seal is granted (934). B.G. Investments has leave to file additional settlement agreements under seal. Mailed notice (ao,) (Entered: 01/24/2012) |
| 01/24/2012 | 938 | MINUTE entry before Honorable Matthew F. Kennelly: The Court will enter judgment consistent with the rulings made in the accompanying Memorandum Opinion and Order. (mk) (Entered: 01/24/2012) |
| 01/24/2012 | 939 | MEMORANDUM OPINION AND ORDER signed by the Honorable Matthew F. Kennelly on 1/24/12. (mk) (Entered: 01/24/2012) |
| 01/24/2012 | 941 | SEALED DOCUMENT by Defendants Kirk Allison, Vinaya Jessani, MD Sass Investors Services, Inc., MD Sass Municipal Finance Partners-IV, LLC, MD Sass Municipal Finance Partners-V, LLC, MD Sass Tax Lien Management, LLC, Movants SASS Muni-IV LLC, SASS Muni-V, LLC *Joint Submission Regarding Setoff and Entry of Judgment* (Attachments: # 1 Exhibit)(Rotert, Mark) (Entered: 01/24/2012) |
| 01/24/2012 | 942 | NOTICE by Kirk Allison, Vinaya Jessani, MD Sass Investors Services, Inc., MD Sass Municipal Finance Partners-IV, LLC, MD Sass Municipal Finance Partners-V, LLC, MD Sass Tax Lien Management, LLC, SASS Muni-IV LLC, SASS Muni-V, LLC re sealed document, 941 *Joint Submission Regarding Setoff and Entry of Judgment* (Rotert, Mark) (Entered: 01/24/2012) |
| 01/24/2012 | 943 | MOTION by Defendants Kirk Allison, Vinaya Jessani, MD Sass |

| | | |
|---|---|---|
| | | Investors Services, Inc., MD Sass Municipal Finance Partners-IV, LLC, MD Sass Municipal Finance Partners-V, LLC, MD Sass Tax Lien Management, LLC, Movants SASS Muni-IV LLC, SASS Muni-V, LLC for reconsideration regarding memorandum opinion and order 939 (Rotert, Mark) (Entered: 01/24/2012) |
| 01/24/2012 | 944 | NOTICE of Motion by Mark L. Rotert for presentment of motion for reconsideration,, motion for relief, 943 before Honorable Matthew F. Kennelly on 1/31/2012 at 09:30 AM. (Rotert, Mark) (Entered: 01/24/2012) |
| 01/25/2012 | 945 | MINUTE entry before Honorable Matthew F. Kennelly: Any response to defendants' motion for reconsideration should be filed by the close of business on 1/30/12. (mk) (Entered: 01/25/2012) |
| 01/25/2012 | 946 | SEALED DOCUMENT by Defendants Atlantic Municipal Corporation, B G Investments, Inc., Bonnie Gray, David Gray, Midwest Real Estate Investment Co., Midwest Real Estate Investment Company Employee Profit Sharing Plan & Trust and Notice of Filing (Attachments: # 1 Settlement Agreements)(Friedman, Arthur) (Entered: 01/25/2012) |
| 01/25/2012 | 947 | MINUTE entry before Honorable Matthew F. Kennelly: Judgment is entered as set forth in the judgment form. Civil case terminated. Mailed notice (vcf, ) (Entered: 01/26/2012) |
| 01/25/2012 | 948 | ENTERED JUDGMENT. (Attachments: # 1 Page 2, # 2 Page 3)(vcf, ) (Entered: 01/26/2012) |
| 01/27/2012 | 949 | REPLY by Defendants Kirk Allison, Vinaya Jessani, MD Sass Investors Services, Inc., MD Sass Municipal Finance Partners-IV, LLC, MD Sass Municipal Finance Partners-V, LLC, MD Sass Tax Lien Management, LLC, Movants SASS Muni-IV LLC, SASS Muni-V, LLC to memorandum in support of motion, 913 , response to motion,,,, 931 SASS DEFENDANTS' REPLY IN SUPPORT OF THEIR RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW OR, ALTERNATIVELY, FOR A NEW TRIAL (Rotert, Mark) (Entered: 01/27/2012) |
| 01/27/2012 | 950 | REPLY by Defendants Atlantic Municipal Corporation, B G Investments, Inc., Bonnie Gray, David Gray, Midwest Real Estate Investment Co., Midwest Real Estate Investment Company Employee Profit Sharing Plan & Trust to memorandum in support of motion, 911 for Judgment as a Matter of Law or, Alternatively, for New Trial (Attachments: # 1 Exhibit A-F)(Friedman, Arthur) (Entered: 01/27/2012) |
| 01/29/2012 | 951 | RESPONSE by Plaintiff Phoenix Bond & Indemnity Co. to notice of motion 944 Plaintiffs' Opposition to Sass Defendants' Motion to Reconsider (Attachments: # 1 Certificate of Service)(Quinn, Jonathan) |

| | | |
|---|---|---|
| | | (Entered: 01/29/2012) |
| 01/31/2012 | 952 | MINUTE entry before Honorable Matthew F. Kennelly: For the reasons stated in the accompanying Memorandum Opinion and Order, the Court denies the Sass defendants motion to reconsider [Case No. 05 C 4095, docket no. 943]. The motion hearing date of 1/31/12 is vacated. (mk) (Entered: 01/31/2012) |
| 01/31/2012 | 953 | MEMORANDUM OPINION AND ORDER signed by the Honorable Matthew F. Kennelly on 1/31/12. (mk) (Entered: 01/31/2012) |
| 02/03/2012 | 954 | MOTION by Defendants Atlantic Municipal Corporation, B G Investments, Inc., Bonnie Gray, David Gray, Midwest Real Estate Investment Co., Midwest Real Estate Investment Company Employee Profit Sharing Plan & Trust to stay *Pending Ruling on Post-Trial Motion* (Friedman, Arthur) (Entered: 02/03/2012) |
| 02/03/2012 | 955 | NOTICE of Motion by Arthur Weil Friedman for presentment of motion to stay, 954 before Honorable Matthew F. Kennelly on 2/8/2012 at 09:30 AM. (Friedman, Arthur) (Entered: 02/03/2012) |
| 02/03/2012 | 956 | MOTION by Defendants Kirk Allison, Vinaya Jessani, MD Sass Investors Services, Inc., MD Sass Municipal Finance Partners-IV, LLC, MD Sass Municipal Finance Partners-V, LLC, MD Sass Tax Lien Management, LLC, Movants SASS Muni-IV LLC, SASS Muni-V, LLC to stay (Attachments: # 1 Text of Proposed Order)(Rotert, Mark) (Entered: 02/03/2012) |
| 02/03/2012 | 957 | NOTICE of Motion by Mark L. Rotert for presentment of motion to stay, 956 before Honorable Matthew F. Kennelly on 2/8/2012 at 09:30 AM. (Rotert, Mark) (Entered: 02/03/2012) |
| 02/03/2012 | 958 | pETITION *For Attorneys' Fees and Costs* (Quinn, Jonathan) (Entered: 02/03/2012) |
| 02/03/2012 | 959 | MOTION by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co. for leave to file *under seal* (Quinn, Jonathan) (Entered: 02/03/2012) |
| 02/03/2012 | 960 | NOTICE of Motion by Jonathan Stuart Quinn for presentment of motion for leave to file 959 before Honorable Matthew F. Kennelly on 2/9/2012 at 09:30 AM. (Quinn, Jonathan) (Entered: 02/03/2012) |
| 02/03/2012 | 961 | Joint Statement Regarding Plaintiffs' Petition for Attorneys' Fees and Costs by BCS Services, Inc., Phoenix Bond & Indemnity Co. *Pursuant to the Court's November 23, 2011 Order* (Quinn, Jonathan) (Entered: 02/03/2012) |
| 02/05/2012 | 962 | MINUTE entry before Honorable Matthew F. Kennelly: The hearing date on plaintiffs' motion to file under seal, and further discussion regarding scheduling on plaintiffs' petition for fees and costs, is advanced to 2/8/12 at 9:30 a.m., in conjunction with the other matters |

| | | |
|---|---|---|
| | | noticed for hearing on that date. (mk) (Entered: 02/05/2012) |
| 02/05/2012 | 963 | RESPONSE by Defendants Kirk Allison, Vinaya Jessani, MD Sass Investors Services, Inc., MD Sass Municipal Finance Partners-IV, LLC, MD Sass Municipal Finance Partners-V, LLC, MD Sass Tax Lien Management, LLC, Movants SASS Muni-IV LLC, SASS Muni-V, LLC to motion for leave to file 959 (Pearl, Richard) (Entered: 02/05/2012) |
| 02/06/2012 | 964 | MINUTE entry before Honorable Matthew F. Kennelly: Plaintiffs' motion to file under seal their unredacted billing statements is granted [# 959 . Defendants are also granted leave to file under seal their exhibits to the parties' joint statement. Mailed notice (vcf, ) (Entered: 02/07/2012) |
| 02/07/2012 | 965 | EXHIBIT by Defendants Kirk Allison, Vinaya Jessani, MD Sass Investors Services, Inc., MD Sass Municipal Finance Partners-IV, LLC, MD Sass Municipal Finance Partners-V, LLC, MD Sass Tax Lien Management, LLC regarding other 961 (Attachments: # 1 Exhibit Exhibit 1 to Sass Exhibit A)(Becker, Theodore) (Entered: 02/07/2012) |
| 02/07/2012 | 966 | SEALED EXHIBIT by Defendants Kirk Allison, Vinaya Jessani, MD Sass Investors Services, Inc., MD Sass Municipal Finance Partners-IV, LLC, MD Sass Municipal Finance Partners-V, LLC, MD Sass Tax Lien Management, LLC regarding other 961 (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit, # 9 Exhibit, # 10 Exhibit, # 11 Exhibit, # 12 Exhibit)(Becker, Theodore) (Entered: 02/07/2012) |
| 02/07/2012 | 967 | SEALED EXHIBIT by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co. *To Plaintiffs' Petition For Attorneys' Fees And Costs To Be Filed Under Seal Pursuant To Court Order Of February 6, 2012* (Attachments: # 1 Exhibit 1-A Part 1 of 14, # 2 Exhibit 1-A Part 2 of 14, # 3 Exhibit 1-A Part 3 of 14, # 4 Exhibit 1-A Part 4 of 14, # 5 Exhibit 1-A Part 5 of 14, # 6 Exhibit 1-A Part 6 of 14, # 7 Exhibit 1-A Part 7 of 14, # 8 Exhibit 1-A Part 8 of 14, # 9 Exhibit 1-A Part 9 of 14, # 10 Exhibit 1-A Part 10 of 14, # 11 Exhibit 1-A Part 11 of 14, # 12 Exhibit 1-A Part 12 of 14, # 13 Exhibit 1-A Part 13 of 14, # 14 Exhibit 1-A Part 14 of 14, # 15 Exhibit 1-B, # 16 Exhibit 1-C, # 17 Exhibit 2 - Part 1 of 2, # 18 Exhibit 2 - Part 2 of 2, # 19 Exhibit 3 - Part 1 of 2, # 20 Exhibit 3 - Part 2 of 2, # 21 Exhibit 4, # 22 Exhibit 5, # 23 Exhibit 7)(Quinn, Jonathan) (Entered: 02/07/2012) |
| 02/08/2012 | 968 | MINUTE entry before Honorable Matthew F. Kennelly: Hearing held on motions for stay. The Sass defendants' motion for stay of enforcement of the judgment through February 21, 2012 is granted without objection (956). The BG defendants' motion for stay is granted in part, through February 22, 2012, based on the representations made in open court, and is otherwise entered and continued to 2/22/12 at 9:30 |

