# United States Court of Appeals
**For the Seventh Circuit**
**Chicago, Illinois  60604**

September 23, 2013

*Before*

WILLIAM J. BAUER, *Circuit Judge*

RICHARD A. POSNER, *Circuit Judge*

DANIEL A. MANION *Circuit Judge*

| | |
|---|---|
| Nos. 12-3235, 12-3241, 12-3281, 12-3292, 13-1052, 13-1055, 13-1056, 13-1060, 13-1433, 13-1435, 13-1449 & 13-1450 | Appeals from the United States District Court for the Northern District of Illinois, Eastern Division. |
| BCS SERVICES, INC., and PHOENIX BOND & INDEMNITY CO., | Nos. 05 C 4095, 07 C 1367 |
| *Plaintiffs-Appellees*, | Matthew F. Kennelly, *Judge*. |
| v. | |
| BG INVESTMENTS, INC., *et al.*, *Defendants-Appellants*. | |

**O R D E R**

On September 6, 2013, defendants-appellants BG INVESTMENTS, INC., *et al.*, filed a petition for rehearing *en banc*; and, defendants-appellants MD SASS INVESTORS SERVICES, INC., *et al.*, filed a petition for rehearing and suggestion for rehearing *en banc*.  All the judges on the original panel have voted to deny the petitions, and none of the active judges has requested a vote on the petitions for rehearing *en banc*.\*  The petitions are therefore DENIED.

\* Circuit Judge Ann Claire Williams did not participate in the consideration of the petitions for rehearing.