# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

October 3, 2013

CERTIFIED COPY
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

*Before*

**RICHARD A. POSNER**, *Circuit Judge*

| | |
|---|---|
| BCS SERVICES, INC. and PHOENIX BOND & INDEMNITY COMPANY,<br>    Plaintiffs-Appellees,<br><br>Nos. 12-3235, 12-3241, 12-3281,<br>    12-3292, 13-1052, 13-1055,<br>    13-1056, 13-1060, 13-1433,<br>    13-1435, 13-1449 and<br>    13-1450                              v.<br><br>BG INVESTMENTS, INC., et al.,<br>    Defendants-Appellants,<br><br>                        and<br><br>MD SASS INVESTORS SERVICES, INC., et al.,<br>    Defendants-Appellants. | Appeals from the United<br>States District Court for<br>the Northern District of<br>Illinois, Eastern Division.<br><br>Nos. 1:07-cv-01367<br>Nos. 1:05-cv-04095<br><br>Matthew F. Kennelly, Judge. |

Upon consideration of the **MOTION TO STAY MANDATE FOR UP TO 90 DAYS PENDING PETITION FOR CERTIORARI, PURSUANT TO FED. R. APP. P. 41(D)(2), BY DEFENDANTS-APPELLANTS MD SASS INVESTORS SERVICES, INC.; MD SASS TAX LIEN MANAGEMENT, LLC; MD SASS MUNICIPAL FINANCE PARTNERS-IV, LLC; MD SASS MUNICIPAL FINANCE PARTNERS-V, LLC; SASS MUNI IV, LLC; SASS MUNI-V, LLC; VINAYA JESSANI; AND KIRK ALLISON**, filed on September 27, 2013, by attorney Harold Moore,

**IT IS ORDERED** that the motion is **DENIED**.

form name: **c7_Order_3J**(form ID: **177**)