# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**FINAL JUDGMENT**

**CERTIFIED COPY**
A True Copy
Teste:

_signature_

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

August 23, 2013

Before:

WILLIAM J. BAUER, *Circuit Judge*

RICHARD A. POSNER, *Circuit Judge*

DANIEL A. MANION, *Circuit Judge*

| | |
|---|---|
| Nos.: 12-3235, -3241, -3281, -3292, 13-1052, -1055-56, -1060, -1433, -1435, 1449-50 | BCS SERVICES, INC. and PHOENIX BOND & INDEMNITY CO., Plaintiffs - Appellees<br><br>v.<br><br>BG INVESTMENTS, INC., et al., Defendants - Appellants |
| **Originating Case Information:** | |
| District Court Nos: 1:05-cv-04095, 1:07-cv-01367<br>Northern District of Illinois, Eastern Division<br>District Judge Matthew F. Kennelly | |

      The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)