# IN THE UNITED DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| PHOENIX BOND & INDEMNITY CO., *et al.* ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> JOHN BRIDGE, *et al.*, ) <br> ) <br> Defendants. ) <br> ——————————————————— ) <br> ) <br> BCS SERVICES, INC., *et al.* ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> HEARTWOOD 88, LLC, *et al.* ) <br> ) <br> Defendants. ) | Case No. 05 C 4095 <br><br> Consolidated with Case No. 07 C 1367 <br><br> Judge Matthew F. Kennelly |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, November 5, 2013 at 9:30 a.m. we will appear before the Honorable Matthew F. Kennelly, or any judge sitting in his stead, in Room 2103 in the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and then and there present **Plaintiffs' Motion to Release and Disburse Funds from the Court Registry**, a copy of which was filed electronically and is available through the Court's ECF system.

Dated: October 11, 2013

| | |
|---|---|
| PHOENIX BOND & INDEMNITY CO. | BCS SERVICES, INC. |
| By: /s/ Jonathan S. Quinn<br>One of Its Attorneys | By: /s/ Richard J. Prendergast<br>One of its Attorneys |

Jonathan S. Quinn (ARDC No. 6200495)
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street, Suite 1700
Chicago, IL 60602-3801
(312) 269-8093
jquinn@ngelaw.com

Max Stein (ARDC No. 6275993)
BOODELL & DOMANSKIS LLC
353 North Clark Street, Suite 1800
Chicago, IL 60654
(312) 938-4070
mstein@boodlaw.com

Lowell E. Sachnoff (ARDC No. 2438062)
Thomas M. Levinson (ARDC No. 6286713)
REED SMITH LLP
10 South Wacker Drive
Chicago, Illinois 60606
(312) 207-1000
tlevinson@reedsmith.com

Richard J. Prendergast (ARDC No. 2868865)
RICHARD J. PRENDERGAST, LTD.
111 West Washington Street, Suite 1100
Chicago, Illinois 60602
(312) 641-0881
rprendergast@rjpltd.com

Gregory M. Reiter (ARDC No. 6227066)
REITER LAW OFFICES, LTD.
30 South Wacker Drive, Suite 1710
Chicago, Illinois 60606
(312) 368-9910
greiter@reiterlawoffices.com

2123323.1