# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Phoenix Bond & Indemnity Co., et al.

                                Plaintiff,

v.                                            Case No.: 1:05−cv−04095

                                                  Honorable Matthew F. Kennelly

BCS Services, Inc., et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 15, 2014:

      MINUTE entry before the Honorable Matthew F. Kennelly: Status hearing held on 5/14/2014. Motion for reconsideration [1202] is denied for reasons stated in open court. Supplement to the supplemental joint submission is due by 5/23/2014. Status hearing set for 5/27/2014 at 9:30 AM. Mailed notice.(pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.