**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| PHOENIX BOND & INDEMNITY CO., et al.     ) | |
| ) | |
| Plaintiffs,     ) | |
| ) | |
| vs.     ) | |
| ) | |
| JOHN BRIDGE, et al.,     ) | Case No. 05 C 4095 |
| ) | |
| Defendants.     ) | Consolidated with |
| ) | Case No. 07 C 1367 |
| ) | |
| BCS SERVICES, INC., et al.     ) | Judge Matthew F. Kennelly |
| ) | |
| Plaintiffs,     ) | |
| ) | |
| vs.     ) | |
| ) | |
| HEARTWOOD 88, LLC, et al.     ) | |
| ) | |
| Defendants.     ) | |

## SATISFACTION OF JUDGMENT AND ORDERS AWARDING FEES AND COSTS

Plaintiff Phoenix Bond & Indemnity Co. ("Phoenix Bond") hereby stipulates that the judgment entered by this Court on January 25, 2012 (Doc. 948) and the awards of fees and costs entered by this Court on February 8, 2013 (Doc. 1145) and June 12, 2014 (Doc. 1216), in favor of it and against (a) Defendants MD Sass Investors Services, Inc.; MD Sass Tax Lien Managements, Inc.; MD Sass Muni Finance Partners-IV, LLC; MD Sass Muni Finance Partners-V, LLC; Sass-Muni IV, LLC; Sass-Muni V, LLC; Vinaya Jessani; and Kirk Allison and (b) Defendants BG Investments, Inc.; Bonnie Gray; David Gray; Midwest Real Estate Investment Co., Midwest Real Estate Investment Co. Profit Sharing Plan and Trust; and Atlantic Municipal Corp., are hereby satisfied in full.

Phoenix Bond accordingly withdraws all pending motions and citations seeking to enforce and otherwise related to the judgment and the orders awarding it fees and costs.

{00359367 }

- 2 -

Dated: September 18, 2014                    PHOENIX BOND & INDEMNITY CO.

By: ___/s/ Max A. Stein_____

Jonathan S. Quinn
NEAL, GERBER, & EISENBERG LLP
Two North LaSalle Street, Suite 1700
Chicago, IL 60602-3801
(312) 269-8093
jquinn@ngelaw.com

Max A. Stein
BOODELL & DOMANSKIS LLC
353 North Clark Street, Suite 1800
Chicago, IL 60654
(312) 938-4070
mstein@boodlaw.com

{00359367 }                                     - 2 -