# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| PHOENIX BOND & INDEMNITY CO, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 05 C 4095 |
| ) | |
| JOHN BRIDGE, et al.            , ) | Consolidated with |
| ) | Case No. 07 C 1367 |
| Defendants. ) | |
| ) | |
| BCS SERVICES, INC., et al. ) | Judge Matthew F. Kennelly |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| HEARTWOOD 88, LLC , et al. ) | |
| ) | |
| Defendants. ) | |

## SATISFACTION OF JUDGMENT

BCS Services, Inc., one of the Judgment Creditors in the above captioned matter, has received full satisfaction and payment of the Judgment entered on January 25, 2012; the Order awarding attorneys' fees entered on December 23, 2012; and the Supplemental Fee Award Orders entered on April 28, 2014, and June 12, 2014.

Dated:  September 23, 2014         Respectfully submitted

                                   /s/ Lowell E. Sachnoff
                                   Lowell E. Sachnoff  (ARDC No. 2438062)
                                   Thomas M. Levinson (ARDC No. 6286713)
                                   REED SMITH LLP
                                   10 South Wacker Drive
                                   Chicago, IL 60606
                                   (312) 207-1000

**CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2014, I electronically filed the **Satisfaction of Judgment** with the Clerk of the Court using the ECF system, which will send notification of such filing to all interested parties.

                                                Lowell E. Sachnoff
                                            Lowell E. Sachnoff (#2438062)