| | | |
|---|---|---|
| | | a.m. (954) Simultaneous submissions on the discovery of records regarding non-claimed attorney time and contingent fee agreements are to be filed by 2/15/12. Defendants are directed to file a brief in opposition to plaintiffs' fee petition by no later than 3/16/12. Plaintiffs are directed to reply to the response by no later than 4/6/12. (or, ) (Entered: 02/09/2012) |
| 02/08/2012 | 969 | ORDER regarding order on motion to stay, motion hearing, set motion and R&R deadlines/hearings,,,,,,,,, 968 Signed by the Honorable Matthew F. Kennelly on 2/8/2012:(or, ) (Entered: 02/09/2012) |
| 02/15/2012 | 970 | BG Defendants' Statement in Support of Their Request for Additional Discovery Concerning Attorneys' Fees STATEMENT by Atlantic Municipal Corporation, B G Investments, Inc., Bonnie Gray, David Gray, Midwest Real Estate Investment Co., Midwest Real Estate Investment Company Employee Profit Sharing Plan & Trust (Plotkin, Gabriel) (Entered: 02/15/2012) |
| 02/15/2012 | 971 | Submission on the Discovery of Records of Non-Claimed Attorney Time and Contingent Fee Agreements by Kirk Allison, Vinaya Jessani, MD Sass Investors Services, Inc., MD Sass Municipal Finance Partners-IV, LLC, MD Sass Municipal Finance Partners-V, LLC, MD Sass Tax Lien Management, LLC (Becker, Theodore) (Entered: 02/15/2012) |
| 02/15/2012 | 972 | plaintiffs' Submission Regarding Fee-Related Information Sought By Defendants by BCS Services, Inc., Phoenix Bond & Indemnity Co. (Attachments: # 1 Exhibits)(Quinn, Jonathan) ). (Entered: 02/15/2012) |
| 02/16/2012 | 973 | MINUTE entry before Honorable Matthew F. Kennelly: The Court has reviewed the parties' submissions regarding defendants' request for additional discovery in connection with plaintiffs' fee petition. The Court is unpersuaded that records particularizing the time plaintiffs have not included in their fee petition have any appreciable probative value. Plaintiffs need not produce that information. Defendants also seek copies of any contingent fee agreements between plaintiffs and their counsel. The Court makes no determination that such agreements actually will or should have a bearing on adjudication of the fee petition, but it is not prepared to rule out that possibility. The Court therefore directs plaintiffs to produce, promptly, any contingent fee agreements they have with the attorneys with regard to whom plaintiffs seek to recover attorney's fees. The Court otherwise denies defendants' discovery requests. (mk) (Entered: 02/16/2012) |
| 02/17/2012 | 974 | MOTION by Defendants Kirk Allison, Vinaya Jessani, MD Sass Investors Services, Inc., MD Sass Municipal Finance Partners-IV, LLC, MD Sass Municipal Finance Partners-V, LLC, MD Sass Tax Lien Management, LLC, Movants SASS Muni-IV LLC, SASS Muni-V, LLC |

| | | |
|---|---|---|
| | | to stay (Rotert, Mark) (Entered: 02/17/2012) |
| 02/17/2012 | 975 | NOTICE of Motion by Mark L. Rotert for presentment of motion to stay, 974 before Honorable Matthew F. Kennelly on 2/22/2012 at 09:30 AM. (Rotert, Mark) (Entered: 02/17/2012) |
| 02/22/2012 | 976 | MINUTE entry before Honorable Matthew F. Kennelly: Hearing held on motion to stay (954). Motion is granted. Enter Order. It is ordered that a stay exists in this matter until such time as the the Court has resolved all post trial motions and other pending matters. The Clerk is directed to accept cash in the amount of $4,322,729.81 to serve as security in lieu of a supersedeas bond pursuant to LR 65.1(b)(1). Status hearing set for 4/29/2012 is vacated. Mailed notice (vcf, ) (Entered: 02/24/2012) |
| 02/22/2012 | 977 | ORDER Signed by the Honorable Matthew F. Kennelly on 2/22/2012.Mailed notice(vcf, ) (Entered: 02/24/2012) |
| 02/27/2012 | "TYPE=PICT;ALT=LOCK" 978 | (Court only) RECEIPT regarding payment of fee paid on 2/27/2012 in the amount of $4,322,729.81, receipt number CQ12462400241. (vcf, ) (Entered: 02/29/2012) |
| 03/02/2012 | 981 | CITATION to Discover Assets issued as to Lake County Treasure, Bonnie Gray as representative of the Est. of David R. Gray, Midwest Real Estate Inv. Co., David R. Gray Jr., Timothy E. Gray, DuPage County Clerk, Will County Treasure's Officer, Robert Palasz. (vcf, ) (Additional attachment(s) added on 3/6/2012) (Entered: 03/05/2012) |
| 03/02/2012 | 982 | CITATION to Discover Assets issued as to BG Investments Inc.; The Gray Family Michigan LLC; Dupage County Treasure's Office; Cook County Treasure's Officer; Will County Clerk; Lake County Clerk; Cook County Clerk; Wheeler-Dealer LTD.; (Notice Filed). (vcf, ) (Additional attachment(s) added on 3/6/2012) (Entered: 03/05/2012) |
| 03/02/2012 | 983 | CITATION to Discover Assets issued as to Atlantic Municipal Corp.; Midwest Real Estate Investment Company. (vcf, ) (Additional attachment(s) added on 3/6/2012) (Entered: 03/05/2012) |
| 03/05/2012 | 979 | MOTION by Defendants Atlantic Municipal Corporation, B G Investments, Inc., Bonnie Gray, David Gray, Midwest Real Estate Investment Co., Midwest Real Estate Investment Company Employee Profit Sharing Plan & Trust for leave to file *supplemental memorandum citing new authority in support of BG Defendants' renewed motion for judgment as a matter of law or, alternatively, for new trial* (Plotkin, Gabriel) (Entered: 03/05/2012) |

| 03/05/2012 | 980 | NOTICE of Motion by Gabriel Bankier Plotkin for presentment of motion for leave to file, 979 before Honorable Matthew F. Kennelly on 3/13/2012 at 09:30 AM. (Plotkin, Gabriel) (Entered: 03/05/2012) |
| 03/06/2012 | 984 | MINUTE entry before Honorable Matthew F. Kennelly: The BG defendants' motion for leave to file supplemental memorandum 979 is granted, and the motion hearing date of 3/13/12 is vacated. The arguments in the memorandum will be deemed to apply to all defendants. Plaintiffs may file a response to the supplemental memorandum, of equal length, by no later than 3/7/12. No further briefing will be permitted. (mk) (Entered: 03/06/2012) |
| 03/06/2012 | 985 | SUGGESTION of Bankruptcy as to Atlantic Municipal Corporation, Mid West Real Estate Investment Company, B G Investments Inc. and Bonnie J. Gray (Banich, Terence) (Entered: 03/06/2012) |
| 03/06/2012 | 986 | MINUTE entry before Honorable Matthew F. Kennelly: The case is set for a status hearing on 3/12/12 at 9:30 a.m., to address the impact of certain defendants' filing of bankruptcy on the Court's consideration of the pending post-trial motions (including whether the order the Court entered earlier today, which apparently post-dated the filing of the bankruptcy petition, needs to be vacated due to the automatic stay). (mk) (Entered: 03/06/2012) |
| 03/07/2012 | 987 | RESPONSE by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co. 979 to the BG Defendants' Motion for Leave to file Instanter Supplemental Memorandum (Quinn, Jonathan) (Entered: 03/07/2012) |
| 03/12/2012 | 988 | MINUTE entry before Honorable Matthew F. Kennelly:Status hearing held. Joint status report regarding bankruptcy proceedings is to be filed by 3/16/2012, (or, ) (Entered: 03/12/2012) |
| 03/13/2012 | 989 | REPLY by Kirk Allison, Vinaya Jessani, MD Sass Investors Services, Inc., MD Sass Municipal Finance Partners-IV, LLC, MD Sass Municipal Finance Partners-V, LLC, MD Sass Tax Lien Management, LLC, SASS Muni-IV LLC, SASS Muni-V, LLC to Response 987 *SASS DEFENDANTS' REPLY TO "PLAINTIFFS' RESPONSE TO BG DEFENDANTS' SUPPLEMENTAL MEMORANDUM"* (Rotert, Mark) (Entered: 03/13/2012) |
| 03/13/2012 | 990 | CITATION to Discover Assets issued as to Associated Bank-Corp, Bonnie gray, Midwest Real Estate Investment Company, Timothy E. Gray, Wheeler-Dealer Ltd., Bank of American, Pullman Bank of Commerce & Industry.. (vcf, ) (Additional attachment(s) added on 3/15/2012: # 1 notice, # 2 Notice, # 3 Notice, # 4 Notice, # 5 Notice, # 6 Notice, # 7 Notice, # 8 Notice, # 9 Notice, # 10 Notice, # 11 Notice, # 12 Notice) (vcf, ). (Additional attachment(s) added on 3/16/2012: # 13 |

| | | |
|---|---|---|
| | | amended cittation to discover assets, # 14 Notice of amended citation to discover assets) (vcf, ). (Entered: 03/14/2012) |
| 03/14/2012 | 991 | CITATION to Discover Assets issued as to Associated Bank-Corp. (vcf, ) (Entered: 03/15/2012) |
| 03/15/2012 | | NOTICE of citation to discover assets before Honorable Matthew F. Kennelly on 3/27/2012 at 09:30 AM. (vcf, ) (Entered: 03/15/2012) |
| 03/15/2012 | "TYPE=PICT;ALT=LOCK" 992 | TRANSCRIPT OF PROCEEDINGS held on 12/14/11 before the Honorable Matthew F. Kennelly. Court Reporter Contact Information: Laura Brennan, 312-435-5785, Laura_M_Brennan@ilnd.uscourts.gov. IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. Redaction Request due 4/5/2012. Redacted Transcript Deadline set for 4/16/2012. Release of Transcript Restriction set for 6/13/2012. (Brennan, Laura) (Entered: 03/15/2012) |
| 03/15/2012 | "TYPE=PICT;ALT=LOCK" 993 | TRANSCRIPT OF PROCEEDINGS held on 2/8/12 before the Honorable Matthew F. Kennelly. Court Reporter Contact Information: Laura Brennan, 312-435-5785, Laura_M_Brennan@ilnd.uscourts.gov. IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. Redaction Request due 4/5/2012. Redacted Transcript Deadline set for 4/16/2012. Release of Transcript Restriction set for 6/13/2012. (Brennan, Laura) (Entered: 03/15/2012) |
| 03/15/2012 | "TYPE=PICT;ALT=LOCK" | TRANSCRIPT OF PROCEEDINGS held on 2/22/12 before the Honorable Matthew F. Kennelly. Court Reporter Contact Information: Laura Brennan, 312-435-5785, Laura_M_Brennan@ilnd.uscourts.gov. IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the |

| | | |
|---|---|---|
| | | Availability of Transcripts of Court Proceedings. Redaction Request due 4/5/2012. Redacted Transcript Deadline set for 4/16/2012. Release of Transcript Restriction set for 6/13/2012. (Brennan, Laura) (Entered: 03/15/2012) |
| | 994 | |
| 03/16/2012 | 995 | STATUS Report - *Joint* by Atlantic Municipal Corporation, Bonnie Gray, Midwest Real Estate Investment Co. (Attachments: # 1 Exhibit A)(Friedman, Arthur) (Entered: 03/16/2012) |
| 03/16/2012 | 996 | RESPONSE by Kirk Allison, Vinaya Jessani, MD Sass Investors Services, Inc., MD Sass Municipal Finance Partners-IV, LLC, MD Sass Municipal Finance Partners-V, LLC, MD Sass Tax Lien Management, LLC, SASS Muni-IV LLC, SASS Muni-V, LLCin Opposition to MOTION by Defendants Kirk Allison, Vinaya Jessani, MD Sass Investors Services, Inc., MD Sass Municipal Finance Partners-IV, LLC, MD Sass Municipal Finance Partners-V, LLC, MD Sass Tax Lien Management, LLC, Movants SASS Muni-IV LLC, SASS Muni-V, LLC to s 974 *Response to Plaintiffs' Petition For Attorneys' Fees and Costs (Docket #958)* (Attachments: # 1 Exhibit)(Becker, Theodore) (Entered: 03/16/2012) |
| 03/16/2012 | 997 | OBJECTIONS by B G Investments, Inc., Bonnie Gray, David Gray, Midwest Real Estate Investment Co., Midwest Real Estate Investment Company Employee Profit Sharing Plan & Trust to petition 958 *for Attorneys Fees and Costs* (Attachments: # 1 Exhibit A-I)(Friedman, Arthur) (Entered: 03/16/2012) |
| 03/21/2012 | 998 | STATUS Report *Joint* by Atlantic Municipal Corporation, B G Investments, Inc., Bonnie Gray, Midwest Real Estate Investment Co. (Attachments: # 1 Exhibit A)(Friedman, Arthur) (Entered: 03/21/2012) |
| 03/21/2012 | 999 | SEALED DOCUMENT by Defendants Kirk Allison, Vinaya Jessani, MD Sass Investors Services, Inc., MD Sass Municipal Finance Partners-IV, LLC, MD Sass Municipal Finance Partners-V, LLC, MD Sass Tax Lien Management, LLC, Movants SASS Muni-IV LLC, SASS Muni-V, LLC (Attachments: # 1 Exhibit Master Chart, # 2 Exhibit Reed Smith, # 3 Exhibit Katten Muchin, # 4 Exhibit Carter Reiter, # 5 Exhibit Jenner & Block, # 6 Exhibit Cooney & Corso, # 7 Exhibit 11/12/08 Matthews Entry, # 8 Exhibit 5/27/09 Matthews Entry, # 9 Exhibit 6/3/09 Matthews Entry, # 10 Exhibit Rochman & Decker, # 11 Exhibit Mediation, # 12 Exhibit Contingent Fee, # 13 Exhibit Bohan Entries, # 14 Exhibit Courtesy Copies, # 15 Exhibit Stein, # 16 Exhibit Labeled Folders, # 17 Exhibit Review File, # 18 Exhibit Attention To, # 19 Exhibit Sachnoff, # 20 Exhibit Blended Rates, # 21 Exhibit Contingent Fee, # 22 Exhibit Metzdorf & Madansky)(Becker, Theodore) (Entered: 03/21/2012) |

| | | |
|---|---|---|
| 03/22/2012 | 1000 | LETTER from Felicia Randle dated 3/16/2012. (vcf, ) (Entered: 03/26/2012) |
| 03/26/2012 | 1001 | MINUTE entry before Honorable Matthew F. Kennelly: The Court is contemplating scheduling oral argument on one, or perhaps two, issues raised in the defendants' post-trial motions. The Court intends to discuss this with counsel at the 3/27/12 hearing, and counsel should be prepared at that hearing to set an argument date. (mk) (Entered: 03/26/2012) |
| 03/26/2012 | 1002 | MOTION by Defendants Atlantic Municipal Corporation, B G Investments, Inc., Bonnie Gray, David Gray, Midwest Real Estate Investment Co., Midwest Real Estate Investment Company Employee Profit Sharing Plan & Trust for order *for Leave to File Unredacted Documents Under Seal and to Submit Certain Corrected Exhibits* (Friedman, Arthur) (Entered: 03/26/2012) |
| 03/26/2012 | 1003 | NOTICE of Motion by Arthur Weil Friedman for presentment of motion for order, 1002 before Honorable Matthew F. Kennelly on 3/29/2012 at 09:30 AM. (Friedman, Arthur) (Entered: 03/26/2012) |
| 03/27/2012 | 1006 | ANSWER by Respondent U.S. Bank to Writ of Garnishment. (vcf, ) (Entered: 03/29/2012) |
| 03/27/2012 | 1007 | MINUTE entry before Honorable Matthew F. Kennelly: Hearing held on motion for leave to file unredacted documents under seal and to submit certain corrected exhibits (1002). Motion is granted. Hearing date of 3/29/2012 is vacated. Oral argument on post trial motions is set for 4/13/2012 at 10:00 AM. Mailed notice (vcf, ) (Entered: 03/29/2012) |
| 03/28/2012 | 1004 | NOTICE by Atlantic Municipal Corporation, B G Investments, Inc., Bonnie Gray, David Gray, Midwest Real Estate Investment Co., Midwest Real Estate Investment Company Employee Profit Sharing Plan & Trust re objections, 997 *Of Filing Exhibits (Without Descriptions)* (Attachments: # 1 Exhibit A-I)(Friedman, Arthur) (Entered: 03/28/2012) |
| 03/28/2012 | 1005 | SEALED DOCUMENT by Defendants Atlantic Municipal Corporation, B G Investments, Inc., Bonnie Gray, David Gray, Midwest Real Estate Investment Co., Midwest Real Estate Investment Company Employee Profit Sharing Plan & Trust *Exhibits With Description* (Attachments: # 1 Exhibit Exhibit C and D, # 2 Exhibit Exhibit E - I)(Friedman, Arthur) (Entered: 03/28/2012) |
| 04/04/2012 | 1008 | CITATION to Discover Assets issued as to Rap Employees Profit Sharing Plan. (vcf, ) (Additional attachment(s) added on 4/6/2012: # 1 Notice, # 2 Citation Notice) (vcf, ). (Entered: 04/05/2012) |
| 04/05/2012 | 1009 | MOTION by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co. for leave to file excess pages *Plaintiffs' Motion For Leave To File A Reply Brief In Support Of Their Petition For Attorneys' Fees And Costs In* |

| | | |
|---|---|---|
| | | *Excess Of 15 Pages* (Quinn, Jonathan) (Entered: 04/05/2012) |
| 04/05/2012 | 1010 | NOTICE of Motion by Jonathan Stuart Quinn for presentment of motion for leave to file excess pages, 1009 before Honorable Matthew F. Kennelly on 4/11/2012 at 09:30 AM. (Quinn, Jonathan) (Entered: 04/05/2012) |
| 04/06/2012 | 1011 | MOTION by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co. for leave to file *under seal* (Quinn, Jonathan) (Entered: 04/06/2012) |
| 04/06/2012 | 1012 | NOTICE of Motion by Jonathan Stuart Quinn for presentment of motion for leave to file 1011 before Honorable Matthew F. Kennelly on 4/11/2012 at 09:30 AM. (Quinn, Jonathan) (Entered: 04/06/2012) |
| 04/06/2012 | 1013 | REPLY by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co. to motion for leave to file 1011 , petition 958 *in support of Their Petition for Attorneys' Fees and Costs* (Quinn, Jonathan) (Entered: 04/06/2012) |
| 04/09/2012 | 1014 | MINUTE entry before Honorable Matthew F. Kennelly: The Court modifies its earlier statements regarding the matters to be addressed at the argument set for 4/13/12 at 10:00 a.m. In addition to the points previously identified (Sass defendants' argument I, regarding the mail fraud "property" issue, and the related jury instruction issue under Sass defendants' argument V), the Court wishes to hear brief argument on Sass defendants' argument II (participation in the conduct of an enterprise). Argument will be strictly limited to 12 minutes per side, so counsel should be prepared to get directly to the point. Any additional authorities upon which either side intends to rely should be submitted to opposing counsel and the Court via letter by no later than the close of business on 4/12/12. (mk) (Entered: 04/09/2012) |
| 04/09/2012 | 1015 | MINUTE entry before Honorable Matthew F. Kennelly: Plaintiffs' motion for leave to file reply brief is granted [ 1009 ]. Plaintiffs' reply brief on the fee petitions may be up to 30 pages. Plaintiffs motion for leave to file exhibits under seal is also granted [# 1011 ]. The chambers copy must be a complete and unredacted version. The motion hearing date of 4/11/12 is vacated. Mailed notice (vcf, ) (Entered: 04/10/2012) |
| 04/10/2012 | 1016 | SEALED EXHIBIT by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co. *Pursuant to Court Order of April 10, 2012* regarding reply 1013 (Quinn, Jonathan) (Entered: 04/10/2012) |
| 05/10/2012 | 1017 | MOTION by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co. for leave to file *Supplement to Plaintiffs' Petition for Attorneys' Fees and Costs* (Quinn, Jonathan) (Entered: 05/10/2012) |
| 05/10/2012 | 1018 | NOTICE of Motion by Jonathan Stuart Quinn for presentment of motion for leave to file 1017 before Honorable Matthew F. Kennelly on 5/16/2012 at 09:30 AM. (Quinn, Jonathan) (Entered: 05/10/2012) |

| 05/14/2012 | 1019 | MINUTE entry before Honorable Matthew F. Kennelly:Plaintiffs' motion for leave to file supplemental to petition for attorney's fees is granted 1017 . The supplement and supporting materials may be filed under seal. Response to supplement is to be filed by 5/30/12.Mailed notice (smm) (Entered: 05/15/2012) |
|---|---|---|
| 05/15/2012 | 1020 | SUPPLEMENT to plaintiffs' petition for attorneys' fees and costs 958 . (Stein, Max) (Text modified by clerk's office) (vmj, ). (Entered: 05/15/2012) |
| 05/15/2012 | 1021 | SEALED EXHIBIT by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co. regarding supplement 1020 (Stein, Max) (Entered: 05/15/2012) |
| 05/30/2012 | "TYPE=PICT;ALT=LOCK" 1022 | TRANSCRIPT OF PROCEEDINGS held on 4/13/12 before the Honorable Matthew F. Kennelly. Court Reporter Contact Information: Laura_M_Brennan@ilnd.uscourts.gov, 312-435-5785. IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. Redaction Request due 6/20/2012. Redacted Transcript Deadline set for 7/2/2012. Release of Transcript Restriction set for 8/28/2012. (Brennan, Laura) (Entered: 05/30/2012) |
| 05/30/2012 | 1023 | RESPONSE by Defendants Atlantic Municipal Corporation, B G Investments, Inc., Bonnie Gray, David Gray, Midwest Real Estate Investment Co., Midwest Real Estate Investment Company Employee Profit Sharing Plan & Trust to supplement 1020 to their Fee Petition (Friedman, Arthur) (Entered: 05/30/2012) |
| 05/30/2012 | 1024 | SEALED RESPONSE by Atlantic Municipal Corporation, B G Investments, Inc., Bonnie Gray, Midwest Real Estate Investment Co., Midwest Real Estate Investment Company Employee Profit Sharing Plan & Trust to Response, 1023 Appendix to BG Defendants' Response to Plaintiffs' Supplement to Their Fee Petition (Friedman, Arthur) (Entered: 05/30/2012) |
| 05/30/2012 | 1025 | OBJECTIONS by Kirk Allison, Vinaya Jessani, MD Sass Investors Services, Inc., MD Sass Municipal Finance Partners-IV, LLC, MD Sass Municipal Finance Partners-V, LLC, MD Sass Tax Lien Management, LLC, SASS Muni-IV LLC, SASS Muni-V, LLC to supplement 1020 (Becker, Theodore) (Entered: 05/30/2012) |
| 05/31/2012 | 1026 | SEALED DOCUMENT by Defendants Kirk Allison, Vinaya Jessani, |

| | | |
|---|---|---|
| | | MD Sass Investors Services, Inc., MD Sass Municipal Finance Partners-IV, LLC, MD Sass Municipal Finance Partners-V, LLC, MD Sass Tax Lien Management, LLC, Movants SASS Muni-IV LLC, SASS Muni-V, LLC *Exhibits to Objections* (Attachments: # 1 Exhibit Exhibit 9, # 2 Exhibit Exhibit 10, # 3 Exhibit Exhibit 11, # 4 Exhibit Exhibit 12)(Becker, Theodore) (Entered: 05/31/2012) |
| 05/31/2012 | "TYPE=PICT;ALT=LOCK" 1027 | TRANSCRIPT OF PROCEEDINGS held on 3/27/2012 before the Honorable Matthew F. Kennelly. Court Reporter Contact Information: Valarie M. Ramsey, valharam@aol.com, (708) 860-8482. IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. Redaction Request due 6/21/2012. Redacted Transcript Deadline set for 7/2/2012. Release of Transcript Restriction set for 8/29/2012. (td, ) (Entered: 06/01/2012) |
| 08/16/2012 | 1028 | MOTION by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co. to reassign case *[Plaintiffs' Motion To Reassign Related Case]* (Attachments: # 1 Exhibit (s) Part 1 of 2, # 2 Exhibit (s) Part 2 of 2)(Quinn, Jonathan) (Entered: 08/16/2012) |
| 08/16/2012 | 1029 | NOTICE of Motion by Jonathan Stuart Quinn for presentment of motion to reassign case 1028 before Honorable Matthew F. Kennelly on 8/21/2012 at 09:30 AM. (Quinn, Jonathan) (Entered: 08/16/2012) |
| 08/21/2012 | 1030 | MINUTE entry before Honorable Matthew F. Kennelly: Hearing held on motion for reassignment of related case (1028). Motion is granted. Case 12 C 6281, David Gray, Jr., v. Phoenix Bond & Indemnity Co., currently on Judge Kendall's calendar, is to be reassigned to Judge Kennelly. Status hearing set for 9/5/2012 at 9:30 AM. Mailed notice (vcf, ) (Entered: 08/23/2012) |
| 08/25/2012 | 1031 | FINAL INSTRUCTIONS TO THE JURY as given on 11/3/11. (mk) (Entered: 08/25/2012) |
| 09/05/2012 | 1032 | MEMORANDUM OPINION AND ORDER signed by the Honorable Matthew F. Kennelly on 9/5/12: For the reasons stated in this Memorandum Opinion and Order, the Court denies defendants motions for judgment as a matter of law and for a new trial. The Sass defendants motion to stay was previously ruled upon and is therefore terminated. (mk) (Entered: 09/05/2012) |
| 09/05/2012 | 1033 | MINUTE entry before Honorable Matthew F. Kennelly: Status hearing |

| | | |
|---|---|---|
| | | held on 9/5/2012. (lcw, ) (Entered: 09/05/2012) |
| 09/07/2012 | 1034 | MOTION by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co. for leave to file *[Plaintiffs' Motion For Leave To File Second Supplement To Plaintiffs' Petition For Attorneys' Fees And Costs]* (Quinn, Jonathan) (Entered: 09/07/2012) |
| 09/07/2012 | 1035 | NOTICE of Motion by Jonathan Stuart Quinn for presentment of motion for leave to file 1034 before Honorable Matthew F. Kennelly on 9/12/2012 at 09:30 AM. (Quinn, Jonathan) (Entered: 09/07/2012) |
| 09/12/2012 | 1036 | MINUTE entry before Honorable Matthew F. Kennelly:Motion for leave to file second supplement to plaintiff's petition for attorneys' fees and costs. Supplement is to be filed by 9/14/2012. Response to the supplement is to be filed by 10/5/2012. Defendants have leave to add the letters discussed in open court to the record. (or, ) (Entered: 09/12/2012) |
| 09/13/2012 | 1037 | NOTICE by Atlantic Municipal Corporation, B G Investments, Inc., Bonnie Gray, David Gray, Midwest Real Estate Investment Co., Midwest Real Estate Investment Company Employee Profit Sharing Plan & Trust *of Filing* (Attachments: # 1 Letters)(Friedman, Arthur) (Entered: 09/13/2012) |
| 09/14/2012 | 1038 | SUPPLEMENT to petition 958 *[Second Supplement To Plaintiffs' Petition For Attorneys' Fees And Costs]* (Quinn, Jonathan) (Entered: 09/14/2012) |
| 09/19/2012 | 1039 | EXHIBITS 13-16 by Plaintiff Phoenix Bond & Indemnity Co. to the second supplement to plaintiffs' petition for attorneys' fees and costs 1038 . (SEALED) (vcf, ) (Entered: 09/20/2012) |
| 10/01/2012 | 1040 | NOTICE of appeal by Atlantic Municipal Corporation, Bonnie Gray, David Gray, Midwest Real Estate Investment Co., Midwest Real Estate Investment Company Employee Profit Sharing Plan & Trust regarding orders 948 Filing fee $ 455, receipt number 0752-7606089. (Friedman, Arthur) (Entered: 10/01/2012) |
| 10/02/2012 | 1041 | NOTICE of Appeal Due letter sent to counsel of record (dj, ) (Entered: 10/02/2012) |
| 10/02/2012 | 1042 | TRANSMITTED to the 7th Circuit the short record on notice of appeal, 1040 . Notified counsel (dj, ) (Entered: 10/02/2012) |
| 10/02/2012 | 1043 | ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal, 1040 ; USCA Case No. 12-3241. (vcf, ) (Entered: 10/03/2012) |
| 10/04/2012 | 1044 | NOTICE of appeal by Kirk Allison, Vinaya Jessani, MD Sass Investors Services, Inc., MD Sass Municipal Finance Partners-IV, LLC, MD Sass Municipal Finance Partners-V, LLC, MD Sass Tax Lien Management, LLC, SASS Muni-IV LLC, SASS Muni-V, LLC regarding orders 948 |

| | | |
|---|---|---|
| | | Filing fee $ 455, receipt number 0752-7621525. (Rotert, Mark) (Entered: 10/04/2012) |
| 10/04/2012 | 1045 | DOCKETING Statement by Kirk Allison, Vinaya Jessani, MD Sass Investors Services, Inc., MD Sass Municipal Finance Partners-IV, LLC, MD Sass Municipal Finance Partners-V, LLC, MD Sass Tax Lien Management, LLC, SASS Muni-IV LLC, SASS Muni-V, LLC regarding notice of appeal, 1044 (Rotert, Mark) (Entered: 10/04/2012) |
| 10/04/2012 | 1046 | RESPONSE by Defendants Kirk Allison, Vinaya Jessani, MD Sass Investors Services, Inc., MD Sass Municipal Finance Partners-IV, LLC, MD Sass Municipal Finance Partners-V, LLC, MD Sass Tax Lien Management, LLC, Movants SASS Muni-IV LLC, SASS Muni-V, LLC to supplement 1038 *petition for attorneys' fees and costs* (Rotert, Mark) (Entered: 10/04/2012) |
| 10/04/2012 | 1047 | SEALED DOCUMENT by Defendants Kirk Allison, Vinaya Jessani, MD Sass Investors Services, Inc., MD Sass Municipal Finance Partners-IV, LLC, MD Sass Municipal Finance Partners-V, LLC, MD Sass Tax Lien Management, LLC, Movants SASS Muni-IV LLC, SASS Muni-V, LLC *Exhibit A to The Sass Defendants' Response to Second Supplement to Plaintiffs' Petition for Attorneys' Fees and Costs* (Rotert, Mark) (Entered: 10/04/2012) |
| 10/05/2012 | 1048 | RESPONSE by Defendants Atlantic Municipal Corporation, B G Investments, Inc., Bonnie Gray, David Gray, Midwest Real Estate Investment Co., Midwest Real Estate Investment Company Employee Profit Sharing Plan & Trust *to Plaintiffs' Second Supplement to Their Fee Petition* (Friedman, Arthur) (Entered: 10/05/2012) |
| 10/05/2012 | 1049 | NOTICE of Appeal Due letter sent to counsel of record. (smm) (Entered: 10/05/2012) |
| 10/05/2012 | 1050 | TRANSMITTED to the 7th Circuit the short record on notice of appeal, 1044 . Notified counsel. (smm) (Entered: 10/05/2012) |
| 10/05/2012 | 1051 | ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal, 1044 ; USCA Case No. 12-3292. (vcf, ) (Entered: 10/10/2012) |
| 10/15/2012 | 1052 | Seventh Circuit Transcript Order Form by Atlantic Municipal Corporation, B G Investments, Inc., Bonnie Gray, David Gray, Midwest Real Estate Investment Co., Midwest Real Estate Investment Company Employee Profit Sharing Plan & Trust (Friedman, Arthur) (Entered: 10/15/2012) |
| 10/17/2012 | 1056 | SEVENTH CIRCUIT transcript information sheet. (vcf, ) (Entered: 10/19/2012) |
| 10/18/2012 | 1053 | DESIGNATION by Kirk Allison, Atlantic Municipal Corporation, B G |

| | | |
|---|---|---|
| | | Investments, Inc., Bonnie Gray, David Gray, Vinaya Jessani, MD Sass Investors Services, Inc., MD Sass Municipal Finance Partners-IV, LLC, MD Sass Municipal Finance Partners-V, LLC, MD Sass Tax Lien Management, LLC, Midwest Real Estate Investment Co., Midwest Real Estate Investment Company Employee Profit Sharing Plan & Trust, SASS Muni-IV LLC, SASS Muni-V, LLC of record on appeal : USCA Case No. 12-3235, 12-3241, 12-3281, 12-3292 (Attachments: # 1 Exhibit Plaintiffs' Proposed Jury Instructions, # 2 Exhibit Defendants' Proposed Jury Instructions, # 3 Exhibit Admitted Trial Exhibits)(Rotert, Mark) (Entered: 10/18/2012) |
| 10/18/2012 | 1054 | DESIGNATION by Kirk Allison, Vinaya Jessani, MD Sass Investors Services, Inc., MD Sass Municipal Finance Partners-IV, LLC, MD Sass Municipal Finance Partners-V, LLC, MD Sass Tax Lien Management, LLC, SASS Muni-IV LLC, SASS Muni-V, LLC of record on appeal : USCA Case No. 12-3235, 12-3281, 12-3292 (Rotert, Mark) (Entered: 10/18/2012) |
| 10/18/2012 | 1055 | DESCRIPTIVE List of Additional Items Requested for Inclusion in Record on Appeal by B G Investments, Inc., Bonnie Gray, David Gray, Midwest Real Estate Investment Co., Midwest Real Estate Investment Company Employee Profit Sharing Plan & Trust (Friedman, Arthur) Modified on 10/19/2012 (vcf, ). (Entered: 10/18/2012) |
| 10/18/2012 | 1057 | ADMITTED trial exhibits to be included in the record on appeal in Appellate Numbers 12-3235, 12-3241, 12-3281, and 12-3292, together with an exhibit list. (Document not imaged) (vcf, ) (Entered: 10/19/2012) |
| 10/20/2012 | "TYPE=PH CT;ALT=LOCK" 1058 | TRANSCRIPT OF PROCEEDINGS held on 11/8/11 before the Honorable Matthew F. Kennelly. Court Reporter Contact Information: Laura Brennan, 312-435-5785, Laura_M_Brennan@ilnd.uscourts.gov. IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. Redaction Request due 11/13/2012. Redacted Transcript Deadline set for 11/20/2012. Release of Transcript Restriction set for 1/18/2013. (Brennan, Laura) (Entered: 10/20/2012) |
| 10/20/2012 | "TYPE=PH CT;ALT=L | TRANSCRIPT OF PROCEEDINGS held on 10/11/12 before the Honorable Matthew F. Kennelly. Court Reporter Contact Information: Laura Brennan, 312-435-5785, Laura_M_Brennan@ilnd.uscourts.gov. IMPORTANT: The transcript may be viewed at the court's public |

| | | |
|---|---|---|
| | OCK" | terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. |
| | 1059 | Redaction Request due 11/13/2012. Redacted Transcript Deadline set for 11/20/2012. Release of Transcript Restriction set for 1/18/2013. (Brennan, Laura) (Entered: 10/20/2012) |
| 10/20/2012 | "TYPE=PICT;ALT=LOCK" | TRANSCRIPT OF PROCEEDINGS held on 10/12/11 before the Honorable Matthew F. Kennelly. Court Reporter Contact Information: Laura Brennan, 312-435-5785, Laura_M_Brennan@ilnd.uscourts.gov. IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. |
| | 1060 | Redaction Request due 11/13/2012. Redacted Transcript Deadline set for 11/20/2012. Release of Transcript Restriction set for 1/18/2013. (Brennan, Laura) (Entered: 10/20/2012) |
| 10/20/2012 | "TYPE=PICT;ALT=LOCK" | TRANSCRIPT OF PROCEEDINGS held on 10/13/11 before the Honorable Matthew F. Kennelly. Court Reporter Contact Information: Laura Brennan, 312-435-5785, Laura_M_Brennan@ilnd.uscourts.gov. IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. |
| | 1061 | Redaction Request due 11/13/2012. Redacted Transcript Deadline set for 11/20/2012. Release of Transcript Restriction set for 1/18/2013. (Brennan, Laura) (Entered: 10/20/2012) |
| 10/20/2012 | "TYPE=PICT;ALT=LOCK" | TRANSCRIPT OF PROCEEDINGS held on 10/14/11 before the Honorable Matthew F. Kennelly. Court Reporter Contact Information: Laura Brennan, 312-435-5785, Laura_M_Brennan@ilnd.uscourts.gov. IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at |

| | | |
|---|---|---|
| | 1062 | www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 11/13/2012. Redacted Transcript Deadline set for 11/20/2012. Release of Transcript Restriction set for 1/18/2013. (Brennan, Laura) (Entered: 10/20/2012) |
| 10/20/2012 | "TYPE=PICT;ALT=LOCK"<br><br>1063 | TRANSCRIPT OF PROCEEDINGS held on 10/17/11 before the Honorable Matthew F. Kennelly. Court Reporter Contact Information: Laura Brennan, 312-435-5785, Laura_M_Brennan@ilnd.uscourts.gov.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 11/13/2012. Redacted Transcript Deadline set for 11/20/2012. Release of Transcript Restriction set for 1/18/2013. (Brennan, Laura) (Entered: 10/20/2012) |
| 10/20/2012 | "TYPE=PICT;ALT=LOCK"<br><br>1064 | TRANSCRIPT OF PROCEEDINGS held on 10/18/11 before the Honorable Matthew F. Kennelly. Court Reporter Contact Information: Laura Brennan, 312-435-5785, Laura_M_Brennan@ilnd.uscourts.gov.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.<br><br>Redaction Request due 11/13/2012. Redacted Transcript Deadline set for 11/20/2012. Release of Transcript Restriction set for 1/18/2013. (Brennan, Laura) (Entered: 10/20/2012) |
| 10/20/2012 | "TYPE=PICT;ALT=LOCK" | TRANSCRIPT OF PROCEEDINGS held on 10/19/11 before the Honorable Matthew F. Kennelly. Court Reporter Contact Information: Laura Brennan, 312-435-5785, Laura_M_Brennan@ilnd.uscourts.gov.<br><br>IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. |

| | | |
|---|---|---|
| | 1065 | Redaction Request due 11/13/2012. Redacted Transcript Deadline set for 11/20/2012. Release of Transcript Restriction set for 1/18/2013. (Brennan, Laura) (Entered: 10/20/2012) |
| 10/20/2012 | "TYPE=PICT;ALT=LOCK" 1066 | TRANSCRIPT OF PROCEEDINGS held on 10/20/11 before the Honorable Matthew F. Kennelly. Court Reporter Contact Information: Laura Brennan, 312-435-5785, Laura_M_Brennan@ilnd.uscourts.gov. IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. Redaction Request due 11/13/2012. Redacted Transcript Deadline set for 11/20/2012. Release of Transcript Restriction set for 1/18/2013. (Brennan, Laura) (Entered: 10/20/2012) |
| 10/20/2012 | "TYPE=PICT;ALT=LOCK" 1067 | TRANSCRIPT OF PROCEEDINGS held on 10/24/11 before the Honorable Matthew F. Kennelly. Court Reporter Contact Information: Laura Brennan, 312-435-5785, Laura_M_Brennan@ilnd.uscourts.gov. IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. Redaction Request due 11/13/2012. Redacted Transcript Deadline set for 11/20/2012. Release of Transcript Restriction set for 1/18/2013. (Brennan, Laura) (Entered: 10/20/2012) |
| 10/20/2012 | "TYPE=PICT;ALT=LOCK" 1068 | TRANSCRIPT OF PROCEEDINGS held on 10/25/11 before the Honorable Matthew F. Kennelly. Court Reporter Contact Information: Laura Brennan, 312-435-5785, Laura_M_Brennan@ilnd.uscourts.gov. IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. Redaction Request due 11/13/2012. Redacted Transcript Deadline set for 11/20/2012. Release of Transcript Restriction set for 1/18/2013. (Brennan, Laura) (Entered: 10/20/2012) |
| 10/20/2012 | "TYP | TRANSCRIPT OF PROCEEDINGS held on 10/26/11 before the |

| | | |
|---|---|---|
| | E=PICT;ALT=LOCK" 1069 | Honorable Matthew F. Kennelly. Court Reporter Contact Information: Laura Brennan, 312-435-5785, Laura_M_Brennan@ilnd.uscourts.gov. IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. Redaction Request due 11/13/2012. Redacted Transcript Deadline set for 11/20/2012. Release of Transcript Restriction set for 1/18/2013. (Brennan, Laura) (Entered: 10/20/2012) |
| 10/20/2012 | "TYPE=PICT;ALT=LOCK" 1070 | TRANSCRIPT OF PROCEEDINGS held on 10/27/11 before the Honorable Matthew F. Kennelly. Court Reporter Contact Information: Laura Brennan, 312-435-5785, Laura_M_Brennan@ilnd.uscourts.gov. IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. Redaction Request due 11/13/2012. Redacted Transcript Deadline set for 11/20/2012. Release of Transcript Restriction set for 1/18/2013. (Brennan, Laura) (Entered: 10/20/2012) |
| 10/20/2012 | "TYPE=PICT;ALT=LOCK" 1071 | TRANSCRIPT OF PROCEEDINGS held on 10/28/11 before the Honorable Matthew F. Kennelly. Court Reporter Contact Information: Laura Brennan, 312-435-5785, Laura_M_Brennan@ilnd.uscourts.gov. IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. Redaction Request due 11/13/2012. Redacted Transcript Deadline set for 11/20/2012. Release of Transcript Restriction set for 1/18/2013. (Brennan, Laura) (Entered: 10/20/2012) |
| 10/20/2012 | "TYPE=PICT;ALT=LOCK" | TRANSCRIPT OF PROCEEDINGS held on 11/3/11 before the Honorable Matthew F. Kennelly. Court Reporter Contact Information: Laura Brennan, 312-435-5785, Laura_M_Brennan@ilnd.uscourts.gov. IMPORTANT: The transcript may be viewed at the court's public |

| | | |
|---|---|---|
| | 1072 | terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. Redaction Request due 11/13/2012. Redacted Transcript Deadline set for 11/20/2012. Release of Transcript Restriction set for 1/18/2013. (Brennan, Laura) (Entered: 10/20/2012) |
| 10/20/2012 | "TYPE=PICT;ALT=LOCK" 1073 | TRANSCRIPT OF PROCEEDINGS held on 11/4/11 before the Honorable Matthew F. Kennelly. Court Reporter Contact Information: Laura Brennan, 312-435-5785, Laura_M_Brennan@ilnd.uscourts.gov. IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. Redaction Request due 11/13/2012. Redacted Transcript Deadline set for 11/20/2012. Release of Transcript Restriction set for 1/18/2013. (Brennan, Laura) (Entered: 10/20/2012) |
| 10/20/2012 | "TYPE=PICT;ALT=LOCK" 1074 | TRANSCRIPT OF PROCEEDINGS held on 11/7/11 before the Honorable Matthew F. Kennelly. Court Reporter Contact Information: Laura Brennan, 312-435-5785, Laura_M_Brennan@ilnd.uscourts.gov. IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. Redaction Request due 11/13/2012. Redacted Transcript Deadline set for 11/20/2012. Release of Transcript Restriction set for 1/18/2013. (Brennan, Laura) (Entered: 10/20/2012) |
| 10/20/2012 | "TYPE=PICT;ALT=LOCK" | TRANSCRIPT OF PROCEEDINGS held on 12/14/11 before the Honorable Matthew F. Kennelly. Court Reporter Contact Information: Laura Brennan, 312-435-5785, Laura_M_Brennan@ilnd.uscourts.gov. IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at |

| | | |
|---|---|---|
| | **1075** | www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings. <br><br> Redaction Request due 11/13/2012. Redacted Transcript Deadline set for 11/20/2012. Release of Transcript Restriction set for 1/18/2013. (Brennan, Laura) (Entered: 10/20/2012) |
| **10/20/2012** | **"TYPE=PICT;ALT=LOCK"** <br><br> **1076** | **TRANSCRIPT OF PROCEEDINGS held on 7/13/11 before the Honorable Matthew F. Kennelly. Court Reporter Contact Information: Laura Brennan, 312-435-5785, Laura_M_Brennan@ilnd.uscourts.gov.** <br><br> **IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.** <br><br> Redaction Request due 11/13/2012. Redacted Transcript Deadline set for 11/20/2012. Release of Transcript Restriction set for 1/18/2013. (Brennan, Laura) (Entered: 10/20/2012) |
| **10/20/2012** | **"TYPE=PICT;ALT=LOCK"** <br><br> **1077** | **TRANSCRIPT OF PROCEEDINGS held on 10/5/11 before the Honorable Matthew F. Kennelly. Court Reporter Contact Information: Laura Brennan, 312-435-5785, Laura_M_Brennan@ilnd.uscourts.gov.** <br><br> **IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.** <br><br> Redaction Request due 11/13/2012. Redacted Transcript Deadline set for 11/20/2012. Release of Transcript Restriction set for 1/18/2013. (Brennan, Laura) (Entered: 10/20/2012) |
| **10/20/2012** | **"TYPE=PICT;ALT=LOCK"** | **TRANSCRIPT OF PROCEEDINGS held on 4/13/12 before the Honorable Matthew F. Kennelly. Court Reporter Contact Information: Laura Brennan, 312-435-5785, Laura_M_Brennan@ilnd.uscourts.gov.** <br><br> **IMPORTANT: The transcript may be viewed at the court's public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through the Court Reporter/Transcriber or PACER. For further information on the redaction process, see the Court's web site at www.ilnd.uscourts.gov under Quick Links select Policy Regarding the Availability of Transcripts of Court Proceedings.** |

| | 1078 | Redaction Request due 11/13/2012. Redacted Transcript Deadline set for 11/20/2012. Release of Transcript Restriction set for 1/18/2013. (Brennan, Laura) (Entered: 10/20/2012) |
|---|---|---|
| 10/22/2012 | 1079 | 30 BOXES of trial exhibits to be included in record on appeal.( Document not imaged) (vcf, ) Modified on 10/25/2012 (30 boxes of trial exhibits were received (dj, ). (Entered: 10/23/2012) |
| 10/23/2012 | 1080 | EXHIBITS PX 385 (2CDs) in appeal nos. 12-3235, 12-3241, 12-3281, and 12-3292 that were inadvertently omitted from the October 22nd submission of trial exhibits to the clerk that should be included in the record on appeal. (Not Imaged) (vcf, ) (Entered: 10/23/2012) |
| 10/26/2012 | 1081 | TRANSMITTED to the USCA for the 7th Circuit the long record on appeal 1040 , 1044 (USCA no. 12-3241 & 12-3292). (dj, ) (Entered: 10/26/2012) |
| 10/26/2012 | 1082 | USCA RECEIVED on 10/26/12 the long record regarding notice of appeal, 1040 , notice of appeal, 1044 (dj, ) (Entered: 10/29/2012) |
| 10/29/2012 | 1083 | USCA RECEIVED on 10/29/2012 the long record regarding notice of appeal, 1040 , notice of appeal, 1044 consisting of 39 volumes of pleadings, 34 volumes of transcripts, 1 flash drive, 2 envelopes & 30 boxes of exhibits, 6 hard copies of vault items, and 4 hard copy volumes of transcripts. (lw, ) (Entered: 10/30/2012) |
| 11/01/2012 | 1084 | MOTION by counsel for Defendants Kirk Allison, Vinaya Jessani, MD Sass Investors Services, Inc., MD Sass Municipal Finance Partners-IV, LLC, MD Sass Municipal Finance Partners-V, LLC, MD Sass Tax Lien Management, LLC, Movants SASS Muni-IV LLC, SASS Muni-V, LLC to withdraw as attorney *(UNOPPOSED)* (Hines-shah, Jayesh) (Entered: 11/01/2012) |
| 11/01/2012 | 1085 | NOTICE of Motion by Jayesh Sanatkumar Hines-shah for presentment of motion to withdraw as attorney, 1084 before Honorable Matthew F. Kennelly on 11/7/2012 at 09:30 AM. (Hines-shah, Jayesh) (Entered: 11/01/2012) |
| 11/01/2012 | 1086 | MOTION by counsel for Defendants Kirk Allison, Vinaya Jessani, MD Sass Investors Services, Inc., MD Sass Municipal Finance Partners-IV, LLC, MD Sass Municipal Finance Partners-V, LLC, MD Sass Tax Lien Management, LLC, Movants SASS Muni-IV LLC, SASS Muni-V, LLC to withdraw as attorney *(UNOPPOSED)* (Warden, Tedd) (Entered: 11/01/2012) |
| 11/01/2012 | 1087 | NOTICE of Motion by Tedd Macrae Warden for presentment of motion to withdraw as attorney, 1086 before Honorable Matthew F. Kennelly on 11/7/2012 at 09:30 AM. (Warden, Tedd) (Entered: 11/01/2012) |
| 11/06/2012 | 1088 | MINUTE entry before Honorable Matthew F. Kennelly: The unopposed motions for leave to withdraw individual apperance of Jayesh Hines- |

| | | |
|---|---|---|
| | | Shah and Todd Warden are both granted (1084 & 1086). The motion hearing date of 11/7/12 is vacated. Mailed notice (vcf, ) (Entered: 11/07/2012) |
| 11/15/2012 | 1089 | MOTION by Defendants B G Investments, Inc., Bonnie Gray, David Gray, Midwest Real Estate Investment Co., Midwest Real Estate Investment Company Employee Profit Sharing Plan & Trust to amend/correct *the Record on Appeal* (Attachments: # 1 Exhibit Ex. A, Part 1, # 2 Exhibit Ex. A, Part 2, # 3 Exhibit Ex. A, Part 3, # 4 Exhibit Ex. A, Part 4)(Friedman, Arthur) (Entered: 11/15/2012) |
| 11/16/2012 | 1090 | NOTICE of Motion by Arthur Weil Friedman for presentment of motion to amend/correct, 1089 before Honorable Matthew F. Kennelly on 11/21/2012 at 09:30 AM. (Friedman, Arthur) (Entered: 11/16/2012) |
| 11/19/2012 | 1091 | MINUTE entry before Honorable Matthew F. Kennelly: The BG defendants' motion to amend the record on appeal is granted. Defendants may substitute redacted copies of the documents listed in Exhibit A to the motion. The motion hearing date of 11/21/12 is vacated. Mailed notice (vcf, ) (Entered: 11/20/2012) |
| 12/07/2012 | 1092 | MOTION by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co. for leave to file *under seal exhibits to Motion to Reinstate Count VII against Salta Defendants* (Quinn, Jonathan) (Entered: 12/07/2012) |
| 12/07/2012 | 1093 | MOTION by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co.to Reinstate Count VII against the Salta Defendants for Entry of Judgment (Quinn, Jonathan) (Entered: 12/07/2012) |
| 12/07/2012 | 1094 | NOTICE of Motion by Jonathan Stuart Quinn for presentment of motion for leave to file 1092 , motion for miscellaneous relief 1093 before Honorable Matthew F. Kennelly on 12/12/2012 at 09:30 AM. (Quinn, Jonathan) (Entered: 12/07/2012) |
| 12/07/2012 | 1095 | MEMORANDUM OPINION AND ORDER regarding petitions for attorney's fees and costs, signed by the Honorable Matthew F. Kennelly on 12/7/2012. The case is set for a status hearing on 12/20/2012 at 9:30 a.m. as more fully described in this decision. (mk) (Entered: 12/07/2012) |
| 12/10/2012 | 1096 | MOTION by counsel for Defendants Arlene Atlas, Joshua Atlas, Judith Berger, HBZ, Inc., Lori Levinson to withdraw as attorney *Motion For Leave to Withdraw Appearances on Behalf of HBZ, Inc., Joshua Atlas, Lori Levinson, Judith Berger and Arlene Atlas* (Papadopoulos, Athanasios) (Entered: 12/10/2012) |
| 12/10/2012 | 1097 | NOTICE of Motion by Athanasios Papadopoulos for presentment of motion to withdraw as attorney, 1096 before Honorable Matthew F. Kennelly on 12/18/2012 at 09:30 AM. (Papadopoulos, Athanasios) (Entered: 12/10/2012) |

| | | |
|---|---|---|
| 12/12/2012 | 1098 | MINUTE entry before Honorable Matthew F. Kennelly:Motion to reinstate is entered and continued to 12/18/2012 at 09:30 AM. Motion is deemed withdrawn with respect to Salta Group, Inc. (or, ) (Entered: 12/12/2012) |
| 12/12/2012 | 1099 | MOTION by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co. for leave to file *Under Seal* (Quinn, Jonathan) (Entered: 12/12/2012) |
| 12/12/2012 | 1100 | NOTICE of Motion by Jonathan Stuart Quinn for presentment of motion for leave to file 1099 before Honorable Matthew F. Kennelly on 12/20/2012 at 09:30 PM. (Quinn, Jonathan) (Entered: 12/12/2012) |
| 12/12/2012 | 1101 | SUPPLEMENTAL Submission by plaintiff's Pursuant To The Court's December 7, 2012 Memorandum Opinion And Order On Plaintiffs' Petition For Attorneys' Fees And Expenses by Phoenix Bond & Indemnity Co. (Quinn, Jonathan) (Entered: 12/12/2012) |
| 12/18/2012 | 1102 | MOTION by Defendants Kirk Allison, Atlantic Municipal Corporation, B G Investments, Inc., Bonnie Gray, David Gray, Vinaya Jessani, Midwest Real Estate Investment Co., Midwest Real Estate Investment Company Employee Profit Sharing Plan & Trust, MD Sass Investors Services, Inc., MD Sass Municipal Finance Partners-IV, LLC, MD Sass Municipal Finance Partners-V, LLC, MD Sass Tax Lien Management, LLC for leave to file *Appendices Under Seal* (Friedman, Arthur) (Entered: 12/18/2012) |
| 12/18/2012 | 1103 | NOTICE of Motion by Arthur Weil Friedman for presentment of motion for leave to file, 1102 before Honorable Matthew F. Kennelly on 12/20/2012 at 09:30 AM. (Friedman, Arthur) (Entered: 12/18/2012) |
| 12/18/2012 | 1104 | RESPONSE by Defendants Kirk Allison, Atlantic Municipal Corporation, B G Investments, Inc., Bonnie Gray, David Gray, Vinaya Jessani, Midwest Real Estate Investment Co., Midwest Real Estate Investment Company Employee Profit Sharing Plan & Trust, MD Sass Investors Services, Inc., MD Sass Municipal Finance Partners-IV, LLC, MD Sass Municipal Finance Partners-V, LLC, MD Sass Tax Lien Management, LLC *to Supplemental Submission Pursuant to Order of Court, Dkt. 1095* (Friedman, Arthur) (Entered: 12/18/2012) |
| 12/18/2012 | 1105 | MINUTE entry before Honorable Matthew F. Kennelly: Motion for leave to file appendices under seal 1102 is granted. A complete and unredacted copy of defendants' response (and appendices) to plaintiffs' supplemental submission is to be delivered to Room 2188 by no later than 8:30 a.m. tomorrow, 12/19/12. (mk) (Entered: 12/18/2012) |
| 12/18/2012 | 1106 | MINUTE entry before Honorable Matthew F. Kennelly: Hearing held on motion to withdraw appearances on behalf of HBZ, Inc. (196). Motion is granted. Ruling on motion to reinstate is entered and continued to 1/9/2013 at 9:30 AM. (1093) Mailed notice (vcf, ) (Entered: |

| | | |
|---|---|---|
| | | 12/19/2012) |
| 12/19/2012 | 1107 | NOTICE by Kirk Allison, Atlantic Municipal Corporation, B G Investments, Inc., Bonnie Gray, David Gray, Vinaya Jessani, MD Sass Investors Services, Inc., MD Sass Municipal Finance Partners-IV, LLC, MD Sass Municipal Finance Partners-V, LLC, MD Sass Tax Lien Management, LLC, Midwest Real Estate Investment Co., Midwest Real Estate Investment Company Employee Profit Sharing Plan & Trust re Response, 1104 *of Filing, Under Seal, Of Appendices* (Friedman, Arthur) (Entered: 12/19/2012) |
| 12/19/2012 | 1108 | SEALED DOCUMENT by Defendants Kirk Allison, Atlantic Municipal Corporation, B G Investments, Inc., Bonnie Gray, David Gray, Vinaya Jessani, Midwest Real Estate Investment Co., Midwest Real Estate Investment Company Employee Profit Sharing Plan & Trust, MD Sass Investors Services, Inc., MD Sass Municipal Finance Partners-IV, LLC, MD Sass Municipal Finance Partners-V, LLC, MD Sass Tax Lien Management, LLC *Appendices to Dkt. 1104* (Friedman, Arthur) (Entered: 12/19/2012) |
| 12/19/2012 | 1109 | MINUTE entry before Honorable Matthew F. Kennelly: Plaintiffs' motions to file under seal are granted [1092 & 1099] is granted. The Court had anticipated working with the electronic version of plaintiffs' supplemental fee submission and just learned this evening that the exhibits have not been electronically filed. That is to be corrected immediately. The status hearing set for 12/20/12 is vacated. (mk) (Entered: 12/19/2012) |
| 12/19/2012 | 1110 | SEALED EXHIBIT by Plaintiff Phoenix Bond & Indemnity Co. *to Supplemental Submission re Fees and Costs* regarding other 1101 (Quinn, Jonathan) (Entered: 12/19/2012) |
| 12/19/2012 | 1111 | SEALED EXHIBIT by Plaintiff Phoenix Bond & Indemnity Co. *Exhibits to Motion to Reinstate Count VII as to Atlas Defendants* regarding MOTION by Plaintiffs BCS Services, Inc., Phoenix Bond & Indemnity Co.to Reinstate Count VII against the Salta Defendants for Entry of Judgment 1093 (Quinn, Jonathan) (Entered: 12/19/2012) |
| 12/21/2012 | 1112 | MINUTE ORDER entered by the Honorable Matthew F. Kennelly on 12/21/2012: For the reasons stated in the accompanying Memorandum Opinion and Order, the Court awards plaintiffs attorney's fees and expenses in the amount of $13,038,956.27. Of this amount, the Sass defendants and BG defendant are all jointly and severally liable for $8,158,262.97; the Sass defendants are jointly liable with each other for $10,458,132.21 but are not jointly liable with the BG defendants for that amount; and the BG defendants are jointly liable with each other for $10,458,132.21 but are not jointly liable with the Sass defendants for |

| | | |
|---|---|---|
| | | that amount. As used in this order, the "Sass defendants" are MD Sass Investors Services, Inc.; MD Sass Tax Lien Management, Inc.; MD Sass Muni Finance Partners-IV, LLC; MD Sass Muni Finance Partners-V, LLC; Sass-Muni IV, LLC; Sass-Muni V, LLC; Vinaya Jessani; and Kirk Allison, and the "BG defendants" are BG Investments, Inc.; Bonnie Gray; David Gray; Midwest Real Estate Investment Co.; Midwest Real Estate Investment Co. Profit Sharing Plan and Trust; and Atlantic Municipal Corp.(Kennelly, Matthew) (Entered: 12/21/2012) |
| 12/21/2012 | 1113 | MEMORANDUM OPINION AND ORDER signed by the Honorable Matthew F. Kennelly on 12/21/2012. (mk) (Entered: 12/21/2012) |
| 12/22/2012 | 1114 | CORRECTED ORDER signed by the Honorable Matthew F. Kennelly on 12/22/2012: For the reasons stated in the accompanying Corrected Memorandum Opinion and Order, the Court awards plaintiffs attorney's fees and expenses in the amount of $13,038,956.27. Of this amount, the Sass defendants and BG defendant are all jointly and severally liable for $8,158,262.97; the Sass defendants are jointly liable with each other for $2,440,346.64 but are not jointly liable with the BG defendants for that amount; and the BG defendants are jointly liable with each other for $2,440,346.64 but are not jointly liable with the Sass defendants for that amount. As used in this order, the "Sass defendants" are MD Sass Investors Services, Inc.; MD Sass Tax Lien Management, Inc.; MD Sass Muni Finance Partners-IV, LLC; MD Sass Muni Finance Partners-V, LLC; Sass-Muni IV, LLC; Sass-Muni V, LLC; Vinaya Jessani; and Kirk Allison, and the "BG defendants" are BG Investments, Inc.; Bonnie Gray; David Gray; Midwest Real Estate Investment Co.; Midwest Real Estate Investment Co. Profit Sharing Plan and Trust; and Atlantic Municipal Corp. (mk) (Entered: 12/22/2012) |
| 12/23/2012 | 1115 | CORRECTED MEMORANDUM OPINION AND ORDER signed by the Honorable Matthew F. Kennelly on 12/22/12. (mk) (Entered: 12/23/2012) |
| 01/04/2013 | 1116 | MOTION by Defendants Kirk Allison, Vinaya Jessani, MD Sass Investors Services, Inc., MD Sass Municipal Finance Partners-IV, LLC, MD Sass Municipal Finance Partners-V, LLC, MD Sass Tax Lien Management, LLC, Movants SASS Muni-IV LLC, SASS Muni-V, LLCto Approve Deposit of Cash in Lieu of Supersedeas Bond (Rotert, Mark) (Entered: 01/04/2013) |
| 01/04/2013 | 1117 | NOTICE of Motion by Mark L. Rotert for presentment of motion for miscellaneous relief, 1116 before Honorable Matthew F. Kennelly on 1/10/2013 at 09:30 AM. (Rotert, Mark) (Entered: 01/04/2013) |
| 01/07/2013 | 1118 | NOTICE of appeal by Kirk Allison, Vinaya Jessani, MD Sass Investors |

| | | |
|---|---|---|
| | | Services, Inc., MD Sass Municipal Finance Partners-IV, LLC, MD Sass Municipal Finance Partners-V, LLC, MD Sass Tax Lien Management, LLC, SASS Muni-IV LLC, SASS Muni-V, LLC regarding orders 1114 , 1115 Filing fee $ 455, receipt number 0752-7910659. (Rotert, Mark) (Entered: 01/07/2013) |
| 01/07/2013 | 1119 | DOCKETING Statement by Kirk Allison, Vinaya Jessani, MD Sass Investors Services, Inc., MD Sass Municipal Finance Partners-IV, LLC, MD Sass Municipal Finance Partners-V, LLC, MD Sass Tax Lien Management, LLC, SASS Muni-IV LLC, SASS Muni-V, LLC regarding notice of appeal, 1118 (Rotert, Mark) (Entered: 01/07/2013) |
| 01/07/2013 | 1120 | NOTICE of appeal by Atlantic Municipal Corporation, B G Investments, Inc., Bonnie Gray, David Gray, Midwest Real Estate Investment Co., Midwest Real Estate Investment Company Employee Profit Sharing Plan & Trust regarding orders 1114 , 1115 Filing fee $ 455, receipt number 0752-7911219. (Friedman, Arthur) (Entered: 01/07/2013) |
| 01/07/2013 | 1121 | DOCKETING Statement by Atlantic Municipal Corporation, B G Investments, Inc., Bonnie Gray, David Gray, Midwest Real Estate Investment Co., Midwest Real Estate Investment Company Employee Profit Sharing Plan & Trust regarding notice of appeal, 1120 (Friedman, Arthur) (Entered: 01/07/2013) |
| 01/07/2013 | 1122 | NOTICE of Appeal Due letter sent to counsel of record. (dj ) (Entered: 01/07/2013) |
| 01/07/2013 | 1123 | TRANSMITTED to the 7th Circuit the short record on notice of appeal, 1118 . Notified counsel (dj ) (Entered: 01/07/2013) |
| 01/07/2013 | 1124 | ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal, 1120 ; USCA Case No. 13-1052. (vcf, ) (Entered: 01/08/2013) |
| 01/08/2013 | 1125 | NOTICE of Appeal Due letter sent to counsel of record. (dj ) (Entered: 01/08/2013) |
| 01/08/2013 | 1126 | TRANSMITTED to the 7th Circuit the short record on notice of appeal, 1120 . Notified counsel (dj ) (Entered: 01/08/2013) |
| 01/08/2013 | 1127 | ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal, 1120 ; USCA Case No. 13-1056 (dj ) (Entered: 01/08/2013) |
| 01/08/2013 | 1128 | NOTICE by Max A Stein of Change of Address (Stein, Max) (Entered: 01/08/2013) |
| 01/08/2013 | 1129 | ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal, 1118 , notice of appeal, 1120 ; USCA Case No. 13-1060. |

| | | |
|---|---|---|
| | | (vcf, ) (Entered: 01/09/2013) |
| 01/09/2013 | 1130 | MINUTE entry before Honorable Matthew F. Kennelly:Motion to reinstate 1093 is withdrawn without prejudice. (or, ) (Entered: 01/09/2013) |
| 01/09/2013 | 1142 | MINUTE entry before Honorable Matthew F. Kennelly: Defendants' unopposed motion to approve deposit of cash in lieu of supersedeas bond is granted(1116). Enter Order. It is ordered that the deposit of cash in the amount of $10,615,007.52 in lieu of a supersedeas bond as security for stay of execution of the attorneys' fees and costs judgment pending appeal is approved. Mailed notice (vcf, ) (Entered: 02/06/2013) |
| 01/09/2013 | 1143 | ORDER Signed by the Honorable Matthew F. Kennelly on 1/9/2013. Mailed notice(vcf, ) (Entered: 02/06/2013) |
| 01/18/2013 | 1131 | DESIGNATION by Kirk Allison, Vinaya Jessani, MD Sass Investors Services, Inc., MD Sass Municipal Finance Partners-IV, LLC, MD Sass Municipal Finance Partners-V, LLC, MD Sass Tax Lien Management, LLC, SASS Muni-IV LLC, SASS Muni-V, LLC of record on appeal ; USCA Case No. 13-1052, 13-1055 (Rotert, Mark) (Entered: 01/18/2013) |
| 01/18/2013 | 1132 | MOTION by Plaintiff Phoenix Bond & Indemnity Co. to amend/correct *[Plaintiffs' Rule 60 Motion to Correct The Corrected Fee Award]* (Levinson, Thomas) (Entered: 01/18/2013) |
| 01/18/2013 | 1133 | NOTICE of Motion by Thomas M. Levinson for presentment of motion to amend/correct 1132 before Honorable Matthew F. Kennelly on 1/24/2013 at 09:30 AM. (Levinson, Thomas) (Entered: 01/18/2013) |
| 01/18/2013 | 1136 | SEVENTH CIRCUIT transcript information sheet. (vcf, ) (Entered: 01/23/2013) |
| 01/22/2013 | 1134 | SEVENTH CIRCUIT transcript information sheet by Atlantic Municipal Corporation, B G Investments, Inc., Bonnie Gray, David Gray, Midwest Real Estate Investment Co., Midwest Real Estate Investment Company Employee Profit Sharing Plan & Trust (Friedman, Arthur) (Entered: 01/22/2013) |
| 01/22/2013 | 1135 | Descriptive List of Additional Items Requested for Inclusion in the Record on Appeal by Atlantic Municipal Corporation, B G Investments, Inc., Bonnie Gray, David Gray, Midwest Real Estate Investment Co., Midwest Real Estate Investment Company Employee Profit Sharing Plan & Trust (Friedman, Arthur) (Entered: 01/22/2013) |
| 01/23/2013 | 1137 | NOTICE by Jonathan Stuart Quinn of Change of Address (Quinn, Jonathan) (Entered: 01/23/2013) |
| 01/23/2013 | 1138 | TRANSMITTED to the USCA for the 7th Circuit the long record on appeal 1118 , 1120 (USCA no. 13-1056 & 13-1060) (dj ) (Entered: |

| | | |
|---|---|---|
| | | ~~01/23/2013)~~ |
| ~~01/23/2013~~ | ~~1139~~ | ~~USCA RECEIVED on 1/23/13 the long record regarding notice of appeal, 1118 , notice of appeal, 1120 (dj ) (Entered: 01/24/2013)~~ |
| 01/24/2013 | 1140 | MINUTE entry before Honorable Matthew F. Kennelly: The Court holds that it is inclined to grant plaintiff's Rule 60(a) motion if the case is remanded for that purpose. (or, ) (Entered: 01/25/2013) |
| 02/03/2013 | 1141 | MINUTE entry before Honorable Matthew F. Kennelly: Defendants' motion to approve deposit of cash 1116 was previously granted and is therefore terminated. (mk) (Entered: 02/03/2013) |
| 02/05/2013 | 1144 | CERTIFIED copy of order dated 2/5/2013 from the Seventh Circuit regarding notice of appeal, 1040 , notice of appeal, 1118 , notice of appeal, 1044 , notice of appeal, 1120 ; Appellate case no. : 12-3235, 12-3241, 12-3281, 12-3292, 13-1052, 13-1055, 13-1056 & 13-1060. IT IS ORDERED that appellees' request for limited remand pursuant to Federal Rule of Appellate Procedure 12.1 is granted. In light of the district court's indication that it's inclined to modify its fee award, these appeals are remanded to the district court for modification of the December 23, 2012, fee award. See fed. R. App.P. 12.1; Cir.R. 57. Counsel for appellees shall file a status report with this court within seven days of the district court issuing an order. (vcf, ) (Entered: 02/06/2013) |
| 02/08/2013 | 1145 | ORDER granting plaintiffs' Rule 60 motion to correct the corrected fee award 1132 . Counsel have advised that this order is agreed as to form. Signed by the Honorable Matthew F. Kennelly on 2/8/2013. (mk) (Entered: 02/08/2013) |
| 02/27/2013 | 1146 | AMENDED notice of appeal by Kirk Allison, Vinaya Jessani, MD Sass Investors Services, Inc., MD Sass Municipal Finance Partners-IV, LLC, MD Sass Municipal Finance Partners-V, LLC, MD Sass Tax Lien Management, LLC, SASS Muni-IV LLC, SASS Muni-V, LLC regarding orders 1145 ; Filing fee $ 455, receipt number 0752-8092141. (Rotert, Mark) (Entered: 02/27/2013) |
| 02/27/2013 | 1147 | DOCKETING Statement by Kirk Allison, Vinaya Jessani, MD Sass Investors Services, Inc., MD Sass Municipal Finance Partners-IV, LLC, MD Sass Municipal Finance Partners-V, LLC, MD Sass Tax Lien Management, LLC, SASS Muni-IV LLC, SASS Muni-V, LLC regarding amended notice of appeal, 1146 (Rotert, Mark) (Entered: 02/27/2013) |
| 02/28/2013 | 1148 | NOTICE of Appeal Due letter sent to counsel of record. (dj ) (Entered: 02/28/2013) |
| 02/28/2013 | 1149 | TRANSMITTED to the 7th Circuit the short record on amended notice of appeal, 1146 . Notified counsel (dj ) (Entered: 02/28/2013) |

| | | |
|---|---|---|
| 02/28/2013 | 1150 | **NOTICE of appeal by Atlantic Municipal Corporation, B G Investments, Inc., Bonnie Gray, David Gray, Midwest Real Estate Investment Co., Midwest Real Estate Investment Company Employee Profit Sharing Plan & Trust regarding orders 1145 Filing fee $ 455, receipt number 0752-8096194. (Friedman, Arthur) (Entered: 02/28/2013)** |
| 02/28/2013 | 1151 | **DOCKETING Statement by Atlantic Municipal Corporation, B G Investments, Inc., Bonnie Gray, David Gray, Midwest Real Estate Investment Co., Midwest Real Estate Investment Company Employee Profit Sharing Plan & Trust regarding notice of appeal, 1150 (Friedman, Arthur) (Entered: 02/28/2013)** |
| 02/28/2013 | 1152 | **ACKNOWLEDGMENT of receipt of short record on appeal regarding amended notice of appeal 1146 ; USCA Case No. 13-1435. (jmm-r, ) (Entered: 03/01/2013)** |
| 02/28/2013 | 1153 | **ACKNOWLEDGMENT of receipt of short record on appeal regarding amended notice of appeal, 1146 ; USCA Case No. 13-1433. (vcf, ) (Entered: 03/01/2013)** |
| 03/01/2013 | 1154 | **NOTICE of Appeal Due letter sent to counsel of record. (dj ) (Entered: 03/01/2013)** |
| 03/01/2013 | 1155 | **TRANSMITTED to the 7th Circuit the short record on notice of appeal, 1150 . Notified counsel (dj ) (Entered: 03/01/2013)** |
| 03/01/2013 | 1156 | **ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal, 1150 ; USCA Case No. 13-1450. (vcf, ) (Entered: 03/04/2013)** |
| 03/01/2013 | 1157 | **ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal, 1150 ; USCA Case No. 13-1449. (pg, ) (Entered: 03/04/2013)** |
| 03/13/2013 | 1158 | **SEVENTH CIRCUIT transcript information sheet by Kirk Allison, Vinaya Jessani, MD Sass Investors Services, Inc., MD Sass Municipal Finance Partners-IV, LLC, MD Sass Municipal Finance Partners-V, LLC, MD Sass Tax Lien Management, LLC, SASS Muni-IV LLC, SASS Muni-V, LLC (Rotert, Mark) (Entered: 03/13/2013)** |

<div align="center">

**KEY**

**MAJORITY of items 1-thru 1137 were previously transmitted under 13-1056 and 13-1060.**
**This record includes documents 1140 thru 1158**
**All crossed out items are not included in the record.**

</div>